# United States District Court for the Northern District of Illinois

Case Number: 08v2309

Assigned/Issued By: j. n.

Judge Name: aspen

Designated Magistrate Judge: ashman

## FEE INFORMATION

*Amount Due:*
- [ ] $350.00
- [ ] $39.00
- [ ] $5.00
- [ ] IFP
- [x] No Fee
- [ ] Other _____
- [ ] $455.00

Number of Service Copies: GOV'T

Date: 4-23-08

(For Use by Fiscal Department Only)

Amount Paid: _____

Receipt #: _____

Date Payment Rec'd: _____

Fiscal Clerk: _____

## ISSUANCES

- [x] Summons
- [ ] Alias Summons
- [ ] Third Party Summons
- [ ] Lis Pendens
- [ ] Non Wage Garnishment Summons
- [ ] Abstract of Judgment
- [ ] Wage-Deduction Garnishment Summons

_____
_____
(Victim, Against and $ Amount)

- [ ] Citation to Discover Assets
- [ ] Writ _____
  (Type of Writ)

__2__ Original and __2__ copies on __4-23-08__ as to __ALL DEFENDANTS__
(Date)

_____
_____

C:\wpwin80\docket\feeinfo.frm    03/14/05