

UNITED STATES OF AMERICA
# FEDERAL TRADE COMMISSION
MIDWEST REGION

55 West Monroe Street, Suite 1825
Chicago, Illinois 60603

Guy G. Ward
Staff Attorney

Direct Dial
(312) 960-5612

**FILED**
**APRIL 23, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

FILED
J N APR 2 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

April 23, 2008

<u>VIA PERSONAL DELIVERY</u>
Michael W. Dobbins, Clerk of Court
United States District Court for the Northern District of Illinois
219 South Dearborn Street, 20th Floor
Chicago, Illinois 60604

08CV2309
JUDGE ASPEN
MAG. JUDGE ASHMAN

Re: *FTC v. 6554962 Canada Inc., et a*

Dear Mr. Dobbins:

Plaintiff, the Federal Trade Commission, hereby respectfully requests that all of the documents related to the above-named case which was filed today, including the docket sheet and all documents listed below, be kept under seal until Tuesday, April 29, 2008, at 8:00 a.m. We make this request pursuant to Local Rule 5.7(a). Due to special circumstances, which we will promptly bring to the attention of the judge to whom the case is to be assigned, it is necessary to restrict access to the case at filing. Plaintiff is aware that pursuant to Local Rule 5.7(a), absent an order extending or setting aside the seal, the file and its contents will become public on the fourth business day following the date of filing.

The following documents being filed today are covered by this request:

1. Civil Cover Sheet
2. Appearance Form
3. Complaint for Permanent Injunction and Other Equitable Relief
4. Summons for Defendant 6554962 Canada Inc.
5. Summons for Defendant Naeem Alvi
6. Letter Requesting Sealing of the File under Local Rule 5.7(a)
7. FTC's *Ex Parte* Application to File Papers Under Seal
8. [Proposed] Order Temporarily Sealing File
9. FTC's *Ex Parte* Motion for a Temporary Restraining Order with Asset Freeze, Other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue
10. Declaration in Support of *Ex Parte* Motion for Temporary Restraining Order and Application to File Papers Under Seal

Michael W. Dobbins
April 23, 2008
Page 2

11. FTC's Memorandum in Support of its *Ex Parte* Motion for a Temporary Restraining Order with Asset Freeze, Other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue
12. FTC's Exhibits in Support of its *Ex Parte* Motion for a Temporary Restraining Order with Asset Freeze, Other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue
13. [Proposed] Temporary Restraining Order with Asset Freeze, Other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue
14. Corporate Financial Statement
15. Individual Financial Statement

Please contact me at (312) 960-5612 or at gward@ftc.gov if this seal request cannot be granted or if you have any questions regarding this request.

Sincerely,

Guy G. Ward

Encl.