IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JN APR 2 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
APR 2 3 2008

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| Plaintiff, | ) 08CV2309 |
| | ) JUDGE ASPEN |
| v. | ) MAG. JUDGE ASHMAN |
| 6554962 CANADA INC., et al., | ) |
| Defendants. | ) |

### FEDERAL TRADE COMMISSION'S *EX PARTE* APPLICATION TO FILE PAPERS UNDER SEAL

Plaintiff, Federal Trade Commission ("FTC" or "Commission"), hereby applies for an order to file this application, together with all papers submitted on this date with this application, under seal through and until Tuesday, April 29, 2008, at 8:00 a.m. The Commission makes this application because public knowledge of this proceeding, prior to the initiation of the relief sought in the accompanying papers, could substantially frustrate the purposes of the relief sought, as detailed in the Declaration in Support of *Ex Parte* Motion for Temporary Restraining Order and Application to File Papers Under Seal executed by Guy G. Ward.

The Commission seeks temporary injunctive relief to enjoin defendants' deceptive and unlawful practices in violation of Section 5(a) of the FTC Act, 15 U.S.C. § 45(a), and the Telemarketing Sales Rule, 16 C.F.R. Part 310. The Commission also seeks a freeze of defendants' assets to preserve the possibility of providing restitution to victimized consumers and the disgorgement of ill-gotten gains. This relief is being sought *ex parte* because of the risk that notification to defendants prior to the effective date of the relief could result in the dissipation of assets. The same result may occur if publicity about this action reaches defendants

through news reports of the filing.

Courts in this district have recognized the propriety of *ex parte* orders in cases brought under Section 13(b) of the FTC Act, 15 U.S.C. § 53(b). *Ex parte* temporary restraining orders were entered in the following cases, among others. *FTC v. 1522838 Ontario Inc.*, No. 06 C 5378 (N.D. Ill. Oct. 4, 2006) (Gettleman, J.); *FTC v. Datacom Mktg.*, No. 06 C 2574 (N.D. Ill. May 9, 2006) (Holderman, C.J.); *FTC v. Centurion Fin. Benefits LLC*, No. 05 C 5442 (N.D. Ill. Sept. 21, 2005) (Nordberg, J.); *FTC v. 3R Bancorp*, No. 04 C 7177 (N.D. Ill. Nov. 17, 2004) (Lefkow, J.); *FTC v. 120194 Canada Ltd.*, No. 04 C 7204 (N.D. Ill. Nov. 8, 2004) (Gottschall, J.); *FTC v. AVS Mktg., Inc.*, No. 04 C 6915 (N.D. Ill. Oct. 28, 2004) (Moran, J.); *FTC v. 9094-5114 Quebec Inc.*, No. 03 C 7486 (N.D. Ill. Oct. 23, 2003) (Leinenweber, J.); *FTC v. STF Group, Inc.*, No. 03 C 977 (N.D. Ill. Feb. 12, 2003) (Zagel, J.).

As stated in the attached proposed Order Temporarily Sealing File, filed with this application, the seal requested by the Commission would expire at 8:00 a.m., on April 29, 2008, the fourth business day following the date of filing, in accordance with Rule 5.7(a) of the Local Rules of this Court.

Dated: April 23, 2008

Respectfully submitted,

WILLIAM BLUMENTHAL
General Counsel

*/s/ Guy G. Ward*
GUY G. WARD
Federal Trade Commission
55 West Monroe Street, Suite 1825
Chicago, Illinois 60603
(312) 960-5634 [telephone]
(312) 960-5600 [facsimile]
gward@ftc.gov

Attorney for Plaintiff
FEDERAL TRADE COMMISSION