**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

APR 2 3 2008

**FILED**

'J N APR 2 3 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. |
| | ) |
| 6554962 CANADA INC., a corporation, | ) |
| also d/b/a UNION CONSUMER | ) |
| BENEFITS, and | ) |
| | ) |
| NAEEM ALVI, individually and as an | ) |
| officer and director of the corporate | ) |
| defendant, | ) |
| | ) |
| Defendants. | ) |

08CV2309
JUDGE ASPEN
MAG. JUDGE ASHMAN

**FTC'S EXHIBITS IN SUPPORT OF ITS *EX PARTE***
**MOTION FOR A TEMPORARY RESTRAINING ORDER**
**WITH ASSET FREEZE, OTHER EQUITABLE RELIEF, AND ORDER**
**TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**

## **TABLE OF CONTENTS**

### **CONSUMERS**

| | |
|---|---|
| PX 1 | Declaration of Verda Bolerjack |
| PX 2 | Declaration of Louise P. Bormann |
| PX 3 | Declaration of Catherine Bugdal |
| PX 4 | Declaration of Darrell Coram |
| PX 5 | Declaration of Wilma Davis |
| PX 6 | Declaration of Reynaldo Dorame |
| PX 7 | Declaration of Mary Elliott |
| PX 8 | Declaration of Michael Feito |
| PX 9 | Declaration of Susan Greene |
| PX 10 | Declaration of Yvonne E. Haggard |
| PX 11 | Declaration of Betty Howard |
| PX 12 | Declaration of Brenda K. Hubbard |
| PX 13 | Declaration of Paul Klein |
| PX 14 | Declaration of Mary Ann Markham |
| PX 15 | Declaration of Frank Ohlsen |
| PX 16 | Declaration of Catherine O'Toole |
| PX 17 | Declaration of Marion Searcy |
| PX 18 | Declaration of Robert Swagler |
| PX 19 | Declaration of Juanita Tortella |
| PX 20 | Declaration of Regina Whittemore |

### **OTHER WITNESSES**

| | |
|---|---|
| PX 21 | Declaration of David L. Frankel |
| PX 22 | Declaration of Joe Meshanski |

### **FTC INVESTIGATORS**

| | |
|---|---|
| PX 23 | Declaration of David A. Long |
| PX 24 | Declaration of Martha W. Vera |

# PX 1

## DECLARATION OF VERDA BOLERJACK
## PURSUANT TO 28 U.S.C. § 1746

I, Verda Bolerjack, hereby declare as follows:

1.      My name is Verda Bolerjack. I am 74 years old and live in Springfield, Missouri.

2.      I have personal knowledge of the facts stated in this declaration, and if called as a
witness, I could and would competently testify to the facts stated herein.

3.      In December 2006, a check was drawn on my bank account in the amount of $399 by a
company identified on the check as "CPS Union Consumer Benefits 888-802-5345."
The check was dated December 27, 2006. I did not write or sign the check. On the line
where my signature would normally appear, the check stated "Preauthorized Draft by
Account Holder."

4.      Attached hereto as **Bolerjack Att. A** is a true and correct copy of the front and back of
the December 27, 2006 check that was drawn on my account, with my street address and
bank routing and account numbers redacted.

5.      I do not remember ever receiving a telephone call from "Union Consumer Benefits" or
agreeing to purchase anything from them. However, I do remember several phone calls
during which the persons who called asked me to tell them my bank account number.

Page 1 of 3

6.     I believe the first call I received was from a man with a strong accent. It might have been

       an Asian accent. There was Asian sounding music playing in the background. He

       offered to increase my Medicare insurance coverage, and asked for my bank account

       information. As I recall, I gave him the information.

7.     Another call I received was from a man who said he was calling from my bank in St.

       Louis. He said that he was checking to see if there had been fraud on my account, and

       asked me to "verify" my account information. I do not have a clear memory of what

       happened next. I did not give him the account number, but I believe he might have read

       me the account number, and then I might have verified that it was correct.

8.     At the end of one or both of these calls, the caller said that he was going to make a

       recording, and that I should answer "yes" to every question. The recording was different

       from what the man had said before, and confused me.

9.     I was worried about these calls, but I did not believe that I had agreed to buy anything.

10.    I subsequently received a number of similar phone calls. There were different twists to

       what they said, but they always wanted me to go get my check book and read them my

       account information. Sometimes they said they just needed to verify that the account

       information they already had for me was correct. I told them to leave me alone. I

       remember one call was from a man who, just like before, claimed to be calling from my

       bank about possible fraud on my account. He asked for my account information, but I

refused to give it to him. He called me an "idiot."

11. When I found out about the $399 check drawn on my account by "Union Consumer Benefits" I closed my bank account and opened a new one. I asked my bank to reverse the $399 charge because it was unauthorized, and I believe it ultimately was reversed.

12. At some point after the $399 check went through my account, I received a package in the mail. I believe it was from "Union Consumer Benefits." I marked the package "refused, return to sender" and put it back in the mail. I subsequently received another package, which looked the same, and returned it the same way.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 2-14- , 2008.        _Verda Bolerjack_
                                        Verda Bolerjack

Check Image Viewer - Sequence Number: 2170627742 - Date: 12/29/06 — Page 1





Check Image Viewer - Sequence Number: 2170627742 - Date: 12/29/06 — Page 1



Bolerjack Att. A

# PX 2

## DECLARATION OF LOUISE P. BORMANN
### PURSUANT TO 28 U.S.C. § 1746

I, Louise P. Bormann, hereby declare as follows:

1.    My name is Louise P. Bormann. I am 86 years old and live in Weldon Springs, Missouri.

2.    I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to the facts stated herein.

3.    On or about November 29, 2007, at approximately 12:30 p.m., I received a telephone call from a woman wanting to verify my identity. She read my street address and zip code, and I told her the information was correct. She then said that she had my medical identification card, and that she would send it to me once I provided her some additional information. I did not give the caller the information that she requested, however, because I could not understand what she wanted from me, so I hung up the telephone.

4.    The woman called again, and she transferred me to a man by the name of "Ricky Jones." Mr. Jones asked me for my bank routing and account numbers. He told me that he needed that information in order to deposit my pension and Social Security payments, but I hung up the telephone, because I did not believe him.

5.    On or about November 30, 2007, I received a telephone call from a man who identified himself as "Glen Siegal." He said he was with Union Consumer Benefits ("UCB"). He

Page 1 of 3

said that he was calling because he had my medical identification card, and that he

needed to send it to me. He convinced me that I needed this card. I thought it was

related to my medical insurance coverage.

6.    Mr. Siegal then asked for, and I provided, my bank routing and account numbers. After I

gave him my bank account information, he told me that I would receive my medical

identification card within 21 days. Mr. Siegal also provided me with a telephone

number, 1-877-273-4178.

7.    After I got off the phone, I was concerned, and I told my son about UCB. My son called

the telephone number that the representative had provided, 1-877-273-4178. I do not

know whether my son spoke to a person or an automated system, but he was told that it

would cost $30 to connect. My son did not agree to pay the charge, so he did not speak

to a UCB representative.

8.    Although I had not agreed to purchase anything, I was worried that UCB would debit my

bank account, since I had given them my bank routing and account numbers. I, therefore,

went to the bank, and I closed my bank account within half an hour of UCB's telephone

call.

9.    I suspected that UCB was a scam, and I wanted to warn others, so I contacted the Office

of the Attorney General of Missouri. On or about December 17, 2007, I filed a complaint

with the Missouri Attorney General's office. Attached hereto as **Bormann Att. A** is a

true and correct copy of the complaint, with my street address and telephone number

redacted.

10.    I have been registered with the Missouri No Call List since May 2, 2001, and

telemarketers are not supposed to call my house.


I declare under penalty of perjury that the foregoing is true and correct.


Executed on __3 - 20__, 2008.         *Louise P. Bormann*
                                      Louise P. Bormann

# Consumer Complaint Form



**RETURN TO:** Attorney General's Office
Consumer Protection Unit, PO Box 899
Jefferson City, MO 65102

**Missouri Attorney General**
**Jeremiah W. (Jay) Nixon**

Phone: 800-392-8222
Web: www.ago.mo.gov

## CONSUMER

YOUR NAME ☐ MR. ☐ MRS. ☐ MS.
*Bormann* (LAST)   *Louise* (FIRST)   *P* (MI)

ADDRESS � (STREET)   *Weldon Springs* (CITY)   *MO* (STATE)   *63304* (ZIP)   (COUNTY)

HOME PHONE ▉   WORK PHONE ( )   E-MAIL

## COMPANY

MY COMPLAINT IS AGAINST *Union Consumer Benefits*

ADDRESS (STREET)   (CITY)   (STATE)   (ZIP)   (COUNTY)

PHONE *(877) 273-4178*   WEB SITE   E-MAIL

PERSON YOU DEALT WITH *Ricky Jones & Glen Siegd* (NAME)   (TITLE)

## PRODUCT OR SERVICE

PRODUCT OR SERVICE DISPUTED

DATE OF TRANSACTION/PURCHASE *11* (MONTH) *29* (DAY) *07* (YEAR)
(For example: 05 01 00)
AMOUNT PAID $ *none*

HOW & WHERE DID YOU LEARN ABOUT PRODUCT OR SERVICE?

## PAYMENT

PAYMENT METHOD ☐CASH ☐CREDIT CARD ☐DEBIT CARD ☐LOAN ☐LAY-AWAY ☐CHECK ☐OTHER

DID YOU SIGN A CONTRACT, WARRANTY AGREEMENT OR SIMILAR PAPERS? ☐YES ☒NO

Copies of any documents produced for payment must be returned with this complaint form.

REVISED AUGUST 2004

**CF-2007-33865**
**Louise Bormann**
**Union Consumer Benefits**
12/03/2007

**Bormann Att. A**

**Consumer Complaint Form**                    **Missouri Attorney General's Office**

**BRIEFLY EXPLAIN
YOUR COMPLAINT** _____

_____

_____

_____

_____

_____

_____

_____

_____

**WHAT ACTION HAVE YOU TAKEN TO RESOLVE THIS COMPLAINT?** _____

_____

_____

_____

**HOW DO YOU WANT
THIS COMPLAINT
RESOLVED?**    ☐REFUND    ☐REPAIR    ☐DELIVER PRODUCT    ☐PERFORM SERVICE    ☐REPLACE/TRADE

☐OTHER _____

**HAVE YOU BEEN SUED
OR FILED A LAWSUIT
ABOUT THIS COMPLAINT?**    ☒NO    ☐YES _____
                                    NAME OF ANY AGENCY CONTACTED

_____
AGENCY ADDRESS

BY FILING THIS COMPLAINT I UNDERSTAND THAT:
The Attorney General is not my private attorney, but enforces state consumer protection laws;
I will testify in court in the case stated in this complaint; and
A copy of this complaint will be provided to the person or business named in this complaint.
I ATTEST TO THE ACCURACY OF THE INFORMATION IN THIS COMPLAINT.

_____
YOUR SIGNATURE

**Bormann Att. A**

12-17-07

Received a call 11/29/07, 12:30 P.M. and wanted to make sure that I was Louise Bormann and had my address + zip code. I talked to a women + she had a foreign accent. She would send me my medical I D card, but needed more information. She was hard to understand + I told her I didn't understand her. I hung up + then she called me back. I told her I didn't understand had a man to talk to me. His name is Ricky Jones He had a foreign accent. He wanted to know if I had my pension + social security deposited into the bank. He wanted to know the bank + checking account number. I hung up on him. Glen Siegal called me + insists that they to send me my Medical I D card. I told him the bank + checking account. He told me the company was Union Consumer Benefit, telephone 1-887-273-4178. They would send me I D within 21 days.

I immediately went to the bank + close my account, accept to pay a few bills. So far, they haven't tried to get money out of my account. I told them that this was a scam.

Louise Bormann

Weldon Springs, MO 63304

# PX 3

# DECLARATION OF CATHERINE BUGDAL
## PURSUANT TO 28 U.S.C. § 1746

I, Catherine Bugdal, hereby declare as follows:

1.  My name is Catherine Bugdal.  I am 86 years old and live in Ewing, New Jersey.

2.  I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to the facts stated herein.

3.  On or about May 2, 2007, a check in the amount of $399 was drawn on my bank account. The check was payable to "Btec – Union Cons Benefits 888-802-5345."  The check had my name and address printed in the upper left corner, and in the place where my signature would normally appear, it stated "Preauthorized Draft by Account Holder." Attached hereto as **Bugdal Att. A** is a true and correct copy of the front of the check, with my street address, bank account number, and bank routing number redacted.

4.  I am a retired person, living on a pension from the State of New Jersey, and Social Security benefits.  The amount of the check shown on Bugdal Att. A – $399 – represents a fairly significant expense for me, something I would be likely to remember.  Yet I have no idea why this check was drawn on my account.  I do not recall any dealings with the company listed as the payee – "Union Cons Benefits" – which I am told is shorthand for "Union Consumer Benefits."  I do not recall receiving a telephone call from this company, or agreeing to purchase anything from them.  Moreover, as far as I have been

Page 1 of 2

able to determine, I have never received any goods or services from them.

5.  I do recall receiving an odd telephone call around the time that this check for $399 went through my account. Someone called and spoke to me about my bank account, and told me that I would be charged some sort of fee related to my account. I did not understand this to be a telemarketing call. I thought it was a legitimate call about my bank account. However, I suspect this may be how Union Consumer Benefits got my account information, which I may have revealed or confirmed during the call.

6.  In January 2008, my daughter and I spoke with a representative of the Federal Trade Commission, who informed us that Union Consumer Benefits has been engaged in telemarketing an alleged discount prescription drug card. I currently am covered by Medicare, and I have supplemental coverage for prescriptions through a program for retired employees of the State of New Jersey. Thus, I would have no interest in purchasing, and would not have agreed to purchase, a discount prescription drug card from Union Consumer Benefits.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _April 12_, 2008.          _Catherine Bugdal_
                                        Catherine Bugdal



**CATHERIN E BUGDAL**

TRENTON NJ
08825

**WACHOVIA BANK**
TRENTON NJ
8008418503

4598

5/1/2007

Pay To The
Order Of: Elec - Union Cons Servcis 888-502-6345                    $  399.00

Three Hundred Ninety-Nine and 00/100 ————————————————————— Dollars

Memo For inquiries : 866-500-3895                    Preauthorized Draft by Account Holder

⑆4598⑈ ⑆000003390⑈

REF#0756498580 PAID 5/02              399.00

Bugdal Att. A

# PX 4

## DECLARATION OF DARRELL CORAM
## PURSUANT TO 28 U.S.C. § 1746

I, Darrell Coram, hereby declare as follows:

1.    My name is Darrell Coram.  I am 49 years old and live in Tampa, Florida.

2.    I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to the facts stated herein.

3.    My aunt, Dorothy Starnes, is 89 years old and lives in an assisted living facility in Tampa, Florida.  She is in reasonably good health, but her mental faculties are somewhat diminished.  I routinely help out with her bills and paperwork.

4.    In August 2007, while reviewing my aunt's bank account statement, I noticed a $399 charge by a company identified on the statement as "Ucb" with a toll-free telephone number of 866-442-3924.  I had never heard of this company, nor was I aware of any dealings between this company and my aunt.  I asked my aunt about the charge, but she did not know what it was for, or why it was on her statement.  Attached as **Coram Att. A** is a true and correct copy of a page from my aunt's August 2007 bank account statement showing the "Ucb" charge, which posted to her account on August 28, 2007.  My aunt's bank account number, and certain codes relating to other transactions on the statement, have been redacted.

5.    In order to find out more, I called the toll-free number listed on the statement for "Ucb." I reached a representative who said he worked for a third party customer service company for "Union Consumer Benefits." He said that "Union Consumer Benefits" is a discount drug insurance company. I told the representative that my aunt did not remember purchasing anything from them. I also told him that my aunt would not need discount drug insurance because she receives her drugs from the assisted living facility where she lives. The representative told me that the only thing I could do was wait for delivery of a "box," which would contain instructions on how to get a refund. I asked for the telephone number and address of "Union Consumer Benefits," but the representative said he did not have that information.

6.    The representative played me a tape recording over the telephone that he claimed was from the telephone call during which my aunt agreed to pay $399 to "Union Consumer Benefits." I believe the voice on the tape was my aunt, and she did reveal her bank account information. However, the tape did not persuade me that my aunt understood she was agreeing to pay $399 to this company for discount drug insurance. It made no sense to me that she would agree to buy something she had no use for, and she had no memory of doing so.

7.    Fortunately, the "Union Consumer Benefits" charge to my aunt's account posted three days before her Social Security benefits were electronically deposited into her account. As a result, the $399 charge "bounced" and was not paid. However, my aunt incurred a $35 returned item fee because the attempted charge put her account into overdraft.

Page 2 of 3

8.  To avoid any future charges by "Union Consumer Benefits," we closed my aunt's bank

account and opened a new one.


I declare under penalty of perjury that the foregoing is true and correct.


Executed on __3/26__, 2008.          Darrell Coram
                                     Darrell Coram

R

DOROTHY L STARNES
DARRELL CORAM

## Deposit Accounts

## MyAccess Checking

### DOROTHY L STARNES  DARRELL CORAM

## Your Account at a Glance

| | | |
|---|---|---|
| Account Number | | |
| Beginning Balance on 08-09-07 | $ | 563.78 |
| Deposits and Other Additions | + | 1,482.00 |
| Checks Posted | - | 555.00 |
| Service Charges and Other Fees | - | 35.00 |
| Other Subtractions | - | 399.00 |
| **Ending Balance on 09-05-07** | **$** | **1,056.78** |

## MyAccess Checking Additions

| Deposits and Other Additions | Date Posted | Amount($) |
|---|---|---|
| Return Of Posted Check / Item (Received On 08-28) Electronic Transaction | 08-29 | 399.00 |
| US Treasury 303  Des:Soc Sec  ID:xxxx_____ SSA Indn:Dorothy L Starnes  Co ID:_____ Ppd | 08-31 | 370.00 |
| US Treasury 310  Des:Supp Sec  ID:xxxxxx____ SSI Indn:Dorothy L Starnes  Co ID:_____ Ppd | 08-31 | 273.00 |
| BkofAmerica ATM 09/01 #_____ Deposit Hanley Road Bc  Tampa  FL | 09-04 | 440.00 |

**Total Deposits and Other Additions $1,482.00**

## MyAccess Checking Subtractions

| Check # | Posting Date | Amount($) |
|---|---|---|
| 2056 | 08-09 | 555.00 |

**Total Checks Posted $555.00**

| Service Charges and Other Fees | Date Posted | Amount($) |
|---|---|---|
| NSF: Returned Item Fee For Activity Of 08-28 Electronic Transaction | 08-29 | 35.00 |

**Total Service Charges and Other Fees $35.00**

| Other Subtractions | Date Posted | Amount($) |
|---|---|---|
| Ucb 8664423924  Des:8664423924 ID:xxxxx9523  0000 Indn:Starnes, Dorothy  Co ID:1911925808 Tel | 08-28 | 399.00 |

**Total Other Subtractions $399.00**

## CORAM  ATT. A

# PX 5

## DECLARATION OF WILMA DAVIS
## PURSUANT TO 28 U.S.C. § 1746

I, Wilma Davis, hereby declare as follows:

1.    My name is Wilma Davis. I am 72 years old and live in Gresham, Oregon.

2.    I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to the facts stated herein.

3.    On or about September 26, 2007, I received a telephone call at home from a man who said his name was "Al Thompson." I do not recall him telling me where he was calling from, or where he worked. He offered me a "lifetime" medical membership card that would provide me with discounts on prescriptions and health care costs. He told me that in 10 to 15 days I would receive a package in the mail containing information about the card. He said that I would not have to pay anything until I received this information and had a chance to review it.

4.    "Al Thompson" told me that he needed my bank account information in order to send me the package. I gave him the information, but based on our conversation, I did not believe that I had agreed to purchase anything. My understanding was that I would first receive the package and then make my decision about whether to purchase the card. At that point, if I wanted to purchase the card, I would give them permission to charge my account. "Al Thompson" also gave me a toll-free telephone number, 877-273-0178.

Page 1 of 3

5.      On or about October 4, 2007, a company identified as "UCB" withdrew $399 from my

bank account.  Attached hereto as **Davis Att. A** is a true and correct copy of a page from

my bank account transaction history, which shows the "UCB" withdrawal.  My account

number, my current balance information, and some numbers or codes relating to other

transactions shown on the page, have been redacted.

6.      I was very upset by this $399 withdrawal.  For one thing, I had never heard of "UCB."  I

subsequently learned that "UCB" stood for "Union Consumer Benefits," and that this

was the company that "Al Thompson" represented.  But UCB was not supposed to charge

me anything until I received their package and decided whether to purchase their

"lifetime" medical membership card.  When UCB charged me, I had not yet received

their package.  In fact, I did not receive their package until three months later, on or

about January 5, 2008.

7.      I called UCB's toll-free telephone number, 877-273-0178, on several occasions and

requested a refund.  I called on December 3, 2007, December 4, 2007, and December 19,

2007, as well as other dates.  When I called on December 3rd, they told me that in order to

request a refund, I would need to speak with a manager named "Jeffrey" who was not

available because he was out of the office.  I called again the next day, January 4th, but

"Jeffrey" still was unavailable.  On another occasion, a UCB representative told me that,

due to a "snowstorm," they could not give me any information about getting a refund.

All I ever got from UCB was excuses.  They never refunded my money.

8.    On or about January 5, 2008, I received a package in the mail from UCB. The return
address on the package was: Union Consumer Benefits, P.O. Box 1803, Plattsburgh, New
York 12901. The contents of the package were written materials about buying
prescription drugs from Canada through a company called "Pharmabay." I have no
interest in filling my prescriptions through companies located outside the United States.
My doctor advised me against doing that years ago; and I would never have even agreed
to look at the UCB package if they had told me it consisted of information about buying
drugs from Canada.

9.    On or about January 22, 2008, I sent the package back to UCB at their return address in
Plattsburgh, New York, by certified mail. Attached hereto as **Davis Att. B** are true and
correct copies of the certified mail receipt, and the front and back of the postcard I
received showing that the package was received and signed for. Even after I returned
their package, however, UCB still did not refund my $399.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _4-1-08_, 2008.                Wilma Davis
                                           Wilma Davis

Page 3 of 3

 **Washington Mutual Bank**

# ACCOUNT TRANSACTION HISTORY

| ACCOUNT # | ACCOUNT NAME | PRODUCT |
|---|---|---|
|  | DAVIS WILMA M | PLATINUM CHECKING |

**CURRENT BALANCE:** $▇▇▇▇▇

| DATE | WITHDRAWALS | DEPOSITS | CHECK # | DESCRIPTION |
|---|---|---|---|---|
| 11/05/2007 | -$500.00 | | 2423 | |
| 11/02/2007 | -$125.00 | | | WAMU/PVN CARD   CHECKPAYMT 2417 |
| 11/02/2007 | | $729.00 | | US TREASURY 312  SOC SEC |
| 11/02/2007 | -$300.00 | | 2422 | |
| 11/01/2007 | | $941.21 | | US TREASURY 303  RR RET   ▇▇▇▇▇ |
| 11/01/2007 | | $310.66 | | LAUNDRY & DRY CL DIRECT DEP ▇▇▇▇▇ |
| 10/31/2007 | -$51.80 | | 2414 | |
| 10/30/2007 | -$72.50 | | 2410 | |
| 10/30/2007 | -$107.70 | | 2409 | |
| 10/30/2007 | -$125.00 | | | HOME DEPOT/EXPO  CHECK PYMT 2411 |
| 10/29/2007 | -$107.38 | | | PGE          PAYMENT   2408 |
| 10/29/2007 | -$150.00 | | 2415 | |
| 10/24/2007 | -$38.41 | | | GLOBE LIFE AND A INS PYMT   2406 |
| 10/22/2007 | -$119.90 | | 2405 | |
| 10/22/2007 | -$200.00 | | 2407 | |
| 10/19/2007 | -$11.97 | | 2400 | |
| 10/18/2007 | | $20.00 | | *REFUND SERVICE CHARGE |
| 10/18/2007 | -$20.00 | | | *SERVICE CHARGE |
| 10/18/2007 | | $147.39 | | *INTEREST PAYMENT |
| 10/18/2007 | -$213.55 | | 2404 | |
| 10/16/2007 | -$28.49 | | 2403 | |
| 10/12/2007 | -$41.68 | | 2401 | |
| 10/11/2007 | -$250.00 | | 2402 | |
| 10/10/2007 | -$20.00 | | | DELUXE CHECK    CHECK/ACC. |
| 10/09/2007 | -$82.89 | | 2393 | |
| 10/05/2007 | -$8.00 | | 2395 | |
| 10/04/2007 | -$100.00 | | | HOME DEPOT/EXPO  CHECK PYMT 2396 |
| 10/04/2007 | (-$399.00) | | | UCB 6664423924  6664423924 127412508  0000 |
| 10/03/2007 | -$93.00 | | 2394 | |
| 10/03/2007 | -$16.97 | | 2388 | |
| 10/03/2007 | -$35.00 | | | VERIZON WEST ARC VERIZONCA  2390 |
| 10/03/2007 | | $729.00 | | US TREASURY 312  SOC SEC |
| 10/02/2007 | -$45.09 | | 2389 | |
| 10/02/2007 | -$125.00 | | | CITIFIRETAILPYMT CHECK PYMT 2391 |
| 10/02/2007 | -$125.00 | | | WAMU/PVN CARD   CHECKPAYMT 2392 |
| 10/01/2007 | | $310.66 | | LAUNDRY & DRY CL PAYROLL   ▇▇▇▇▇ |
| 10/01/2007 | | $941.21 | | US TREASURY 303  RR RET   ▇▇▇▇▇ |
| 10/01/2007 | -$3,000.00 | | 2399 | |
| 10/01/2007 | -$300.00 | | 2397 | |
| 09/26/2007 | -$107.71 | | 2385 | |
| 09/26/2007 | -$38.41 | | | GLOBE LIFE AND A INS PYMT   2383 |
| 09/25/2007 | -$39.86 | | 2387 | |

**DAVIS ATT. A**

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $1.48 | 0232 |
| Certified Fee | $2.65 | 07 |
| Return Receipt Fee (Endorsement Required) | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $6.28 | 01/22/2008 |

Sent To

Street, Apt. No.; or PO Box No. *PO BOX 1803*

City, State, ZIP+4

7007 1490 0001 3904 9387

DAVIS ATT. B

UNITED STATES POSTAL SERVICE
ALBANY NY

09 FEB 2008 PM 3

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Wilma M. Davis

Gresham Oregon 97030

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Review Insurance Benefits

P.O. Box 1803
Plattsburg N.Y.
12901

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent
                 ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7007 1490 0001 1904 9387

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

DAVIS ATT. B

# PX 6

## DECLARATION OF REYNALDO DORAME
### PURSUANT TO 28 U.S.C. § 1746

I, Reynaldo Dorame, hereby declare as follows:

1.     My name is Reynaldo Dorame.  I am 78 years old and live in San Diego, California.

2.     I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to the facts stated herein.

3.     My home telephone number has been registered on the National Do Not Call Registry since August 4, 2003.

4.     In September 2006, I received a call on my home telephone number from a woman who said she was calling about medical insurance coverage.  I told her that I already have insurance coverage through Medicare.  She said that the insurance she was offering would supplement Medicare.  She said it would cover things that Medicare did not cover, and would save me a lot of money on medical bills.  She talked very fast.  I cannot remember all the details, but based on her description of the benefits, I was interested. The woman said that I could get the extra coverage for a one time payment, which I believe she said was $389.

5.     I do not remember the woman telling me what company she was with, but based on our conversation, I thought she worked for a legitimate insurance company.  I agreed to the

purchase and gave her my bank account information.

6.  On or about September 26, 2006, my bank account was debited in the amount of $389.
    Attached hereto as **Dorame Att. A** is a true and correct copy of a page from my bank
    statement showing the $389 debit under the name "Ready Pay." My account number and
    certain codes relating to other transactions on the statement have been redacted.

7.  In November 2006, I received a package in the mail from a company called "Pharma Co-
    Op," with a return address of P.O. Box 2824, Champlain, New York 12919. Inside the
    package were a cover letter and materials relating to a company called "Pharmabay.net."
    I no longer have the package, but I kept the cover letter that was inside it. Attached as
    **Dorame Att. B** is a true and correct copy of the cover letter, which is from "Pharma Co-
    Op Management" to "Valued Customer," and states "Congratulations and welcome to
    this Pharmabay.net program."

8.  I looked over the materials in the package and saw that the only service they were
    offering was discounts on prescription drugs. I did not want or need this type of service.
    I already have coverage for prescriptions through the Medicare program. I would never
    have agreed to pay $389 for the Pharmabay.net program if the telephone salesperson had
    described it truthfully.

9.  On or about November 17, 2006, I called Pharma Co-Op using a toll free number in the
    materials they sent me, and spoke to a representative named Amanda. I explained to her

that I was not interested in their service and wanted my money refunded. She told me to
return the package and said that once they received it back I would get a full refund. I
sent the package back the same day, by priority mail, and it was received by them on
November 21, 2006.

10.    I had not received a refund by the end of the year. I called Pharma Co-Op at least twice
in January 2007 to ask about the promised refund. On or about January 5, 2007, I spoke
with a representative who told me that my money was "frozen," and that I should raise
the issue with my bank. However, when I went to my bank, they told me that the
September 26, 2006 debit to my account was too old to be reversed.

11.    On or about February 12, 2007, I filed a complaint with the Better Business Bureau
("BBB") against Pharma Co-Op. Attached hereto as **Dorame Att. C** is a true and correct
copy of my complaint, with my street address, telephone number, and email address
redacted. The BBB subsequently told me that they forwarded my complaint to Pharma
Co-Op but it came back undeliverable. I kept calling Pharma Co-Op, and I told them that
I had filed a complaint with the BBB.

12.    On or about April 27, 2007, I received a $389 refund check in the mail from Pharma Co-
Op.

13.    During the time that I was trying to get a refund from Pharma Co-Op, I wound up dealing
with another very similar situation. On or about February 9, 2007, a company called

Page 3 of 6

Union Consumer Benefits ("UCB") withdrew $399 from my bank account, using an unsigned check of its own creation. I had never heard of UCB, nor had I given it permission to withdraw funds from my account. Attached hereto as **Dorame Att. D** is a true and correct copy of the check that UCB used to withdraw $399 from my account. My street address, bank account number, and bank routing number have been redacted.

14.    I called the toll-free telephone number for UCB and reached a representative named Mr. Hudson. He played a recording for me that he claimed was from a telephone call during which I supposedly had agreed to UCB's $399 charge. It sounded like my voice on the recording, but I believe the recording was made during my conversation with Pharma Co-Op. I do not believe I ever received a telephone call from UCB. The recording was short and did not include the entire conversation.

15.    I told Mr. Hudson that I had not ordered anything from UCB and that I wanted my money refunded. Mr. Hudson agreed to give me a refund. He said that my account would be credited within eight business days. This did not happen. I called UCB every few weeks after that asking about my refund. The representatives with whom I spoke always said that I would be getting a refund, but I never did.

16.    On or about April 13, 2007, I received a package from UCB with a return address of P.O. Box 1803, Plattsburgh, New York 12901. The contents of the package were virtually identical to the contents of the package that I previously had received from Pharma Co-Op. There was a cover letter just like the Pharma Co-Op cover letter, except that it was

from UCB. Also included were the same materials about Pharmabay.net, a company offering discounts on prescription drugs. Attached hereto as **Dorame Att. E** is a true and correct copy of the UCB cover letter. Attached hereto as **Dorame Att. F** is a true and correct copy of the contents of the Pharmabay.net "Welcome Kit," with the exception of a 30-page "Pricing Index" that listed prices for various drugs. The "Welcome Kit" included a cardboard Pharmabay.net membership card for use at "participating pharmacies." The front and back of this card are shown on Dorame Att. F, page 5. Some of the "participating pharmacies" are listed on Dorame Att. F, page 4. I never attempted to use this card.

17.    On or about April 14, 2007, I mailed the package back to UCB by certified mail. Attached hereto as **Dorame Att. G** are true and correct copies of the certified mail receipts. I enclosed a cover letter dated April 14, 2007, explaining that I had not ordered UCB's package and wanted my $399 back. Attached hereto as **Dorame Att. H** is a true and correct copy of my letter to UCB, with my street address redacted.

18.    In April or May of 2007, I filed a complaint with the BBB against UCB. Attached hereto as **Dorame Att. I** is a true and correct copy of my complaint, with my street address, telephone number, and email address redacted.

19.    On or about May 18, 2007, the UCB package was returned to me stamped "Unclaimed." Attached hereto as **Dorame Att. J** is a true and correct copy of the front of the envelope as it appeared when it was returned to me. I immediately called UCB at 1-888-802-5345

Page 5 of  6

and spoke to a representative named "Rick." Rick confirmed that the address where I

had sent the UCB package was correct, but he could not explain why the package was

returned to me unclaimed. Rick promised me that I would get a refund from UCB in 12

business days. I never received a refund from UCB.

20.    I received a letter from the BBB dated June 25, 2007, stating that my complaint had been

forwarded to UCB but the company had not responded. Attached hereto as **Dorame Att.**

**K** is a true and correct copy of the BBB's June 25, 2007 letter, with my street address

redacted.

21.    On or about September 18, 2007, I received a telephone call from a man who identified

himself as "Richard Baily." Mr. Baily said he was a "Privacy Management Trustee." He

claimed to be in contact with UCB, and said that I would receive a credit to my bank

account of $402, followed by a second credit to my bank account of $395. He said that I

must not touch the second credit of $395 as they would be taking it back later. He gave

me a toll-free telephone number, 1-888-807-5148, and a confirmation number, 3394035.

I found Mr. Baily's statements rather suspicious, and told him not to take anything out of

my bank account. I did not hear from him again.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _April 10_, 2008.                    _Reynaldo Dorame_
                                                  Reynaldo Dorame

Page 6 of  6

9-16 → 10-17 2006

REYNALDO C DORAME
MARIA E DORAME

Statement Period: September 16 through October 17, 2006
Account Number: █████████

## ☐ Branch/ATM Deposits

| Number | Date Posted | Amount | | Number | Date Posted | Amount |
|--------|-------------|--------|---|--------|-------------|--------|
| | 09/28 | $ 722.26 | **Total of 2 deposits** | | | **$1,288.94** |
| | 10/13 | 566.68 | | | | |

## ☐ Checks Paid          * Gap in check sequence

| Date Paid | Number | Amount | | Date Paid | Number | Amount |
|-----------|--------|--------|---|-----------|--------|--------|
| 09/28 | 5222 | $ 265.00 | | 10/03 | 5243 | 81.06 |
| 09/20 | 5223 | 100.00 | | 10/06 | 5244 | 30.00 |
| 09/29 | 5224 | 34.15 | | 10/06 | 5245 | 50.00 |
| 09/20 | 5225 | 150.00 | | 10/06 | 5246 | 20.98 |
| 09/21 | * 5229 | 10.00 | | 10/17 | 5247 | 10.00 |
| 09/28 | * 5231 | 23.00 | | 10/13 | * 5249 | 20.00 |
| 10/06 | 5232 | 44.00 | | 10/10 | 5250 | 100.00 |
| 10/04 | * 5235 | 8.80 | | 10/12 | 5251 | 160.00 |
| 10/05 | 5236 | 16.00 | | 10/12 | 5252 | 2.00 |
| 10/04 | 5237 | 108.97 | | 10/16 | * 5255 | 30.00 |
| 10/02 | 5238 | 25.00 | | 10/17 | * 5259 | 20.00 |
| 10/04 | * 5242 | 22.17 | | **Total of 23 Checks Paid** | | **$1,319.13** |

## ☐ Account Activity

| Date Posted | Description | Reference Number | Amount |
|-------------|-------------|------------------|--------|
| | **Deposits and Credits** | | |
| 10/02 | Benefit Payments DES:Pensions ████████ Reynald ███████ PPD Ref:█████████ | | $1,021.53 |
| 10/03 | US Treasury 312 DES:SOC SEC  ID:████████ SSA Dorame    Co ███████ PPD Ref:███████ | | 1,257.00 |
| | **Total Deposits and Credits** | | **$2,278.53** |
| | **Withdrawals, Transfers and Account Fees** | | |
| 09/20 | American Express DES:Checkpaymt ID:5228 INDN:████████ Co ID:Amexarcria ARC Ref:████████ | | $400.00 |
| 09/21 | Cingular       DES:Check Pymt ID:5226 INDN:████████ Co ID:███████ ARC Ref:████████ | | 50.40 |
| 09/21 | Sdg&e       DES:ARC Pymt   ID:5227 INDN:████████ Co ID:████████ ARC Ref:████████ | | 162.00 |
| 09/22 | Maria Rose     DES:Convcheck ID:5221 INDN:act:████████ ID:███████ ARC Ref:████████ | | 10.00 |
| 09/26 | Ready Pay     DES:8668891899 ID: INDN:R Dorame    Co ID:6000011940 TEL Ref:00628801408189█ | | 389.00 |
| 10/02 | Shell Payment   DES:Check Pymt ID:5233 INDN:████████ Co ID:Citi Oils  ARC Ref:████████ | | 77.42 |
| 10/03 | Home Depot/Expo  DES:Check Pymt ID:5234 INDN:████████ Co ID:Citi Rpl   ARC Ref:████████ | | 10.00 |
| 10/05 | Sears Payment   DES:Check Pymt ID:5241 INDN:████████ Co ID:Citi Sears ARC Ref:████████ | | 54.58 |
| 10/06 | Time Warner-Sd   DES:Checkpaymt ID:5240 INDN:████████ Co ID:████████ ARC Ref:████████ | | 79.04 |
| 10/10 | Indymac       DES:Checkpaymt ID:4239 INDN:████████ Co ID:████████ ARC Ref:████████ | | 1,271.25 |
| 10/17 | American Express DES:Checkpaymt ID:5257 INDN:████████ Co ID:Amexarcria ARC Ref:████████ | | 500.00 |
| | **Total Withdrawals, Transfers and Account Fees** | | **$3,003.69** |
| | **Service Charge** | | |
| 10/17 | Direct Deposit Discount | | -$2.00 |
| 10/17 | Monthly Service Charge | | 12.00 |
| | **Total Service Charges** | | **$10.00** |

Dorame Att. A

NIAhKAMEh
AShRAF2 ACEH

# Pharma Co-Op

PO Box 2824
Champlain, NY
12919

Dear Valued Customer,

Congratulations and welcome to this Pharmabay.net program.

We invite you to call our customer service number at **1-866-693-0448** to obtain any information you need to use our program.

Again, Congratulations and thank you very much.

Kind Regards,

*Pharma Co-Op*
Management

Dorame Att. B



# complaint form

**BBB**
®
**The Mark of Integrity**

**Better Business Bureau®**
Serving San Diego & Imperial Counties
5050 Murphy Canyon Rd. # 110
San Diego, CA 92123-4389

FEB 14 2007

info@sandiego.bbb.org
www.sandiego.bbb.org
Consumer Helpline: 858.496.2131
858.496.2141 Fax

*A copy will be
forwarded to the
company.*

**See reverse for instructions**

Person Filing Complaint: ☒ Mr. ☐ Mrs. ☐ Ms. ☐ Dr.
Name REYNALDO C DORAME
Address ~~[redacted]~~
City SAN DIEGO State CALIF Zip 92128
Phone ~~[redacted]~~ Fax
E-mail ~~[redacted]~~
Have you talked to or attempted to contact the owner or manager?
☒ Yes ☐ No  THREE TIMES

Complaint filed against PHARMA Co-oP
Address PO BOX 2824
City CHAMPLAIN State NY Zip 12919
Phone 1-866-460 9617 Fax
E-mail
Owner/Manager ☐ Mr. ☐ Mrs.
CUSTOMER SERVICE
MS AMANDA

**Mail a total of three completed copies of this form and attached documents.**

When did you purchase this product or service? **9/26/06**
When did your problem first occur? **11-17-06**

How much did you pay? **$389.00**
What is the exact amount in dispute? **$389.00**

What do you want the company to do? (please use only the space provided)

RETURN MY $389.00

Briefly explain the nature of your dispute with the company. (please use only the space provided)

I BOUGHT HEALTH INSURANCE, I RECEIVED documents FOR
PRESCRIPTION DRUGS. I CALLED AMANDA AND she TOLD ME
TO RETURN THE DOCUMENTS which I did RIGHT AWAY,
which WAS ON 11-17-06. THE DOCUMENTS WERE RECEIVED
ON 11-21-06. I CALLED ON 1-3-07 TO ASK FOR MY MONEY.
I CALLED AGAIN ON 1-5-07 AND WAS TOLD THAT MY MONEY
WAS "FROZEN," AND TOLD TO GO TO MY BANK. MY BANK,
BANK OF AMERICA, TOLD ME IT WAS TOO OLD AND COULD
NOT do ANYTHING.

THE LAPS OF TIME IS DUE TO ME GIVING THEM AMPLE
TIME TO RESOLVE PROBLEM

Dorame Att. C

Signature *Reynaldo C Dorame*    Date **2/13/07**

Amount:        $399.00
Account:       ▮▮▮▮▮
Bank Number:   12100035

Sequence Number:  0792773383
Capture Date:     02/09/2007
Check Number:     1927

**REYNALDO C DORAME**

SAN DIEGO CA
92128

**BANK OF AMERICA**

SAN DIEGO CA
5595830213

0136500
**1927**

2/9/2007

34 Pay To The
Order Of  Btec - Union Cons Benefits 888-802-5345            $   399.00

Three Hundred Ninety-Nine and 00/100******************************************** Dollars

Memo For inquiries : 866-590-3900            **Preauthorized Draft by Account Holder**

1927  ⑈0000039900⑈

SecureChex™ This document has BLUE background Line above is MICRO PRINTED

020507 100022502945
01 000802273 02
INTER NATIONAL BANK >114915272<

866-590-3900
Pay To The Order OF
International Bank
>114915272<
For Deposit Only
Bandec
8023743

7:00 pm

**Electronic Endorsements**

| Date | Sequence | Bank # | BOFD | Bank Name |
|------|----------|--------|------|-----------|
| 02/09/2007 | 000100022502965 | 114915272 | Y | INTER NATIONAL BANK |
| 02/09/2007 | 002210002691 | 111900057 | N | JPMORGAN CHASE BANK, |
| 02/09/2007 | 000792773383 | 121103886 | N | BANK OF AMERICA, NA |

Dorame Att. D

# Union Consumer Benefits
**PO Box 1803**
**Plattsburg, N.Y.**
**12901**

Dear Valued Customer,

Congratulations and welcome to this Pharmabay.net program.

We invite you to call our customer service number at **1-888-802-5345** to obtain any information you need to use our program.

Again, Congratulations and thank you very much.

Kind Regards,

*Union Consumer Benefits*
Management

Dorame Att. E

# Pharmabay.net

## Your Welcome Kit is here!

Open Now and Start saving on all your
pharmaceutical needs with
Pharmabay.net

Dorame Att. F

Page 1

www.pharmabay.net

Dorame Att. F
Page 2



# Pharmabay.net

"Simply the SMARTEST
and CHEAPEST way
to buy your PHARMACEUTICALS today"



www.pharmabay.net

1-866-208-2356

Dorame Att. F
Page 3



## Pharmabay.net Discount Prescription Card

With Savings up to 50% and more off the regular retail price on generic drugs, and up to 15% on brand name prescriptions. The pharmacy network includes nearly 50,000 participating pharmacies, including most major chains and thousands of local independent pharmacies in all 50 states.

### Some of the Participating Pharmacies

A & P, ABCO, Arrow Prescription, Aurora, AWG, Bartell Drugs, Big Bear, BiLo, Brooks Maxi Drug, Brookshire, Brunos, Care Drug Center, City Market, Costco, D & W Food Center, Discount Drug Mart, Dominick's, Drug Emporium, Drug Fair, Duane Reade, Eckerd Drug, Edgehill Drugs, EPIC Pharmacy, Family Care Network, Farmco Drug Center, Fedco Drugs, Foodarama Supermarkets, Fruth Pharmacy, Fry's, Furs, Genovese Drug, Giant, Giant Eagle, Grand Union, Hannaford Bros., Happy Harry's Discount Drugs, Harris Teeter, Harvest Foods, Hi-School Pharmacy, Homeland, Horizon, Kerr Drug, King Soopers, Kinney Drugs, Kmart, Knight Drugs, Kroger, K-V-A-T Food Store, Leader Drug, Managed Pharmacy Care, Marcs, Mays Drug Store, Medic Discount Drug, Medicine Shoppe, Medistat, Med-X Corp, Meijer, NCS Healthcare, NeighborCare, Pamida, Pathmark, Phar Mor, Pharmacy Plus, Price Chopper, Publix, Raley's Drug Center, Randalls, Rite Aid, Rx Pride, Safeway, Sav-Mor Drug Store, Save Mart, Schewgmann, Schnucks, Seaway Food Town, Shaws Supermarket, Shopko, ShopRite, Smiths, Soutrys, Stop & Shop, Strategic Health Alliance, Super D Drugs, Super Value, Supersaver/Sentry Drugs, Target, Thriftway, Tom Thumb, Tops, United Drugs, Vons, Wal-Mart, Wegmans, Weis, Winn Dixie, and over 15,000 independent Pharmacies

### Please Peel off your membership card and keep it in a safe place

To Access Savings: Members must present their Membership card along with their prescription to a participating pharmacy. You will pay the discounted cash price, or the pharmacy's usual and customary price, *whichever is lowest*. In order to obtain savings through this program, you must pay the reduced amount, in full, when you pick up your prescription.

# Dorame Att. F

Page 4



**Pharmabay.net**   Pharmacists Enter:   BIN: 90020
PCN: CLAIMRX
GRP: NFW 1

Member Name

**www.Pharmabay.net**

Member #

Pharmacist Assistance / Customer Service: 888-299-5383
This is a 100% co-pay plan presented to you by NONPROFIT WAREHOUSE
This Plan is not insurance.

scrip solutions

---

## www.pharmabay.net

To Access Savings:  Members must present their Membership card along with their prescription to a participating pharmacy. You will pay the discounted cash price, or the pharmacy's usual and customary price, whichever is lowest. In order to obtain savings through this program, you must pay the reduced amount, in full, when you pick up your prescription.

### For additional savings, visit us online
### or
### call us toll-free @ 1-866-208-2356

Dorame Att. F
Page 5

# Membership has its benefits

Order today to receive both your prescriptions and savings within 7-10 business days.

As a Member, you will receive the LOWEST OF PRICES on the whole world wide web. As well:

* No Dispensing Fees
* Over 2000 Prescription Drugs in different Strengths
* Up to 90 Days supply permitted
* FAST & DISCREET shipping
* NO SALES TAX to pay

Your membership kit includes your membership card, allowing you to take advantage of all the benefits. Please Be sure to keep your card in a safe place.

**YOUR WHOLE FAMILY IS ENTITLED TO THESE SAVINGS!**

## Call Today: 1-866-208-2356





**Pharmabay.net**

Order your medications at Canadian Prices And Save upto 90%



Dorame Att. F
Page 6

## Compare And Save!



We supply the drugs through a Canadian Pharmacy allowing you to take advantage of the weaker Canadian dollar as well as the Canadian Drug Price Index which ensures that pharmacies can only markup prescriptions by a fraction.

**Save 20-90% on your prescription and non prescription medications!**

| | | | |
|---|---|---|---|
| - Viagra | 50mg | $13.13 | 66% |
| - Vioxx | 60tabs | $0.55 | 66% |
| - Lipitor | 20mg | $1.16 | 62% |
| - Celebrex | 100mg | $1.83 | 42% |
| - Paxil | 20mg | $0.73 | 54% |
| - Avandamet | 1mg/500mg | $1.76 | 39% |
| - Fosamax | 5mg | $0.74 | 36% |
| - Prozac | 20mg | $1.57 | 36% |
| - Norvasc | 5mg | $1.61 | 55% |
| | | $1.10 | 23% |

*The savings are based on the prices PER TABLET from leading U.S. pharmacies. All prices and drug availabilities are subject to change.

**"Finally! Prices We can smile about!"**

Statistics show that more than ONE MILLION AMERICANS are now buying medicines from Canada, a number that rises by the month. **Don't be the last one to join in on the savings!**

## How Do I Order?

Ordering Medicines from Pharmabay.net is easy. You can simply call toll-free, email, or fax us your order.

1) Call toll free **1-866-208-2356** and one of our helpful and courteous customer service agents will be happy to assist you.

2)    Visit  us  online  at **www.pharmabay.net** to view our full list of medications or to complete your order.

3)    Fill out your attached order form and fax it toll-free at **1-888-868-6883**

## May I Help You?

**Call 1-866-208-2356**
**Today for your FREE consultation.**
Remember the cost of prescriptions **shouldn't give you a headache!**

Look at the back of this pamphlet for more information on YOUR membership benefits. CALL TODAY TO ORDER YOUR MEDICATIONS

Dorame Att. F
Page 7



**Pharmabay.net**

username:
password:



**Follow these three easy steps...**

1. Log onto www.pharmabay.net
2. Enter your username and password
3. Shop and save!

or call 1-866-208-2858

Dorame Att. F
Page 8



# Pharmabay.net  Patient Registration Form

**Questions?**
**1-866-208-2356**

## MINITDRUGS™

**Patient Information:**

| Name: | Primary Physician's Name: |
|---|---|
| Address: | |
| City: | State: | Zip: | Primary Physician's Phone: (   ) |
| Date of Birth: | Height: | Weight: | ○ Male  ○ Female | Patient Phone: (   ) |

**Patient Medical History (Please check all that apply):**

○ Blood Disorders  ○ Cancer  ○ Surgical History  ○ Poor Wound Healing  ○ Obesity  ○ Liver Disease  ○ Rheumatoid/Osteo Arthritis

○ Psychiatric Disorders  ○ Heart Disease  ○ Migraines  ○ High Cholesterol  ○ Asthma/COPD  ○ Glaucoma  ○ Chemical Dependency

○ Diabetes  ○ Lung Disease  ○ Respiratory Disorders  ○ High Blood Pressure  ○ Lupus  ○ Kidney Disease  ○ Thyroid/Endocrine Disorders

○ Prostate Cancer  ○ Gastrointestinal Problems

○ Other Illnesses not listed above_____  ○ Medication Allergies _____

Do you require consulting by a Pharmacist? ○ Yes  ○ No      Would you like a call to remind you of future refills? ○ Yes  ○ No

Do you exercise regularly? ○ Yes  ○ No  If yes, how often _____      Do you smoke? ○ Yes  ○ No  If yes, how often _____

Do you drink alcohol?    ○ Yes  ○ No  If yes, how often _____      Have you had a health exam in the last 12 months? ○ Yes  ○ No

**Medication You are Currently Taking (but not ordering at this time):**

| Medication | Dosage | Frequency | Medication | Dosage | Frequency |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Patient Family Medical History (Please check all that apply):**

○ High Blood Pressure  ○ Diabetes  ○ High Cholesterol  ○ Heart or Artery Disease  ○ Alzheimer's  ○ Prostate Cancer  ○ Breast Cancer

○ Other Cancers _____

Payment Type:  ○ Visa  ○ MasterCard  ○ American Express  ○ Discover  ○ Electronic Payment    (If Electronic Payment, please enclose a void check)

Card #: _____    Expiration Date: ____ / ____  Name on card if different than patient: _____

**Order Form:**

| Medication | Brand/Generic | Dosage | Quantity |
|---|---|---|---|
| | ○ Brand/○ Generic | | |
| | ○ Brand/○ Generic | | |
| | ○ Brand/○ Generic | | |
| | ○ Brand/○ Generic | | |
| | ○ Brand/○ Generic | | |
| | ○ Brand/○ Generic | | |

Promo Code: _____    *Please ensure you check your preference in the brand and generic column.

## Affirmation of Mutual Responsibility

Pharmabay.net/Minit Drugs/ Pharmacy-Online.ca, its affiliates and licensees acknowledge all normal responsibilities as professional pharmacists in the supply of pharmaceutical medicines, towards the well being of the patient.

I acknowledge responsibility to provide accurate information and to update information pertaining to my condition and medical requirements. I acknowledge that I am of age of consent in my state and I am responsible for monitoring my medication supply and obtaining new prescriptions and requesting refills from Minit Drugs when required. I understand that I am responsible for the correct usage of any medication supplied by Minit Drugs and any of its affiliates and licensees. Any harm resulting from the incorrect usage of any medication is my sole responsibility.

I hereby release Pharmabay.net Drugs/SWIFTrx including all employees and contracted associates from any and all liability relating to my medical conditions and to the use of any medication legally prescribed and supplied to me by Minit Drugs or any of its affiliates and licensees.

The parties agree that their mutual, legal responsibilities shall be governed by the laws of the province of Alberta, Canada. Both parties acknowledge that all litigation shall be commenced in the appropriate court located in the City of Calgary, in the province of Alberta, Canada and the parties hereto irrevocably attorn to the jurisdiction of the Court of the Province of Alberta, Canada

## Dorame Att. F
### Page 9

| Signature: | Date: |
|---|---|
| Print Name: | |



Dorame Att. F
Page 10

```
            RANCHO BERNARDO POSTAL STORE
                 SAN DIEGO, California
                      921289996
                  0567760125 -0096
04/14/2007       (800)275-8777      12:32:39 PM
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━
                   Sales Receipt
Product             Sale  Unit         Final
Description          Qty  Price        Price
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━
RICHMOND TX 77469                      $4.05
Priority - Flat Rate
Env
1 lb. 10.20 oz.
  Customer Postage                    -$4.05
  Subtotal:                            $0.00
                                     ━━━━━━━━
  Issue PVI:                           $0.00

PLATTSBURGH NY 12901                   $1.59
First-Class
  5.20 oz.
  Certified                            $2.40
  Label #:      70062760000312846510
                                     ━━━━━━━━
  Issue PVI:                           $3.99

Total:                                 $3.99

Paid by:
  Cash                                 $5.00
  Change Due:                         -$1.01

Order stamps at USPS.com/shop or call
1-800-Stamp24. Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000402531395
Clerk: 08

    All sales final on stamps and postage.
    Refunds for guaranteed services only.
        Thank you for your business.

              Customer Copy
```

**U.S. Postal Service**
**CERTIFIED MAIL  RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $1.59 | 0125 |
| Certified Fee | | $2.40 | |
| Return Receipt Fee (Endorsement Required) | | $0.00 | APR 14 2007 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $3.99 | 04/14/2007 |

Sent To: *UNION CONSUMER BENIFITS*
Street, Apt. No.; or PO Box No. *P.O. BOX 1803*
City, State, ZIP+4 *PLATTSBURG, N.Y. 12901*

7006 2760 0000 3128 4590

Dorame Att. G

Reynaldo C. Dorame

San Diego CA 92128

14 April 2007

UNION CONSUMER BENIFITS
P.O.Box 1803
Plattsburg N.Y. 12901

Dear Sir:
Enclosed is your book on the insurance that I did not purchase.
Since you took $399 out of my account I have been trying to get
it back.  Again here is your book I do not need this insurance
as I have a good plan now.

Sincerely yours

R.C. Dorame

1. WWW.USPS.COM
& Track Confirm

Dorame Att. H



**BBB**

The Mark of Integrity

**Better Business Bureau®**
Serving San Diego & Imperial Counties
5050 Murphy Canyon Rd. # 110
San Diego, CA 92123-4389

# complaint form

info@sandiego.bbb.org
www.sandiego.bbb.org
Consumer Helpline: 858.496.2131
858.496.2141 Fax

*A copy will be forwarded to the company.*

**See reverse for instructions**

BLEC - UNION CONSUMER BENEFITS

---

| Person Filing Complaint: ☒Mr. ☐Mrs. ☐Ms. ☐Dr. | Complaint filed against: UNION CONSUMER BENEFITS |
|---|---|
| Name REYNALDO C. DORAME | Address P.O. BOX 1803 |
| Address ▓▓▓▓▓ | City PLATTSBURG State N.Y. Zip 12901 |
| City SAN DIEGO State CALIF Zip 92128 | Phone 888-802-5345 Fax |
| Phone ▓▓▓▓▓ Fax | E-mail |
| E-mail ▓▓▓▓▓ | Owner/Manager ☐Mr. ☐Mrs. |
| Have you talked to or attempted to contact the owner or manager? ☐Yes ☐No | |

---

**Mail a total of three completed copies of this form and attached documents.**

When did you purchase this product or service? **2/9/07**     How much did you pay? **$399.00**

When did your problem first occur? **2/9/07**     What is the exact amount in dispute? **$399.00**

What do you want the company to do? (please use only the space provided) **RETURN MY 399.00**

Briefly explain the nature of your dispute with the company. (please use only the space provided)

ON 2/9/07 $399 WAS TAKEN OUT OF MY ACCOUNT FOR INSURANCE
THAT I did NOT WANT, OR ORDERED. SEE #1 I CALLED
RIGHT AWAY AND TALKED WITH MR HUDSON AND WAS ASSURED THAT I
Would RECEIVE MY MONEY. SINCE THEN I HAVE CALLED AND RECEIVED
THE SAME ANSWER, YOU WILL GET YOUR MONEY ON 13 APRIL
I RECEIVED THE BOOK ON THE INSURANCE. ON 14 APRIL I RETURNED
IT SEE #2

AS OF THIS dATE THEY HAVE NOT RECEIVED THE BOOK,
And I HAVE NOT RECEIVED MY MONEY. SEE #3

Dorame Att. I ___



FIRST CLASS

FIRST CLASS

D From:
Reynaldo Dorame
San Diego, CA

TO: UNION SUPPY & BENFITS
P.O. BO 603
PLATTSBURG, N.Y.

1st NOTICE
2nd NOTICE 2/4/07

7006 2760 0003 1284 6510

CERTIFIED MAIL

7006 2760 0003 1284 6510

U.S. POSTAGE
PAID
SAN DIEGO CA
92128
APR 14 07
AMOUNT
$3.99
0000 12901 00097982-08

UNITED STATES
POSTAL SERVICE

Dorame Att. J



# Better Business Bureau, Inc.®

741 Delaware Ave., Ste. 100
Buffalo, NY 14209-2201  USA

716.881.5222 ▪ 716.883.5349 (FAX) ▪ www.upstateny.bbb.org

June 25, 2007

**Reynaldo Dorame**

**San Diego, CA 92128**

re: Union Consumer Benefits,  case #3B6A-3CF%

Dear Reynaldo Dorame:

The BBB has processed your complaint to the above referenced company. Our purpose is to serve both parties in a dispute by acting as a neutral third party. We attempt to help both sides find a voluntary solution to the complaint.

We regret to inform you that the company has not responded to your complaint. If we do receive a response in the future, a copy will be sent to you.

You may wish to seek the advice of an attorney, or file a claim in Small Claims Court.

Your complaint will remain on file for three years and will be reported to the public that the company did not respond. One complaint in this category results in an unsatisfactory business performance rating with the Bureau. BBB members with an unanswered complaint are subject to expulsion from the Bureau.

If you have resolved this with the company please notify the Bureau.

Sincerely,

John Kaiser
Trade Practice Specialist
jkaiser@upstatenybbb.org

Dorame Att. K

# PX 7

## DECLARATION OF MARY ELLIOTT
## PURSUANT TO 28 U.S.C. § 1746

I, Mary Elliott, hereby declare as follows:

1.  My name is Mary Elliott. I am 74 years old and live in Kanab, Utah. I have personal
    knowledge of the facts stated in this declaration. In late February 2008, I received a
    telephone call at home from a man who said he was calling me because all U.S. citizens
    on Medicare would be receiving a new card, and he needed to verify my information so
    that I could get my new card. He then asked me whether my checks go directly to my
    bank. I did not feel comfortable answering that question, and I told him so. He said that
    he needed the information so I could receive my new card. I told him that if he was
    going to send me something, he should just send it, and I would look at it. But he kept
    insisting that he needed information from me in order to send the card.

2.  I thought that since the man was talking about Medicare, he might be connected to the
    Medicare program. I told him that I had never heard anything about this new card before.
    He said, "Of course you haven't, because I've never called you before." I told him that I
    was going to check with Medicare about what he was saying. At that point he told me
    that he was not connected to Medicare.

3.  The man said that he was with Union Consumer Benefits, but he did not explain what
    sort of company or organization that was, or why it would be calling about a new card
    going out to all U.S. citizens on Medicare. He kept trying to persuade me to answer his

*I told him I was having trouble understanding him.*
*M.E.*

questions, but I refused. ~~I finally told him that I had to get off the phone.~~ He asked me if

he could call me again. I told him that I was having trouble understanding him, and that

if someone was going to call me again it would need to be someone I could understand

better. I have not heard from Union Consumer Benefits since that time.


4.    After receiving this call, I had the feeling that Union Consumer Benefits might be trying

to get my personal information for an improper purpose. So I called the Federal Trade

Commission and filed a complaint.


I declare under penalty of perjury that the foregoing is true and correct.


Executed on *march 4*      , 2008.            *Mary Elliott*

                                             Mary Elliott


Page 2 of 2

# PX 8

## DECLARATION OF MICHAEL FEITO
### PURSUANT TO 28 U.S.C. § 1746

I, Michael Feito, hereby declare as follows:

1.  My name is Michael Feito.  I am 52 years old and live in Downey, California.

2.  I have personal knowledge of the facts stated in this declaration, and if called as a
    witness, I could and would competently testify to the facts stated herein.

3.  On or about January 22, 2008, the Federal Trade Commission ("FTC") contacted my
    mother, Virginia, to discuss her experiences with a company called Union Consumer
    Benefits ("UCB").  My mother, however, is 87 years old and was diagnosed with
    Alzheimer's disease in1999, so I spoke to the FTC on her behalf.  The FTC asked if I
    remembered whether my mother had received a telephone call from UCB.  The FTC told
    me that UCB took $399 from my mother's bank account, using an electronic check, or
    "demand draft," on or about May 2, 2007.  I told the FTC that I did not remember if my
    mother had received a telephone call from UCB, and that I did not remember the
    company taking $399 from her bank account.

4.  After I received the telephone call from the FTC, I checked my mother's bank records,
    and I found that UCB had, in fact, taken $399 from her bank account on or about May 2,
    2007.  I found my mother's May 18, 2007, bank statement showing UCB's debit, as well
    as a copy of the $399 demand draft.  Attached hereto as **Feito Att. A** is a true and correct

copy of the front and back of UCB's May 2, 2007, demand draft, with my mother's street address and bank routing and account numbers redacted.

5.    My mother does not remember ever receiving a telephone call from UCB, and she did not receive a product or service from this company. Thus, I do not believe that UCB had the authorization to withdraw $399 from her bank account.

6.    Additionally, the FTC told me that UCB has sent some consumers a package of materials related to discount prescription drugs in exchange for their payment. My mother currently is covered by Medicare, and would have no need to pay $399 for this type of information.

7.    Furthermore, after UCB took $399 from my mother's bank account, there were at least two more unauthorized withdraws from her account. On or about December 13, 2007, a company called DMB Services took $399 from my mother's bank account, and then, on or about January 8, 2008, a company called VCardNow took $395 from her account. Fortunately, the bank was able to reverse the latter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  Feb 12-2008 , 2008.          _____

Michael Feito

144393

**VIRGINIA S FEITO**

DOWNEY CA
90241

**BANK OF THE WEST**

DOWNEY CA
3237273605

2810

5/2/2007

Pay To The
Order Of  Btec - Union Cons Benefits 888-802-5345                    $   399.00

Three Hundred Ninety-Nine and 00/100************************************************************* _Dollars_

Memo For Inquiries : 866-590-3900

**Preauthorized Draft by Account Holder**

⑈ 2810 ⑈ 0000039900⑈

SecurChex™ This document has BLUE background  Line above is MICRO PRINTED wording  Tamperproof Ink  © 1993 MEGA WORLD INC  www.checkstart.com  Form:CFV7152J

Account: [redacted]  Check#:2810 Amount:$399.00 Sequence:500104920 Date:05/03/2007

050207 100025504018
01 000000023743 02
INTER NATIONAL BANK >114915272<

866-590-3900
Pay To The Order
International Bank
>114915272<
For Deposit Only
Banctech
8023743

**Feito Att. A**

# PX 9

## DECLARATION OF SUSAN GREENE
### PURSUANT TO 28 U.S.C. § 1746

I, Susan Greene, hereby declare as follows:

1.  My name is Susan Greene.  I am 55 years old and live in Morristown, Tennessee.

2.  I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to the facts stated herein.

3.  On December 24, 2006, my mother, Mary Hodge, passed away at the age of 88, and I became the executor of her estate.  On or about March 6, 2007, a company called Union Consumer Benefits ("UCB") took $399 from my mother's bank account, using an unsigned electronic check, or "demand draft."  Attached hereto as **Greene Att. A** is a true and correct copy of UCB's March 6, 2007, demand draft, with my mother's street address and bank routing and account numbers redacted.  The handwriting on Greene Att. A is mine.

4.  I had never heard of UCB, so I called a telephone number that was listed on the company's demand draft, 1-866-590-3900, to inquire about its $399 debit to my mother's bank account.  The representative indicated that my mother had purchased medical benefits from UCB.  I told the representative that my mother did not purchase any medical benefits from UCB, because she passed away in December 2006.  I also knew that my mother had Blue Cross Blue Shield, as well as Medicare Part D, and that she

would not have needed additional "medical benefits." I, therefore, told the representative to return the $399 that UCB had taken from my mother's bank account. I then closed her account to prevent further unauthorized withdraws.

5.  A company called Med Provisions also claimed to have sold my mother medical insurance.

6.  On or about January 5, 2007, Med Provisions took $398 from my mother's bank account, using an unsigned demand draft. Attached hereto as **Greene Att. B** is a true and correct copy of the front and back of Med Provisions' January 5, 2007, demand draft, with my mother's street address and bank routing and account numbers redacted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _March 19_, 2008.        _Susan N Greene_

                                      Susan Greene





Acct : ▮▮▮▮▮▮▮

Date : 03/07/07 CHECK #314 Amount : $399.00

**Charge**

**SUNTRUST**

MARY H HODGE

MORRISTOWN TN
37814

SUNTRUST BANK

MORRISTOWN TN
8007868787

138414

314

3/6/2007

Pay To The
Order Of Stec - Union Cons Benefits 888-802-5345          $  399.00

Three Hundred Ninety-Nine and 00/100************************************************ Dollars

Memo For inquiries : 856-590-3900

Preauthorized Draft by Account Holder

3 ᴉ4    ⑈00000 39900⑈

TATER NATIONAL BANK >114518272<

866-590-3900
Pay To The Order Of
International Bank
>114915272<
For Deposit Only
Banctec
8023743

*Union Consumer Benefits*
*— dep. on (Medicare) Wed. —*



0133872

**MARY HODGE**
MORRISTOWN TN
37814

**SUNTRUST BANK**
MORRISTOWN TN

5546

Pay to the
Order of: CPS Med Provisions 866-460-9617

$ 389.00

Three Hundred Eighty-Nine and 00/100***** Dollars

Memo For inquiries : 866-590-3900

Preauthorized Draft by Account Holder

5546 "0000038900"

5546 "0000038900"



SUNTRUST ATL　01082007
3775-REJ　　INCL
8100086727

866-590-3900
Pay To The Order OF
International Bank
>114915272<
For Deposit Only
Capital Payment Systems
8063648

0243367371
01082007
0640-0010
114915272
INTER NATIONAL BANK
MCALLEN, TEXAS
114000093
114915272

# PX 10

## DECLARATION OF YVONNE E. HAGGARD
### PURSUANT TO 28 U.S.C. § 1746

I, Yvonne E. Haggard, hereby declare as follows:

1.    My name is Yvonne E. Haggard. I am 72 years old and live in La Junta, Colorado.

2.    I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to the facts stated herein.

3.    In August 2007, I noticed a $399 debit to my bank account while I was reviewing my monthly statement. My bank statement did not give me any details about the withdrawal, so I went to my bank to speak with a representative. The bank representative, Stacy, told me that a company called Union Consumer Benefits ("UCB") was responsible for the debit, and that it took the $399 from my bank account using an unsigned electronic check, or "demand draft," on or about July 26, 2007. Attached hereto as **Haggard Att. A** is a true and correct copy of the front and back of UCB's demand draft, with my street address and bank routing and account numbers redacted. The handwriting on Haggard Att. A is from my bank representative.

4.    I told the bank representative that I could not have authorized the debit, because I had never heard of UCB. The bank representative then located a telephone number on UCB's demand draft, 1-888-802-5345, and she called that number to inquire about its $399 debit to my account. Stacy told me that, according to the UCB representative, I had

agreed to purchase a lifetime membership with UCB, and that I would receive medical discounts for its one-time fee of $399. She also told me that I should receive a medical discount package in the mail on or about August 20, 2007. Stacy told me that UCB played her a recording that UCB said gave them permission to debit my bank account.

5.    I had received a telephone call shortly before UCB took $399 from my bank account, but I do not remember the representative ever mentioning UCB, a lifetime membership, or medical discounts. The representative that I spoke to was offering fraud protection for my bank account. He told me that the bank would pay for the service, so I did not give the representative my bank routing or account numbers, nor did I give him permission to debit my account.

6.    I was very upset, because I would not have knowingly given anyone permission to take $399 from my bank account, regardless of what type of service they were offering. I live on a limited income, and I cannot afford to have hundreds of dollars taken from my bank account, because I need to pay my rent and buy groceries.

7.    Frustrated, I went to the Office of the District Attorney. I told the District Attorney about UCB, and he told me to go to the La Junta Police Department. I then went to the police department, and I explained the situation to a La Junta Police Officer. The officer called the telephone number that my bank representative had found on UCB's demand draft, 1-888-802-5345. The officer spoke to a UCB representative, but he told me that the company was not willing to give me a refund.

Page 2 of 3

8.   I did not receive UCB's package in the mail, so I went to the bank to speak with Stacy, my bank representative. On or about August 21, 2007, Stacy called to inquire about the package. The UCB representative told Stacy that the package had been shipped, and that I should receive it within a few days, but I never did. My bank representative called UCB two more times, on or about August 24, 2007 and August 29, 2007, and I called UCB on August 30, 2007, but no one answered the telephone on those dates.

9.   On or about September 18, 2007, I filed a complaint with the Office of the Attorney General of Colorado. Attached hereto as **Haggard Att. B** is a true and correct copy of the complaint that I filed with the Colorado Attorney General's office. My street address and telephone number have been redacted from the complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _March 22_, 2008.                    _Yvonne E. Haggard_
                                                  Yvonne E. Haggard

Page 3 of 3



**YVONNE HAGGARD**
LA JUNTA CO
81050

FIRST NATIONAL BANK　**0237**

LA JUNTA CO
7194561512

7/25/2007

Pay To The Order Of　Btec - Union Cons Benefits 888-802-5345　$ 399.00

Three Hundred Ninety-Nine and 00/100　Dollars

Memo For Inquiries : 866-590-3900
7193841839UD070724

Preauthorized Draft by Account Holder

0237

⑆000003990⑆

6750431238

71200784　720003090
CITY BANK TX LUBBOCK, TX >111301737<

Pay to the Order
City Bank
>111301737<
For Deposit Only
BancTech Processor's Inc.
71200784

Union Consumer Benefits
Medical Discount Pkg.
888-802-5345

Lifetime Membership
Medical ~~Discounts~~
One-time Charge

expect call 8/20/07
about date mailed
no call but recid

8/21/07 - shipped out

8/24/07 - no answer

8/29/07 - no answer

Haggard Att. A

JOHN W. SUTHERS
COLORADO ATTORNEY GENERAL



CONSUMER COMPLAINT FORM

Type of Print (BLACK INK ONLY)          **GIVE TO NANCY BULLIS**

| | |
|---|---|
| Mr., Mrs, Ms, Miss (Circle One) | Complaint is against: |
| Your Name: | |
| YVONNE E. HAGGARD | 'UNION CONSUMER BENEFITS |
| Address: | Address: |
| ▓▓▓▓▓ | |
| City: | City: |
| LAJUNTA | |
| State: | Zip Code: | State: | Zip Code: |
| COLO. | 81050 | |
| Home Phone: | Phone: |
| ▓▓▓▓▓ | 888-502-5345 |
| Work Phone: | Business Contact Person: |

Date of Transaction: 7-27-2007    Place of Transaction: Home
          I believe

Production or Service Involved: _____

Amount Paid $399.00 Paid by ___ Electronically Check ___ Cash ___ Credit Card ___ Loan ___

Have you complained to the business? _____ ✓ Yes _____ No

If yes, what action was taken? NONE _____

Have you filed a complaint with any agency or organization? _____ Yes _____ No

If yes, identify the organization La Junta police dept. and The D.A. office

What action was taken? none _____
                                                        CAN'T AFFORD.
Have your retained an attorney to represent you in this matter? _____ Yes _____ ✓ No  ONE

Has a law suit been filed?                    _____ Yes _____ ✓ No  not yet.

**(PLEASE CONTINUE ON OTHER SIDE)**

**Haggard Att. B**

Please describe your complaint in detail:

I was contacted by phone from this company, about
some one told me that about protection for my
bank account, that no one could take any money
from my account, that the service would be paid by the
bank. They did tell me there would be no charge to
me. I did not order anything. The lady at my
bank - named Stacy, had called the company and they
said the package would arrive around 8-20-07. I did not
receive it. We called on 8-21-07 and they said the package
was shipped, I still have not received it. We called on
8-24-07 - no answer. We called on 8-29-07 and no answer.
I have not received any package. I called on 8-31-07-no
answer. The company did not call me as they said they would
I contacted the police - they called & heard a recording.
I did not order anything.  No office no service

What would you consider a fair resolution of this complaint?

I want my money back. ALL OF IT.

Colorado law prohibits us from giving legal advice or opinions or acting as your personal attorney; therefore if you
desire legal advice, we suggest you consider contacting a private attorney to discuss your complaint.

The above statement is true and accurate to the best of my knowledge.

Your Signature is Required: _Yvonne E. Haggard_ Date _9-18-07_

**Haggard Att. B**

9-18-2007

RECEIVED
SEP 20 2007
OFFICE OF THE
ATTORNEY GENERAL

Att: Nancy Bullis,

I did the best that I could
on these papers. I have never,
to my knowlege, filled out papers
of this sort before.

I live on a low income and
have to watch my pennies, so
how would I ever do anything
like this — to take away for the
things I _need_ for myself.?

Lonnie called me and told me
your sending papers for me to
fill out. Also not to file on-
line. — I believe he said too, not
to talk with these companies & get
in touch with you. — You told
me also & to get their number
and call you.

Hope & believe things will go alright.
I thank You
Yvonne E. Haggard

RECEIVED BY
CONSUMER FRAUDS & PROTECTION BUREAU
SEP 24 2007
NYS OFFICE OF THE ATTORNEY GENERAL
NEW YORK CITY OFFICE

Haggard Att. B

# PX 11

## DECLARATION OF BETTY HOWARD
### PURSUANT TO 28 U.S.C. § 1746

I, Betty Howard, hereby declare as follows:

1.    My name is Betty Howard.  I am 80 years old and live in Florissant, Missouri.

2.    I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to the facts stated herein.

3.    On or about January 4, 2008, I received a telephone call at home having to do with medical benefits.  As I remember it, the caller was a man, but I do not remember him saying where he was calling from, or who he worked for.  The man told me about some sort of program that would provide me with 60 percent discounts on my prescriptions and medical bills.  He said that health care costs were rising so fast that soon my monthly Social Security benefits would be "eaten up" by the cost of my prescriptions.

4.    The caller asked for my bank account information.  I realize now that I should not have given it to him, but at the time I was acting out of fear.  I depend on my Social Security benefits to pay my monthly expenses, and it scared me when he said that I would run out of money just trying to pay for my medicine.  I never heard him say how much the discount program would cost me, but he did mention something about a "small" one-time membership fee.

5.  On or about January 8, 2008, a company called "MedPro" withdrew $398 from my bank
    account using an unsigned check. The front of the check stated that it had been
    "electronically authorized."

6.  On or about January 24, 2008, a company called "Union Consumer Benefits" withdrew
    $399 from my bank account using an unsigned check that was almost identical in
    appearance to the "MedPro" check. This check also stated that it had been
    "electronically authorized." Attached hereto as **Howard Att. A** is a true and correct copy
    of the front of both the "MedPro" and "Union Consumer Benefits" checks, with my street
    address, bank routing number, and account number redacted.

7.  On or about January 28, 2008, I found out that my bank account was overdrawn and I
    was bouncing checks. On or about January 30, 2008, I went to my bank to investigate.
    A bank employee found the $399 check that was payable to "Union Consumer Benefits."
    I told her that I had never heard of "Union Consumer Benefits." The bank employee
    called the toll-free telephone number printed on the front of the check, 866-395-2019.
    She reached a representative, and, after a conversation, told me that the representative
    said my $399 would be refunded in 30 days.

8.  Later my daughter and I discovered the $398 withdrawal that occurred on January 8,
    2008. Once again, we sought help from the bank, and we found out that "MedPro" had
    also taken money from my account using the same type of unsigned check. My daughter
    found a toll-free telephone number on the "MedPro" check, 866-898-7489, and did a

search for that telephone number on the Internet. She found a "rip off report" about a

company called "Priority Savings Group" that was using that telephone number and

"embezzling $398.00 by tricking elderly people out of their bank account numbers."

9.   I subsequently received a package that I believe was either from "Union Consumer

Benefits" or "MedPro" but I refused to accept it, and marked it "return to sender."

10.  My bank had both the $398 and $399 withdrawals reversed as unauthorized so that the

money went back into my account. Then they had me close my account and open a new

one. I was not reimbursed for the overdraft fees, about $68, caused by the "Union

Consumer Benefits" check.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___3 - 26___ , 2008.           _Betty Howard_

                                            Betty Howard

Page 1 of 1

FIRST BANK 7096275

BETTY HOWARD
FLORISSANT, MO, 63033

DATE: 01/08/2008
AMOUNT: $398.00

PAY: three hundred ninety eight DOLLARS AND zero CENTS

PAY TO THE ORDER OF:   RP-9179-MedPro (608)
on behalf of MedPro
Customer Service: 866-898-7489

No Signature Required
Electronic Signature On File
This check has been electronically
authorized by voice or electronic
verification by your depositor

MEMO: 3149215773RK080107

"0000039800"

Date:01-09-2008 Sequence:100008026 Account:███████ Amount:$398.00 TR:81009428 Trancode:081
Serial:███████ EAP:0 InstID:2 DbCr:D Endpoint:2034 AppId:10 ReturnItemCode:0 XMITAcct:███████
ToBank:0 FromBank:2 Branch:0 Teller:0 OrigSequence:100008026 GLOffset:0 AllItemsEditUserName:-
XmitSerial:███████

Page 1 of 1

FIRST BANK 7435268

BETTY HOWARD
FLORISSANT, MO, 63033

DATE: 01/24/2008
AMOUNT: $399.00

PAY: three hundred ninety nine DOLLARS AND zero CENTS

PAY TO THE ORDER OF:   PX-Union Consumer Benefits (499)
on behalf of Union Consumer
Customer Service: 866-395-2019

No Signature Required
Electronic Signature On File
This check has been electronically
authorized by voice or electronic
verification by your depositor

MEMO: 365771

"0000039900"

Date:01-25-2008 Sequence:100194374 Account:███████ Amount:$399.00 TR:81009428 Trancode:081
Serial:███████ EAF:0 InstID:2 DbCr:D Endpoint:2034 AppId:10 ReturnItemCode:0 XMITAcct:███████
ToBank:0 FromBank:2 Branch:0 Teller:0 OrigSequence:100194374 GLOffset:0 AllItemsEditUserName:-
XmitSerial:███████

Howard Att. A

# PX 12

## DECLARATION OF BRENDA K. HUBBARD
## PURSUANT TO 28 U.S.C. § 1746

I, Brenda K. Hubbard, hereby declare as follows:

1.  My name is Brenda K. Hubbard.  I am 46 years old and live in Salisbury, Missouri.

2.  I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to the facts stated herein.

3.  On or about January 26, 2008, I received a telephone call, around 10:00 a.m., from a man calling on behalf of Union Consumer Benefits ("UCB").  The representative told me that his name was "John Smith," and that he was calling to offer me a number of "free" medical benefits.  Mr. Smith told me that he needed to "verify" some information.  He read my mailing address and telephone number, and I told him that the information was correct.

4.  The UCB representative then asked me for the name of my bank.  He also wanted to know whether I received monthly bank statements.  Mr. Smith told me that he needed that information in order to give me a "medical number," but I did not believe him.  I thought that Mr. Smith was "phishing" for my personal information, so I asked him several more questions about UCB and its "free" medical benefits, but the representative chose to hang up the telephone instead of giving me any reasonable answers.

5.    Approximately five minutes later, I received another telephone call from the UCB representative, Mr. Smith. He asked again for the name of my bank. I told the representative that I was not interested in what he was offering, and that I did not want to receive any more telephone calls from UCB. I also told Mr. Smith that I was registered with the Missouri No Call List, and that telemarketers are not supposed to call my house. Mr. Smith responded by telling me that he was not trying to sell me anything, and that I must have UCB's "medical card," as if there were no other option.

6.    Finally, I had enough, so I hung up the telephone, but the UCB representative called back. I then had my nephew answer the phone, and he told the representative that he must have the wrong number. Immediately afterwards, the phone rang again, but neither my nephew nor I answered the telephone. Eventually, it stopped ringing.

7.    Sometime later, the UCB representative called again. By then my husband was home, and he answered the telephone. The representative, Mr. Smith, told my husband that he also was to receive "free" medical benefits from UCB. My husband was not as polite as I was, however, since I had already told him about my experiences with UCB. After my husband asked Mr. Smith several direct questions, the UCB representative hung up the telephone, but he called back approximately five minutes later. He wanted my husband to divulge some personal information. My husband refused, and, once again, the UCB representative hung up the telephone.

8.      Around 2:00 p.m., approximately four hours after I received the first telephone call from
        UCB, Mr. Smith called again. I answered the telephone because I really wanted the UCB
        representative to stop calling our house. Mr. Smith repeated what he had told my
        husband and me earlier, and he said that he needed my bank's ID number. I told the
        representative that I did not know my bank's ID number, so Mr. Smith told me to look in
        the upper right hand corner of my bank statement.

9.      I told the UCB representative that I could not locate my bank's ID number. I told him
        that besides my bank account number and my monthly transactions, there were no other
        numbers on my bank statement. He told me that my bank account number was what he
        really wanted. I told the UCB representative that I was not going to give him, nor anyone
        else, my bank account number over the telephone. I told him that if UCB was a
        legitimate company, then he could send me some information to look over in the mail,
        otherwise, he should stop calling me. The UCB representative then tried to convince me
        that his company was legitimate, but I did not believe him, so I hung up the telephone.

10.     When the UCB representative called, the number from where he was calling did not
        show up on my caller ID. It was displayed as unknown caller.

11.     On or about January 26, 2008, I visited the Office of the Attorney General of Missouri's
        website at www.ago.mo.gov, and I filed an online complaint against UCB. Attached
        hereto as **Hubbard Att. A** is a true and correct copy of the complaint that I filed with the



Missouri Attorney General's office. My street address, telephone numbers, and email address have been redacted from the complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _February 25_, 2008.                    _Brenda K Hubbard_
                                                    Brenda K. Hubbard

# Consumer Complaint Form



**RETURN TO:** Attorney General's Office
Consumer Protection Unit, PO Box
Jefferson City, MO 65102

Missouri Attorney General
Jeremiah W. (Jay) Nixon

Phone: 800-392-8222
Web: www.ago.mo.gov

## CONSUMER INFORMATION

**NAME**     Mrs. Brenda K Hubbard
**ADDRESS**
             Salisbury MO 65281
**COUNTY**   Chariton
**HOME PHONE**
**WORK PHONE**
**E-MAIL**

## COMPANY INFORMATION

**NAME**     Union Consumer Benefits
**CONTACT**  John Smith
**ADDRESS**

**COUNTY**
**PHONE**
**WEBSITE**
**E-MAIL**

## TRANSACTION INFORMATION

**DATE OF TRANSACTION/PURCHASE** 1/26/2008    **AMOUNT PAID** $0.00    **PAYMENT METHOD** Other

**HOW AND WHERE DID YOU LEARN ABOUT PRODUCT OR SERVICE?**

John Smith kept calling asking for myself or my husband

**DID YOU SIGN A CONTRACT, WARRANTY AGREEMENT OR SIMILAR PAPERS?**    No

**BRIEFLY EXPLAIN YOUR COMPLAINT**

A man who had a heavy iraqu accent and referred to himself as John Smith called my house phone about 10am 1/26/07. He stated he was with Union Consumer Benefits and he had a number for free medical benefits for me. He then wanted to verify my information. He recited my address and phone number and I told him that was correct. Then he wanted to know if I received a monthly bank statement and who I banked with. I refussed to give him this information fearing he was Phishing. I asked why he wanted this information he said to give me the medical number. I said well give me the number then. He said he had to have my bank information first. I asked several questions trying to find out what he was up to but he hung up. He called back 5 minutes later with the same speel. I told him I wasn't interested any anything he was talking aboout. I also told him I wa on the no call list. He said he wasn't trying to sell my anything and I had to have this medical card. (this time he said medical card instead of number. He called again and I had my nephew tell him he had the wrong number. He called again and let the phone ring 20 times. He called later and my husband was home by then. He told him the same things he was telling me. My husband asked him several questions and was not as nice as I had been. Mr. Smith hung up again. He called back 5 minutes late and talked to mu husband again. Agian he hung up after my husband would not give out our personal information about our bank. He called again about 2pm. He gave me the same speel and wanted my bank's ID number. I told him I didn't know what he meant by my bank's ID number. He directed me to my bank statement and said I could find the number in the top right hand corner under the date. Therwe was no date in the right hand cornor of my bank statement. IThe only numbers on this page were my account number and the amounts of my transactions with my bank. He said yes the account number was what he needed. I told him I would not give him or anyone else my bank account number for any reason over the phone. I told him if he was a legi company and he had something I had to have then send me information through the US mail otherwise quit calling as I would never give him this information. He tried for a while long to convince he was ligit and I finally just hung up. He has not called again. The number did not show up on my caller ID. It was displayed as unkown caller.

Can you find out if this is ligit or was this guy phishing. I know his name could not be John Smith. Please EMAIL me back if you find anything out.

**WHAT ACTION HAVE YOU TAKEN TO RESOLVE THIS COMPLAINT?**

emailing you

**HOW DO YOU WANT THIS COMPLAINT RESOLVED?**

Investigate Co. -

Mrs. Brenda K Hubbard

Hubbard Att.  A

# CF-2008-03125

HAVE YOU BEEN SUED OR FILED A LAWSUIT ABOUT THIS COMPLAINT?            No

NAME OF ANY AGENCY CONTACTED

Hubbard Att.  A

Mrs. Brenda K Hubbard

CF-2008-03125

**08C2309   JUDGE  ASPEN**
**FILED  4/23/08**
**Continuation of FTC's Exhibits**
**in support of its ex parte motion for a TRO**

# PX 13

## DECLARATION OF PAUL KLEIN
### PURSUANT TO 28 U.S.C. § 1746

I, Paul Klein, hereby declare as follows:

1.      My name is Paul Klein. I am 92 years old and live in Prescott, Arizona.

2.      I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to the facts stated herein.

3.      On or about January 24, 2008, the Federal Trade Commission ("FTC") contacted me to discuss my experiences with a company called Union Consumer Benefits ("UCB"). The FTC asked if I remembered receiving a telephone call from a representative of UCB on or before May 4, 2007. The FTC told me that UCB took $399 from my bank account, using an electronic check, or "demand draft," dated May 4, 2007. I told the FTC that I did not remember receiving a telephone call from UCB, and that I certainly did not know that the company had withdrawn $399 from my bank account.

4.      After I received the telephone call from the FTC, I checked my bank records, and I found that UCB had, in fact, taken $399 from my bank account on or about May 4, 2007. I immediately contacted my bank to get a copy of the demand draft that UCB had drawn on my account. Attached hereto as **Klein Att. A** is a true and correct copy of the front and back of UCB's May 4, 2007, demand draft, which I recently received from my bank. My street address and bank routing and account numbers have been redacted.

Page 1 of 2

5.    Because I do not remember receiving a telephone call from UCB, and since I did not

receive a product or service from the company, I do not believe that UCB had the

authorization to withdraw $399 from my bank account.  Even if I had talked to a UCB

representative, the company should not have called me in the first place, because my

telephone number was registered with the National Do Not Call Registry on or about

October 25, 2006.

6.    Additionally, the FTC told me that UCB has sent some consumers a purported discount

prescription drug card in exchange for their payment, along with information about

purchasing prescription drugs from Canada.  I currently have medical insurance, and I do

not feel that I need a discount prescription drug card.  Furthermore, I have never bought,

nor do I intend to buy, prescription drugs from Canada.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _*Feb. 5*_____, 2008.            _____

Paul Klein

Date: January 25, 2008          *Wells Fargo PhotoCopy*
                                *Request*                          *Page 1 of 1*

*Reference: 2000156501719;2000156507719;2000156431719*





R/T Number                                    Processing Date    20070507
Sequence Number           Amount            399.00
Account Number                                Check Number       1508

**Klein Att. A**

# PX 14

## DECLARATION OF MARY ANN MARKHAM
### PURSUANT TO 28 U.S.C. § 1746

I, Mary Ann Markham, hereby declare as follows:

1.  My name is Mary Ann Markham.  I am 75 years old and live in Nixa, Missouri.

2.  I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to the facts stated herein.

3.  On or about November 26, 2007, at approximately 11:47 a.m., I received a telephone call from a man offering health insurance.  The caller told me that my Medicare coverage would soon run out because of the government's involvement in the war.  I asked the caller for the name of his company, and he told me that it was Union Consumer Benefits ("UCB").  He told me that UCB was located in New York, and he gave me the company's telephone number, 1-877-273-4178.  Although I was able to get his company's information, I had a difficult time trying to understand the representative, so he put his supervisor on the phone.

4.  The UCB supervisor, "John Marshall," told me that he needed to "verify" my personal information, including my Social Security number and bank routing and account numbers.  I told Mr. Marshall that I would not give out my personal information over the telephone, and that I was not willing to "verify" anything.  The UCB supervisor ignored me, however.  He read an account number that did not belong to me, and then he said the

name of my bank, Empire Bank. I told the UCB supervisor not to call my house anymore. I also told Mr. Marshall to remove my name from UCB's mailing list. After I made it very clear that I did not want to be contacted again by UCB, I hung up the telephone.

5. When the UCB representative called, the number from where he was calling displayed on my caller ID, 1-207-043-3453, and it was not the same telephone number that the UCB representative had given to me, 1-877-273-4178.

6. I never spoke to a UCB representative again, but the company called my house several more times. My caller ID indicated that UCB called my house once more on November 26, 2007, at approximately 6:20 p.m. UCB then called my house each day from November 27, 2007 to November 29, 2007.

7. I contacted Empire Bank's fraud department, and I spoke to a bank representative about UCB's telephone call. The bank representative told me that he had received several telephone calls from customers who said they had been contacted by UCB. He also told me that some people reported that they were not even customers of Empire Bank, but that UCB had indicated otherwise. The bank representative explained that he received most of the calls about UCB within a two day period.

8.    On or about November 30, 2007, I filed a complaint with the Office of the Attorney

General of Missouri.  Attached hereto as **Markham Att. A** is a true and correct copy of

my complaint.  My street address, telephone number, and email address have been

redacted.

9.    I have been registered with the Missouri No Call List since January 3, 2001, and

telemarketers are not supposed to call my house.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on *March 25*, 2008.          *Mary Ann Markham*

                                              Mary Ann Markham

# Consumer Complaint Form



**Missouri Attorney General**
**Jeremiah W. (Jay) Nixon**

RETURN TO: Attorney General's Office
Consumer Protection Unit, PO Box 899
Jefferson City, MO 65102

Phone: 800-392-8222
Web: www.ago.mo.gov

## CONSUMER

☐ MR.
☐ MRS.
☐ MS.

YOUR NAME  MARKHAM _____ LAST      MARY ANN & RALPH _____ FIRST     _____ MI

ADDRESS ██████████ STREET    NIXA, _____ CITY    MO _____ STATE    65714 _____ ZIP    CHRISTIAN _____ COUNTY

HOME PHONE ██████████    WORK PHONE ( ___ ) XX    E-MAIL ██████████

## COMPANY

MY COMPLAINT IS AGAINST   UNION CONSUMER BENEFITS

ADDRESS   WAS TOLD THEY WERE IN NEW YORK _____ STREET    _____ CITY    _____ STATE    _____ ZIP    _____ COUNTY

PHONE ( 807 )273-8478    WEB SITE   ?    E-MAIL   ?

PHONE NUMBER ON CALLER ID   207-043-3453

PERSON YOU DEALT WITH   MIKE JOHN  &  JOHN MARSHALL _____ NAME    WAS SUPERVISOR _____ TITLE

## PRODUCT OR SERVICE

PRODUCT OR SERVICE DISPUTED   HEALTH INSURANCE OFFER

DATE OF TRANSACTION/PURCHASE  11/30/07 _____ MONTH DAY YEAR
(For example: 05 01 00)

AMOUNT PAID $   NO MONEY INVOLVED

HOW & WHERE DID YOU LEARN ABOUT PRODUCT OR SERVICE?   NA

## PAYMENT

PAYMENT METHOD   ☐ CASH   ☐ CREDIT CARD   ☐ DEBIT CARD   ☐ LOAN   ☐ LAY-AWAY   ☐ CHECK   ☐ OTHER

DID YOU SIGN A CONTRACT, WARRANTY AGREEMENT OR SIMILAR PAPERS?   ☐ YES   ☒ NO

Copies of any documents produced for payment must be returned with this complaint form.

REVISED AUGUST 2004

**CF-2007-33757**
**Mary Ann & Ralph W Markham**
**Union Consumer Benefits**
11/29/2007
              **Markham Att. A**

MO. ATTORNEY GENERAL    RECEIVED DEC 05 2007

**Consumer Complaint Form**                              **Missouri Attorney General's Office**

**BRIEFLY EXPLAIN**    SEE ATTACHED SUMMARY.
**YOUR COMPLAINT**

**WHAT ACTION HAVE YOU TAKEN TO RESOLVE THIS COMPLAINT?**    WE COULD NOT TAKE ACTION OURSELF, SO WE
CONTACTED YOUR OFFICE IN HOPES THAT YOU COULD CHECK IN TO THIS AND HAVE IT STOPPED.

**HOW DO YOU WANT**     ☐ REFUND    ☐ REPAIR    ☐ DELIVER PRODUCT    ☐ PERFORM SERVICE    ☐ REPLACE/TRADE
**THIS COMPLAINT**
**RESOLVED?**           ☒ OTHER   HOPE YOU CAN STOP THIS FRAUD BEFORE IT GOES TOO FAR.

**HAVE YOU BEEN SUED**   ☐ NO    ☐ YES _____ Na _____
**OR FILED A LAWSUIT**                        NAME OF ANY AGENCY CONTACTED
**ABOUT THIS COMPLAINT?**
                                             AGENCY ADDRESS

BY FILING THIS COMPLAINT, I UNDERSTAND THAT:
The Attorney General is not my private attorney, but enforces state consumer protection laws;
I will testify in court to the facts stated in this complaint; and
A copy of this complaint will be provided to the merchant against whom I am filing this complaint.

I ATTEST TO THE ACCURACY OF STATEMENTS MADE IN THIS COMPLAINT.

_____   _____
**YOUR SIGNATURE**                                    **DATE**

**Markham Att. A**



RALPH & MARY ANN
MARKHAM
Nixa MO 65714

NOVEMBER 30, 2007

We received a phone call from a man telling us that he was offering us Health
Insurance, that our present Medicare Insurance would run out because of the
Government involved in the present War.

I ask for the company name, he gave UNION CONSUMER BENEFITS out of New York.
and a phone number of 1-877-273-4178, after speaking with him I called this
number and got an operator saying that this number can be reached for $4.99
so I hung up.

The man on the phone had a heavy accent, and I could not understand him,
so he said he would get his Supervisor on the phone, who had an accent but I
could understand him a little better.

He said they needed to verify our information, I said we did not give personal
information out to anyone on the phone! Then he wanted to verify our checking
account number and Social Security number, I said NO I would not be verifying
this information to any one. He said now is your number 63184771,(this was not
even close to our number) but he did have the right Bank for us EMPIRE BANK.

This is when I told him I was hanging up, and to not call us again, and to take
our name off of the mailing list.

The first man identified himself as Mike John  and the supervisor was John Marshall

We spoke with the Fraud Dept. at Empire Bank here in Nixa, and was told they had
numerous calls on Monday and Tuesday about this same situation,,and some of the
callers were not customers of the Bank.

We had been out of town for a few days and the number they were calling from
was on our caller ID five times, this number was 207-043-3453.

We have tried to give you all the information we could  in hopes that it will be
help to others.

We have contacted the ATTORNEY GENERALS OFFICE and they are sending us forms to
fill out and they also advised us to get copies of our Credit Reports.

RALPH W.MARKHAM     RETIREE FORD MOTOR COMPANY
MARY ANN MARKHAM    WIFE

PHONE:

**Markham Att. A**

# PX 15

## DECLARATION OF FRANK OHLSEN
### PURSUANT TO 28 U.S.C. § 1746

I, Frank Ohlsen, hereby declare as follows:

1.  My name is Frank Ohlsen. I am 61 years old and live in Dysart, Iowa.

2.  I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to the facts stated herein.

3.  My mother, Eva V. Ohlsen, is 80 years old. She lives by herself in Vinton, Iowa. She has had some health problems, and her hearing is not very good. She is covered by the Medicare program, and has insurance through Blue Cross/Blue Shield.

4.  On or about September 21, 2007, a company identified as "UCB" withdrew $399 from my mother's bank account. The transaction appeared on her bank statement as an "electronic withdrawal." Attached hereto as **Ohlsen Att. A** is a true and correct copy of a page from my mother's monthly bank statement showing the UCB withdrawal, with her street address, account number, and certain codes related to other transactions redacted.

5.  My mother was very upset by this withdrawal. She has limited income, and $399 is a large amount of money compared to her usual monthly expenses. At first, she did not even know who or what UCB was, or why it had taken this money from her account.

Page 1 of 3

6.   I helped my mother investigate the $399 withdrawal. We determined that it was related to a telephone call my mother received at home around the same date. As my mother remembered it, the call was related to her coverage through Blue Cross/Blue Shield. She believed it had something to do with a change in her existing coverage or the price of her medicine. She was certain that she had not agreed to buy anything, or to sign up for any benefit program, because she already has insurance coverage.

7.   We went to my mother's bank and spoke to a bank employee about the $399 withdrawal. The bank employee called the toll-free number listed for UCB on my mother's statement, which was 866-442-3924. The bank employee reached a representative who played a voice recording that, according to the representative, showed that my mother had agreed to buy some sort of medical card, for $399, from "Union Consumer Benefits." However, the representative said that my mother's money would be refunded.

8.   My mother never received the promised refund. I called the toll-free number for "Union Consumer Benefits" at least five times during the period from October 2007 through January 2008. The company's representatives always said that my mother would receive a refund within a certain period of time. The period of time changed -- one representative said 10 working days, another said 20 working days -- but the refund never arrived. The last time I called, in January 2008, a representative told me that I had reached a "tracking center" for several companies, and that "Union Consumer Benefits" was no longer one of those companies.

9.    In March 2008, we filed a complaint against "Union Consumer Benefits" with the Office of the Iowa Attorney General.

10.    My mother never received a medical card or anything else from "Union Consumer Benefits" in exchange for her $399.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 3, 2008.

Frank Ohlsen

Frank Ohlsen

04/03/2008  11:33  13194722787

FARM BUREAU BENTON

PAGE  02/02


**Five Star Service Guaranteed**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800
00322-IMG    32606R18 X ST01

**Uni-Statement**
Account Number:

Statement Period:
Sep. 15, 2007
through
Oct. 12, 2007

Page 1 of 6

EVA V OHLSEN
VINTON  IA 52349-2455

*319-*

*Nov-5 = 140AYS $399,-*

To Contact U.S. Bank

(By Phone:)

1-800-US BANKS
(1-800-872-2657)

Telecommunications Device
for the Deaf:

1-800-685-5065

Internet:

usbank.com

EXCLUSIVE CHECKING                                          Member FDIC

*Brendon 482-*

Account Number:
U.S. Bank National Association

**Account Summary**
| | | |
|---|---|---|
| Beginning Balance on Sep. 15 | $ | 1,533.57 |
| Deposits / Credits | | 1,707.30 |
| Other Withdrawals | | 778.06- |
| Checks Paid | | 1,383.45- |
| **Ending Balance on Oct. 12, 2007** | $ | 1,079.36 |

Number of Days in Statement Period                    28

*(Nov 23-)  should be Nov 26-07*

**Deposits / Credits**

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Oct. 3 | Social Security Deposit | From US TREASURY 310 | | $ | 1,707.30 |
| | REF= | SOC SEC | | | 600.00 |
| Oct. 9 | Deposit | | | | |
| | *(1-866-442-3924)* | | Total Deposits / Credits | $ | 1,707.30 |

**Other Withdrawals**

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Sep. 18 | Electronic Withdrawal | From FARM BUREAU LIFE | | $ | 77.12- |
| | REF= | INS PYMT 9029396002 | | | |
| Sep. 21 | Electronic Withdrawal | To UCB(8664423924) *30 DAYS working - call in week* | | | 399.00- |
| | REF=20072632676078 N | 1911926608866442392412692009 0050 | | | |
| Oct. 3 | Electronic Withdrawal | From CONSUMER LOAN  PAYMENT *to make refund* | | | 112.29- |
| | REF= | | | | |
| | ACCT | EFFECTIVE 10/03 | | | 181.70- |
| Oct. 5 | Electronic Withdrawal | From BC/BS OF IA | | | |
| | REF= | INS. PREM | | | 0.45- |
| Oct. 12 | Iowa Tax | | | | 7.50- |
| Oct. 12 | Exclusive Basic | Membership Fee | | | |
| | | | Total Other Withdrawals | $ | 778.06- |

**Checks Presented Conventionally**

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 9375 | Sep. 17 | | 15.00 | 9417 | Sep. 24 | | 73.58 |
| 9403 | Sep. 17 | | 31.75 | 9418 | Sep. 27 | | 29.41 |
| 9404 | Sep. 18 | | 12.95 | 9419 | Oct. 2 | | 10.40 |
| 9405 | Sep. 18 | | 13.72 | 9420 | Oct. 3 | | 13.72 |
| 9406 | Sep. 20 | | 8.00 | 9421 | Oct. 1 | | 90.40 |
| 9407 | Sep. 17 | | 71.17 | 9422 | Oct. 5 | | 16.95 |
| 9408 | Sep. 18 | | 56.94 | 9423 | Oct. 12 | | 8.00 |
| 9409 | Sep. 18 | | 19.90 | 9424 | Oct. 12 | | 5.00 |
| 9410 | Sep. 20 | | 32.72 | 9425 | Oct. 9 | | 207.10 |
| 9411 | Sep. 20 | | 6.36 | 9426 | Oct. 9 | | 100.00 |
| 9412 | Sep. 27 | | 85.00 | 9427 | Oct. 10 | | 60.00 |
| 9413 | Oct. 10 | | 20.00 | 9428 | Oct. 9 | | 118.61 |
| 9414 | Sep. 25 | | 84.23 | 9429 | Oct. 10 | | 36.41 |
| 9415 | Sep. 25 | | 11.00 | | | | |
| 9416 | Sep. 25 | | 13.72 | | | | |

Ohlsen Att. A

# PX 16

## DECLARATION OF CATHERINE O'TOOLE
## PURSUANT TO 28 U.S.C. § 1746

I, Catherine O'Toole, hereby declare as follows:

1.   My name is Catherine O'Toole.  I am 76 years old and live in Sun City West, Arizona.

2.   I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to the facts stated herein.

3.   In late August 2007, I was reviewing my financial records, and I noticed that a company called Union Consumer Benefits ("UCB") had taken $399 from my bank account, using an electronic check, or "demand draft," on or about May 8, 2007.  Because I did not recognize the company's name, I called my bank and I requested a copy of the $399 demand draft that UCB had drawn on my account.  Attached hereto as **O'Toole Att. A** is a true and correct copy of the front and back of UCB's May 8, 2007, demand draft, with my street address and bank routing and account numbers redacted.  The handwriting on O'Toole Att. A is mine.

4.   The UCB demand draft listed a telephone number to call for inquires, 1-866-590-3900, so I called that telephone number to find out why UCB had taken $399 from my bank account.  The UCB telephone number was not in service, however.  Although I do not remember the source, I somehow obtained a second telephone number for UCB, 1-877-273-0128.  On or about September 8, 2007, I called that telephone number and an

automated recording system instructed me to leave a message, and it indicated that my

call would be returned. I, therefore, left a message with my name and telephone number

on the voice mail system, but I never received a return call from a UCB representative.

On or about September 25, 2007, I called UCB for the second time at 1-877-273-0128,

and I left another message, but, again, my call was not returned.

5.      I subsequently received a package in the mail from UCB. The shipping label listed

UCB's return address as Union Consumer Benefits, P.O. Box 1803, Plattsburgh, NY

12901. Attached hereto as **O'Toole Att. B** is a true and correct copy of UCB's shipping

label, with my street address redacted.

6.      The UCB package contained an undated cover letter from UCB "Management" to

"Valued Customer." The letter stated: "Congratulations and welcome to this

Pharmabay.net program." The letter also provided a customer service number, 1-888-

802-5345. Attached hereto as **O'Toole Att. C** is a true and correct copy of the UCB

cover letter.

7.      The UCB package also contained a Pharmabay.net "Welcome Kit." The "Welcome Kit"

consisted of various brochures and cards related to the Pharmabay.net program, which

seemed to be offering discount prescription drugs. There also was a "Patient Registration

Form." Attached hereto as **O'Toole Att. D** is a true and correct copy of the

Pharmabay.net "Welcome Kit."

8.    I also received two very similar packages from a company called Med Provisions.  The packages were virtually identical to the package that I received from UCB, except that the Med Provisions packages had a different return address, P.O. Box 936, Champlain, NY 12919-0936, and customer service number, 1-866-460-9617.  Attached hereto as **O'Toole Att. E** is a true and correct copy of Med Provisions' shipping label and cover letter.  My street address has been redacted from the shipping label.

9.    The Med Provisions packages also contained "Welcome Kit[s]" from Pharmabay.net.  The "Welcome Kit[s]" were identical to the one that I received from UCB.  (See O'Toole Att. D).  I have never used, nor would I care to use, the Pharmabay.net "program" that I received from UCB or Med Provisions, because I am already covered by Medicare and private insurance.

10.   Additionally, the Pharmabay.net packages from UCB and Med Provisions included information on how to purchase prescription and non-prescription drugs from Canada.  I would not have a use for this information, however, because I have never bought, nor do I intend to buy, any of my medications from Canada.

11.   Although I do not remember ever speaking to a UCB representative, I do remember that I received two telephone calls, around the time that UCB took $399 from my bank account, from telemarketers offering some sort of medical insurance.  Because I already have medical insurance, I did not agree to buy anything during those calls.

Page 3 of 4

12.    I have many bills to pay, and I suffered financial hardship because of UCB's $399

withdrawal from my bank account.


I declare under penalty of perjury that the foregoing is true and correct.


Executed on ___3-31-08___, 2008.          *Catherine O'Toole*

Catherine O'Toole

*Called*
*message left*

**Date: August 30, 2007**          **Wells Fargo PhotoCopy**          **Page 3 of 3**
                                             **Request**                        9-25-07
                                                                                 *Message lift*
            **Reference: 1000143392883:1000143399883:1000143384882**          872-273-0178



195293

CATHERINE O'TOOLE          WELLS FARGO          0564
SUN CITY WEST AZ          SUN CITY WEST AZ
85375                          8008603567          5/8/2007

                          877-273-0128
Pay To The
Order Of   Bac - Union Core Benefits 888-502-8389          $  399.00

Three Hundred Ninety-Nine and 00/100                              Dollars

                          514-916-6786
                          868-9-8-___
Memo For Inquiries: 866-590-3900          Preauthorized Draft by Account Holder
     ↑ 877 273-0178          should be
        not in service          late

056400000399007

0564'00000399007'

R/T Number          ▮▮▮▮          Processing Date          20070509
Sequence Number          008838946918          Amount          399.00
Account Number          ▮▮▮▮          Check Number          000000000000564

**O'Toole Att. A**

# FCM

First Class Mail
US Postage & Fees Paid
CHAMPLAIN NY
Permit No. 90

## USPS FIRST-CLASS MAIL®

Union Consumer Benefits
PO BOX 1803
PLATTSBURGH, NY 12901

Pkg ID: 1122272
0 lbs 4 oz

Return Service Requested

SHIP TO  CATHRINE OTOOLE
SUNCITY WEST, AZ 85375

### e/ USPS DELIVERY CONFIRM



9101 2514 6017 6004 8175 64

ELECTRONIC RATE APPROVED # 251460178

UNIONCB package

O'Toole Att.  B

# Union Consumer Benefits

**PO Box 1803**
**Plattsburg, N.Y.**
**12901**

Dear Valued Customer,

Congratulations and welcome to this Pharmabay.net program.

We invite you to call our customer service number at **1-877-273-0178** to obtain any information you need to use our program.

Again, Congratulations and thank you very much.

Kind Regards,

*Union Consumer Benefits*
Management

**O'Toole Att. C**



# Pharmabay.net

## Your Welcome Kit is here!

Open Now and Start saving on all your
pharmaceutical needs with
Pharmabay.net



# Pharmabay.net

"Simply the <u>SMARTEST</u> and <u>CHEAPEST</u> way to buy your <u>PHARMACEUTICALS</u> today"



**www.pharmabay.net**

O'Toole Att. D

1-866-208-2356

www.pharmabay.net

O'Toole Att.  D



O'Toole Att. D



Follow these three easy steps...

1. Log onto www.pharmabay.net
2. Enter your username and password
3. Shop and save!

or call 1-866-208-2358

O'Toole Att. D

 **www.pharmabay.net**

To Access Savings:  Members must present their Membership card
along with their prescription to a participating pharmacy. You will pay
the discounted cash price, or the pharmacy's usual and customary price,
whichever is lowest.  In order to obtain savings through this program,
you must pay the reduced amount, in full, when you pick up your
prescription.

**For additional savings, visit us online**
**or**
**call us toll-free @ 1-866-208-2356**

**O'Toole Att.  D**



# Pharmabay.net Discount Prescription Card

With Savings up to 50% and more off the regular retail price on generic drugs, and up to 15% on brand name prescriptions. The pharmacy network includes nearly 50,000 participating pharmacies, including most major chains and thousands of local independent pharmacies in all 50 states.

## Some of the Participating Pharmacies

A & P, ABCO, Arrow Prescription, Aurora, AWG, Bartell Drugs, Big Bear, BiLo, Brooks Maxi Drug, Brookshire, Brunos, Care Drug Center, City Market, Costco, D & W Food Center, Discount Drug Mart, Dominick's, Drug Emporium, Drug Fair, Duane Reade, Eckerd Drug, Edgehill Drugs, EPIC Pharmacy, Family Care Network, Farmco Drug Center, Fedco Drugs, Foodarama Supermarkets, Fruth Pharmacy, Fry's, Furs, Genovese Drug, Giant, Giant Eagle, Grand Union, Hannaford Bros., Happy Harry's Discount Drugs, Harris Teeter, Harvest Foods, Hi-School Pharmacy, Homeland, Horizon, Kerr Drug, King Soopers, Kinney Drugs, Kmart, Knight Drugs, Kroger, K-V-A-T Food Store, Leader Drug, Managed Pharmacy Care, Marcs, Meys Drug Store, Medic Discount Drug, Medicine Shoppe, Medistat, Med-X Corp. Meijer, NCS Healthcare, NeighborCare, Pamida, Pathmark, Phar Mor, Pharmacy Plus, Price Chopper, Publix, Raley's Drug Center, Randalls, Rite Aid, Rx Pride, Safeway, Sav-Mor Drug Store, Save Mart, Schewgmann, Schnucks, Seaway Food Town, Shaws Supermarket, Shopko, ShopRite, Smiths, Smittys, Stop & Shop, Strategic Health Alliance, Super D Drugs, Super Value, Supersaver/Sentry Drugs, Target, Thriftway, Tom Thumb, Tops, United Drugs, Vons, Wal-Mart, Wegmans, Weis, Winn Dixie, and over 15,000 independent Pharmacies

## Please Peel off your membership card and keep it in a safe place

To Access Savings:  Members must present their Membership card along with their prescription to a participating pharmacy. You will pay the discounted cash price, or the pharmacy's usual and customary price, *whichever is lowest*. In order to obtain savings through this program, you must pay the reduced amount, in full, when you pick up your prescription.

O'Toole Att. D



# Membership has its benefits

## Order today to receive both your prescriptions and savings within 7-10 business days.

**As a Member, you will receive the LOWEST OF PRICES on the whole world wide web.  As well:**

* No Dispensing Fees

* Over 2000 Prescription Drugs in different Strengths

* Up to 90 Days supply permitted

* FAST & DISCREET shipping

* NO SALES TAX to pay

Your membership kit includes your membership card, allowing you to take advantage of all the benefits. Please Be sure to keep your card in a safe place.

**YOUR WHOLE FAMILY IS ENTITLED TO THESE SAVINGS!**

## Call Today: 1-866-208-2356

Order your medications at Canadian Prices And Save upto 90%



O'Toole Att.  D

## How Do I Order?

Ordering Medicines from Pharmabay.net is easy. You can simply call toll-free, email, or fax us your order.

1) Call toll free 1-866-208-2356 and one of our helpful and courteous customer service agents will be happy to assist you.

2) Visit us online at www.pharmabay.net to view our full list of medications or to complete your order.

3) Fill out your attached order form and fax it toll-free at 1-888-868-6883



## May I Help You?

Call 1-866-208-2356
Today for your FREE consultation.
Remember the cost of prescriptions shouldn't give you a headache!

Look at the back of this pamphlet for more information on YOUR membership benefits. CALL TODAY TO ORDER YOUR MEDICATIONS



## Compare And Save!



We supply the drugs through a Canadian Pharmacy allowing you to take advantage of the weaker Canadian dollar as well as the Canadian Drug Price Index which ensures that pharmacies can only markup prescriptions by a fraction.

Save 20-90% on your prescription and non prescription medications!





| | | | |
|---|---|---|---|
| Tamiflu | 75mg | $0.73 | 54% |
| Zocor | 20mg | $0.96 | 56% |
| Zoloft | 25mg | $1.16 | 60% |
| Allegra | 60mg | $1.83 | 42% |
| Vioxx | 25mg | $1.83 | 54% |
| Lipitor | 20mg | $0.73 | 54% |
| Celebrex | 100mg | $1.76 | 39% |
| Paxil | 20mg | $0.74 | 56% |
| Avandamet | 1mg/500mg | $1.57 | 36% |
| Fosamax | 5mg | $1.61 | 55% |
| Prozac | 20mg | $1.10 | 23% |
| Norvasc | 5mg | | |

· The savings are based on the prices PER TABLET from leading U.S. pharmacy. All prices and drug availability are subject to change.

"Finally! Prices We can smile about"

Statistics show that more than ONE MILLION AMERICANS are now buying medicines from Canada, a number that rises by the month. Don't be the last one to join in on the savings!

O'Toole Att. D

# Pharmabay.net  Patient Registration Form

**Pharmabay.net**

**MINITDRUGS™**

Questions?
1-866-208-2356

## Patient Information:

| Name: | | | | Primary Physician's Name: |
| Address: | | | | |
| City: | State: | Zip: | | Primary Physician's Phone: ( ) |
| Date of Birth: | Height: | Weight: | O Male  O Female | Patient Phone: ( ) |

## Patient Medical History (Please check all that apply):

| | | | | | | |
|---|---|---|---|---|---|---|
| O Blood Disorders | O Cancer | O Surgical History | O Poor Wound Healing | O Obesity | O Liver Disease | O Rheumatoid/Osteo Arthritis |
| O Psychiatric Disorders | O Heart Disease | O Migraines | O High Cholesterol | O Asthma/COPD | O Glaucoma | O Chemical Dependency |
| O Diabetes | O Lung Disease | O Respiratory Disorders | O High Blood Pressure | O Lupus | O Kidney Disease | O Thyroid/Endocrine Disorders |
| O Prostate Cancer | O Gastrointestinal Problems | | | | | |

O Other Illnesses not listed above _____      O Medication Allergies _____

Do you require consulting by a Pharmacist?  O Yes  O No          Would you like a call to remind you of future refills?  O Yes  O No

Do you exercise regularly?  O Yes  O No  If yes, how often _____          Do you smoke?  O Yes  O No  If yes, how often _____

Do you drink alcohol?   O Yes  O No  If yes, how often _____          Have you had a health exam in the last 12 months?  O Yes  O No

## Medication You are Currently Taking (but not ordering at this time):

| Medication | Dosage | Frequency | | Medication | Dosage | Frequency |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## Patient Family Medical History (Please check all that apply):

O High Blood Pressure   O Diabetes   O High Cholesterol   O Heart or Artery Disease   O Alzheimer's   O Prostate Cancer   O Breast Cancer

O Other Cancers _____

Payment Type:  O Visa  O MasterCard  O American Express  O Discover  O Electronic Payment   (If Electronic Payment, please enclose a void check)

Card #: _____   Expiration Date: ____/____   Name on card if different than patient: _____

## Order Form:

| Medication | Brand/Generic | Dosage | Quantity |
|---|---|---|---|
| | O Brand/O Generic | | |
| | O Brand/O Generic | | |
| | O Brand/O Generic | | |
| | O Brand/O Generic | | |
| | O Brand/O Generic | | |
| | O Brand/O Generic | | |

Promo Code: _____          *Please ensure you check your preference in the brand and generic column.

## Affirmation of Mutual Responsibility

Pharmabay.net/Minit Drugs/ Pharmacy-Online.ca, its affiliates and licensees acknowledge all normal responsibilities as professional pharmacists in the supply of pharmaceutical medicines, towards the well being of the patient.

I acknowledge responsibility to provide accurate information and to update information pertaining to my condition and medical requirements. I acknowledge that I am of age of consent in my state and I am responsible for monitoring my medication supply and obtaining new prescriptions and requesting refills from Minit Drugs when required. I understand that I am responsible for the correct usage of any medication supplied by Minit Drugs and any of its affiliates and licensees. Any harm resulting from the incorrect usage of any medication is my sole responsibility.

I hereby release Pharmabay.net and/or W&F Inc including all employees and contracted associates from any and all liability relating to my medical conditions and to the use of any medication legally prescribed and supplied to me by Minit Drugs or any of its affiliates and licensees.

The parties agree that their mutual, legal responsibilities shall be governed by the laws of the province of Alberta, Canada. Both parties acknowledge that all litigation shall be commenced in the appropriate court located in the City of Calgary, in the province of Alberta, Canada and the parties hereto irrevocably attorn to the jurisdiction of the Court of the Province of Alberta, Canada

| Signature: | Date: |
| Print Name: | |

**O'Toole Att. D**



O'Toole Att. D



**FCM**

First Class Mail
US Postage & Fees Paid
CHAMPLAIN NY
Permit No. 90

## USPS FIRST-CLASS MAIL®

MedProvisions
P.O. Box 936
CHAMPLAIN, NY 12919-0936

Pkg ID: 1080443
0 lbs 4 oz

SHIP
TO
CATHERINE O'TOOLE
SUN CITY WEST, AZ 85375

### e/ USPS DELIVERY CONFIRM

9101 2514 6017 6004 4901 87

ELECTRONIC RATE APPROVED # 291488176

MEDPROVI package

**O'Toole Att. E**

# Med-Provisions

PO Box 936
Champlain, NY
12919-0936

Dear Valued Customer,

Congratulations and welcome to this Pharmabay.net program.

We invite you to call our customer service number at **1-866-460-9617** to obtain any information you need to use our program.

Again, Congratulations and thank you very much.

Kind Regards,

*Med-Provisions*
Management

# PX 17

## DECLARATION OF MARION SEARCY
### PURSUANT TO 28 U.S.C. § 1746

I, Marion Searcy, hereby declare as follows:

1.    My name is Marion Searcy.  I am 77 years old and live in Chillicothe, Missouri.

2.    I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to the facts stated herein.

3.    On or about August 21, 2007, I received a telephone call from a man offering to provide me with "additional assistance" from Social Security.  He explained that for a one-time fee, this assistance would be able to help me with the expenses that were not covered by my medical insurance.  I told the representative that I was living on a fixed income, and that I could not afford to pay a one-time fee.  The representative explained that he could help me even if I did not pay the fee, but he said that I needed to give him my bank routing and account numbers in order to receive the assistance.

4.    Because I recently had been hospitalized, and I no longer received Medicaid, I needed help paying for medications that my new insurance would not cover, so I agreed to give the caller the information that he requested.  I would never have given the representative my bank routing and account numbers had I known that his company would debit my bank account.

Page 1 of  4

5.  On or about August 21, 2007, a company called Union Consumer Benefits ("UCB") took $399 from my checking account. Attached hereto as **Searcy Att. A** is a true and correct copy of my bank's transaction details showing UCB's August 21, 2007, debit. My street address bank account number have been redacted.

6.  I did not remember the caller ever mentioning UCB, but I assumed that he must have been a representative of the company, because the debit occurred after our conversation, and I had not given my bank routing and account numbers to anyone else. Since I have a limited income, and I was not expecting the $399 debit from UCB, my checking account was overdrawn. Two checks cleared my bank account after UCB's unauthorized debit, so I also incurred two $25 overdraft fees.

7.  I immediately went to my bank to speak with a customer service representative. The representative was able to locate a telephone number for UCB, and she called the company to inquire about its $399 debit to my bank account. She spoke with the UCB representative for a couple of minutes, and then she handed the telephone to me. The UCB representative told me that if I returned its package, which I would receive in the mail, it would issue me a full refund for the $399 that it had taken from my bank account. The UCB representative told me that once I received its package, I should send it to the return address printed on the envelope.

8.  I did not know what to do until I received my refund from UCB, because I did not have any savings set aside to pay off my negative balance. Desperate for help, I turned to my

son. I explained the situation to him, and we decided that it would be best if I stayed at his house for awhile. I have a weak heart, as well as many other health problems, and UCB's unauthorized withdrawal caused me great distress. Fortunately, my son was able to pay off my negative balance, including the $50 in overdraft fees, and he took care of me in the following weeks. If my son had not been there for me, I do not know what I would have done, because I had no one else to turn to for help.

9.    I eventually received UCB's package in the mail, and I opened it to review its contents. It contained a membership card and other materials. I placed the materials into a new package, and I sent the package to the return address that was printed on the original envelope: Union Consumer Benefits, P.O. Box 1803, Plattsburgh, NY 12901. I did not retain any copies of UCB's membership materials.

10.    Several months passed, but I did not receive the promised refund from UCB. During that time period, I sent three or four letters to UCB requesting that the company return the $399 that it had taken from my bank account without my authorization, but I did not received a response.

11.    On or about November 19, 2007, I filed a complaint with the Office of the Attorney General of Missouri. Attached hereto as **Searcy Att. B** is a true and correct copy of my complaint. My street address and telephone number have been redacted.

12.     On or about March 7, 2008, at approximately 9:00 a.m., I received a telephone call from

         UCB.  The representative told me that UCB would issue me a refund for the $399 that it

         had taken from my bank account.  The representative also told me that I would receive

         the refund within 3 to 5 days.


13.     UCB should never have called me in the first place, because I have been registered with

         the Missouri No Call List since August 2, 2001, and telemarketers are not supposed to

         call my house.


         I declare under penalty of perjury that the foregoing is true and correct.


Executed on ___3/12___, 2008.             _Marion Searcy_
                                          Marion Searcy

# Consumer Complaint Form

**RETURN TO:** Attorney General's Office
Consumer Protection Unit, PO Box 899
Jefferson City, MO 65102

**Missouri Attorney General**
**Jeremiah W. (Jay) Nixon**

Phone: 800-392-8222
Web: www.ago.mo.gov
FAX: 573-751-7948

## CONSUMER

YOUR NAME ☐ MR. ☐ MRS. ☒ MS. *SEARCY* (LAST)    *MARION* (FIRST)    *JEAN* (MI)

ADDRESS ▮▮▮▮▮▮ (STREET)    *CHILLICOTHE* (CITY)    *MO* (STATE)    *64601* (ZIP)    *LIV.* (COUNTY)

HOME PHONE ▮▮▮▮▮▮    WORK PHONE ( )    E-MAIL

## COMPANY

MY COMPLAINT IS AGAINST *Unison Consumer Benefits*

ADDRESS *P.O. Box 1803* (STREET)    *Plattsburgh* (CITY)    *NY* (STATE)    *12901* (ZIP)    COUNTY

PHONE ( )    WEB SITE    E-MAIL

PERSON YOU DEALT WITH    NAME    TITLE

**RECEIVED**
NOV 26 2007
MO. OFFICE
ATTORNEY GENERAL

## PRODUCT OR SERVICE

PRODUCT OR SERVICE DISPUTED *Aid to help me with Ins.*

DATE OF TRANSACTION/PURCHASE (For example: 05 01 00)    *08* MONTH    *21* DAY    *07* YEAR    AMOUNT PAID $ *399.00*

HOW & WHERE DID YOU LEARN ABOUT PRODUCT OR SERVICE? *They telephoned me.*

## PAYMENT

PAYMENT METHOD ☐ CASH ☐ CREDIT CARD ☐ DEBIT CARD ☐ LOAN ☐ LAY-AWAY ☐ CHECK ☒ OTHER

DID YOU SIGN A CONTRACT, WARRANTY AGREEMENT OR SIMILAR PAPERS? ☐ YES ☒ NO

Copies of any documents produced for payment must be returned with this complaint form.

**Ms. Marion Searcy**
▮▮▮▮▮▮
Chillicothe, MO 64601

33334

REVISED AUGUST 2004

Searcy Att. A

## Consumer Complaint Form                    Missouri Attorney General's Office

**BRIEFLY EXPLAIN YOUR COMPLAINT.** The telephone conversation was said to be of help to me. And they had to have my bank account information to be able to help me. They helped alright! They withdrew 399.00 big for 8664423924 the 08-21-07 Causing me to be overdrawn and 2 checks overdrawn.

**WHAT ACTION HAVE YOU TAKEN TO RESOLVE THIS COMPLAINT?** They said when we telephoned them from bank they would return money by month. As soon as I returned data they sent me. I returned the data. but - no results.

**HOW DO YOU WANT THIS COMPLAINT RESOLVED?**
☒REFUND  ☐REPAIR  ☐DELIVER PRODUCT  ☐PERFORM SERVICE  ☐REPLACE/TRADE
☐OTHER _____

**HAVE YOU BEEN SUED OR FILED A LAWSUIT ABOUT THIS COMPLAINT?** ☒NO  ☐YES
NAME OF ANY AGENCY CONTACTED _____

AGENCY ADDRESS _____



Searcy Att. A

RECEIVED

NOV 19 2007

MO. ATTORNEY GENERAL

On Aug. 27 I received a telephone call from Union Consumer Benefits. They told me that they could give me help on my insurance. And I was gullible and gave them all they asked for —

I had just gotten out of hospital and had had luck getting my new Ins. to cover some of my medicine. And so I was reaching for help. I told them I was not able to pay for anything but they sent a fax to my bank. And that very day they withdrew $399.00 from my account,

My account was immediately destroyed. Causing me to have overdrafts. And no way of paying my monthly bills. If not for my family I would have been destroyed.

I even had to go live with one of my sons for awhile to recuperate.

My Income is just all from S.S. & S.S. so I have to live by minimum expenses.

I went to the bank — Citizens Bank & Trust here in Chillicothe and one

Searcy Att. A

of the clerks made a telephone
call for me to the Union Benefits
and they told me they would
send my money back as soon
as I sent them back the data
they were sending me. I returned
that but have not had any
results.

I feel very dumb knowing what
I did was wrong. But they
sure haven't made their word
good either.

Would appreciate anything
that you can do to help me.



Marion Searcy

 **Citizens Bank & Trust**

Page 2

MARION J SEARCY

CHILLICOTHE MO 64601-1546

HIGH PERFORMANCE CITIZENS PLUS                    (Continued)

OTHER DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| 8/21 | 8664423924 UCB 8664423924 \TEL | 399.00- |

Searcy Att. B

# PX 18

**DECLARATION OF ROBERT SWAGLER**
**PURSUANT TO 28 U.S.C. § 1746**

I, Robert Swagler, hereby declare as follows:

1.   My name is Robert Swagler. I am 61 years old and live in Baltimore, Maryland. I have
     personal knowledge of the facts stated in this declaration, and if called as a witness, I
     could and would competently testify to the facts stated herein.

2.   My mother, Ethel Swagler, is 87 years old, and lives with me. She has some health
     problems, including blindness in one eye and heart trouble, and I assist her with day-to-
     day living and housekeeping. Among other things, I balance her check book. I always
     make sure that there is enough money in her checking account to cover her expenses. I
     know the dollar amount of every check that she signs.

3.   Our home telephone number has been registered on the National Do Not Call Registry
     since August 29, 2006.

4.   In March 2007, my mother received a call on our home telephone number from someone
     she believed was a representative of Social Security. I was with my mother at the time,
     and I heard her giving her bank account information to the caller. I asked my mother
     who she was talking to, and she told me that it was someone from Social Security. I
     asked her to let me handle the call. She handed me the telephone, and I spoke to the
     caller. He had an accent, and sounded to me like he might be from India. I told him that

Page 1 of 5

we did not want to deal with whatever he was calling about over the telephone, and he should send us paperwork to review.

5.     About a week later, I went to the bank to get cash for groceries. I attempted to cash a check signed by my mother, but the teller told me there was a problem with her account. This problem could only be discussed with the account holder, so I had to return home and bring my mother to the bank. A bank manager then explained that my mother's checking account was overdrawn. We had to transfer funds from my mother's savings account into her checking account to cover the shortfall. The bank charged her an overdraft fee of about $35.

6.     The cause of the overdraft was a $389 withdrawal by a company called "Med Provisions." We had never heard of this company. To withdraw the funds, Med Provisions created their own check, dated March 21, 2007, and ran it through my mother's account. The bank manager gave us a copy of the check. In the place where my mother's signature would normally appear, there were printed words, stating "Preauthorized Draft by Account Holder." Attached hereto as **Swagler Att.** A is a true and correct copy of the front and back of the Med Provisions check. My mother's street address, bank account number, and bank routing number have been redacted. The handwritten notes on Swagler Att. A were written by the bank manager.

7.     There was a toll-free telephone number printed on the check, which was 866-460-9617. The bank manager called the toll-free number and reached a representative of Med

Provisions. The representative claimed that my mother had agreed to purchase some sort

of medical discount package. The representative played a recording that supposedly

proved that my mother had agreed to purchase this package. It did sound like my

mother's voice on the tape saying "yes" to something, but I did not hear the entire

conversation. It then became clear to me that the $389 withdrawal was related to the

telephone call that my mother had received at home about a week earlier, as described

above. I pointed out to the bank manager that my mother believed during that telephone

call that she was speaking with someone from Social Security.

8.    The Med Provisions representative said that my mother could get a full refund. The

representative said that all we had to do was wait until we received their package in the

mail, and then send the package back to the company. The representative said that my

mother would receive a refund within 30 days after the package was returned.

9.    About 4-6 weeks later, in May 2007, my mother received a package in the mail from

Med Provisions with a return address of P.O. Box 936, Champlain, New York 12919-

0936. We immediately mailed the package back to that address and waited for the

promised refund to arrive. However, as of the date of this declaration, my mother has not

received a refund from Med Provisions.

10.   I called Med Provisions a number of times to find out when we would receive the refund.

The company's representatives initially told me that they had received the returned

package, and the refund was being processed. However, weeks and then months passed,

and we did not receive a refund, so I continued to call them. I spoke to various representatives, including "Dina Louis." I asked to speak to a supervisor, but I was told that the supervisor, "Monica Collins," was too busy to talk to me.

11.     In December 2007, I spoke with a representative named "Jennifer," who told me that there was a "hold" on the money, and, once it was released, we would receive the refund. I called again on February 26, 2008, and a representative told me they were unable to process a refund because the company's funds were "frozen." She said that the funds might be released by July 2008, and, if so, we would receive a refund at that time.

12.     Meanwhile my mother and I found ourselves dealing with another very similar company. On or about May 1, 2007, a company called "Union Cons Benefits," which I later learned was shorthand for "Union Consumer Benefits," withdrew $399 from my mother's checking account using an unsigned check that looked almost exactly like the Med Provisions check. Attached hereto as **Swagler Att. B** is a true and correct copy of the front and back of the May 1, 2007 check. My mother's street address, bank account number, and bank routing number have been redacted.

13.     We went through essentially the same experience with Union Consumer Benefits as we had with Med Provisions. We called the toll-free telephone number printed on the check and reached a representative who said that we could get a refund if we returned the package. The Union Consumer Benefits package arrived on or about the same day as the Med Provisions package, and we immediately mailed it back to the return address on the

envelope. We never received a refund. When I called Union Consumer Benefits to inquire about the refund, they claimed that they had not received the returned package.

14. My mother and I do not remember any telephone call during which she revealed her bank account information to Union Consumer Benefits. We believe that Med Provisions and Union Consumer Benefits somehow shared her account information so that they could both withdraw funds. When we first called Union Consumer Benefits, a representative played a recording of my mother's voice to justify their $399 withdrawal, but I suspect it was the same recording used by Med Provisions. In any event, neither company should have called our home telephone number in the first place, because we had registered that number on the National Do Not Call Registry.

15. Sometime after the Union Consumer Benefits withdrawal, another company withdrew about $149 from my mother's checking account without authorization. Our bank returned the money to my mother's account. We then closed the account and opened a new one. After the account was closed, the bank informed us that there had been another attempted withdrawal of $399. This attempt failed because the account was closed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___4/7/08___ , 2008.

Robert Swagler

Page 5 of 5

Amount:        $389.00
Account:
Bank Number:

Sequence Number:   1392347829
Capture Date:      03/23/2007
Check Number:      9999

139877

**ETHEL SWAGLER**

BALTIMORE MD
21234

BOA
BALTIMORE COUNTY MD

9999

3/21/2007

Pay To The
Order Of   Btec - Med Provisions 866-460-9617

$   389.00

Three Hundred Eighty-Nine and 00/100 ································· **Dollars**

Memo For inquines : 866-590-3900

**Preauthorized Draft by Account Holder**

9999  ⑈0000038500⑈

*(handwritten right margin, rotated)* PLEASE — REFUND PER WILL thE PROCESS.

*(handwritten right margin, rotated)* Mail BAck

1  866  460  9617

838   9425   87
68232887
11199057

0430713999

8552162848  83/22/2887  811  888888888988

*(rotated stamp text)* 866-590-3900
Pay To The Order Of
Bank Of Texas
>111014325<
For Deposit Only
Bandtech
809161036
/ 0

Jenifer    Medical Provisions
Discont Phone PKG

866·460·5617

JEWEL —    Hm ph#

Swagler Att. A

9A - 5p

$564

30 Day
Refund   ⟶   once PKG
is recived

TO: Linda   COMPANY:



Bank of America

Capture Date: 20070501 Sequence #: 1292905311

144099

**ETHEL M SWAGLER**
BALTIMORE MD
21234

BANK OF AMERICA
BALTIMORE MD
8004321000

0168

5/1/2007

1-53    Pay To The
Order Of   Btec - Union Cons Benefits 888-802-5345                                          $   399.00

Three Hundred Ninety-Nine and 00/100*********************************************** Dollars

Memo For inquiries : 866-590-3900

Preauthorized Draft by Account Holder

0168 "00000 39900"

SecureChek™ This document has BLUE background. Line above is MICRO PRINTED wording. Tampering would be visible. TOATREGA WORLDBIZ www.elans.net.com FormCHY1500

650107 100022503609
01 000000237443 02
INTER/NATIONAL BANK >114915272<

866-590-3900
Pay To The Order
International Bank
>114915272<
For Deposit Only
Banclech
8023743

---

Electronic Endorsements

| Date | Sequence | Bank # | BOFD | TRN | BankName |
|------|----------|--------|------|-----|----------|
| 20070501 | 000100022503609 | 114915272 | Y | Y | INTER NATIONAL BANK |
| 20070501 | 005010458844 | 111900057 | N | N | JPMORGAN CHASE BANK, NA |
| 20070501 | 001292905311 | 111012822 | N | N | BANK OF AMERICA, NA |

No Payee Endorsements Found

# Swagler Att. B

Page 2 of 2
TBSO_TAMPA
JAN 09 2008 11:14

Batch Fax Req. # 6948956

Wed Jan 09 10:01:57 CST 2008

BankofAmerica SF002A          PAGE.02

# PX 19

## DECLARATION OF JUANITA TORTELLA
### PURSUANT TO 28 U.S.C. § 1746

I, Juanita Tortella, hereby declare as follows:

1. My name is Juanita Tortella. I am 77 years old and live in Amarillo, Texas.

2. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to the facts stated herein.

3. Sometime in late 2006, probably in November, I received a telephone call at home from a man whose name I do not remember. He wanted to discuss my prescription medicine. He said that I "must have read in the paper" about needing to have a company represent me for getting my prescriptions. He said that I had to have this service in order to receive assistance in paying for my medicine. I thought he was talking about Medicare Part D. At the time, I was already signed up for Medicare Part D, but I thought I must have missed something, or that he was describing some new requirement.

4. The caller asked for my bank account information. I cannot remember everything he said, but he convinced me that, in order to continue receiving assistance for prescriptions, I had to give it to him. I did not believe that I was agreeing to buy anything, or that I was giving him permission to take money from my account. I just thought that I needed to confirm my account information in order to avoid losing my Medicare benefits.

Page 1 of 3

5.  On or about November 14, 2006, a company called "Med Provisions" withdrew $389 from my bank account using a "preauthorized" check, or demand draft. Attached hereto as **Tortella Att. A** is a true and correct copy of the front and back of the "Med Provisions" check, with my street address, bank account number, and bank routing number redacted.

6.  I was very unhappy when I discovered this $389 withdrawal. I did not believe that I had agreed to purchase anything from "Med Provisions." Fortunately, after an investigation by my bank, the $389 was returned to my account.

7.  On or about January 29, 2007, a very similar check cleared my account. This check was in the amount of $399 and was payable to "Btec – Union Cons Benefits 888-802-5345." Attached hereto as **Tortella Att. B** is a true and correct copy of the front and back of this check, with my street address, bank account number, and bank routing number redacted. I did not authorize this withdrawal. As far as I know, I never even received a telephone call from this company. I do remember that, around this time, I received a few calls that were similar to the initial call described above. However, because of my experience with "Med Provisions," I hung up on the callers and did not give them any information. Thus I suspect that "Union Cons Benefits" somehow got my account information from the same telephone call as "Med Provisions."

8.  My bank also investigated the "Union Cons Benefits" withdrawal. The withdrawal was reversed, and the $399 was returned to my account.

Page 2 of  3

9.    On or about June 1, 2007, another very similar check for $399 cleared my account. This
      check was payable to "Btec – Health Safe 866-510-7354." Attached hereto as **Tortella
      Att. C** is a true and correct copy of the front and back of this check, with my street
      address, bank account number, and bank routing number redacted. I did not authorize
      this withdrawal. I believe that, once again, my account information was simply
      transferred from one company to another in order to withdraw money from my account
      without permission.

10.   My bank also investigated the "Health Safe" withdrawal, and reversed it. My $399 was
      returned. To prevent any similar withdrawals in the future, I had to close my bank
      account and open a new one.

11.   I never received any goods or services from "Med Provisions," "Union Cons Benefits,"
      or "Health Safe."

      I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___4 – 10___, 2008.            Juanita Tortella
                                           Juanita Tortella

Posting Date:       2006-11-14
Sequence #:         100330872942
Account #:          ██████████
Routing Transit:    ██████████
Amount #:           $389.00
Check/Serial #:     000000073622
Bank #:             201
Tran Code:          000000
IRD:                4
ItemType:           P
BOFD:               000000000



Tortella Att. A

Posting Date:      2007-01-29
Sequence #:        730054661
Account #:         ███████
Routing Transit:   ███████
Amount #:          $399.00
Check/Serial #:    000000002133
Bank #:            201
Tran Code:         002133
IRD:               0
ItemType:          P
BOFD:              000000000

**JUANITA TROELLA**

AMARILLO TX
79109

CHASE BANK

8002265653

0135536
2133

1/26/2007

Pay To The
Order Of    Btec - Union Cons Benefits 888-802-5345                    $   399.00

Three Hundred Ninety-Nine and 00/100************************************************ Dollars

Memo For inquiries : 866-590-3900                    Preauthorized Draft by Account Holder

2133    ⑆00000039900⑈

SecurChex™ This document has BLUE background  Line above is MICRO PRINTED wording  Tamperproof Ink  ©1998 MEGA WORLD INC.  www.checkset.com  Form #CFW1233

05    3551  41
0126░░░░░░322502324
01  99░░░░░13  02
INTER NATIONAL BANK  >114915272<
0730054661

866-590-3900
Pay To The Order Of
International Bank
>114915272<
For Deposit Only
Bandec
8023743

⑆1292007
114000093

0200779711

Tortella Att. B

Posting Date:       2007-06-01
Sequence #:         2310410472
Account #:          ███████
Routing Transit:    ███████
Amount #:           $399.00
Check/Serial #:     000000009545
Bank #:             201
Tran Code:          009545
IRD:                0
ItemType:           P
BOFD:               000000000

**JUANITA TORTELLA**                          H88 B

AMARILLO TX                 JP MORGAN CHASE          9545
79109                       AMARILLO TX
                            8002255663               5/30/2007

Pay To The
Order Of  Btec - Health Safe 866-510-7354                    $  399.00

Three Hundred Ninety-Nine and 00/100*********************************************  Dollars

Memo For Inquiries : 866-590-3900

                                        Preauthorized Draft by Account Holder

███████        ███████        9545  "00000039900"

SecurChex™ This document has BLUE background. Line above is ATORD PRINTED wording. Tamperproof ink. ©1999 MEGA WORLD IND. www.checksnet.com  Form#CFW1996

▷114915272◁
TER NATIONAL BANK
McALLEN, TEXAS
(915) 594-3400        ⊔60157   11691601353  01  0000023743
▷114915272◁

866-590-3900
Pay to the Order
International Bank
>114915272<
For Deposit Only
Bandtec
8023743

Tortella Att. C

# PX 20

## DECLARATION OF REGINA WHITTEMORE
### PURSUANT TO 28 U.S.C. § 1746

I, Regina Whittemore, hereby declare as follows:

1.  My name is Regina Whittemore. I am 87 years old and live in Elmhurst, Illinois.

2.  I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to the facts stated herein.

3.  In March 2007, a company called Union Consumer Benefits ("UCB") took $399 from my bank account, using an electronic check, or "demand draft." The UCB demand draft was dated February 20, 2007, but it did not clear my bank account until March 23, 2007. On or about April 21, 2007, I noticed the $399 debit to my account, and I asked my bank representative to send me a copy of UCB's demand draft. Attached hereto as **Whittemore Att. A** is a true and correct copy of the front and back of UCB's February 20, 2007, demand draft, with my street address and bank routing and account numbers redacted.

4.  Because I did not recognize the company's name on the demand draft, I told my bank representative that I did not authorize UCB to withdraw $399 from my bank account. The bank representative investigated the charge, and the bank either reversed the charge or credited my account $399, at the bank's expense. The bank representative then told

me to close my bank account in order to prevent any more unauthorized withdrawals. I took my bank representative's advice, and I closed my bank account.

5.     On or about April 23, 2007, I received a package in the mail from UCB. The shipping label listed UCB's return address as Union Consumer Benefits, P.O. Box 1803, Plattsburgh, NY 12901. Attached hereto as **Whittemore Att. B** is a true and correct copy of UCB's shipping label, with my street address redacted.

6.     The UCB package contained an undated cover letter from UCB "Management" to "Valued Customer." The letter stated: "Congratulations and welcome to this Pharmabay.net program." The letter also provided a customer service number, 1-888-802-5345. Attached hereto as **Whittemore Att. C** is a true and correct copy of the UCB cover letter.

7.     The UCB package also contained a Pharmabay.net "Welcome Kit." The "Welcome Kit" consisted of various brochures and cards related to the Pharmabay.net program, which seemed to be offering discount prescription drugs. There also was a "Patient Registration Form" and a price list for various drugs. Attached hereto as **Whittemore Att. D** is a true and correct copy of the Pharmabay.net "Welcome Kit."

8.     I have never used, nor would I care to use, the Pharmabay.net "program" that UCB sent me. I currently do not use any prescription drugs.

9.    I do not know how UCB obtained my street address and bank account information, since I do not remember ever speaking to a UCB representative. I do, however, remember two telephone calls, around the time that UCB took $399 from my bank account, in which I provided my personal information. The first telephone call was from a man who said that he was calling about the Social Security program. The second telephone call was from someone who said he was calling from my bank. During both of these telephone calls, the representatives asked for, and I provided, my bank routing and account numbers, but I do not remember either representative ever mentioning UCB.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _February 8,_, 2008.

Regina Whittemore
Regina Whittemore



P.O. Box 9995
Cincinnati Ohio 45269-9995

Date: April 21, 2007

REGINA M WHITTEMORE

ELMHURST IL 60126

Dear REGINA M WHITTEMORE,

Thank you for banking at Fifth Third Bank. We appreciate your business and will continue to work hard to provide all the products and services to meet your financial needs. Here is the image you requested on 4/21/07.

Account Number: ████████    Amount: $399.00    Posted Date: 03/23/07    Fee: Waived

REGINA M WHITTEMORE
ELMHURST IL
60126

FIFTH THIRD BANK
ELMHURST IL
8009270395

137371
6264

2/20/2007

Pay To The
Order Of    Bteo - Union Cons Benefits 888-802-5345    $  399.00

Three Hundred Ninety-Nine and 00/100                                Dollars

Memo For inquiries : 866-590-3900

Preauthorized Draft by Account Holder

6 2 6 4 "00000 3 9 9 00 "

622167 100328598242
01 03490307743 02
INTER NATIONAL BANK  >LL4=152724

B66-590-3900
Pay To The Order OF
International Bank
>114915272<
For Deposit Only
Bancfec
8023743

Did you know you can access your accounts 24 hours a day, 7 days a week at www.53.com? You can view account statements, see what checks have cleared - even see images of your cleared checks. All you need is your Jeanie ® card number and password. It is safe, quick and easy.

If you have questions, please contact a Customer Service Professional at 1-800-972-3030 or visit your Fifth Third Banking Center. Again, thank you for banking with us where we are "Working Hard To Be The Only Bank You'll Ever Need ®".

Sincerely,

John P. Knieriem
Senior Vice President
Fifth Third Bank

**Whittemore Att. A**

**FCM** *Received 4/23/07*



First Class Mail
US Postage & Fees Paid
CHAMPLAIN NY
Permit No. 80

# USPS FIRST-CLASS MAIL®

Union Consumer Benefits
PO BOX 1803
PLATTSBURGH, NY 12901

Pkg ID: 1011435
0 lbs 6 oz

Return Service Requested

SHIP REGINA M WHITTEMORE
TO
ELMHURST, IL 60126-2061

## e/ USPS DELIVERY CONFIRM



9101 2514 6017 6004 3847 45

**ELECTRONIC RATE APPROVED # 251480178**

UNIONCB package

**Whittemore Att. B**

# Union Consumer Benefits

**PO Box 1803**
**Plattsburg, N.Y.**
**12901**

Dear Valued Customer,

Congratulations and welcome to this Pharmabay.net program.

We invite you to call our customer service number at **1-888-802-5345** to obtain any information you need to use our program.

Again, Congratulations and thank you very much.

Kind Regards,

*Union Consumer Benefits*
Management

**Whittemore Att. C**

# Pharmabay.net

## Your Welcome Kit is here!

Open Now and Start saving on all your
pharmaceutical needs with
Pharmabay.net

Whittemore Att. D

# Pharmabay.net

"Simply the SMARTEST and CHEAPEST way to buy your PHARMACEUTICALS today"



www.pharmabay.net

Whittemore Att. D

1-866-208-2356

www.pharmabay.net

Whittemore Att. D



Whittemore Att.  D

 **www.pharmabay.net**

To Access Savings:  Members must present their Membership card
along with their prescription to a participating pharmacy. You will pay
the discounted cash price, or the pharmacy's usual and customary price,
whichever is lowest.  In order to obtain savings through this program,
you must pay the reduced amount, in full, when you pick up your
prescription.

**For additional savings, visit us online**

**or**

**call us toll-free @ 1-866-208-2356**

**Whittemore Att.  D**



Whittemore Att. D



Follow these three easy steps...

1. Log onto www.pharmabay.net
2. Enter your username and password
3. Shop and save!

or call 1-866-208-2356

Whittemore Att.  D



# Pharmabay.net Discount Prescription Card

With Savings up to 50% and more off the regular retail price on generic drugs, and up to 15% on brand name prescriptions. The pharmacy network includes nearly 50,000 participating pharmacies, including most major chains and thousands of local independent pharmacies in all 50 states.

## Some of the Participating Pharmacies

A & P, ABCO, Arrow Prescription, Aurora, AWG, Bartell Drugs, Big Bear, BiLo, Brooks Maxi Drug, Brookshire, Brunos, Care Drug Center, City Market, Costco, D & W Food Center, Discount Drug Mart, Dominick's, Drug Emporium, Drug Fair, Duane Reade, Eckerd Drug, Edgehill Drugs, EPIC Pharmacy, Family Care Network, Farmco Drug Center, Fedco Drugs, Foodarama Supermarkets, Fruth Pharmacy, Fry's, Furs, Genovese Drug, Giant, Giant Eagle, Grand Union, Hannaford Bros., Happy Harry's Discount Drugs, Harris Teeter, Harvest Foods, Hi-School Pharmacy, Homeland, Horizon, Kerr Drug, King Soopers, Kinney Drugs. Kmart, Knight Drugs, Kroger, K-V-A-T Food Store, Leader Drug, Managed Pharmacy Care, Marcs, Mavs Drug Store, Medic Discount Drug, Medicine Shoppe, Medistat, Med-X Corp, Meijer, NCS Healthcare, NeighborCare, Pamida, Pathmark, Phar Mor, Pharmacy Plus, Price Chopper, Publix, Raley's Drug Center, Randalls, Rite Aid, Rx Pride, Safeway, Sav-Mor Drug Store, Save Mart, Schewgmann, Schnucks, Seaway Food Town, Shaws Supermarket, Shopko, ShopRite, Smiths, Smittys, Stop & Shop, Strategic Health Alliance, Super D Drugs, Super Value, Supersaver/Sentry Drugs, Target, Thriftway, Tom Thumb, Tops, United Drugs, Vons, Wal-Mart, Wegmans, Weis, Winn Dixie, and over 15,000 independent Pharmacies

## Please Peel off your membership card and keep it in a safe place

To Access Savings:   Members must present their Membership card along with their prescription to a participating pharmacy. You will pay the discounted cash price, or the pharmacy's usual and customary price, *whichever is lowest*. In order to obtain savings through this program, you must pay the reduced amount, in full, when you pick up your prescription.

**Whittemore Att. D**




**Pharmabay.net**



Order your medications
at Canadian Prices
And Save upto 90%

# Membership has its benefits

**Order today to receive both your prescriptions and savings within 7-10 business days.**

As a Member, you will receive the LOWEST OF PRICES on the whole world wide web. As well:

* No Dispensing Fees
* Over 2000 Prescription Drugs in different Strengths
* Up to 90 Days supply permitted
* FAST & DISCREET shipping
* NO SALES TAX to pay

Your membership kit includes your membership card, allowing you to take advantage of all the benefits. Please Be sure to keep your card in a safe place.

YOUR WHOLE FAMILY IS ENTITLED TO HUGE SAVINGS!!

**Call Today: 1-866-208-2356**




**Whittemore Att. D**

## Compare And Save!



We supply the drugs through a Canadian Pharmacy allowing you to take advantage of the weaker Canadian dollar as well as the Canadian Drug Price Index which ensures that pharmacies can only markup prescriptions by a fraction.

**Save 20-90% on your prescription and non prescription medications!**



* The savings are
based on the prices
PER TABLET from
leading U.S. pharmacy.
All prices and drug
availabilies are subject
to change.




| | | |
|---|---|---|
| - Lipitor | 20mg | 42% |
| - Celebrex | 100mg | 54% |
| - Paxil | 20mg | 39% |
| - Avandamet | 1mg/500mg | 56% |
| - Fosamax | 5mg | 36% |
| - Prozac | 20mg | 55% |
| - Norvasc | 5mg | 23% |

"Finally! Prices We can smile about!"

Statistics show that more than ONE MILLION AMERICANS are now buying medicines from Canada, a number that rises by the month. Don't be the last one to join in on the savings!

## How Do I Order?

Ordering Medicines from Pharmabay.net is easy. You can simply call toll-free, email, or fax us your order.

1) Call toll free **1-866-208-2356** and one of our helpful and courteous customer service agents will be happy to assist you.



2)   Visit  us  online  at **www.pharmabay.net** to view our full list of medications or to complete your order.

3)   Fill out your attached order form and fax it toll-free at **1-888-866-6883**

## May I Help You?

Call **1-866-208-2356**
Today for your FREE consultation.
Remember the cost of prescriptions shouldn't give you a headache!

**Look at the back of this pamphlet for more Information on YOUR membership benefits. CALL TODAY TO ORDER YOUR MEDICATIONS**



Whittemore Att. D

**Pharmabay.net Patient Registration Form**

Questions?
1-866-208-2356

Pharmabay.net

MINITDRUGS™

## Patient Information:

| | | | |
|---|---|---|---|
| Name: | | | Primary Physician's Name: |
| Address: | | | |
| City: | State: | Zip: | Primary Physician's Phone: ( ) |
| Date of Birth: | Height: | Weight: | ○ Male  ○ Female | Patient Phone: ( ) |

## Patient Medical History (Please check all that apply):

○ Blood Disorders   ○ Cancer   ○ Surgical History   ○ Poor Wound Healing   ○ Obesity   ○ Liver Disease   ○ Rheumatoid/Osteo Arthritis

○ Psychiatric Disorders   ○ Heart Disease   ○ Migraines   ○ High Cholesterol   ○ Asthma/COPD   ○ Glaucoma   ○ Chemical Dependency

○ Diabetes   ○ Lung Disease   ○ Respiratory Disorders   ○ High Blood Pressure   ○ Lupus   ○ Kidney Disease   ○ Thyroid/Endocrine Disorders

○ Prostate Cancer   ○ Gastrointestinal Problems

○ Other Illnesses not listed above _____   ○ Medication Allergies _____

Do you require consulting by a Pharmacist?  ○ Yes  ○ No       Would you like a call to remind you of future refills?  ○ Yes  ○ No

Do you exercise regularly?  ○ Yes  ○ No   If yes, how often _____       Do you smoke?  ○ Yes  ○ No   If yes, how often _____

Do you drink alcohol?   ○ Yes  ○ No   If yes, how often _____       Have you had a health exam in the last 12 months?  ○ Yes  ○ No

## Medication You are Currently Taking (but not ordering at this time):

| Medication | Dosage | Frequency | | Medication | Dosage | Frequency |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## Patient Family Medical History (Please check all that apply):

○ High Blood Pressure   ○ Diabetes   ○ High Cholesterol   ○ Heart or Artery Disease   ○ Alzheimer's   ○ Prostate Cancer   ○ Breast Cancer

○ Other Cancers _____

Payment Type:  ○ Visa  ○ MasterCard  ○ American Express  ○ Discover  ○ Electronic Payment   (if Electronic Payment, please enclose a void check)

Card #: _____   Expiration Date: ___ /___   Name on card if different than patient: _____

## Order Form:

| Medication | Brand/Generic* | Dosage | Quantity |
|---|---|---|---|
| | ○ Brand/○ Generic | | |
| | ○ Brand/○ Generic | | |
| | ○ Brand/○ Generic | | |
| | ○ Brand/○ Generic | | |
| | ○ Brand/○ Generic | | |
| | ○ Brand/○ Generic | | |

Promo Code: _____       *Please ensure you check your preference in the brand and generic column.

## Affirmation of Mutual Responsibility

Pharmabay.net/Minit Drugs/ Pharmacy-Online.ca, its affiliates and licensees acknowledge all normal responsibilities as professional pharmacists in the supply of pharmaceutical medicines, towards the well being of the patient.

I acknowledge responsibility to provide accurate information and to update information pertaining to my condition and medical requirements. I acknowledge that I am of age of consent in my state and I am responsible for monitoring my medication supply and obtaining new prescriptions and requesting refills from Minit Drugs when required. I understand that I am responsible for the correct usage of any medication supplied by Minit Drugs and any of its affiliates and licensees. Any harm resulting from the incorrect usage of any medication is my sole responsibility.

I hereby release Pharmabay.net Drugs/SWIFTrx including all employees and contracted associates from any and all liability relating to my medical conditions and to the use of any medication legally prescribed and supplied to me by Minit Drugs or any of its affiliates and licensees.

The parties agree that their mutual, legal responsibilities shall be governed by the laws of the province of Alberta, Canada. Both parties acknowledge that all litigation shall be commenced in the appropriate court located in the City of Calgary, in the province of Alberta, Canada and the parties hereto irrevocably attorn to the jurisdiction of the Court of the Province of Alberta, Canada

| | |
|---|---|
| Signature: | Date: |
| Print Name: | |

**Whittemore Att. D**

# Pharmabay.net

## Pricing Index

www.pharmabay.net

Whittemore Att. D

To Order Call 1-866-203-2356 or logon to http://www.pharmaboys.net and have your username and password handy

| Product Name | Strength | Quantity | Price |
|---|---|---|---|
| Accolate | 20 mg | 60 | $43.27 |
| AccuChek Compact Strips | | 102 | $80.00 |
| Accupril | 10 mg | 90 | $76.58 |
| Accupril | 20 mg | 90 | $76.55 |
| Accupril | 40 mg | 98 | $76.56 |
| AccuprIl | 5 mg | 98 | $76.56 |
| Accuretic | 10/12.5mg | 28 | $25.17 |
| Accuretic | 20/12.5mg | 28 | $25.17 |
| Accusoft Advantage Strips | | 108 | $65.00 |
| Accutane | | Not Available | $0.00 |
| Aceon | 2mg | 38 | $21.83 |
| Aceon | 4mg | 90 | $75.80 |
| Aciphex | 10mg | 84 | $70.55 |
| Aciphex | 20mg | 84 | $166.80 |
| Actigall | 250mg | 100 | $122.37 |
| Actonel | 30mg | 30 | $387.31 |
| Actonel | 35mg | 12 | $121.28 |
| Actonel | 5mg | 28 | $50.48 |
| Actos | 15mg | 90 | $175.00 |
| Actos | 30mg | 90 | $265.00 |
| Actos | 45mg | 90 | $350.00 |
| Acular | 0.50% | 10mL | $47.12 |
| Adalat CC | 30mg | 98 | $95.92 |
| Adalat CC | 60mg | 98 | $134.00 |
| Adderall | | Not Available | $0.00 |
| Adderall | | Not Available | $0.00 |
| Adipex | | Not Available | $0.00 |
| Advair | 100mcg | 60dose | $65.38 |
| Advair | 250mcg | 60dose | $98.30 |
| Advair | 500mcg | 60dose | $124.99 |
| Aerochamber (non-prescription) | | each | $27.99 |
| Aggrenox | 200/25 | 60 | $58.43 |
| Aggrlin | 0.5mg | 100 | $439.91 |
| Albuterol | | Not Available | $0.00 |
| Aldactazide | 25/25mg | 100 | $18.13 |
| Aldactone | 100mg | 100 | $32.88 |
| Aldactone | 25mg | 100 | $18.13 |
| Aldara | | 12 dose | $127.61 |
| Aldomet | | Not Available | $8.80 |
| Aldomet (generic) | 250mg | 100 | $19.00 |
| Aldoril-15 (generic) | 25mg/15mg | 100 | $19.85 |
| Alesse | | 3packs 21's/28's | $43.95 |

Can't find a product in this list?
Call Customer Service and ask them for availability of the product

All Prices are Subject to Change

**Whittemore Att. D**

To Order Call 1-866-206-2356 or logon to http://www.pharmabuy.net and have your username and password handy

| Product Name | Strength | Quantity | Price |
|---|---|---|---|
| Allegra | 120mg | 15 | $22.05 |
| Allegra | 60mg | 30 | $22.85 |
| Allegra | 180mg | 30 | $16.85 |
| Allegra D 12h only | 60mg/120mg | 30 | $0.00 |
| Allegra D 24h | | Not Available | |
| Allopurinol (generic) | 100mg | 100 | $8.03 |
| Allopurinol (generic) | 300mg | 100 | $18.72 |
| Alocril | 2% | 5mL | $31.49 |
| Alphagan | 0.20% | 10mL.s | $34.85 |
| Alprazolam (generic) | | Not Available | $0.00 |
| Altace | 10mg | 100 | $95.92 |
| Altace | 2.5mg | 100 | $77.47 |
| Altace | 5 mg | 100 | $77.17 |
| Antandadine (generic) | 100mg | 100 | $37.10 |
| Amaryl | 1mg | 90 | $62.97 |
| Amaryl | 2mg | 90 | $82.97 |
| Amaryl | 4mg | 90 | $62.97 |
| Amatine | 5mg | 100 | $92.61 |
| Ambien | | Not Available | $0.08 |
| Amerge | 2.5mg | 6 | $93.30 |
| Amicar | | | $0.00 |
| Anafranil (generic) | 50mg | Not Available | $39.67 |
| Anakit | | Not Available | $0.80 |
| Anaprem HC | 1% | 45g | $20.86 |
| Androcor | 50 mg | 60 | $36.73 |
| Androcur (generic) | 50 mg | 60 | $119.90 |
| Androgel | 1% | Not Available | $0.08 |
| Ansaid (generic) | 100mg | 100 | $43.89 |
| Antabuse | | Not Available | $0.00 |
| Anzemet | 100mg | 15 | $419.87 |
| Apresoline | 50mg | 100 | $38.59 |
| Apresoline | 10mg | 100 | $18.36 |
| Apresoline (generic) | 25mg | 100 | $24.15 |
| Areve | 20mg | 30 | $244.81 |
| Aredia | 30mg/mL | 2 vials | $397.51 |
| Aredia | 90mg/mL | 1 vial | $491.11 |
| Aricept | 10mg | 30 | $121.76 |
| Aricept | 5mg | 30 | $121.78 |
| Arimidex | 1mg | 30 | $147.80 |
| Aristocort C | 0.30% | 15 | $21.80 |
| Aristocort R | 0.10% | 30 | $13.64 |
| Armourthyroid | | Not Available | $0.00 |

Can't find a product in this list?
Call Customer Service and ask
them for availability of the product

All Prices are Subject to Change

To Order Call 1-866-206-2356 or logon to http://www.pharmabuy.net and have your username and password handy

| Product Name | Strength | Quantity | Price |
|---|---|---|---|
| Aromasin | 25mg | 30 | $185.10 |
| Artane (generic) | 2mg | 100 | $8.81 |
| Artane (generic) | 5mg | 100 | $11.51 |
| Arthrotec | 50/200mcg | 250 | $146.00 |
| Arthrotec | 75/200mcg | 250 | $197.90 |
| Asacol | 400mg | 100 | $54.75 |
| Asendin | 100mg | 100 | $67.79 |
| Aspirin | 81mg | 128 | $11.99 |
| Astelin Nasal Spray | | Not Available | $8.80 |
| Atacand | 16mg | 90 | $100.92 |
| Atacand | 8mg | 90 | $100.92 |
| Atacand HCT | 16/12.5mg | 90 | $100.92 |
| Atarax (generic) | 10mg | 100 | $8.39 |
| Atarax (generic) | 25mg | 100 | $8.39 |
| Atarax (generic) | 50mg | 100 | $14.49 |
| Ativan | | Not Available | $8.80 |
| Atrovent | 20mcg/dose | 200 doses | $16.15 |
| Atrovent | 0.03% | 30mL | $32.15 |
| Atrovent | 0.06% | 15mL | $32.15 |
| Atrovent (generic) | 250mcg/mL | 18 nebules | $11.03 |
| Augmentin | 500/125mg | 100 | $174.20 |
| Augmentin(generic) | 250/125mg | 100 | $79.52 |
| Augmentin(generic) | 500/125mg | 100 | $169.61 |
| Avalide | 150/12.5mg | 90 | $168.35 |
| Avalide | 300/12.5mg | 90 | $168.35 |
| Avandamet | 1mg/500mg | 100 | $73.50 |
| Avandamet | 2mg/500mg | 100 | $122.95 |
| Avandamet | 4mg/500mg | 100 | $208.80 |
| Avandia | 2mg | 60 | $80.08 |
| Avandia | 4mg | 90 | $199.80 |
| Avandia | 8mg | 90 | $180.80 |
| Avapro | 150mg | 90 | $95.01 |
| Avapro | 300mg | 90 | $95.09 |
| Avandyl (generic) | 100mg | 100 | $16.79 |
| Avandyl (generic) | 25mg | 100 | $20.09 |
| Axid (generic) | 150mg | 100 | $58.39 |
| Axid (generic) | 300mg | 100 | $109.11 |
| Ay006in | 5mg | 30 | $31.33 |
| Azmacort | | Not Available | $8.80 |
| Azopt | 1% | 5mL | $22.33 |
| Azulfidine EN | 500mg | 100 | $19.85 |

Can't find a product in this list?
Call Customer Service and ask
them for availability of the product

All Prices are Subject to Change

To Order Call 1-866-206-3366 or logon to http://www.pharmabay.net and have your username and password handy

| Product Name | Strength | Quantity | Price |
|---|---|---|---|
| Theo-Dur (generic) | 300mg | 100 | $17.64 |
| Thyroid | 30mg | 500 | $28.80 |
| Thyroid | 60mg | 500 | $33.89 |
| Tiazac | 120mg | 100 | $88.97 |
| Tiazac | 180mg | 100 | $104.46 |
| Tiazac | 240mg | 100 | $146.37 |
| Tiazac | 300mg | 100 | $178.13 |
| Tiazac | 360mg | 100 | $281.73 |
| Ticlid (generic) | 250mg | 100 | $84.14 |
| Tilade | 2mg/dose | 112 dose | $31.38 |
| Timoptic (generic) | 0.25% | 10ml | $16.27 |
| Timoptic (generic) | 0.50% | 10ml | $19.53 |
| Timoptic XE | 0.25% | 5ml | $25.89 |
| Timoptic XE | 0.50% | 5ml | $28.90 |
| Tobradex | 0.3%-0.1 | 3.5g | $16.99 |
| Tobradex | 0.3%-0.1 | 10mL | $23.77 |
| Tobredex | 0.3%-0.1 | 5ml | $17.93 |
| Tobrex | 0.30% | 3.5g | $18.99 |
| Tobrex | 0.30% | 5ml | $17.83 |
| Tofranil | 25mg | 100 | $32.39 |
| Tofranil (generic) | 10mg | 100 | $16.53 |
| Tofranil (generic) | 25mg | 100 | $20.94 |
| Tofranil (generic) | 50mg | 100 | $38.56 |
| Tolectin | 600mg | 100 | $91.54 |
| Topamax | 100mg | 60 | $123.08 |
| Topamax | 200mg | 60 | $189.80 |
| Topamax | 25mg | 60 | $68.09 |
| Topicort | 0.05% | 60gr | $38.32 |
| Topicort | 0.05% | 20g | $12.89 |
| Toprol XL | we have | | $8.10 |
| Toradol (generic) | 18mg | 100 | $50.18 |
| Trandate | 100mg | 100 | $32.51 |
| Trandate | 200mg | 100 | $48.81 |
| Trandate (generic) | 100mg | 100 | $25.37 |
| Trandate (generic) | 200mg | 100 | $35.26 |
| Transderm-nitro | .2mg | 90 patches | $65.82 |
| Transderm-nitro | .4mg | 90 patches | $82.36 |
| Transderm-nitro | .6mg | 90 patches | $85.87 |
| Transiderm-Scop | 1.5mg | 2 patches | $13.22 |
| Travatan | 0.80% | 2.5ml | $35.57 |
| Trental SR (generic) | 400mg | 100 | $44.08 |

Can't Find a product in this list?
Call Customer Service and ask them for availability of the product

All Prices are Subject to Change

To Order Call 1-866-206-3366 or logon to http://www.pharmabay.net and have your username and password handy

| Product Name | Strength | Quantity | Price |
|---|---|---|---|
| Triazolam | | Not Available | $0.00 |
| Tricor | 160mg | 30 | $48.20 |
| Tricor | 160mg | 90 | $113.56 |
| Tricor | 200mg | 30 | $56.23 |
| Tricor | 160mg | 100 | $52.09 |
| Tricor (generic) | 180mg | 100 | $117.44 |
| Tricor (generic) | 200mg | 100 | $84.48 |
| Tricor (generic) | 67mg | 100 | $35.13 |
| Trilepal | 150mg | 50 | $63.15 |
| Trilepal | 300mg | 50 | $112.98 |
| Trilepal | 600mg | 50 | $83.08 |
| Trinalls | 1mg/120mg | 100 | $42.09 |
| Triphasil | | 3 packs | $42.00 |
| Trivora | | 3 packs | $28.99 |
| Trusopt | 2% | 5mL | $8.00 |
| Tylenol with Codeine | | Not Available | $0.00 |
| Ultram | | Not Available | $0.00 |
| Ultramop | 18mg | 100 | $52.80 |
| Ultraquin | 4% | 15gm | $18.73 |
| Ultravate | 0.05% | 50gm | $39.68 |
| Ultravate | 0.05% | 50gm | $39.68 |
| Uniphyl | 400mg | 50 | $31.21 |
| Uniphyl | 600mg | 50 | $35.62 |
| Unithyroid | | Not Available | $0.00 |
| Univasc | | Not Available | $0.00 |
| Urabeth (generic) | 25mg | 100 | $49.84 |
| Urabeth (generic) | 50mg | 100 | $60.53 |
| Ureofalk | 250mg | 100 | $122.37 |
| Vagifam | 25mcg | 15 | $36.00 |
| Valium | | Not Available | $0.00 |
| Valproic acid (generic) | 500mg | 100 | $49.68 |
| Valproic acid (generic) | 250mg | 100 | $31.92 |
| Valtrex | 500 mg | 42 | $124.70 |
| Vanceril | 50mcg | 200 doses | $18.80 |
| Vantice | | Not Available | $0.00 |
| Vaseretic | 10/25mg | 90 | $93.24 |
| Vaseretic | 5/12.5mg | 90 | $92.23 |
| Vasotec | 10 mg | 90 | $99.43 |
| Vasotec | 20 mg | 100 | $117.00 |
| Vasotec | 5 mg | 90 | $78.80 |
| Vasotec | 2.5mg | 100 | $71.67 |
| Ventolin | 100mcg | 200doses | $19.48 |

Can't Find a product in this list?
Call Customer Service and ask them for availability of the product

All Prices are Subject to Change

**Whittemore Att. D**

To Order Call 1-866-206-2896 or logon to http://www.pharmacbyn.net and have your username and password handy

| Product Name | Strength | Quantity | Price |
|---|---|---|---|
| Sinemet (generic) | 100/10mg | 100 | $27.49 |
| Sinemet (generic) | 100/25mg | 100 | $39.01 |
| Sinemet (generic) | 250/25mg | 100 | $45.40 |
| Sinemet CR | 100/25mg | 100 | $88.55 |
| Sinemet CR | 200/50mg | 100 | $115.46 |
| Sinequan (generic) | 10mg | 100 | $19.76 |
| Sinequan (generic) | 25mg | 100 | $22.14 |
| Sinequan (generic) | 50mg | 100 | $29.76 |
| Singulair | 5 mg | 90 | $120.18 |
| Singulair | 10mg | 90 | $173.25 |
| Slow K | 8mEq (600mg) | 100 | $16.50 |
| Slow K (generic) | 8mEq (600mg) | 100 | $13.69 |
| Sodium bicarbonate | 325mg | 1000 | $28.15 |
| Sodium Bulamyd | 10% | 15mL | $10.39 |
| Soma | 350mg | Not Available | $0.00 |
| Soma | 350mg | Not Available | $8.80 |
| Sonata | 10mg | Not Available | $8.80 |
| Soriatane | 10mg | 30 | $55.94 |
| Soriatane | 25mg | 30 | $96.74 |
| Sporanox | 10mg/mL | 150mL | $124.54 |
| Sporanox | 100mg | 28 | $102.59 |
| Starlix | 120mg | 84 | $53.61 |
| Starlix | 180mg | 84 | $53.61 |
| Starlix | 60mg | 84 | $53.61 |
| Sternoc | 10mg | Not Available | $0.00 |
| Stemetil | 10mg | 100 | $25.35 |
| Streptomycin | | Not Available | $0.00 |
| Suler | | Not Available | $0.00 |
| Subrate (generic) | 1gr | 100 | $35.27 |
| Sucrate Plus | 100mg/mL | 500mL | $55.89 |
| Sulfheyrazone (generic) | 100mg | 100 | $18.10 |
| Sulfheyrazone (generic) | 200mg | 100 | $29.60 |
| Surfak (generic) | 240mg | 30 | $4.40 |
| Surmontil (generic) | 25mg | 100 | $11.19 |
| Sustiva | 200mg | 90 | $374.96 |
| Symax | 0.03% | Not Available | $0.00 |
| Symax | 0.01% | 60ml | $31.33 |
| Symax | 0.025mg | 100 | $32.45 |
| Synthroid | 0.05mg | 100 | $15.93 |
| Synthroid | 0.075mg | 100 | $14.13 |
| Synthroid | 0.0125mg | 100 | $14.79 |
| Synthroid | 0.088mg | 100 | $15.82 |

| Product Name | Strength | Quantity | Price |
|---|---|---|---|
| Synthroid | 0.100mg | 100 | $15.52 |
| Synthroid | 0.112mg | 100 | $15.52 |
| Synthroid | 0.125mg | 100 | $16.18 |
| Synthroid | 0.15mg | 100 | $16.18 |
| Synthroid | 0.175mg | 100 | $16.57 |
| Synthroid | 0.200mg | 100 | $16.70 |
| Synthroid | 0.300mg | 100 | $16.90 |
| Synvisc (non-prescription) | 3 injections | (ea.) | $441.81 |
| Synvisc (non-prescription) | 3 injections | (ea.) | $882.82 |
| Synvisc (non-prescription) | 3 injections | (ea.) | $1,197.63 |
| Tagamet (generic) | 300mg | 100 | $17.63 |
| Tagamet (generic) | 400mg | 100 | $28.84 |
| Tagamet (generic) | 800mg | 100 | $31.33 |
| Tagamet (generic) | 60Bmg | 100 | $24.00 |
| Tambocor | 100mg | 100 | $129.75 |
| Tambocor | 50mg | 100 | $79.80 |
| Yapazole | 5 mg | 100 | $25.84 |
| Tazorac | 0.05% | 30gm | $44.58 |
| Tazorac | 0.1% | 30gm | $44.58 |
| Tegretol | 200mg | 100 | $41.44 |
| Tegretol | 200mg | 100 | $39.80 |
| Tegretol (generic) | 200mg | 100 | $42.19 |
| Tegretol CR | 400mg | 100 | $66.78 |
| Tegretol CR | 200mg | 100 | $31.17 |
| Tegretol CR (generic) | 400mg | 100 | $47.28 |
| Temazepam | | Not Available | $0.00 |
| Tenovate (generic) | | 50gm | $26.22 |
| Tenovate (generic) | | 88mL | $31.13 |
| Tenoretic | 100/25mg | 84 | $34.50 |
| Tenoretic | 50/25mg | 84 | $59.16 |
| Tenormin | 100mg | 84 | $99.16 |
| Tenormin | 50mg | 84 | $52.92 |
| Tenormin (generic) | 100mg | 100 | $57.33 |
| Tenormin (generic) | 25mg | 100 | $18.80 |
| Tenormin (generic) | 50mg | 100 | $29.35 |
| Tequin | 400mg | 50 | $239.68 |
| Tetracycline | | Not Available | $0.40 |
| Teveten | 300mg | 88 | $38.67 |
| Teveten | 400mg | 100 | $76.19 |
| Teveten | 600mg | 100 | $101.52 |
| Theo-Dur (generic) | 200mg | 100 | $17.44 |

Can't Find a product in this list?
Call Customer Service and ask them for availability of the product

All Prices are Subject to Change

**Whittemore Att. D**

To Order Call 1-866-206-2366 or logon to http://www.pharmabay.net and have your username and password handy

| Product Name | Strength | Quantity | Price |
|---|---|---|---|
| Pulmicort | 108mcg | 2800dose | $43.98 |
| Pulmicort | 280mcg | 200 dose | $68.89 |
| Pulmicort | 400mg | 200 dose | $100.00 |
| Pulmozyme | 1mg/mL | 2.5mL x 30 | $1,018.28 |
| Pulmicort | 50mg | 23 tabs | $54.81 |
| Pyridium | 200mg | 100 | $17.85 |
| Questran | | 378grams | $31.94 |
| Questran | | 30packets | $31.94 |
| Questran Lite (generic) | | 30packets | $31.94 |
| Quinidine Gluconate | | Not Available | $0.00 |
| Quinidine Sulfate (generic) | 200mg | 100 | $17.83 |
| Quinine Sulfate (generic) | 380mg | 100 | $24.15 |
| Quinine Sulfate(generic) | 200mg | 100 | $20.95 |
| Quinine Sulfate(generic) | 500 mg | 100 | $78.08 |
| Relafen | 750 mg | 100 | $98.45 |
| Relafen (generic) | 500mg | 100 | $58.27 |
| Relafen (generic) | 750mg | Not Available | $0.00 |
| Remeron | 30mg | 30 | $49.34 |
| Reminyl | 12 mg | 60 | $127.57 |
| Reminyl | 4 mg | 60 | $126.52 |
| Reminyl | 8 mg | 60 | $124.42 |
| Renova | 0.05% | 20 | $28.98 |
| Requip | 0.25mg | 100 | $42.83 |
| Requip | 1mg | 100 | $109.04 |
| Requip | 2mg | 100 | $119.58 |
| Restoril | | Not Available | $0.00 |
| Retin-A | 0.01% | 30g | $18.37 |
| Retin-A | 0.01% | 20g | $19.37 |
| Retin-A | 0.05% | 30g | $19.37 |
| Retin-A | 0.10% | 30g | $19.37 |
| Retin-A Micro | 0.10% | 45g | $31.28 |
| Retrovir (generic) | 100mg | 100 | $189.03 |
| Revia | 50mg | 50 | $219.69 |
| Rhinocort | 180mcg | 200 | $29.72 |
| Rhinocort aq | 64mcg | 120 | $19.18 |
| Rhinocort aq (generic) | 64mcg | 120 | $16.20 |
| Rhinocort aq(generic) | 100mcg | 105 | $20.99 |
| Ridaura | 3mg | 60 | $81.27 |
| Rifadin | 150mg | 100 | $69.46 |
| Rifadin | 300mg | 100 | $115.30 |
| Rifaperdal | 1 mg/mL | 30mLX2 | $114.22 |

Can't Find a product in this list?
Call Customer Service and ask them for availability of the product

All Prices are Subject to Change

---

To Order Call 1-866-206-2366 or logon to http://www.pharmabay.net and have your username and password handy

| Product Name | Strength | Quantity | Price |
|---|---|---|---|
| Risperdal | 0.25mg | 60 | $36.76 |
| Risperdal | 0.5 mg | 60 | $52.75 |
| Risperdal | 1 mg | 60 | $72.20 |
| Risperdal | | 60 | $127.91 |
| Risperdal | 2 mg | 60 | $180.56 |
| Risperdal | 3 mg | 60 | $251.59 |
| Risperdal | 4 mg | 60 | $0.00 |
| Ritalin | | Not Available | |
| Ritalin | 0.25mcg | 100 | $81.15 |
| Rocaltrol | 0.5mcg | 100 | $143.76 |
| Rocaltrol | | Not Available | $0.00 |
| Rocephin vials | 10 x 1g | 1 | $96.38 |
| Rythmol | 150mg | 100 | $169.37 |
| Rythmol | 300mg | 100 | $75.14 |
| Rythmol (generic) | 150mg | 100 | $125.26 |
| Rythmol (generic) | 300mg | 100 | $96.03 |
| Sabril | 500mg | 100 | $104.99 |
| Salagen | 5mg | 100 | $18.74 |
| Salazopyrin (generic) | 500mg | 100 | $53.90 |
| Salofalk | 60mL | 7 | $72.15 |
| Salofalk | 500mg | 60 | $78.16 |
| Salofalk | 500mg | 150 | $35.47 |
| Sectral (generic) | 200mg | 100 | $49.04 |
| Sectral (generic) | 400mg | 100 | $39.68 |
| Select | | 3 packs | $0.00 |
| Septra (generic) | 400/80mg | Not Available | $24.00 |
| Septra D.S. (generic) | 800/160mg | 100 | $32.58 |
| Serc | 8 mg | 100 | $64.50 |
| Serevent | 50mcg | 800dose | $44.50 |
| Serevent | 25 mcg | 1200dose | $128.30 |
| Seroquel | 100mg | 100 | $206.20 |
| Seroquel | 150mg | 100 | $233.05 |
| Seroquel | 200mg | 100 | $54.21 |
| Seroquel | 25mg | 100 | $365.39 |
| Seroquel | 300mg | 100 | $49.59 |
| Serzone | 100mg | 60 | $49.58 |
| Serzone | 150mg | 60 | $61.97 |
| Serzone | 200mg | 60 | $44.86 |
| Serzone | 50mg | 60 | $56.29 |
| Serzone (generic) | 100mg | 100 | $56.29 |
| Serzone (generic) | 150mg | 100 | $63.33 |
| Serzone (generic) | 200mg | 100 | $56.26 |
| Serzone (generic) | 50mg | 100 | |

Can't Find a product in this list?
Call Customer Service and ask them for availability of the product

All Prices are Subject to Change

Whittemore Att. D

To Order Call 1-866-208-2356 or logon to http://www.pharmabay.net and have your username and password handy

| Product Name | Strength | Quantity | Price |
|---|---|---|---|
| Persantine (generic) | 25mg | 100 | $22.88 |
| Persantine (generic) | 50mg | 100 | $22.89 |
| Persantine (generic) | 75mg | 100 | $28.00 |
| Pilocarpine | 1% | 15mL | $9.44 |
| Pilocarpine | 2% | 15mL | $9.44 |
| Pilocarpine | 4% | 15mL | $9.44 |
| Plaquenil | 200 mg | 100 | $58.71 |
| Plaquenil (generic) | 200 mg | 100 | $49.51 |
| Plavix | 75mg | 28 | $67.76 |
| Plavix | 75mg | 56 | $131.28 |
| Plavix | 15mg | 84 | $181.54 |
| Plendil | 10 mg | 90 | $92.40 |
| Plendil | 2.5mg | 90 | $31.46 |
| Pletal | 5 mg | 30 | $45.11 |
| Pletal | | Not Available | $0.00 |
| Podophyllin | | 25g | $20.38 |
| Prandin | 0.5mg | 100 | $38.56 |
| Prandin | 1 mg | 100 | $39.68 |
| Prandin | 2 mg | 100 | $40.78 |
| Pravachol | 10 mg | 90 | $187.62 |
| Pravachol | 20 mg | 90 | $180.54 |
| Pravachol | 40 mg | 90 | $199.18 |
| Pravachol (generic) | 10 mg | 100 | $94.71 |
| Pravachol (generic) | 20 mg | 100 | $111.00 |
| Pravachol (generic) | 40 mg | 100 | $132.79 |
| Precose | 100mg | 120 | $43.88 |
| Precose | 50mg | 120 | $33.45 |
| Pred-Forte (generic) | 1% | 10ml | $14.49 |
| Prednisone (generic) | 5mg | 100 | $17.90 |
| Prednisone (generic) | 1mg | 100 | $18.00 |
| Prednisone(generic) | 50mg | 100 | $19.98 |
| Prednisone(generic) | 5mg | 1000 | $33.80 |
| Premarin | 0.3mg | 100 | $20.78 |
| Premarin | 0.625mg | 100 | $22.04 |
| Premarin | 0.9mg | 100 | $39.07 |
| Premarin | 1.25mg | 100 | $34.51 |
| Premarin | | 42.5grams | $28.24 |
| Prempro | 2.5/0.625mg | 56 | $16.70 |
| Prempro | 50.625mg | 56 | $16.78 |
| Prempro | 5mg | 56 | $166.78 |
| Prevacid | 15 mg | 30 | $88.80 |

Can't find a product in this list?
Call Customer Service and ask
item for availability of the product

All Prices are Subject to Change

To Order Call 1-866-208-2356 or logon to http://www.pharmabay.net and have your username and password handy

| Product Name | Strength | Quantity | Price |
|---|---|---|---|
| Prevacid | 30 mg | 100 | $186.75 |
| Prilosec | 10 mg | 28 | $48.24 |
| Prilosec | 20 mg | 84 | $176.19 |
| Prinivil | 18mg | 100 | $61.17 |
| Prinivil | 28mg | 100 | $97.52 |
| Prinivil (generic) | 16mg | 100 | $74.80 |
| Prinivil (generic) | 20mg | 100 | $87.80 |
| Prinivil (generic) | 5mg | 100 | $81.00 |
| Pinzide | 10/12.5mg | 100 | $79.87 |
| Pinzide | 20/12.5mg | 100 | $90.88 |
| Prinzide | 20/25mg | 100 | $93.86 |
| Proglycem | 100mg | 100 | $155.44 |
| Prograf | 1 mg | 100 | $236.46 |
| Prograf | 181mg | 100 | $40.78 |
| Proloprim (generic) | 100mg | 100 | $22.89 |
| Proloprim (generic) | 100mg | 100 | $61.51 |
| Prometrium | 250mg | 100 | $21.91 |
| Pronestyl (generic) | 15mg | 100 | $24.08 |
| Propantheline | 1 mg | 84 | $111.08 |
| Propecia | 0.10% | 10ml | $28.11 |
| Propine | 0.14% | 18mL | $20.90 |
| Propine (generic) | | Not Available | $0.00 |
| Propoxyphene | 100mg | 100 | $21.46 |
| Propylthiouracil | 50mg | 100 | $14.10 |
| Propylthiouracil | 5mg | 30 | $51.94 |
| Proscar | 15mg | 100 | $70.04 |
| Prostigmin | 40mg | 100 | $187.75 |
| Protonix | 0.85% | 80g | $132.00 |
| Protopic | 0.85% | 10g | $25.80 |
| Protopic | 0.10% | 60g | $138.08 |
| Protopic | 0.10% | 15g | $28.08 |
| Provera | 2.5mg | 180 | $22.04 |
| Provera (generic) | 18mg | 100 | $38.82 |
| Provera (generic) | 2.5mg | 100 | $16.53 |
| Provera (generic) | 5 mg | 100 | $23.14 |
| Prozac | 20 mg | 100 | $161.32 |
| Prozac (generic) | 10 mg | 100 | $104.82 |
| Prozac (generic) | 20 mg | 100 | $96.82 |
| Pulmicort | 8.125mg/mL | 30X2ml | $28.85 |
| Pulmicort | 0.25mg/mL | 30X2ml | $33.80 |
| Pulmicort | 0.5mg/ml | 30X2ml | $84.98 |

Can't find a product in this list?
Call Customer Service and ask
item for availability of the product

All Prices are Subject to Change

**Whittemore Att. D**

To Order Call 1-888-206-2356 or logon to http://www.pharmabay.net and have your username and password handy

| Product Name | Strength | Quantity | Price |
|---|---|---|---|
| Nicotine | 21mg | 7 | $25.35 |
| Nicoline | 7mg | 7 patches | $25.35 |
| Nitatat | 38gr | | $18.41 |
| Nitatat | 48ml | | $11.61 |
| Nitro-Dur | 0.2mg | 80 | $65.52 |
| Nitro-Dur | 0.3mg | n/a-d/c | $0.00 |
| Nitro-Dur | 0.4mg | 90 | $92.38 |
| Nitro-Dur | 0.6mg | 90 | $95.67 |
| Nitro-Dur | 0.8mg | 90 | $131.97 |
| Nitroglycerin | 0.4mg | 200doses | $18.83 |
| Nitroglycerin | 0.3mg | 100 | $13.22 |
| Nitroglycerin | 0.6mg | 100 | $13.22 |
| Nitroglycerin(generic) | 0.4mg | 200doses | $16.53 |
| Nitrol | 2% | 39g | $15.41 |
| Nitrol | 2% | 60g | $20.93 |
| Nitrolingual Pump Spray | 0.4mg | 200 | $18.93 |
| Nitroquick | | Not Available | $8.80 |
| Nizoral | 2% | 30gr | $20.99 |
| Nizoral | 200mg | 100 | $194.50 |
| Nizoral (generic) | 200mg | 100 | $117.88 |
| Nizoral shampoo (non-rx) | 2% | 60ml | $14.80 |
| Nolvadex | 28mg | 90 | $78.85 |
| Nolvadex (generic) | 10mg | 180 | $38.69 |
| Nolvadex (generic) | 20mg | 90 | $39.69 |
| Nordette | 150/30 | 3x28/21 | $43.00 |
| Norflex (non-prescription) | 100mg | 180 | $71.58 |
| Norgesic | | 180 | $95.92 |
| Norlutate | | 39g | $25.12 |
| Noroxin (generic) | 400mg | 100 | $147.56 |
| Norpramin | 25mg | 100 | $45.15 |
| Norpramin | 50mg | 100 | $73.50 |
| Norpramin (generic) | 25mg | 100 | $29.77 |
| Norpramin (generic) | 50mg | 100 | $43.00 |
| Norvasc | 10mg | 100 | $164.82 |
| Norvasc | 5 mg | 100 | $118.22 |
| Ocuflox | 0.30% | 5mL | $17.85 |
| Ocupress | | Not Available | $0.00 |
| Ogen | (0.625mg) | 100 | $28.88 |
| Ogen | 1.25mg | 100 | $39.36 |
| Ogen | 2.5 mg | 100 | $31.91 |
| One Touch Ultra Strips | | 100 | $76.53 |

Can't find a product in this list? Call Customer Service and ask them for availability of the product

All Prices are Subject to Change

To Order Call 1-888-206-2356 or logon to http://www.pharmabay.net and have your username and password handy

| Product Name | Strength | Quantity | Price |
|---|---|---|---|
| One Touch Ultra Strips | | 50 | $42.87 |
| Optimine | 1mg | 100 | $49.35 |
| Optivar eyedrops | | Not Available | $0.00 |
| Ortho 1/35 | 3 packs x 28's | | $42.80 |
| Ortho 777 | 3 packs x 28's | | $42.80 |
| Ortho Cyclen | 3 packs x 28's | | $42.80 |
| Ortho Tri-cyclen | 3 packs x 28's | | $42.80 |
| Ortho-Cept | 3 packs x 28's | | $42.80 |
| Oruvail SR | 150mg | 180 | $118.06 |
| Ovaforte | 150mg | 180 | $29.44 |
| Ovcon 50 | 3 packs x 28's | | $42.00 |
| Oxsoralen Ultra | 10mg | 50 | $31.59 |
| Oxycodone | | Not Available | $0.08 |
| Oxycontin | 20mg | 100 | $125.00 |
| Pacerone (generic) | 200mg | 180 | $93.28 |
| Pancrease | | 250 | $93.28 |
| Pancrease MT 10 | | 100 | $165.40 |
| Pantoloc | 20mg | 100 | $0.08 |
| Parafon Forte | | Not Available | $68.34 |
| Parlodel (generic) | 2.5mg | 180 | $88.12 |
| Parlodel (generic) | 5mg | 100 | $8.80 |
| Parnate | | Not Available | $8.80 |
| Patanol | 0.10% | 5mL | $36.75 |
| Paxil | 10mg | 90 | $165.88 |
| Paxil | 20mg | 100 | $178.80 |
| Paxil | 30mg | 90 | $185.80 |
| Paxlaz | | Not Available | $0.08 |
| Pentasa | 250mg | 480 | $160.00 |
| Pentasa | 500mg | 240 | $145.93 |
| Pepcid | 40mg | 30 | $56.02 |
| Pepcid (generic) | 20mg | 100 | $80.64 |
| Pepcid (generic) | 40mg | 100 | $104.74 |
| Percocet | | Not Available | $0.80 |
| Pergonal | 75units | 1 vial | $53.63 |
| Periactin | 4mg | 100 | $36.37 |
| Peridex | 0.12% | 475mL | $15.42 |
| Peridex (generic) | 0.12% | 473ml | $12.12 |
| Permax | 0.05mg | 30 | $21.49 |
| Permax | 0.25mg | 100 | $187.00 |
| Permax | 1mg | 100 | $297.00 |
| Persantine | 75mg | 100 | $58.00 |

Can't find a product in this list? Call Customer Service and ask them for availability of the product

All Prices are Subject to Change

Whittemore Att. D

To Order Call 1-866-208-2356 or logon to http://www.pharmabby.net and have your username and password handy

| Product Name | Strength | Quantity | Price |
|---|---|---|---|
| Metoclopramide (generic) | 10mg | 100 | $15.00 |
| Metoclopramide (generic) | 5mg | 100 | $14.50 |
| Metrocream | 0.75% | 45 g | $28.00 |
| Metrogel | 0.75% | 30 g | $25.00 |
| Mevacor | 20mg | 30 | $51.09 |
| Mevacor | 40mg | 30 | $94.28 |
| Mevacor (generic) | 20mg | 100 | $186.50 |
| Mevacor (generic) | 40mg | 100 | $187.00 |
| Mevacor (generic) | 20mg | 30 | $39.00 |
| Mevacor (generic) | 40mg | 30 | $62.00 |
| Mexitil (generic) | 100mg | 100 | $79.73 |
| Mexitil (generic) | 200mg | 100 | $99.75 |
| Micardis | 40mg | 84 | $91.80 |
| Micardis | 80mg | 84 | $98.80 |
| Micardis Plus | 80/12.5mg | 84 | $89.00 |
| Micro K | 15mg | 100 | $17.64 |
| Micronase | 8 mEq(600mg) | 100 | $0.00 |
| Micronor | 5 mg | Not Available | $42.80 |
| Microzide | | 3 packs | $9.80 |
| Migranol NS | 4mg | Not Available | $0.00 |
| Minipress (generic) | 1mg | 100 | $22.02 |
| Minipress (generic) | 2mg | 100 | $29.67 |
| Minipress (generic) | 5mg | 100 | $31.97 |
| Minitran | 0.2mg | 30 | $18.85 |
| Minitran | 0.4mg | 30 | $21.32 |
| Minitran | 0.3mg | 30 | $21.32 |
| Minitran | 100mg | 100 | $122.88 |
| Minocin | 50mg | 100 | $67.28 |
| Minocin (generic) | 100mg | 100 | $93.45 |
| Minoxrel | 150/30 | 3 months | $43.80 |
| Mirapex | 0.25mg | 90 | $95.61 |
| Mirapex | 0.5mg | 90 | $178.61 |
| Mirapex | 1 mg | 90 | $178.61 |
| Mirapex | 1.5mg | 90 | $178.61 |
| Mobic | 15mg | 30 | $38.35 |
| Mobic | 7.5mg | 30 | $33.86 |
| Modafen | 200mg | 100 | $51.73 |
| Modafen (generic) | 200mg | 100 | $50.70 |
| Modlael (generic) | 500mg | 100 | $26.45 |
| Monopril | 10mg | 100 | $90.48 |
| Monopril | 20mg | 100 | $94.02 |

Can't Find a product in this list?
Call Customer Service and ask them for availability of the product

All Prices are Subject to Change

---

To Order Call 1-866-208-2356 or logon to http://www.pharmabby.net and have your username and password handy

| Product Name | Strength | Quantity | Price |
|---|---|---|---|
| Motilium | 10mg | 500 | $127.69 |
| Motilium (generic) | 10mg | 500 | $82.89 |
| Muro-128 | | 3.5g | $13.64 |
| Muro-128 | 5% | 15ml | $13.64 |
| Mycobutin | 150mg | 100 | $361.69 |
| Mycostatin | | 30g | $9.91 |
| Mycostatin | 500,000u | 100 | $17.64 |
| Mycostatin | | 120g | $17.63 |
| Myleran | 2mg | 25 | $39.69 |
| Mysoline (generic) | 125mg | 100 | $17.64 |
| Mysoline (generic) | 250mg | 100 | $17.64 |
| Nalfon | 600mg | 100 | $58.42 |
| Naprosyn (generic) | 250mg | 100 | $18.71 |
| Naprosyn (generic) | 375mg | 100 | $20.91 |
| Naprosyn (generic) | 500mg | 100 | $23.67 |
| Nardil | 15mg | 100 | $39.89 |
| Nasacort | 100 ug | 1 inhaler | $31.33 |
| Nasacort AQ | 55 ug | 120 doses | $29.77 |
| Nasalide | 0.03% | 25mL | $26.09 |
| Nasalide (generic) | 0.03% | 25mL | $20.99 |
| Nasonex | 50mcg | 140 doses | $28.51 |
| Neoral | 100mg | 30 | $165.14 |
| Neoral | 25mg | 30 | $46.87 |
| Neoral | 100mg/mL | 50mL | $229.32 |
| Nephrocaps | | 100 | $15.44 |
| Neurontin | 100mg | 100 | $46.16 |
| Neurontin | 300mg | 100 | $96.27 |
| Neurontin | 400mg | 100 | $113.79 |
| Neurontin | 600mg | 100 | $195.37 |
| Neurontin | 800mg | 100 | $218.30 |
| Neurontin (generic) | 100mg | 100 | $33.86 |
| Neurontin (generic) | 300mg | 100 | $73.10 |
| Neurontin (generic) | 400mg | 100 | $85.63 |
| Nexium | 20 mg | 28 | $83.58 |
| Nexium | 40 mg | 28 | $83.58 |
| Niaspan | | Not Available | $8.00 |
| Niaspan | 500mg | 100 | $14.32 |
| Nicotine | 2mg | 105 | $26.34 |
| Nicotine | 4mg | 105 | $29.76 |
| Nicotine | 14mg | 7 patches | $28.35 |
| Nicotine | 21mg | 14 patches | $46.50 |

Can't Find a product in this list?
Call Customer Service and ask them for availability of the product

All Prices are Subject to Change

**Whittemore Att. D**

To Order Call 1-866-206-2356 or logon to http://www.pharmabay.net and have your username and password handy

| Product Name | Strength | Quantity | Price |
|---|---|---|---|
| Levoxyl | 0.05mg | 180 | $14.13 |
| Levoxyl | 0.075mg | 100 | $14.79 |
| Levoxyl | 0.088mg | 100 | $15.62 |
| Levoxyl | 0.100mg | 100 | $15.62 |
| Levoxyl | 0.112mg | 100 | $15.62 |
| Levoxyl | 0.125mg | 100 | $16.18 |
| Levoxyl | 0.15mg | 100 | $16.18 |
| Levoxyl | 0.175mg | 100 | $16.57 |
| Levoxyl | 0.200mg | 100 | $16.70 |
| Levoxyl | 0.300mg | 100 | $15.90 |
| Levrin SL | 0.125mg | 100 | $33.08 |
| Lexxel | 5-5 or 5-2.5 | | $0.00 |
| Librax | | Not Available | $0.00 |
| Libritum | | Not Available | $0.00 |
| Lidex | 0.05% | 8gm | $33.38 |
| Lioresal (generic) | 10mg | 100 | $33.86 |
| Lioresal (generic) | 20mg | 100 | $52.61 |
| Lipitor | 10mg | 90 | $141.78 |
| Lipitor | 20 mg | 90 | $165.08 |
| Lipitor | 40 mg | 90 | $183.75 |
| Lipitor | 80 mg | 90 | $192.84 |
| Lithium Carbonate (generic) | 600mg | 100 | $19.74 |
| Lithium Carbonate (generic) | 150mg | 100 | $11.80 |
| Lithium Carbonate (generic) | 300mg | 100 | $11.00 |
| Livostin | 0.05% | 5 mL | $21.99 |
| Lodine (generic) | 300mg | 100 | $57.32 |
| Loestrin | 1.5/30 | 3 packs X 21's | $44.48 |
| Lopid | 600mg | 250 | $235.64 |
| Lopid(generic) | 600mg | 100 | $74.87 |
| Lopressor | 100mg | 100 | $48.50 |
| Lopressor | 50mg | 100 | $39.87 |
| Lopressor (generic) | 100mg | 100 | $39.67 |
| Lopressor (generic) | 50mg | 100 | $30.39 |
| Lopressor SR | 100mg | 100 | $31.59 |
| Lopressor SR | 200mg | 100 | $51.61 |
| Loprox | 1% | 30gm | $21.85 |
| Loprox | 1% | 30ml | $23.09 |
| Lorazepam | 1% | | $0.00 |
| Lotlab | | Not Available | $0.09 |
| Lotensin | 10 mg | 180 | $73.87 |
| Lotensin | 20 mg | 100 | $76.36 |

Can't Find a product in this list?
Call Customer Service and ask
them for availability of the product

All Prices are Subject to Change

To Order Call 1-866-206-2356 or logon to http://www.pharmabay.net and have your username and password handy

| Product Name | Strength | Quantity | Price |
|---|---|---|---|
| Lotemax | 5 mg | 180 | $82.78 |
| Lotal | | call pharmacy | $0.00 |
| Lotriderm | 50g | | $35.26 |
| Loxide | 1.25mg | 30 | $13.51 |
| Loxide | 2.5mg | 90 | $58.03 |
| Loxide(generic) | 1.25mg | 180 | $26.45 |
| Loxide(generic) | 2.5mg | 180 | $33.19 |
| Lumigan | 0.03% | 3ml | $36.08 |
| Lumigan | 0.03% | 5ml | $58.09 |
| Lupron depot kit | 22.5mg | 1 | $977.83 |
| Lupron depot kit | 3.75mg | 1 | $329.08 |
| Luvox (generic) | 100mg | 100 | $165.00 |
| Luvox (generic) | 50 mg | 100 | $86.14 |
| Lyophren | 500 mg | 180 | $252.01 |
| Macrobid | 100mg | 180 | $72.45 |
| Macrodantin | 50mg | 100 | $45.38 |
| Macrodantin (generic) | 100mg | 100 | $30.45 |
| Macrodantin (generic) | 50mg | 100 | $28.80 |
| Malarone | 250/100mg | 12 | $51.68 |
| Manerix (generic) | 150mg | 180 | $37.79 |
| Manerix (generic) | 300mg | 100 | $79.98 |
| Marvelon | | 3 packs | $44.65 |
| Mavik | 1mg | 100 | $76.87 |
| Mavik | 2mg | 100 | $99.46 |
| Maxalt | | Not Available | $0.30 |
| Maxalt | 10mg | 6 | $80.79 |
| Maxalt | 5mg | | $80.79 |
| Maxitrol | n/a | 3.5g | $18.01 |
| Maxitrol | n/a | 5ml | $19.00 |
| Maxzide | | n/a | $0.00 |
| Medisense Precision Plus | 37.5/25 | 100 | $170.98 |
| Medisense Precision Xtra | | 100 | $79.80 |
| Medrol | 4 mg | 100 | $42.86 |
| Megace | 40mg | 100 | $136.10 |
| Megace (generic) | 40mg | 100 | $131.20 |
| Meridia | 10mg | 30 | $180.33 |
| Meridia | 15mg | 30 | $112.63 |
| Mestinen | 60mg | 180 | $49.50 |
| Mestinen SR | 180mg | 30 | $31.86 |
| Methotrexate | 2.5mg | 180 | $82.93 |
| Metoclopramide(generic) | 1mg/ml | 380ml | $21.00 |

Can't Find a product in this list?
Call Customer Service and ask
them for availability of the product

All Prices are Subject to Change

Whittemore Att. D

To Order Call 1-866-205-2385 or logon to http://www.pharmabay.net and have your username and password handy

| Product Name | Strength | Quantity | Price |
|---|---|---|---|
| Hyzaar | 50x12.5mg | 30 | $94.49 |
| Hyzaar DS | 100/25mg | 90 | $94.49 |
| Ibuprofen (generic) | 400 mg | 100 | $8.51 |
| Ibuprofen (generic) | 600 mg | 100 | $8.75 |
| Icaps (mono-s) | | 60 | $7.71 |
| Icaps time release (mono-s) | | 50 | $8.81 |
| Imdur | 60 mg | 30 | $19.41 |
| Imitrex | 12mg/ml | 2 | $64.99 |
| Imitrex | 12mg/ml | 2 | $69.99 |
| Imitrex | 100mg | 12 | $174.00 |
| Imitrex | 50 mg | 12 | $173.28 |
| prescription | 2mg | 100 | $26.53 |
| Imovane (generic) | 7.5mg | 100 | $49.45 |
| Imuran | 50mg | 100 | $109.00 |
| Imuran (generic) | 50mg | 100 | $60.64 |
| Inderal (generic) | 10mg | 100 | $11.81 |
| Inderal (generic) | 20mg | 100 | $11.01 |
| Inderal (generic) | 40mg | 100 | $11.01 |
| Inderal (generic) | 80mg | 100 | $12.07 |
| Inderal LA | 120 mg | 100 | $79.38 |
| Inderal LA | 160 mg | 100 | $91.50 |
| Inderal LA | 80 mg | 100 | $49.46 |
| Inderal LA | 80 mg | 100 | $56.23 |
| Indocin (generic) | 25mg | 100 | $15.20 |
| Indocin (generic) | 50mg | 100 | $19.86 |
| Indomethacin | 100mg | 30 | $33.08 |
| Indomethacin | 50mg | 30 | $27.56 |
| Insulin Humalog | 100u/ml | 10ml | $30.87 |
| Insulin Humalog | 100u/ml | 5x3ml cartridge | $50.72 |
| Insulin Humalog Mix | 100u/ml | 5x3ml cartridge | $50.72 |
| Insulin Humulin N | 100u/ml | 10ml | $19.29 |
| Intal | | 280 dose | $45.29 |
| Ionamin | 30mg | 30 | $9.80 |
| Iopidine | 0.56% | 5mL | $29.34 |
| Ismo | 20mg | 100 | $9.00 |
| Isoptin (generic) | 120mg | 100 | $40.78 |
| Isoptin SR | 240mg | 100 | $145.78 |
| Isoptin SR (generic) | 120mg | 100 | $67.25 |
| Isoptin SR (generic) | 180mg | 100 | $76.00 |
| Isoptin SR (generic) | 240mg | 100 | $92.68 |
| Isopto-Atropine | 1% | 5ml | $12.00 |

Can't Find a product in this list? Call Customer Service and ask them for availability of the product

All Prices are Subject to Change

To Order Call 1-866-205-2385 or logon to http://www.pharmabay.net and have your username and password handy

| Product Name | Strength | Quantity | Price |
|---|---|---|---|
| Isopto-Homatrophine | 2% | 15ml | $15.37 |
| Isopto-Homatrophine | 5% | 15ml | $17.05 |
| Isosorbide dinitrate (generic) | 10mg | 100 | $7.90 |
| Isosorbide dinitrate (generic) | 30mg | 100 | $12.12 |
| K-Dur | (1500mg) | 100 | $31.97 |
| Kayexalate | | 454 gm | $79.39 |
| Keflex (generic) | 250mg | 100 | $22.17 |
| Keflex (generic) | 500mg | 100 | $34.80 |
| Kemadrin | 5mg | 1000 | $54.90 |
| Kemadrin (generic) | 5mg | 100 | $22.00 |
| Klonopin | | Not Available | $9.00 |
| Kytril | 1mg | 2 | $47.65 |
| Lac-Hydrin | 12% | 225mL | $9.44 |
| Lactulose (generic) - senfx | 667mg/ml | 1000mL | $24.24 |
| Lamictal | 100mg | 100 | $155.10 |
| Lamictal | 150mg | 90 | $142.00 |
| Lamictal | 25mg | 100 | $47.23 |
| Lamictal (generic) | 100mg | 100 | $82.00 |
| Lamictal (generic) | 150mg | 100 | $128.88 |
| Lamictal (generic) | 25mg | 100 | $27.78 |
| Lamisil | 1% | 30gm | $25.99 |
| Lamisil | 250 mg | 28 | $93.44 |
| Lamisil (generic) | 250 mg | 100 | $215.25 |
| Lamisil (generic) | 250 mg | 30 | $71.40 |
| Lanoxin | 0.125mg | 250 | $55.12 |
| Lanoxin | 0.125mg | 100 | $27.55 |
| Lanoxin | 0.25mg | 250 | $55.12 |
| Largactil (generic) | 25mg | 100 | $16.45 |
| Larium | 250mg | 8 | $47.28 |
| Lasix | 20mg | 90 | $15.54 |
| Lasix | 40 mg | 90 | $23.18 |
| Lasix (generic) | 20mg | 100 | $11.08 |
| Lasix (generic) | 40mg | 100 | $11.54 |
| Lanix (generic) | 80mg | 100 | $26.84 |
| Lescol | 20 mg | 100 | $98.48 |
| Lescol | 40mg | 100 | $168.89 |
| Lescol XR | | Not Available | $0.89 |
| Leukeran | 2mg | 25 | $38.58 |
| Levaquin | 250mg | 50 | $208.89 |
| Levaquin | 500mg | 50 | $234.00 |
| Levoxyl | 0.025mg | 100 | $13.83 |

Can't Find a product in this list? Call Customer Service and ask them for availability of the product

All Prices are Subject to Change

Whittemore Att. D

To Order Call 1-866-209-2358 or logon to http://www.pharmabay.net and have your username and password handy

| Product Name | Strength | Quantity | Price |
| --- | --- | --- | --- |
| Entocort | 3mg | 7 X 100mL | $58.03 |
| Entocort | 3mg | 100 | $165.48 |
| Epivir | 100mg | 60 | $247.59 |
| Erythromycin | 3.5g | | $13.22 |
| Erythromycin E.C. (generic) | 250mg | 100 | $29.94 |
| Erythromycin E.C. (generic) | 333mg | 100 | $28.85 |
| Estrace | 0.5mg | 100 | $18.83 |
| Estrace | 1mg | 100 | $26.77 |
| Estrace | 2 mg | 100 | $43.00 |
| Estraderm 100 | 0.1mg | 8 patches | $30.66 |
| Estraderm 50 | 0.05mg | 8 patches | $27.53 |
| Estratest HS | | Not Available | $0.00 |
| Estring | 2mg | 1/ring | $51.91 |
| Ethambutol | 400mg | 100 | $35.80 |
| Euflex (generic) | 250mg | 100 | $121.28 |
| Evista | 60mg | 28 | $49.95 |
| Exelon | 1.5mg | 56 | $134.35 |
| Exelon | 3mg | 56 | $134.35 |
| Exelon | 6mg | 56 | $134.33 |
| Famvir | 125mg | 10 | $30.68 |
| Famvir | 250mg | 30 | $101.61 |
| Famvir | 500mg | 21 | $126.76 |
| Feldene(generic) | 10mg | 100 | $47.41 |
| Feldene(generic) | 20mg | 100 | $72.77 |
| Famara | 2.5mg | 30 | $145.43 |
| FemHRT | 01-May | 1/pack | $22.04 |
| Florinef | | Not Available | $0.08 |
| Flagyl (generic) | 250mg | | $8.80 |
| Flagyl (generic) | 250mg | | $46.31 |
| Flumadine | | | $69.79 |
| Flumadine (generic) | | | $47.24 |
| Flarex | 0.10% | 5ml | $17.80 |
| Flexeril (generic) | 10mg | 100 | $38.55 |
| Flomax | 0.4mg | 100 | $83.07 |
| Flonase | 50mcg | 120/dose | $35.99 |
| Florinef | 0.1mg | 100 | $30.87 |
| Flovent | 100mcg | 60 | $33.61 |
| Flovent | 250mcg | | $59.44 |
| Flovent | 500mcg | | $88.39 |
| Flovent | 50mcg | | $17.80 |
| Flovent | 125mcg | 120/dose | $44.00 |

Can't Find a product in this list?
Call Customer Service and ask
them for availability of the product

All Prices are Subject to Change

To Order Call 1-866-209-2358 or logon to http://www.pharmabay.net and have your username and password handy

| Product Name | Strength | Quantity | Price |
| --- | --- | --- | --- |
| Flovent | 250mcg | 120/dose | $81.00 |
| Flovent | 50mcg | 120/dose | $20.35 |
| Floxin (generic) | 200mg | 100 | $166.68 |
| Floxin (generic) | 400mg | 100 | $194.03 |
| FML | 0.10% | 10mL | $23.09 |
| FML Forte | 0.25% | 15mL | $24.14 |
| Foradil | 12mcg | 60 | $49.80 |
| Fosamax | 70mg | | $119.09 |
| Fosamax | 70 mg | | $46.00 |
| Fosamax | 10 mg | 30 | $89.33 |
| Fosamax | 5 mg | 98 | $141.61 |
| Fulvicin U/F | 250mg | 100 | $32.80 |
| Fulvicin U/F | 500mg | 100 | $48.51 |
| Glipizide | | Not Available | $8.80 |
| Glucometer Dex Strips | | | $67.28 |
| Glucophage | 500mg | 500 | $111.38 |
| Glucophage | 850mg | 380 | $112.46 |
| Glucophage (generic) | 500mg | 500 | $98.84 |
| Glucophage (generic) | | 300 | $84.50 |
| Glucophage XR | 858mg | Not Available | $8.80 |
| Glucotrol | | Not Available | $0.00 |
| Glucovance | | Not Available | $0.08 |
| Glynase | | | $85.14 |
| Gonal F | 75IU | 1amps | $20.94 |
| Haldol (generic) | 18mg | 100 | $247.56 |
| Hepamir | 180mg | 60 | $0.00 |
| Herceptin | | Not Available | $112.46 |
| Hydrea | 500mg | 100 | $104.74 |
| Hydrea (generic) | 800mg | 100 | $8.80 |
| Hydrocodone | | Not Available | $10.98 |
| Hydroflurtl (generic) | 25 mg | 100 | $14.32 |
| Hydroflurtl (generic) | 50mg | 100 | $17.84 |
| Hygroton (generic) | 100mg | 100 | $13.44 |
| Hygroton (generic) | 50mg | 100 | $61.98 |
| Hytrin | 1mg | 100 | $72.76 |
| Hytrin | 2mg | 100 | $98.12 |
| Hytrin | 5mg | 100 | $78.75 |
| Hytrin (generic) | 10mg | 100 | $34.64 |
| Hytrin (generic) | 1mg | 100 | $44.46 |
| Hytrin (generic) | 2mg | 100 | $58.79 |
| Hytrin (generic) | 5mg | 100 | |

Can't Find a product in this list?
Call Customer Service and ask
them for availability of the product

All Prices are Subject to Change

Whittemore Att. D

To Order Call 1-666-206-2356 or logon to http://www.pharmaboy.net and have your username and password handy

| Product Name | Strength | Quantity | Price |
|---|---|---|---|
| Depakote (generic) | 250mg | 100 | $35.00 |
| Depakote (generic) | 500mg | 100 | $60.08 |
| Depakote CR | | Not Available | $0.00 |
| Depen tabs | 250mg | 100 | $74.88 |
| Depo-provera | 150/mL | 1mL | $34.47 |
| Dermatex | | Not Available | $8.80 |
| Descort | 0.05% | 60g | $24.08 |
| Descort | 0.05% | 120mL | $25.19 |
| Descort (generic) | 0.05% | 60g | $16.48 |
| Desyrel | 150mg | 100 | $63.85 |
| Desyrel | 50mg | 100 | $36.87 |
| Desyrel (generic) | 150mg | 100 | $43.51 |
| Desyrel (generic) | 150mg | 100 | $59.53 |
| Desyrel (generic) | 50mg | 100 | $27.14 |
| Detrol | 1 mg | 60 | $55.30 |
| Detrol | 2 mg | 60 | $55.38 |
| Detrol LA | 2 mg | 90 | $148.00 |
| Detrol LA | 4 mg | 90 | $148.00 |
| Diabeta | 5mg | 90 | $28.46 |
| Diabeta (generic) | 2.5mg | 500 | $27.23 |
| Diabeta (generic) | 5mg | 500 | $45.00 |
| Diabinese (generic) | 100mg | 100 | $18.53 |
| Diabinese (generic) | 250mg | 100 | $17.63 |
| Diamicron | 80mg | 60 | $30.00 |
| Diamox (generic) | 250mg | 100 | $15.42 |
| Diamox Sequels | 500mg | 100 | $84.96 |
| Diane 35 | | 3 packs of 21's | $70.35 |
| Diastix | | 50 | $8.60 |
| Olazapan | | Not Available | $0.90 |
| Didrocal kit | | 1 kit | $44.89 |
| Didronel | 200mg | 60 | $98.21 |
| Differin | 0.10% | 45gr | $35.74 |
| Diflucan (generic) | 150mg | 1 | $15.90 |
| Diflucan (generic) | 100mg | 50 | $257.00 |
| Diflucan (generic) | 50mg | 50 | $164.93 |
| Dilantin | 100 mg | 100 | $20.72 |
| Dilantin | 30 mg | 100 | $18.73 |
| Dilantin Infatabs | 50mg | 100 | $19.83 |
| Dilaudid | | Not Available | $6.08 |
| Diovan | 160mg | 90 | $86.00 |
| Diovan | 80mg | 90 | $96.00 |

Can't Find a product in this list?
Call Customer Service and ask them for availability of the product

All Prices are Subject to Change

To Order Call 1-866-206-5306 or logon to http://www.pharmaboy.net and have your username and password handy

| Product Name | Strength | Quantity | Price |
|---|---|---|---|
| Diovan HCT | 160/12.5mg | 30 | $33.60 |
| Diovan HCT | 160/12.5mg | 30 | $33.80 |
| Diprolene | 0.05% | 60mL | $21.19 |
| Diprolene | 0.05% | 50gr | $31.43 |
| Ditropan (generic) | 5mg | 100 | $28.85 |
| Ditropan XL | 10mg | 100 | $149.04 |
| Ditropan XL | 5mg | 100 | $173.89 |
| Delodid (generic) | 500mg | 60 | $33.37 |
| Dostinex | 0.5mg | 8 | $146.18 |
| Dovonex | 0.01% | 60g | $55.12 |
| Dovonex liquid | 0.01% | 60mL | $59.01 |
| Drysol deb-on | 20% | 35mL | $15.74 |
| Drysol liquid drops | 20% | 37.5mL | $15.74 |
| Dulcolax (generic) | 10mg | 100 | $33.86 |
| Duoderm CGF border (non-Rx) | 18cm x 10cm | 5 | $33.01 |
| Duoderm extra thin (non-Rx) | "4"" x 4"" | 10 | $39.65 |
| Duragesic | | Not Available | $0.00 |
| Duvold | 25mg | 100 | $46.94 |
| Duvold | 50mg | 100 | $60.53 |
| Duvold (generic) | 25mg | 100 | $44.54 |
| Dyazide | 37.5/25 | n/a | $0.00 |
| Dyazide (generic) | 50/25mg | 100 | $17.17 |
| Dynacirc | | Not Available | $0.00 |
| Dyrenium | 100mg | Not Available | $0.00 |
| Dyrenium | 50mg | Not Available | $0.00 |
| Edecrin | 50mg | 50 | $18.39 |
| Effexor | 37.5mg | 100 | $86.53 |
| Effexor | 75mg | 100 | $150.22 |
| Effexor XR | 150mg | 100 | $160.98 |
| Effexor XR | 37.5mg | 100 | $80.83 |
| Effexor XR | 75mg | 100 | $144.87 |
| Efudex | 5% | 25g | $25.61 |
| Elavil (generic) | 25mg | 100 | $10.89 |
| Elavil (generic) | 50mg | 100 | $22.19 |
| Elavil (generic) | 75mg | 100 | $25.39 |
| Eldepryl (generic) | 5mg | 100 | $132.30 |
| Elmiron | 100mg | 100 | $121.11 |
| Elocom | 0.10% | 50gm | $30.37 |
| Emla | | 30gm | $35.72 |
| Emla | | 2 patches | $14.32 |
| Emsoort | 2.50% | 45gm | $16.53 |

Can't Find a product in this list?
Call Customer Service and ask them for availability of the product

All Prices are Subject to Change

**Whittemore Att. D**

To Order Call 1-866-209-2326 or logon to http://www.pharmabuy.net and have your username and password handy

| Product Name | Strength | Quantity | Price |
| --- | --- | --- | --- |
| Claritin D 12h (decongestant) | 5/120mg | 120 | $81.90 |
| Clarinex Nasal Spray | | 25ml | $8.44 |
| Climara | 100mcg | 4pack | $26.74 |
| Climara | 25mcg | 4pack | $0.08 |
| Climara | 50mcg | 4pack | $23.65 |
| Clinoril (generic) | 150mg | 100 | $40.70 |
| Clinoril (generic) | 200mg | 100 | $49.81 |
| Clomid | 50mg | 30 | $244.89 |
| Clomid (generic) | 50mg | 30 | $224.51 |
| Clomid(generic) | 50mg | 10 | $50.72 |
| Clonazepam | | Not Available | $0.00 |
| Colace (brand name - nonRx) | 100mg | 60 | $14.32 |
| Colace (generic nonRx) | 100mg | 100 | $7.71 |
| Colchicine | 0.6mg | 100 | $16.80 |
| Colanid | 1gm | 120 | $37.48 |
| Colazid Granules | | 3 x (3its5gm) | $82.89 |
| Combantrin (non-rx) | | 12 | $19.83 |
| Combipatch | 50/250mcg | 8 | $30.67 |
| Combivent | | 200dose | $29.33 |
| Combivir | 150/380 | 60 | $505.27 |
| Comtan | 200mg | 100 | $146.00 |
| Condylox | 0.5I% | 3.5gm | $47.25 |
| Cordarone | 200mg | 100 | $195.00 |
| Cordarone (generic) | | | $6.00 |
| Coreg | 12.5mg | 100 | $148.80 |
| Coreg | 25mg | 100 | $149.00 |
| Coreg | 3.125mg | 100 | $149.00 |
| Coreg | 6.25mg | 180 | $149.00 |
| Corgard | 40mg | 100 | $53.08 |
| Corgard (generic) | 40mg | 100 | $30.87 |
| Corgard (generic) | 80mg | 100 | $37.48 |
| Corlef | 20mg | 100 | $23.15 |
| Cortenema | | 7 x 60ml | $51.37 |
| Cortisone acetate | 25mg | 100 | $41.90 |
| Cosopt | | 10mL | $54.60 |
| Coumadin | 10mg | 100 | $59.64 |
| Coumadin | 1mg | 100 | $39.58 |
| Coumadin | 2.5mg | 100 | $37.48 |
| Coumadin | 2mg | 100 | $39.48 |
| Coumadin | 3mg | 100 | $44.78 |
| Coumadin | 4mg | 100 | $49.81 |

Can't Find a product in this list?
Call Customer Service and ask
item for availability of the product

All Prices are Subject to Change

To Order Call 1-866-209-2326 or logon to http://www.pharmabuy.net and have your username and password handy

| Product Name | Strength | Quantity | Price |
| --- | --- | --- | --- |
| Coumadin | 5mg | 100 | $35.28 |
| Coumadin | 5mg | 100 | $43.48 |
| Coumadin (generic) | 10mg | 100 | $24.85 |
| Coumadin (generic) | 1mg | 100 | $26.98 |
| Coumadin (generic) | 2.5mg | 100 | $25.20 |
| Coumadin (generic) | 2mg | 100 | $27.30 |
| Coumadin (generic) | 3mg | 100 | $30.00 |
| Coumadin (generic) | 4mg | 100 | $32.28 |
| Coumadin (generic) | 5mg | 100 | $27.80 |
| Covera HS | 180mg | 100 | $92.56 |
| Covera HS | 240mg | 100 | $91.40 |
| Cozaar | 100mg | 90 | $97.02 |
| Cozaar | 25mg | 90 | $97.02 |
| Cozaar | 50mg | 90 | $97.82 |
| Creon 10 | 10 | 100 | $35.28 |
| Creon 25 | 25 | 100 | $87.09 |
| Crixivan | 400mg | 180 | $448.39 |
| Cyanocobalmin IM | 1000mcg/ml | 10mL | $9.91 |
| Cyclogyl 1% | 1% | 15mL | $18.95 |
| Cytomel | 25mcg | 100 | $25.56 |
| Cytomel | 5mcg | 100 | $19.85 |
| Cytotec | 100mcg | 100 | $34.48 |
| Cytotec | 200mcg | 120 | $60.82 |
| Cytotec (generic) | 100 mcg | 100 | $25.35 |
| Cytotec (generic) | 200 mcg | 100 | $36.75 |
| Cytovene | 500mg | 80 | $688.25 |
| Cytoxan | 50mg | 100 | $78.56 |
| Cytra-K | | 475mL | $17.63 |
| Dalacin (generic) | 150mg | 180 | $54.99 |
| Dalacin (generic) | 300mg | 100 | $103.89 |
| Dalacin T | 1% | 60mL | $28.28 |
| Darvocet | | Not Available | $0.00 |
| Daypro | 600mg | 100 | $73.96 |
| Daypro (generic) | 600mg | 100 | $65.39 |
| DDAVP | 0.1mg | 30 | $46.09 |
| DDAVP | 0.2mg | 30 | $77.07 |
| DDAVP (generic) | 0.01% | 5ml | $71.66 |
| Decadron (generic) | 4mg | 100 | $69.35 |
| Demadex 20 | | Not Available | $0.00 |
| Demulen | | 3 packs of 21's | $44.85 |
| Depakote (generic) | 125mg | 100 | $23.15 |

Can't Find a product in this list?
Call Customer Service and ask
item for availability of the product

All Prices are Subject to Change

Whittemore Att.  D

To Order Call 1-866-209-2356 or logon to http://www.pharmabay.net and have your username and password handy

| Product Name | Strength | Quantity | Price |
|---|---|---|---|
| Cardizem CD (generic) | 240mg | 100 | $120.75 |
| Cardizem CD (generic) | 300mg | 100 | $155.48 |
| Cardizem(generic) | 60mg | 100 | $48.79 |
| Cardura | 2mg | 100 | $70.34 |
| Cardura | 4mg | 100 | $99.77 |
| Cardura (generic) | 1mg | 100 | $41.40 |
| Cardura (generic) | 2mg | 100 | $50.78 |
| Cardura (generic) | 4mg | 100 | $59.58 |
| Casodex | 50mg | 30 | $184.90 |
| Cataflam | 50mg | 100 | $85.95 |
| Cataflam (generic) | 50mg | 100 | $43.41 |
| Catapres (generic) | 0.1mg | 100 | $19.29 |
| Catapres (generic) | 0.2mg | 100 | $32.00 |
| Caverject | 10mcg | 1 | $16.49 |
| Caverject | 20mcg | 1 | $21.98 |
| Caverject | 20mcg | 5 | $100.32 |
| Ceftin | 250mg | 50 | $128.26 |
| Ceftin | 500mg | 60 | $210.99 |
| Ceftin (generic) | 250mg | 100 | $101.21 |
| Ceftin (generic) | 500mg | 100 | $218.89 |
| Cefzil | 250mg | 100 | $173.73 |
| Celebrex | 100 mg | 100 | $72.77 |
| Celebrex | 200 mg | 100 | $122.82 |
| Celestoderm V | 0.10% | 450gm | $117.84 |
| Celestoderm V/2 | 0.05% | 450gm | $15.74 |
| Celexa | 20mg | 30 | $38.95 |
| Celexa | 40mg | 30 | $47.33 |
| Cellcept | 250mg | 300 | $562.29 |
| Cellcept | 500mg | 50 | $198.45 |
| Celontin | 300mg | 100 | $30.47 |
| Cloxam | 0.35% | 5ml | $19.96 |
| Cipro | 250mg | 100 | $217.44 |
| Cipro | 500mg | 100 | $267.75 |
| Cipro | 750mg | 50 | $215.25 |
| Cipro HC otic | | 10mL | $26.07 |
| Clarinex | 5mg | 30 | $29.76 |
| Claritin | | 100mL | $19.49 |
| Claritin | 10mg | 100 | $82.45 |
| Claritin (generic) | 10mg | 100 | $65.19 |
| Claritin (Red) tab quick dissolve | 10 mg | 24 | $31.59 |
| Claritin 24h (not decongestant) | 10mg | 100 | $99.30 |

Can't Find a product in this list?
Call Customer Service and ask them for availability of the product

All Prices are Subject to Change

---

To Order Call 1-866-209-2356 or logon to http://www.pharmabay.net and have your username and password handy

| Product Name | Strength | Quantity | Price |
|---|---|---|---|
| Bactrim (generic) | 400/80mg | 100 | $16.18 |
| Bactrim D.S. (generic) | 800/160mg | 100 | $23.14 |
| Bactroban | | 30grams | $27.55 |
| Baycol | | discontinued | $0.00 |
| BD Insulin Syringes (assorted) | | 100 | $22.69 |
| Becnase Aq (generic) | 50mcg | inhaler | $28.96 |
| Benyl | 10mg | 100 | $16.53 |
| Bentyl | 20mg | 100 | $22.04 |
| Benuryl | 500mg | 100 | $30.88 |
| Benzac wash | 5% | 225ml | $12.58 |
| Benzamycin reg | | 23.3grams | $29.19 |
| Betagan (generic) | 0.25% | 5ml | $11.60 |
| Betagan (generic) | 0.50% | 15mL | $29.00 |
| Betalos (generic) | 25mg | 100 | $14.33 |
| Betapace (generic) | 160mg | 100 | $65.03 |
| Betapace (generic) | 80mg | 100 | $61.74 |
| Betoptic S | 0.25% | 15mL | $33.56 |
| Betoptic S (generic) | 0.5% | 10mL | $26.00 |
| Bextra | 10mg | 100 | $145.50 |
| Bextra | 20mg | 100 | $145.00 |
| Biaxin | 250mg | 100 | $137.47 |
| Biaxin | 500mg | 100 | $274.85 |
| Biaxin XL | 500mg | 20 | $54.88 |
| Biocaphen (generic) | 10mg | 100 | $26.37 |
| Biocadren (generic) | 20mg | 100 | $57.32 |
| Bonamine | 25 mg | 100 | $29.78 |
| Bonefos | 400mg | 120 | $288.07 |
| Brethine | | discontinued | $8.80 |
| Brevicon | 0.5/35 | (3months) | $43.50 |
| Brevicon | Jan-35 | (3months) | $43.58 |
| Bricanyl turbuhaler | 0.5mg | | $23.48 |
| Bumex | 1mg | 30 | $28.80 |
| Buspar | 10 mg | 100 | $191.92 |
| Buspar (generic) | 10 mg | 100 | $67.52 |
| Cafergot | 1mg/100mg | 100 | $60.98 |
| Capoten (generic) | 12.5mg | 100 | $18.73 |
| Capoten (generic) | 25mg | 100 | $28.35 |
| Capoten (generic) | 50mg | 100 | $58.22 |
| Cardizem CD | 240mg | 100 | $201.65 |
| Cardizem CD (generic) | 120mg | 100 | $72.44 |
| Cardizem CD (generic) | 180mg | 100 | $87.37 |

Can't Find a product in this list?
Call Customer Service and ask them for availability of the product

All Prices are Subject to Change

Whittemore Att. D

To Order Call 1-866-200-2396 or logon to http://www.pharmabay.net and have your username and password handy

| Product Name | Strength | Quantity | Price |
|---|---|---|---|
| Theo-Dur (generic) | 300mg | 100 | $17.64 |
| Thyroid | 30mg | 500 | $28.00 |
| Thyroid | 60mg | 500 | $33.08 |
| Tiazac | 120mg | 100 | $68.07 |
| Tiazac | 180mg | 100 | $104.46 |
| Tiazac | 240mg | 100 | $149.37 |
| Tiazac | 300mg | 100 | $176.13 |
| Tiazac | 360mg | 100 | $281.73 |
| Ticlid (generic) | 250mg | 180 | $84.74 |
| Tilade | 2mg/dose | 112 dose | $31.36 |
| Timoptic (generic) | 0.25% | 10ml | $16.27 |
| Timoptic (generic) | 0.50% | 10ml | $19.53 |
| Timoptic XE | 0.25% | 5ml | $25.00 |
| Timoptic XE | 0.50% | 5ml | $28.00 |
| Tobradex | 0.3%-4.1 | 3.5g | $18.99 |
| Tobradex | 0.3%-0.1 | 10mL | $23.17 |
| Tobradex | 0.3%-0.1 | 5ml | $17.83 |
| Tobrex | 0.30% | 3.5g | $16.99 |
| Tobrex | 0.30% | 5ml | $17.83 |
| Tofranil | 25mg | 100 | $32.39 |
| Tofranil (generic) | 10mg | 100 | $18.53 |
| Tofranil (generic) | 25mg | 100 | $20.94 |
| Tofranil (generic) | 50mg | 100 | $38.58 |
| Tolectin | 600mg | 100 | $91.54 |
| Topamax | 100mg | 60 | $123.00 |
| Topamax | 200mg | 60 | $189.00 |
| Topamax | 25mg | 60 | $68.00 |
| Topicort | 0.05% | 60gr | $30.32 |
| Topicort | 0.05% | 25g | $12.88 |
| Toprol XL | we here | | $0.00 |
| Toradol (generic) | 10mg | 100 | $59.16 |
| Trandate | 100mg | 100 | $32.81 |
| Trandate | 200mg | 100 | $49.81 |
| Trandate (generic) | 100mg | 100 | $25.27 |
| Trandate (generic) | 200mg | 100 | $35.22 |
| Transderm-Nitro | .2mg | 80 patches | $85.52 |
| Transderm-Nitro | .4mg | 90 patches | $82.38 |
| Transderm-Nitro | .6mg | 90 patches | $85.87 |
| Transderm-Scop | 1.5mg | 2 patches | $13.22 |
| Travatan | 0.80% | 2.5ml | $36.37 |
| Trental SR (generic) | 400mg | 100 | $44.09 |

Can't Find a product in this list?
Call Customer Service and ask them for availability of the product

All Prices are Subject to Change

---

To Order Call 1-866-200-2396 or logon to http://www.pharmabay.net and have your username and password handy

| Product Name | Strength | Quantity | Price |
|---|---|---|---|
| Triazolam | | Not Available | $0.08 |
| Tricor | 160mg | 30 | $45.20 |
| Tricor | 160mg | 90 | $113.58 |
| Tricor | 200mg | 30 | $56.23 |
| Tricor | 100mg | 180 | $52.09 |
| Tricor (generic) | 200mg | 180 | $117.44 |
| Tricor (generic) | 67mg | 180 | $64.69 |
| Trileptal | 150mg | 50 | $35.13 |
| Trileptal | 300mg | 50 | $63.15 |
| Trileptal | 600mg | 50 | $112.98 |
| Trinalin | 1mg/120mg | 100 | $83.00 |
| Triphasil | | 3 packs | $42.00 |
| Tri-vora | | 3 packs | $42.00 |
| Trusopt | 2% | 5mL | $20.98 |
| Tylenol with Codeine | | Not Available | $0.08 |
| Ultram | | Not Available | $0.08 |
| Ultramop | 16mg | 100 | $52.80 |
| Ultrapin | 4% | 15gm | $15.73 |
| Ultravate | 0.05% | 50gm | $39.68 |
| Ultravate | 0.05% | 50gm | $39.66 |
| Uniphyl | 400mg | 50 | $31.21 |
| Uniphyl | 600mg | 50 | $35.62 |
| Unithyroid | | Not Available | $0.80 |
| Univasc | | Not Available | $8.80 |
| Urabeth (generic) | 25mg | 100 | $46.94 |
| Urabeth (generic) | 50mg | 100 | $60.53 |
| Uroxatrai | 250mg | 100 | $122.37 |
| Vagifem | 25mcg | 15 | $38.90 |
| Valium | | Not Available | $0.08 |
| Valproic acid (generic) | 500mg | 100 | $49.60 |
| Valproic acid (generic) | 250mg | 180 | $31.82 |
| Valtrex | 500 mg | 42 | $124.79 |
| Vancerii | 50mcg | 280 doses | $116.00 |
| Vaniqa | | Not Available | $0.80 |
| Vaseretic | 10/25mg | 90 | $85.24 |
| Vaseretic | 5/12.5mg | 90 | $82.23 |
| Vasotec | 10 mg | 90 | $99.42 |
| Vasotec | 20 mg | 100 | $117.00 |
| Vasotec | 5 mg | 90 | $79.80 |
| Vasotec | 2.5mg | 100 | $71.67 |
| Ventolin | 100mcg | 200dose | $18.46 |

Can't Find a product in this list?
Call Customer Service and ask them for availability of the product

All Prices are Subject to Change

Whittemore Att. D

To Order Call 1-866-206-2356 or logon to http://www.pharmabay.net and have your username and password handy

| Product Name | Strength | Quantity | Price |
|---|---|---|---|
| Ventolin (generic) | 100mcg | 200 dose | $9.44 |
| Ventolin (generic) | 2mg | 100 | $16.80 |
| Ventolin Diskus | 200mcg | 60 dose | $22.95 |
| Vaxol | 1% | 5ml | $26.24 |
| Viagra | 100mg | 4 | $41.99 |
| Viagra | 50mg | 4 | $41.99 |
| Vibramycin (generic) | 100mg | 100 | $88.33 |
| Vicodin | | Not Available | $0.00 |
| Violase | 8 | 100 | $28.57 |
| Violase | 16 | 100 | $34.18 |
| Vioxx | 12.5mg/5ml | 150ml | $44.56 |
| Vioxx | 12.5 mg | 100 | $116.63 |
| Vioxx | 25 mg | 100 | $116.63 |
| Viracept | 250mg | 300 | $517.08 |
| Viaxen (generic) | 5mg | 100 | $29.74 |
| Virelle | 100mcg | 8 | $29.48 |
| Virelle | 50mcg | 8 | $27.28 |
| Virelle | 75mcg | 8 | $26.38 |
| Voltaren (generic) | 50mg | 100 | $41.98 |
| Voltaren Ophtha | 0.10% | 5ml | $22.23 |
| Voltaren SR | 100mg | 100 | $190.83 |
| Voltaren SR | 75mg | 100 | $93.10 |
| Voltaren SR (generic) | 100mg | 100 | $89.45 |
| Voltaren SR (generic) | 75mg | 100 | $59.72 |
| Welchol | | Not Available | $0.00 |
| Wellbutrin SR | 100mg | 60 | $44.89 |
| Wellbutrin SR | 150mg | 60 | $58.29 |
| Westcort | 0.20% | 60gm | $21.54 |
| Winpred | 1mg | 100 | $16.00 |
| Xalatan | 0.01% | 2.5ml | $26.25 |
| Xanax | | Not Available | $0.00 |
| Xeloda | 150mg | 60 | $187.09 |
| Xeloda | 500mg | 120 | $644.00 |
| Xenical | 120mg | 84 | $120.32 |
| Zaditen | 1mg | 86 | $46.57 |
| Zaditen (generic) | 1mg | 100 | $68.52 |
| Zamaflex | 4mg | 150 | $104.12 |
| Zantac | 75mg/5ml | 300mL | $69.99 |
| Zantac | 150mg | 60 | $84.80 |
| Zantac (generic) | 150mg | 100 | $38.83 |
| Zantac (generic) | 300mg | 100 | $74.97 |

Can't Find a product in this list? Call Customer Service and ask them for availability of the product

All Prices are Subject to Change

To Order Call 1-866-206-2356 or logon to http://www.pharmabay.net and have your username and password handy

| Product Name | Strength | Quantity | Price |
|---|---|---|---|
| Zarontin | 250mg | 100 | $35.59 |
| Zaroxolyn | 2.5mg | 100 | $23.76 |
| Zebeta | 10mg | 100 | $63.71 |
| Zebeta | 5mg | 100 | $56.00 |
| Zerit | 15mg | 60 | $239.48 |
| Zerit | 20mg | 60 | $239.48 |
| Zerit | 30mg | 60 | $239.40 |
| Zerit | 40mg | 60 | $239.40 |
| Zestoretic | 10/12.5mg | 100 | $62.88 |
| Zestoretic | 20/12.5mg | 100 | $95.91 |
| Zestoretic | 20/25mg | 100 | $95.91 |
| Zestril | 10mg | 100 | $82.68 |
| Zestril | 20mg | 100 | $97.52 |
| Zestril | 5 mg | 100 | $71.85 |
| Zestril (generic) | 10mg | 100 | $69.99 |
| Zestril (generic) | 20mg | 100 | $88.29 |
| Zestril (generic) | 5mg | 100 | $58.28 |
| Zelia | 10mg | 100 | $169.99 |
| Ziac | | Not Available | $0.00 |
| Ziagen | 300mg | 60 | $346.43 |
| Zithromax | 250mg | 6 | $34.86 |
| ZAthromax | 600mg | 30 | $320.08 |
| Zocor | 10 mg | 90 | $157.94 |
| Zocor | 20 mg | 100 | $199.99 |
| Zocor | 40 mg | 90 | $183.89 |
| Zocor | 5 mg | 90 | $85.34 |
| Zocor | 80 mg | 90 | $199.00 |
| Zocor (generic) | 10mg | 100 | $113.40 |
| Zocor (generic) | 20mg | 100 | $137.55 |
| Zocor (generic) | 40mg | 100 | $137.55 |
| Zocor (generic) | 80mg | 100 | $137.55 |
| Zofran | 4mg | 10 | $138.09 |
| Zofran | 8mg | 10 | $185.08 |
| Zoloft | 100mg | 100 | $160.96 |
| Zoloft | 25mg | 100 | $82.69 |
| Zoloft | 50mg | 100 | $154.46 |
| Zoloft (generic) | 100mg | 100 | $115.78 |
| Zoloft (generic) | 25mg | 100 | $72.45 |
| Zoloft (generic) | 50mg | 100 | $105.84 |
| Zomig | 2.5mg | 6 | $80.47 |
| Zovirax | 5% | 5gm | $20.99 |

Can't Find a product in this list? Call Customer Service and ask them for availability of the product

All Prices are Subject to Change

**Whittemore Att. D**

To Order Call 1-866-209-2256 or logon to http://www.pharmadaya.net and have your username and password handy

| Product Name | Strength | Quantity | Price |
|---|---|---|---|
| Zovirax | 5% | 30gm | $84.46 |
| Zovirax | 5% | 15gm | $49.39 |
| Zovirax (generic) | 400mg | 100 | $149.10 |
| Zovirax (generic) | 800mg | 100 | $239.40 |
| Zyban | 150mg | 60 | $54.01 |
| Zyloprim | 100mg | 100 | $21.48 |
| Zyprexa | 10mg | 60 | $367.50 |
| Zyprexa | 2.5mg | 60 | $98.70 |
| Zyprexa | 5mg | 60 | $187.85 |
| Zyprexa | 7.50mg | 60 | $278.39 |
| Zyrtec | 5mg/5ml | 100 | $10.48 |
| Zyrtec | 10mg | 100 | $69.30 |
| Zyrtec | 5mg | 36 | $24.52 |
| Zyrtec (generic) | 10mg | 100 | $58.70 |
| Zyrtec D | 5/120 | 30 | $28.90 |

Can't Find a product In this list?
Call Customer Service and ask
them for availability of the product

**All Prices are Subject to Change**

Whittemore Att. D

**Pharmabay.net**

08C2309  JUDGE  ASPEN
FILED 4/23/08
Continuation of FTC's Exhibits
in support of its ex parte motion for a TRO

# PX 21

## DECLARATION OF DAVID L. FRANKEL
### PURSUANT TO 28 U.S.C. § 1746

I, David L. Frankel, hereby declare as follows:

1.  I currently am employed as Assistant General Counsel at BioScrip, Inc. ("BioScrip"). My business address is 100 Clearbrook Road, Elmsford, New York 10523. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to the facts stated herein.

2.  BioScrip provides comprehensive specialty pharmaceutical and pharmacy benefit management ("PBM") services. We are a publicly traded company listed on the Nasdaq Stock Exchange. Our PBM services include pharmacy network management, claims processing, benefit design, drug utilization review, formulary management, and traditional mail order pharmacy fulfillment. As part of our PBM services, we also administer cash card or discount card programs on behalf of program sponsors or third party administrators. We do not market these programs to consumers. These are 100% copay programs that provide savings to customers who present a discount card at one of our participating network pharmacies or who order medications through one of our mail order pharmacies. Individuals who present these cards when filling prescriptions are entitled to receive a percentage discount off the retail or "cash" price. As the administrator of these discount programs, we manage the program's eligibility through our real-time electronic claims adjudication system. We derive revenue on a per claim basis from the dispensing network pharmacy.

3.  On or about February 13, 2008, I was contacted by the Federal Trade Commission ("FTC") in connection with an FTC investigation of companies that have been engaged in selling consumers a purported discount prescription drug card through telemarketing. The FTC provided me with a copy of the front and back of this card, a true and correct copy of which is attached hereto as **Frankel Att. A**.

4.     On the front of the card, at the top, is the name "Pharmabay.net." In the upper right are the words "Pharmacists Enter" followed by a Bank Identification Number ("BIN") and other codes. In the lower left is the name and logo for "Scrip Solutions." The card also lists a toll free telephone number for "Pharmacist Assistance/Customer Service," which is 888-299-5383.

5.     The Scrip Solutions name and logo, and the telephone number 888-299-5383, which appear on the front of the Pharmabay.net card, are owned by BioScrip. Scrip Solutions was the former name of BioScrip PBM Services, LLC, a subsidiary of BioScrip.

6.     Neither BioScrip nor any of its subsidiaries or affiliates has, or ever has had, any business relationship with Pharmabay.net; and Pharmabay.net has used the Scrip Solutions name, logo and telephone number without authorization.

7.     On or about February 14, 2008, I sent a letter to Pharmabay.net instructing it to cease and desist using the Scrip Solutions name, logo, and telephone number. I sent the letter via Federal Express to Pharmabay.net at 5422 Queen Mary Road, Montreal, Quebec H3X-1V6, Canada. This is the address listed for Pharmabay.net in the "who is" record for the company's website, www.pharmabay.net. The "who is" record is accessible at www.domaintools.com. A true and correct copy of my letter to Pharmabay.net is attached hereto as **Frankel Att. B.** I tracked my letter to Pharmabay.net through www.fedex.com and learned that it was undeliverable due to an incorrect address.

8.     The front of the Pharmabay.net card also includes the statement: "This is a 100% co-pay plan presented to you by NONPROFIT WAREHOUSE." BioScrip has a relationship with a company in Georgia called Non Profit Warehouse. I contacted Non Profit Warehouse to find out whether they have had any dealings with Pharmabay.net. The President of Non Profit Warehouse, Cherri Mia Wilson, informed me that Non Profit

2

Warehouse is not, and has never in any way been affiliated with Pharmabay.net. Ms. Wilson sent me a letter dated February 13, 2008, repeating this information. A true and correct copy of Ms. Wilson's letter is attached hereto as **Frankel Att. C**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 28, 2008.

David L. Frankel

3



**Pharmabay.net**

Pharmacists Enter:  BIN: 90030
PCN: CLAIME
GRP: NPW 1

Member Name

www.Pharmabay.net

Member #

Pharmacist Assistance / Customer Service: 888-299-5383
This is a 100% co-pay plan presented to you by NONPROFIT WAREHOUSE
This Plan is not insurance.

scrip solutions

---

**www.pharmabay.net**

To Access Savings: Members must present their Membership card
along with their prescription to a participating pharmacy. You will pay
the discounted cash price, or the pharmacy's usual and customary price,
whichever is lowest. In order to obtain savings through this program,
you must pay the reduced amount, in full, when you pick up your
prescription.

For additional savings, visit us online
or
call us toll-free @ 1-866-208-2356

FRANKEL ATT. A



February 14, 2008


*Via Federal Express*
pharmabay.net
5622 Queen Mary Road
Montreal, Quebec H3X 1V6
Canada

     Re:   Pharmacy Savings Card

Ladies and Gentlemen:

    It has recently come to our attention that pharmabay.net is distributing a pharmacy savings card (the "Card") that displays the Scrip Solutions name, logo and customer service phone number. At no time did BioScrip, Inc. ("BioScrip"), the owner of the Scrip Solutions name and logo, authorize pharmabay.net to use the Scrip Solutions name, logo or phone number on the Card. Accordingly, BioScrip hereby demands that pharmabay.net immediately remove the Scrip Solutions name, logo and phone number from the Card and cease and desist from further distributing any Cards containing the Scrip Solutions name, logo or phone number.

    Please confirm your receipt of this letter and pharmabay.net's intention to comply with BioScrip's request. If we do not hear from pharmabay.net by February 22, 2008 confirming that it has complied with this request, BioScrip shall take further action to protect its rights, including, without limitation, seeking injunctive relief to prevent further unauthorized use of the Scrip Solutions name, logo and telephone number and suing you for monetary damages for the unauthorized use of our intellectual property and damage caused thereto by such unauthorized use.

    This letter is sent without prejudice to BioScrip's legal rights, all of which are expressly reserved.

    If you have any questions regarding this letter you can contact me at 914-460-1640 or Barry Posner, BioScrip's General Counsel, at 914-460-1638.


             Very truly yours,

             David L. Frankel
             Assistant General Counsel


100 Clearbrook Road  Elmsford, New York 10523   p: 914-460-1600 \ 888-818-3939 \ f: 914-460-1640   www.bioscrip.com


FRANKEL ATT. B

**NON PROFIT WAREHOUSE**
**P.O. BOX 680396**
**MARIETTA, GEORGIA 30067**
**770-541-7777  FAX 770-541-1122**

February 13, 2008

To Whom It May Concern:

I would like to take this opportunity to state that Non Profit Warehouse is not now and has never in any way been affiliated with an entity going by the various names of Pharmabay.net, aka med/provisions, and medications 4 less.

Cherri Mia Wilson
President, Non Profit Warehouse

FRANKEL ATT. C

# PX 22

## DECLARATION OF JOE MESHANSKI
## PURSUANT TO 28 U.S.C. § 1746

1. My name is Joe Meshanski. I am over 18 years of age. I currently am employed at Giant Eagle, Inc. ("Giant Eagle"). My business address is 101 Kappa Drive, Pittsburgh, Pennsylvania 15238.

2. Giant Eagle is a regional food retailer and food distributor with over $7 billion in annual sales. Founded in 1931, Giant Eagle currently has about 157 corporate and 63 independently owned and operated supermarkets, located in the states of Pennsylvania, Ohio, Maryland, and West Virginia. Most of the Giant Eagle supermarkets have a pharmacy department.

3. My job title at Giant Eagle is Director, Pharmacy Technology. I have held this position since July 2007. My prior job title was Manager, Pharmacy Technology, a position I held from May 2001 through July 2007. My duties and responsibilities include providing leadership and direction to the overall technology operations, strategies, and activities of Giant Eagle pharmacies.

4. On or about February 13, 2008, the Federal Trade Commission ("FTC") provided Giant Eagle with a document that the FTC described as a photocopy of the front and back of a "Pharmabay.net" card. A true and correct copy of the document that the FTC provided to Giant Eagle is attached hereto as **Attachment A**.

1

5.  As shown on Attachment A, on the front of the card, at the top, is the name
    "Pharmabay.net." In the upper right are the words "Pharmacists Enter," followed by
    a "BIN" number and other codes. The BIN number on the card is 90020. In the
    lower left is the name and logo for "Scrip Solutions."

6.  Giant Eagle has agreements with various companies that provide discounts on
    prescription drugs. Pursuant to these agreements, consumers may obtain discounts on
    the price of prescription drugs purchased at Giant Eagle by presenting the pharmacist
    with a valid discount card. Pharmacists process these transactions through the Giant
    Eagle pharmacy management system, a live database.

7.  At the request of the FTC, we accessed the Giant Eagle pharmacy management
    system and keyed in certain information printed on the "Pharmabay.net" card shown
    on Attachment A. A Giant Eagle employee entered the BIN number that appears on
    the card – 90020 – into our system, and found that this BIN number is invalid. He
    also searched our system for the name "Pharmabay.net," and found that this name is
    not in our system.

8.  The Giant Eagle employee also searched our system for the name "Scrip Solutions."
    He found this name in our system. Giant Eagle has an agreement with MIM Health
    Plans, Inc., now known as BioScrip, a company that has used the name "Scrip
    Solutions" in connection with a program providing discounts on prescription drugs.

9. There is a BIN number in our system for "Scrip Solutions," but it does not match the BIN number printed on the "Pharmabay.net" card. The BIN number for Scrip Solutions is 900020.

10. In order to process a transaction, our system requires certain information, including a valid BIN number and a member number. In most cases, member numbers are unique to a specific consumer, but there are some plans that allow the pharmacist to enter a randomly-selected number as the member number. Attempts to process transactions without valid information are rejected by the system.

11. Because the "Pharmabay.net" card shown on Attachment A has an invalid BIN number, and no member number, a Giant Eagle pharmacist could not complete a transaction using this card.

12. Even using the correct BIN number for "Scrip Solutions" would not enable a pharmacist to complete the transaction without a valid member number. We confirmed this by having a Giant Eagle employee key in a test transaction under the "Scrip Solutions" plan, using a randomly-selected number as the member number. The transaction was rejected by our system.

3

13. Based on a review of Giant Eagle's records, it does not appear that Giant Eagle has filled any prescriptions for consumers using the "Pharmabay.net" card shown on Attachment A.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4/4  , 2008.

Joe Meshanski

4



**Pharmabay.net**    Pharmacists Enter:    BIN: 90030
                                          PCN: CLAIMS
                                          GRP: NFW 1

Member Name
_____

**www.Pharmabay.net**
_____

Member #

**Pharmacist Assistance / Customer Service: 888-299-5383**
This is a 100% co-pay plan presented to you by NONPROFIT WAREHOUSE
This Plan is not insurance.

scrip solutions

---

**www.pharmabay.net**

To Access Savings:  Members must present their Membership card
along with their prescription to a participating pharmacy. You will pay
the discounted cash price, or the pharmacy's usual and customary price,
whichever is lowest.  In order to obtain savings through this program,
you must pay the reduced amount, in full, when you pick up your
prescription.

**For additional savings, visit us online**
or
**call us toll-free @ 1-866-208-2356**

---

Attachment A

# PX 23

## DECLARATION OF DAVID A. LONG
## PURSUANT TO 28 U.S.C. § 1746

I, David A. Long, hereby declare as follows:

1.  My name is David A. Long. I am a United States citizen and over eighteen years of age.
    I am a Paralegal Specialist with the Federal Trade Commission ("FTC"). I have been
    employed by the FTC since November 2006. My business address is Federal Trade
    Commission, Midwest Region, 55 West Monroe Street, Suite 1825, Chicago, Illinois
    60603.

2.  As a Paralegal Specialist, my duties include monitoring and investigating parties who are
    suspected of engaging in unfair or deceptive acts or practices in violation of the Federal
    Trade Commission Act and any other laws or rules enforced by the FTC. I also am
    custodian of documents and records obtained by the FTC during the course of
    investigations to which I am assigned.

3.  In the course of my employment, I was asked to participate in an investigation of Union
    Consumer Benefits ("UCB"). In the course of this investigation, I have acquired
    personal knowledge and information about the facts stated herein, and, if called as a
    witness, would testify to the same.

4.  A number of documents are attached to this declaration. I have made redactions from
    certain documents in order to preserve sensitive information, such as individuals'
    personal identifiers and financial account numbers.

### CORPORATE INFORMATION

5.  In the course of the UCB investigation, the FTC obtained from Industry Canada certified
    copies of the following documents:

Page 1 of 9



a.   Certificate of Incorporation and Articles of Incorporation of 6554962 Canada Inc., dated April 18, 2006, true and correct copies of which are attached hereto as **Long Att. A**.

b.   Information Regarding the Registered Office and the Board of Directors of 6554962 Canada Inc., a true and correct copy of which is attached hereto as **Long Att. B**.

c.   Changes Regarding Directors of 6554962 Canada Inc., filed September 29, 2006, a true and correct copy of which is attached hereto as **Long Att. C**.

d.   Changes Regarding Directors of 6554962 Canada Inc., filed October 5, 2006, a true and correct copy of which is attached hereto as **Long Att. D**.

e.   Change of Registered Office Address of 6554962 Canada Inc., filed March 1, 2007, a true and correct copy of which is attached hereto as **Long Att. E**.

6.   As shown on Long Att. E, the current registered office address and mailing address for 6554962 Canada Inc. is 7080 Cote-Des Neiges, Montreal, Quebec H3R 2L9.  Our investigation, based on public records, and a visit to this address on or about April 1, 2008 by Canadian law enforcement, shows that the business actually located at this address is an auto repair shop, using the name "Auto H & I," since at least 2005. Attached hereto as **Long Att. F** is a true and correct copy of a business registration record for "Auto H & I" that the FTC obtained from Competition Bureau Canada.

### POST OFFICE BOX

7.   In the course of the UCB investigation, the FTC obtained from the United States Postal Inspection Service copies of the following documents:

a.   PS Form 1093, Application for Post Office Box or Caller Service, Parts 1 and 2,

for P.O. Box 1803, Plattsburgh, New York 12901, dated October 2, 2006, a true and correct copy of which is attached hereto as **Long Att. G**.

b.  PS Form 1093, Application for Post Office Box or Caller Service, Parts 1 and 2, for P.O. Box 1803, Plattsburgh, New York 12901, dated November 2, 2007, a true and correct copy of which is attached hereto as **Long Att. H**.

## PAYMENT PROCESSOR – BANCTECH

8.  On or about October 31, 2007, the FTC sent a Civil Investigative Demand ("CID"), pursuant to Section 20 of the FTC Act, 15 U.S.C. § 57b-1, to Banctech Processors, Inc. ("Banctech"), 1790 N. Lee Trevino Drive, Suite 313, El Paso, Texas 79936. A true and correct copy of the CID is attached hereto as **Long Att. I**.

9.  The CID included written interrogatories and document requests. I have reviewed the responses that the FTC received from Banctech relating to UCB. Attached hereto as **Long Att. J** is a true and correct copy of portions of Banctech's responses, specifically: the cover letter from its counsel dated November 29, 2007, Bates-labeled page Banctech 000002; its response to written interrogatory 3(a) and (b), shown on Bates-labeled page Banctech 000005; and its response to written interrogatory 4(a) through (m), shown on Bates-labeled pages Banctech 000010 through 11. Information about merchants other than UCB has been redacted.

10.  Also in response to the CID, Banctech produced a chart captioned "Summary," showing information about UCB and other merchants. Attached hereto as **Long Att. K** is a true and correct copy of this "Summary" chart, Bates-labeled pages Banctech 000176 through 177, with information about merchants other than UCB redacted.

11.  Also in response to the CID, Banctech produced a 15-page fax from Naeem Alvi that,

Page 3 of 9

among other things, includes a three-page "Electronic Check Corporation Draft
Processing Merchant Application/Approval Form," and a four-page "Electronic Check
Corporation Merchant Processing Agreement." Attached hereto as **Long Att. L** is a true
and correct copy of the first 14 pages of this fax, Bates-labeled pages Banctech 000026
through 39. The fifteenth page, which appears to be a copy of Mr. Alvi's driver's
license, has been removed.

12.    Also in response to the CID, Banctech produced an excel spreadsheet captioned "UCB"
that contains information about consumers whose accounts Banctech debited or
attempted to debit on behalf of UCB through the use of unsigned "preauthorized" checks,
also known as "demand drafts." I have reviewed this spreadsheet, which reveals the
following information:

    a.    For each consumer, the spreadsheet has columns for the consumer's name,
address, city and state, zip code, telephone number, contract number, amount, sale
date, and status.

    b.    There are 4965 entries. The listed consumers are from all 50 states and the
District of Columbia.

    c.    The earliest "sale date" is November 10, 2006. The last "sale date" is August 6,
2007. Each sale is for $399.

    d.    The "status" column shows, for each sale, whether the $399 demand draft
successfully cleared the consumer's account, or was returned unpaid. If the
demand draft cleared, the code "App," meaning approved, appears in the "status"
column. If the demand draft was returned, there is a code in the "status" column
explaining the reason for the return. For example, the code "R07" means

"authorization revoked by customer," the code "R08" means "payment stopped," and the code "R10" means "customer advises not authorized." Attached hereto as **Long Att. M** is a true and correct copy of a two-page document produced by Banctech showing the meanings of the "status" codes.

e.    The 4965 sales or attempted sales on the UCB spreadsheet, each for $399, yields a total of $1,981,035. There are 1836 sales coded "App," totaling $732,564. There is one sale coded "R07," totaling $399. There are 100 sales coded "R08," totaling $39,900. There are 870 sales coded "R10," totaling $347,130.

13.    Also in response to the CID, Banctech produced numerous emails that it sent to or received from UCB. True and correct copies of some of those emails are attached hereto in **Long Att. N**.

## NATIONAL DO NOT CALL REGISTRY

14.    Consumers who do not wish to receive telemarketing calls may register their telephone numbers on the National Do Not Call Registry ("Registry"). Consumers may register their numbers via a toll-free telephone number, 1-888-382-1222, or a website, www.donotcall.gov, As of October 1, 2003, the Telemarketing Sales Rule ("TSR"), 16 C.F.R. Part 310, generally prohibits sellers and telemarketers from calling any consumer whose number is on the Registry.

15.    For compliance purposes, sellers, telemarketers, and their service providers have been able to access the Registry through a password-protected website, www.telemarketing.donotcall.gov, since September 2003, in order to remove from their calling lists any telephone numbers that are on the Registry. The telephone numbers on the Registry may be downloaded by area code once the required fee for access to the

numbers in that area code is paid.

16. Since consumers may add their telephone numbers to the Registry at any time, there is a "grace period" – currently 31 days – that begins to run when a telephone number is added to the Registry. Once the "grace period" expires, calling that telephone number is a TSR violation, absent a defense or exemption in the TSR (such as an established business relationship, or an express agreement in writing) that applies to the call. For this reason, telemarketers' calling lists must be checked against the Registry every 31 days.

17. Any company accessing the Registry for the first time must create a user profile containing certain information, including the company's name and address, a contact person, and the contact person's telephone number and email address. A telemarketer or service provider accessing the Registry on behalf of a seller client must identify that seller client. All of this information is searchable by authorized FTC or other law enforcement personnel through a secure database called Consumer Sentinel.

18. As part of the UCB investigation, I accessed the Consumer Sentinel database and conducted various searches for records relating to "Union Consumer Benefits" or "UCB" or the corporation "6554962 Canada Inc." I found no records relating to this company. I found nothing to suggest that UCB ever accessed the Registry, or paid the required fees, or was ever listed as the client of another company in the database.

19. To determine whether UCB has been calling telephone numbers on the Registry, the telephone numbers of consumers debited by UCB, as shown on the Banctech spreadsheet discussed above, were checked against the Registry. An FTC contractor performed the analysis by using the telephone number and "sale date" for each transaction on the UCB spreadsheet. The contractor generated a report of "Registry Hits" listing each instance in

which a telephone number on the UCB spreadsheet was on the Registry and the "grace period" for that telephone number had expired as of the "sale date."

20.  Out of 4965 entries on the UCB spreadsheet, 7 had to be deleted based on formatting errors or telephone numbers that lacked sufficient digits. Out of the remaining 4958 entries, the contractor identified 1255 Registry Hits.

21.  Following the analysis, the UCB spreadsheet was reviewed to identify any duplicate entries for the same telephone number. A total of 167 duplicate entries were found. Generally every call to a telephone number on the Registry is a separate TSR violation. However, the entries on the UCB spreadsheet represent separate sales, or attempted sales, not necessarily separate calls. Thus, giving UCB the benefit of the doubt, and subtracting the 167 duplicate entries, the number of Registry Hits becomes 1088.

22.  Further, to allow for the possibility that the "sale date" listed on the UCB spreadsheet might have been a number of days after the telemarketing call, the list of Registry Hits was reviewed to identify any instances where the "grace period" for a given telephone number had expired 31 days or less before the "sale date." This occurred in 56 instances. Thus, giving UCB the benefit of the doubt, and subtracting these 56 entries, the number of Registry Hits becomes 1032.

23.  In summary, it appears that, during the period from November 10, 2006 through August 6, 2007, about 1032 out of 4958, or roughly 20 percent, of UCB's sales were made to consumers that UCB was prohibited from calling.

### PHARMABAY.NET MEMBERSHIP CARD

24.  In March 2008, a consumer named Catherine O'Toole, who lives in Sun City West, Arizona, provided me with a package of materials that she had received in the mail from

UCB, and a package of materials that she had received in the mail from a similar company called "Med-Provisions." Both packages contained a "Welcome Kit" relating to a company called "Pharmabay.net," the contents of which were identical. Among other things, each Welcome Kit contained a Pharmabay.net membership card. Attached hereto as **Long Att. O** is a true and correct copy of the front and back of the "Pharmabay.net" membership card.

25. As shown on Long Att. O, on the front of the card, at the top, is the name "Pharmabay.net." In the upper right are the words "Pharmacists Enter," followed by a "BIN" number and other codes. The BIN number on the card is 90020. In the lower left is the name and logo for "Scrip Solutions."

26. Each Welcome Kit also contained a document captioned "Pharmabay.net Discount Prescription Card," setting forth instructions for using the Pharmabay.net membership card to obtain discounts on the cost of prescriptions at "participating pharmacies," and listing some of the "participating pharmacies." The list of "participating pharmacies" includes, among others, Target and Dominick's. Attached hereto as **Long Att. P** is a true and correct copy of the document from the Pharmabay.net Welcome Kit listing the "participating pharmacies."

27. On or about March 24, 2008, I went to a Target store located at 1154 S. Clark Street, Chicago, Illinois 60605. I presented the Pharmabay.net membership card shown on Long Att. O to a Target pharmacy employee. I asked the employee to enter the BIN number from the card – 90020 – into their system to see if it was valid. She entered the BIN number and told me that the number is "inactive," and thus a consumer would be unable to use the Pharmabay.net card to obtain any discounts on the cost of prescriptions at

Target.

28. Also on or about March 24, 2008, I went to a Dominick's store located at 1340 S. Canal Street, Chicago, Illinois 60607. I presented the Pharmabay.net membership card shown on Long Att. O to a Dominick's pharmacy employee. I asked the employee to enter the BIN number from the card – 90020 – into their system to see if it was valid. She entered the BIN number and told me that it was not in their system. Using other information from the card, she continued searching and found a company called "BioScrip" in the system. However, she told me that the BIN number for BioScrip did not match the BIN number on the Pharmabay.net card. She said that the BIN number for BioScrip was 900020.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 16, 2008.

David A. Long



**Industry Canada**   Industrie Canada

**Canada Business**   Loi canadienne sur
**Corporations Act**   les sociétés par actions

I HEREBY CERTIFY THAT THE ATTACHED IS A TRUE COPY OF THE DOCUMENT MAINTAINED IN THE RECORDS OF THE DIRECTOR.

JE CERTIFIE, PAR LES PRÉSENTES, QUE LE DOCUMENT CI-JOINT EST UNE COPIE EXACTE D'UN DOCUMENT CONTENU DANS LES LIVRES TENUS PAR LE DIRECTEUR.



**Deputy Director - Directeur adjoint**          **Date**

**Canada**

**Long Att. A**

 Industry Canada          Industrie Canada

**Certificate**
**of Incorporation**

**Certificat**
**de constitution**

**Canada Business**
**Corporations Act**

**Loi canadienne sur**
**les sociétés par actions**

6554962  CANADA INC.                                            655496-2

_____          _____
Name of corporation-Dénomination de la société          Corporation number-Numéro de la société

I hereby certify that the above-named          Je certifie que la société susmentionnée, dont
corporation, the articles of incorporation of          les statuts constitutifs sont joints, a été
which are attached, was incorporated under          constituée en société en vertu de la
the _Canada Business Corporations Act._          _Loi canadienne sur les sociétés par actions._

April 18, 2006 / le 18 avril 2006

Richard G. Shaw          Date of Incorporation - Date de constitution
Director - Directeur

Canada

**Long Att.  A**

 Industry Canada    Industrie Canada

Canada Business    Loi canadienne sur les
Corporations Act    sociétés par actions

ELECTRONIC TRANSACTION    RAPPORT DE LA TRANSACTION
REPORT    ÉLECTRONIQUE

ARTICLES OF    STATUTS CONSTITUTIFS
INCORPORATION
(SECTION 6)    (ARTICLE 6)

Processing Type - Mode de Traitement:    E-Commerce / Commerce-É

**1.** Name of Corporation - Dénomination de la société
6554962 CANADA INC.

**2.** The province or territory in Canada where the registered office is to be situated -
La province ou le territoire au Canada où se situera le siège social

QUEBEC

**3.** The classes and any maximum number of shares that the corporation is authorized to issue -
Catégories et le nombre maximal d'actions que la société est autorisée à émettre

The annexed schedule is incorporated in this form.
L'annexe ci-jointe fait partie intégrante de la présente formule.

**4.** Restrictions, if any, on share transfers - Restrictions sur le transfert des actions, s'il y a lieu

The annexed schedule is incorporated in this form.
L'annexe ci-jointe fait partie intégrante de la présente formule.

**5.** Number (or minimum and maximum number ) of directors - Nombre ( ou nombre minimal et maximal ) d'administrateurs

Minimum: 1    Maximum: 10

**6.** Restrictions, if any, on business the corporation may carry on -
Limites imposées à l'activité commerciale de la société, s'il y a lieu

The annexed schedule is incorporated in this form.
L'annexe ci-jointe fait partie intégrante de la présente formule.

**7.** Other provisions, if any - Autres dispositions, s'il y a lieu

The annexed schedule is incorporated in this form.
L'annexe ci-jointe fait partie intégrante de la présente formule.

**8.** Incorporators - Fondateurs

| Name(s) - Nom(s) | Address (including postal code) - Adresse (inclure le code postal) | Signature |
|---|---|---|
| HAKEM ALVI | LAVAL, QUEBEC CANADA H7N 3L8 | HAKEM ALVI |

Canada

**Long Att. A**

## Item 3 - Shares / Rubrique 3 - Actions

TWO CLASSES OF SHARES:

The corporation is authorized to issue Class A and Class B shares with the following rights, privileges, restrictions and conditions:

1. Class A shares, without nominal or par value, the holders of which are entitled:

   a) to vote at all meetings of shareholders except meetings at which only holders of a specified class of shares are entitled to vote; and
   b) to receive the remaining property of the corporation upon dissolution.

2. Class B shares, which shall carry the right:

   a) to a dividend as fixed by the board of directors and
   b) upon the liquidation or winding-up of the corporation, to repayment of the amount paid for such share (plus any declared and unpaid dividends) in priority to the Class A shares, but they shall not confer a right to any further participation in profits or assets.

3. The holders of Class B shares shall not be entitled to vote at all meetings of shareholders except as otherwise specifically provided in the Canada Business Corporations Act.

**Long Att. A**

**Item 4 - Restrictions on Share Transfers / Rubrique 4 - Restrictions sur le transfert des actions**

RESTRICTIONS ON SHARE TRANSFERS:

The right to transfer shares of the Corporation shall be restricted in that no shareholder shall be entitled to transfer any share or shares of the Corporation without the approval of:

a. the directors of the Corporation expressed by resolution passed by the votes cast by a majority of the directors of the Corporation at a meeting of the board of directors or signed by all of the directors of the Corporation; OR

b. the shareholders of the Corporation expressed by resolution passed by the votes cast by a majority of the shareholders who voted in respect of the resolution or signed by all shareholders entitled to vote on that resolution.

**Long Att. A**

Item 6 - Restrictions - Business / Rubrique 6 - Restrictions - activité commerciale

None

**Long Att. A**

**Item 7 - Other Provisions / Rubrique 7 - Autres dispositions**

OTHER PROVISIONS:

a. The number of shareholders in the Corporation, exclusive of employees and former employees who, while employed by the Corporation were, and following the termination of that employment, continue to be, shareholders of the Corporation, is limited to not more than fifty, two or more persons who are the joint registered holders of one or more shares being counted as one shareholder.

b. Any invitation to the public to subscribe for securities of the Corporation is prohibited.

c. If authorized by by-law which is duly made by the directors and confirmed by ordinary resolution of the shareholders, the directors of the Corporation may from time to time:

    i. borrow money upon the credit of the Corporation;
    ii. issue, reissue, sell or pledge debt obligations of the Corporation; and
    iii. mortgage, hypothecate, pledge or otherwise create a security interest in all or any property of the Corporation, owned or subsequently acquired to secure any debt obligation of the Corporation.

    Any such by-law may provide for the delegation of such powers by the directors to such officers or directors of the Corporation to such extent and in such manner as may be set out in the by-law.

    Nothing herein limits or restricts the borrowing of money by the Corporation on bills of exchange or promissory notes made, drawn, accepted or endorsed by or on behalf of the Corporation.

d. The directors may appoint one or more directors, who shall hold office for a term expiring not later than the close of the next annual general meeting of shareholders, but the total number of directors so appointed may not exceed one third of the number of directors elected at the previous annual general meeting of shareholders.

**Long Att.  A**



**Industry Canada**    Industrie Canada

**Canada Business**    Loi canadienne sur
**Corporations Act**    les sociétés par actions

I HEREBY CERTIFY THAT THE ATTACHED IS A TRUE COPY OF THE DOCUMENT MAINTAINED IN THE RECORDS OF THE DIRECTOR.

JE CERTIFIE, PAR LES PRÉSENTES, QUE LE DOCUMENT CI-JOINT EST UNE COPIE EXACTE D'UN DOCUMENT CONTENU DANS LES LIVRES TENUS PAR LE DIRECTEUR.



**Deputy Director - Directeur adjoint**

**Date**

# Canada

**Long Att. B**

**Industry Canada Industrie Canada**
Corporations Canada    Corporations Canada

Form 2 - Formulaire 2

## Information Regarding the Registered Office and the Board of Directors
## Information concernant le siège social et le conseil d'administration

**(To be filed with Articles of Incorporation, Amalgamation and Continuance)**
**(À être utilisé pour une nouvelle constitution en société par actions, une fusion ou une prorogation)**

*(Sections 19, 106 and 113(1) of the CBCA - articles 19 et 106 et paragraphe 113(1) de la LCSA)*

Processing Type - Mode de traitement:    E-Commerce / Commerce-É

| 1 | Corporation name - Dénomination sociale de la société | Corporation No. - N° de la société |
|---|---|---|
| | 6554962 CANADA INC. | 655496-2 |

| 2 | Address of registered office (must be a street address): Adresse du siège social (doit être une adresse municipale): |
|---|---|

Attention Of - À l'attention de

| Number and Street Name - Numéro et nom de la rue | City - Ville | Prov./Terr. | Postal Code - Code Postal |
|---|---|---|---|
| 148 MARIALE AVE | LAVAL | QUEBEC | H7N 3L5 |

| 3 | Mailing address (if different from the registered office): Adresse postale (si elle est différente de l'adresse du siège social): |
|---|---|

Attention Of - À l'attention de

| Number and Street Name - Numéro et nom de la rue | City - Ville | Prov./Terr. | Postal Code - Code Postal |
|---|---|---|---|
| 148 MARIALE AVE | LAVAL | QUEBEC | H7N 3L5 |

| 4 | Members of the board of directors: Membres du conseil d'administration : |
|---|---|

| | | | Canadian Resident (Y/N) |
|---|---|---|---|
| Name - Nom | Residential Address - Adresse domiciliaire | | Résident canadien (O/N) |
| NAEEM ALVI | ▮▮▮▮ LAVAL, QUEBEC CANADA H7N 3L5 | | Y |

| 5 | Declaration - Déclaration: |
|---|---|

I hereby certify that I have the relevant knowledge of the corporation, and that I am authorized to sign and submit this form.
J'atteste par la présente que je possède une connaissance suffisante de la société et que je suis autorisé à signer et à soumettre le présent formulaire.

Print Name - Nom en lettres moulées

**NAEEM ALVI**

Telephone number - Numéro de téléphone

▮▮▮▮▮▮    _____    Signature

Note: Misrepresentation constitutes an offence and, on summary conviction, a person is liable to a fine not exceeding $5000 or to imprisonment for a term not exceeding six months or both (subsection 250(1) of the CBCA).
Nota: Faire une fausse déclaration constitue une infraction et son auteur, sur déclaration de culpabilité par procédure sommaire, est passible d'une amende maximale de 5000 $ ou d'un emprisonnement maximal de six mois, ou de ces deux peines (paragraphe 250(1) de la LCSA).

**Long Att. B**





**Industry Canada**    Industrie Canada

**Canada Business**    Loi canadienne sur
**Corporations Act**    les sociétés par actions

I HEREBY CERTIFY THAT THE ATTACHED IS A TRUE COPY OF THE DOCUMENT MAINTAINED IN THE RECORDS OF THE DIRECTOR.

JE CERTIFIE, PAR LES PRÉSENTES, QUE LE DOCUMENT CI-JOINT EST UNE COPIE EXACTE D'UN DOCUMENT CONTENU DANS LES LIVRES TENUS PAR LE DIRECTEUR.



**Deputy Director - Directeur adjoint**          **Date**

# Canada

**Long Att. C**

**Industry Canada  Industrie Canada**
Corporations Canada    Corporations Canada

Form 6 - Formulaire 6

## Changes Regarding Directors - Changements concernant les administrateurs
(Sections 106 and 113(1) of the CBCA - article 106 et paragraphe 113(1) de la LCSA)

Processing Type - Mode de traitement:    E-Commerce / Commerce-É

Date Filed - Date de dépôt:    2006-09-29

| 1 | Corporation name - Dénomination sociale de la société | 2 | Corporation No. - N° de la société |
|---|---|---|---|
| | 6554962 CANADA INC. | | 655496-2 |

**3** The following person(s) is (are) newly appointed director(s):
La(les) personne(s) suivante(s) est(sont) nouvellement nommée(s) administrateur(s):

Name - Nom
CHRISTINA PUNZALAN

Effective Date - Date d'entrée en vigueur
2006-09-29

**4** The following person(s) ceased to be director(s):
La(les) personne(s) suivante(s) cesse(nt) d'agir à titre d'administrateur (s):

Name - Nom

Effective Date - Date d'entrée en vigueur

**5** Members of the board of directors (list all board members including newly appointed director(s)):
Membres du conseil d'administration (liste de tous les membres du conseil, y compris les administrateurs nouvellement nommés):

| Name - Nom | Residential Address - Adresse domiciliaire | Canadian Resident (Y/N) Résident canadien (O/N) |
|---|---|---|
| NAEEM ALVI | LAVAL, QUEBEC CANADA H7N 3L5 | Y |
| CHRISTINA PUNZALAN | LAVAL, QUEBEC CANADA H7N 3L5 | Y |

**6** Change of address of a director:
Changement d'adresse d'un administrateur:

Name - Nom

Residential Address - Adresse domiciliaire

**7** Declaration - Déclaration:
I hereby certify that I have the relevant knowledge of the corporation, and that I am authorized to sign and submit this form.
J'atteste par la présente que je possède une connaissance suffisante de la société et que je suis autorisé à signer et à soumettre le présent formulaire.

Print Name - Nom en lettres moulées
NAEEM ALVI

Telephone number - Numéro de téléphone

Signature

Note: Misrepresentation constitutes an offence and, on summary conviction, a person is liable to a fine not exceeding $5000 or to imprisonment for a term not exceeding six months or both (subsection 250(1) of the CBCA).
Nota: Faire une fausse déclaration constitue une infraction et son auteur, sur déclaration de culpabilité par procédure sommaire, est passible d'une amende maximale de 5000 $ ou d'un emprisonnement maximal de six mois, ou de ces deux peines (paragraphe 250(1) de la LCSA).

Long Att. C


Canada



**Industry Canada**   Industrie Canada

**Canada Business**   Loi canadienne sur
**Corporations Act**   les sociétés par actions

I   HEREBY   CERTIFY   THAT   THE
ATTACHED IS A TRUE COPY OF THE
DOCUMENT   MAINTAINED   IN   THE
RECORDS OF THE DIRECTOR.

JE CERTIFIE, PAR LES PRÉSENTES, QUE LE
DOCUMENT   CI-JOINT   EST   UNE   COPIE
EXACTE   D'UN   DOCUMENT   CONTENU
DANS   LES   LIVRES   TENUS   PAR   LE
DIRECTEUR.



**Deputy Director - Directeur adjoint**            Date

# Canadä

**Long Att.  D**



**Industry Canada  Industrie Canada**
Corporations Canada    Corporations Canada

Form 6 - Formulaire 6

## Changes Regarding Directors - Changements concernant les administrateurs
*(Sections 106 and 113(1) of the CBCA - article 106 et paragraphe 113(1) de la LCSA)*

| Processing Type - Mode de traitement: | E-Commerce / Commerce-É | Date Filed - Date de dépôt: | 2006-10-05 |
|---|---|---|---|

**1** Corporation name - Dénomination sociale de la société
6554962 CANADA INC.

**2** Corporation No. - Nº de la société
655496-2

**3** The following person(s) is (are) newly appointed director(s):
La(les) personne(s) suivante(s) est(sont) nouvellement nommée(s) administrateur(s):

Name - Nom                                      Effective Date - Date d'entrée en vigueur

**4** The following person(s) ceased to be director(s):
La(les) personne(s) suivante(s) cesse(nt) d'agir à titre d'administrateur (s):

Name - Nom                                      Effective Date - Date d'entrée en vigueur
CHRISTINA PUNZALAN                              2006-10-05

**5** Members of the board of directors (list all board members including newly appointed director(s)):
Membres du conseil d'administration (liste de tous les membres du conseil, y compris les administrateurs nouvellement nommés):

| Name - Nom | Residential Address - Adresse domiciliaire | Canadian Resident (Y/N) Résident canadien (O/N) |
|---|---|---|
| NAEEM ALVI | ▬▬▬▬ LAVAL, QUEBEC CANADA H7N 3L5 | Y |

**6** Change of address of a director:
Changement d'adresse d'un administrateur:

Name - Nom                    Residential Address - Adresse domiciliaire

**7** Declaration - Déclaration:
I hereby certify that I have the relevant knowledge of the corporation, and that I am authorized to sign and submit this form.
J'atteste par la présente que je possède une connaissance suffisante de la société et que je suis autorisé à signer et à soumettre le présent formulaire.

Print Name - Nom en lettres moulées
NAEEM ALVI

Telephone number - Numéro de téléphone
▬▬▬▬▬                          Signature

Note: Misrepresentation constitutes an offence and, on summary conviction, a person is liable to a fine not exceeding $5000 or to imprisonment for a term not exceeding six months or both (subsection 250(1) of the CBCA).
Nota: Faire une fausse déclaration constitue une infraction et son auteur, sur déclaration de culpabilité par procédure sommaire, est passible d'une amende maximale de 5000 $ ou d'un emprisonnement maximal de six mois, ou de ces deux peines (paragraphe 250(1) de la LCSA).

**Long Att. D**

**Canadä**



Industry Canada    Industrie Canada

**Canada Business**    **Loi canadienne sur**
**Corporations Act**    **les sociétés par actions**

I HEREBY CERTIFY THAT THE
ATTACHED IS A TRUE COPY OF THE
DOCUMENT MAINTAINED IN THE
RECORDS OF THE DIRECTOR.

JE CERTIFIE, PAR LES PRÉSENTES, QUE LE
DOCUMENT CI-JOINT EST UNE COPIE
EXACTE D'UN DOCUMENT CONTENU
DANS LES LIVRES TENUS PAR LE
DIRECTEUR.



**Deputy Director - Directeur adjoint**

**Date**

# Canada

**Long Att. E**

**Industry Canada  Industrie Canada**
Corporations Canada    Corporations Canada

Form 3 - Formulaire 3

## Change of Registered Office Address – Changement d'adresse du siège social
*(Section 19 of the CBCA - article 19 de la LCSA)*

| Processing Type - Mode de traitement: | E-Commerce / Commerce-É | Date Filed - Date de dépôt: | 2007-03-01 |
| --- | --- | --- | --- |

| 1 | Corporation name - Dénomination sociale de la société | 2 | Corporation No. - N° de la société |
| --- | --- | --- | --- |
| | 6554962 CANADA INC. | | 695496-1 |

**3  Registered office address (must be a street address):**
Adresse du siège social (doit être une adresse municipale):

Number and Street Name - Numéro et nom de la rue
**7080 COTE-DES NEIGES**

City - Ville
**MONTREAL**

Prov./Terr.
**QUEBEC**

Postal Code - Code Postal
**H3R 2J9**

**4  Mailing address (if different from the registered office):**
Adresse postale (si elle est différente de l'adresse du siège social):

Attention Of - À l'attention de

Number and Street Name - Numéro et nom de la rue
**7080 COTE-DES NEIGES**

City - Ville
**MONTREAL**

Prov./Terr.
**QUEBEC**

Postal Code - Code Postal
**H3R 2J9**

**5  Declaration - Déclaration:**
I hereby certify that I have the relevant knowledge of the corporation, and that I am authorized to sign and submit this form.
J'atteste par la présente que je possède une connaissance suffisante de la société et que je suis autorisé à signer et à soumettre le présent formulaire.

Print Name - Nom en lettres moulées
**NAEEM ALVI**

Telephone number - Numéro de téléphone

Signature

Note: Misrepresentation constitutes an offence and, on summary conviction, a person is liable to a fine not exceeding $5000 or to imprisonment for a term
not exceeding six months or both (subsection 250(1) of the CBCA).
Nota: Faire une fausse déclaration constitue une infraction et son auteur, sur déclaration de culpabilité par procédure sommaire, est passible d'une amende
maximale de 5000 $ ou d'un emprisonnement maximal de six mois, ou de ces deux peines (paragraphe 250(1) de la LCSA).

Long Att.  E

Canadä

```
2008-04-01                LE REGISTRAIRE DES ENTREPRISES
H:21:47:13                     SYSTÈME CIDREQ

R-PU-U03-1    ÉTAT DES INFORMATIONS SUR UNE ENTREPRISE INDIVIDUELLE
                        INFORMATIONS GÉNÉRALES
                     =====================
```

MATRICULE: 2263015127              NOM: IDREES, MUHAMMAD

IMMATRICULATION : 2005-05-27
DERN DÉCL ANNL  :
MAJ ÉTAT INFO   : 2005-05-27

STATUT IMMATR   : IM  IMMATRICULÉ              2005-05-27
TRANCHES EMPLOYÉ: AUCUN

ADRESSE DOMICILE: ████████████              CODE POSTAL: H3W 1L4
                 MONTREAL                 QC

```
                  ACTIVITÉS ÉCONOMIQUES
                  =====================
```

6351 AUTO GARAGE
6351 GENERAL AUTO MECHANIC

```
                     ADRESSE POSTALE
                     ===============
```

DESTINATAIRE      :

ADRESSE          :                    CODE POSTAL:

```
                   ÉTABLISSEMENTS
                   ==============
```

0001          NOM                        ADRESSE
==================================    ==================================
AUTO H & I                            7080, CHEMIN DE LA CÔTE-DES-NEIGES
                                      MONTRÉAL                        QC

                                      H3R2L9

ÉTABLISSEMENT PRINC   : OUI
DATE DE DÉBUT UTIL NOM: 2005-05-27    DATE DÉBUT: 2005-05-27
DATE DE FIN UTIL NOM  :               DATE FIN  :

```
            ACTIVITÉS ÉCONOMIQUES DE L'ÉTABLISSEMENT
            =========================================
```
6351 GENERAL MECHANIC

```
               DOCUMENTS MICROFILMÉS           Long Att. F
               =====================
```

| TYPE DOCUMENTS | DATE | CAST | IMAGE |
|---|---|---|---|
| 81   AVIS DE DÉFAUT (art. 29) | 2007-10-30 | 7195 | 33 013 |
| 81   AVIS DE DÉFAUT (art. 29) | 2006-12-07 | 6923 | 14 028 |
| 94   DÉCLARATION D'IMMATRICULATION | 2005-05-27 | 6315 | 4 024 |

### AUTRES NOMS

DATE MAJ INDEX DES NOMS: 2005-05-27

| NOM | DATE DÉBUT | DATE FIN | STATUT |
|---|---|---|---|
| AUTO H & I | 2005-05-27 | | EN VIGUEUR |

**Long Att. F**



## Application for Post Office Box or Caller Service – Part 1

Customer: Complete Items 1, 3-6, 14-16 and sign item 15.

**1. Name(s) to Which Box Number(s) is (are) Assigned**

CRISTINA PUNZALAN

**3. Name of Person Applying, Title (If representing an organization), and Name of Organization (If Different From Item 1)**

**4a. Will This Box Be Used for:**
☐ Personal Use
☐ Business Use (Optional)

**4b. Email Address (Optional)**

**5. Address** (Number, street, apt. no., city, state, and ZIP Code). When address changes, cross out address here and put new address on back.

▓▓▓▓▓▓, Laval QC H7N 3L5

**6. Telephone Number** (Include area code)

**7. Date Application Received**

10/2/06

**15. Signature of Applicant** (Same as item 3). I agree to comply with all Postal Service® rules regarding Post Office box or caller services.

PS Form **1093**, April 2004 (Page 1 of 2) (7530-02-000-7185)



## Application for Post Office™ Box or Caller Service – Part 2

**Special Orders**

**a. Name of Box Customer** (Same as Item 1)

**b. Name(s) of Applicant(s)** (Same as Item 3)

CRISTINA PUNZALAN

**c. Other Authorized Representative**

NAEEM ALVI

**d. Other Authorized Representative**

**Customer Note:**
The Postal Service® may consider it valid evidence that a person is authorized to remove mail from the box if that person possesses a key or combination to the box.

**18. Will this box be used for Express Mail® reshipment?** (Check one)
a. Yes ☐    b. No ☒

**19. Signature of Applicant** (Same as item 3). I agree to comply with all Postal Service® rules regarding Post Office box or caller services.

PS Form **1093**, April 2004 (Detached from Page 1 of 2) (7530-02-000-7185)

**Long Att. G**

# Application for Post Office Box or Caller Service – Part 1

**UNION CONSUMER 1803**

Customer: Complete items 1 through 16, and 18-19.

**1. Name(s) to Which Box Number(s) is (are) Assigned**

Union Consumer Benefits

**2. Box or Caller Numbers**

1803 through

**3. Name of Person Applying, Title (If representing an organization), and Name of Organization (If Different From Item 1)**

CRISTINA PUNZALAN

**4a. Will This Box Be Used for:**
- Personal Use
- Business Use (Optional)

**4b. Email Address (Optional)**

**5. Address (Number, street, apt. no., city, state, and ZIP Code™). When address changes, cross out address here and put new address on back.**

LAVAL QC. H7N 3L5

**6. Telephone Number (Include area code)**

**7. Date Application Received** 11-2-07

**8. Box Size Needed** 1

**9. ID and Physical Address Verified by (Initials)** CAW

**10. Dates of Service** 11/2/07 through

**11. Two types of identification are required. One must contain a photograph of the addressee(s). Social Security cards, credit cards, and birth certificates are unacceptable as identification. Write in identifying information. Subject to verification.**

CNG CL#2 CO#
OR#

**12. Check Eligibility for Carrier Delivery** (i.e. City □, Rural □, HCR □, None)

**13. Service assigned** Box □, Caller □, Reserve No.

**14. List name(s) of minors or names of other persons receiving mail in. Individual box. Other persons must present two forms of valid ID. If applicant is a firm, name each member receiving mail. Each member must have verifiable ID upon request. (Continue on reverse side.)**

**WARNING:** The furnishing of false or misleading information on this form or omission of information may result in criminal sanctions (including fines and imprisonment) and/or civil sanctions (including multiple damages and civil penalties). (18 U.S.C. 1001)

**15. Signature of Applicant (Same as Item 3). I agree to comply with all Postal Service® rules regarding Post Office box or caller service.**

PS Form **1093**, April 2004 (Page 1 of 2) (7530-02-000-7165)

---

# Application for Post Office™ Box or Caller Service – Part 2

**Special Orders**

**1803**

**16. Postmaster:** The following named persons or representatives of the organization listed below are authorized to accept mail addressed to this (these) Post Office box(es) or caller number(s). All names listed must have verifiable ID. (Continue on reverse side.)

**a. Name of Box Customer (Same as Item 1)**

UNION Consumer Benefits

**b. Name(s) of Applicant(s) (Same as Item 3)**

Christina Punzalan

**c. Other Authorized Representative**

**d. Other Authorized Representative**

**Customer Notes:**

The Postal Service® may consider it valid evidence that a person is authorized to remove mail from the box if that person possesses a key or combination to the box.

**20. Post Office Date Stamp**

**17. Box or Caller Number to Which This Card Applies**

1803

**18. Will this box be used for Express Mail® reshipment? (Check one)**

a. Yes □   b. No ■

**19. Signature of Applicant (Same as Item 3). I agree to comply with all Postal Service® rules regarding Post Office box or caller service.**

**WARNING:** The furnishing of false or misleading information on this form or omission of material may result in criminal sanctions (including fines and imprisonment) and/or civil sanctions (including multiple damages and civil penalties). (18 U.S.C. 1001)

**Long Att. H**

PS Form **1093**, April 2004 (Detached from Page 1 of 2) (7530-02-000-7165)

United States of America
Federal Trade Commission

# CIVIL INVESTIGATIVE DEMAND

**1. TO**

Banctech Processors, Inc.
1790 N. Lee Trevino Drive, Suite 313
El Paso, TX 79936
Attn: Mr. Bruce C. Woods, President

This demand is issued pursuant to Section 20 of the Federal Trade Commission Act, 15 U.S.C. § 57b-1, in the course of an investigation to determine whether there is, has been, or may be a violation of any laws administered by the Federal Trade Commission by conduct, activities or proposed action as described in Item 3.

**2. ACTION REQUIRED**

☐ You are required to appear and testify.

| LOCATION OF HEARING | YOUR APPEARANCE WILL BE BEFORE |
|---|---|
| | |
| | DATE AND TIME OF HEARING OR DEPOSITION |
| | |

☒ You are required to produce all documents described in the attached schedule that are in your possession, custody, or control, and to make them available at your address indicated above for inspection and copying or reproduction at the date and time specified below.

☒ You are required to answer the interrogatories or provide the written report described on the attached schedule. Answer each interrogatory or report separately and fully in writing. Submit your answers or report to the Records Custodian named in Item 4 on or before the date specified below.

DATE AND TIME THE DOCUMENTS MUST BE AVAILABLE

November 30, 2007

**3. SUBJECT OF INVESTIGATION**

See attached resolution.

| 4. RECORDS CUSTODIAN/DEPUTY RECORDS CUSTODIAN | 5. COMMISSION COUNSEL |
|---|---|
| Lois Greisman/Dani Schneider<br>Federal Trade Commission, Rm. 286<br>600 Pennsylvania Ave., N.W., Washington, D.C. 20580 | Michelle Chua<br>Federal Trade Commission, Rm. 286<br>600 Pennsylvania Ave., N.W.<br>Washington, D.C. 20580 |

| DATE ISSUED | COMMISSIONER'S SIGNATURE |
|---|---|
| 10.31.07 | Deborah P. Majoras |

## INSTRUCTIONS AND NOTICES

The delivery of this demand to you by any method prescribed by the Commission's Rules of Practice is legal service and may subject you to a penalty imposed by law for failure to comply. The production of documents or the submission of answers and report in response to this demand must be made under a sworn certificate, in the form printed on the second page of this demand, by the person to whom this demand is directed or, if not a natural person, by a person or persons having knowledge of the facts and circumstances of such production or responsible for answering each interrogatory or report question. This demand does not require approval by OMB under the Paperwork Reduction Act of 1980.

### PETITION TO LIMIT OR QUASH

The Commission's Rules of Practice require that any petition to limit or quash this demand be filed within 20 days after service, or, if the return date is less than 20 days after service, prior to the return date. The original and twelve copies of the petition must be filed with the Secretary of the Federal Trade Commission, and one copy should be sent to the Commission Counsel named in Item 5.

## YOUR RIGHTS TO REGULATORY ENFORCEMENT FAIRNESS

The FTC has a longstanding commitment to a fair regulatory enforcement environment. If you are a small business (under Small Business Administration standards), you have a right to contact the Small Business Administration's National Ombudsman at 1-888-REGFAIR (1-888-734-3247) or www.sba.gov/ombudsman regarding the fairness of the compliance and enforcement activities of the agency. You should understand, however, that the National Ombudsman cannot change, stop, or delay a federal agency enforcement action.

The FTC strictly forbids retaliatory acts by its employees, and you will not be penalized for expressing a concern about these activities.

### TRAVEL EXPENSES

Use the enclosed travel voucher to claim compensation to which you are entitled as a witness for the Commission. The completed travel voucher and this demand should be presented to Commission Counsel for payment. If you are permanently or temporarily living somewhere other than the address on this demand and it would require excessive travel for you to appear, you must get prior approval from Commission Counsel.

FTC Form 144 (rev 3/03)

**Long Att. 1**

## Form of Certificate of Compliance*

I/We do certify that all of the documents required by the attached Civil Investigative Demand which are in the possession, custody, control, or knowledge of the person to whom the demand is directed have been submitted to a custodian named herein.

If a document responsive to this has not been submitted, the objection to its submission and the reasons for the objection have been stated.

Signature     _____

Title     _____

Sworn to before me this day

_____

_____
         Notary Public

_____

*In the event that more than one person is responsible for complying with this demand, the certificate shall identify the documents for which each certifying individual was responsible. In place of a sworn statement, the above certificate of compliance may be supported by an unsworn declaration as provided for by 28 U.S.C. § 1746.

**Long Att. I**

UNITED STATES OF AMERICA
BEFORE THE FEDERAL TRADE COMMISSION

COMMISSIONERS:

Janet D. Steiger, Chairman
Mary L. Azcuenaga
Deborah K. Owen
Roscoe B. Starek, III
Dennis A. Yao

RESOLUTION DIRECTING USE OF COMPULSORY
PROCESS IN NONPUBLIC INVESTIGATION

Unnamed Accessors of Consumers' Bank Accounts
File No.　912 3352

Nature and Scope of Investigation:

To determine whether unnamed accessors of consumers' bank accounts are or may be engaged in acts or practices in violation of Section 5 of the Federal Trade Commission Act, 15 U.S.C. 45, as amended, by accessing consumers' bank accounts without consumers' authorization, by accessing consumers' bank accounts for an amount different than the amount authorized by consumers, or by otherwise obtaining access to consumers' bank accounts through unfair or deceptive acts or practices. The investigation is also to determine whether Commission action to obtain redress of injury to consumers or others would be in the public interest.

The Federal Trade Commission hereby resolves and directs that any and all compulsory processes available to it be used in connection with this investigation.

Authority to Conduct Investigation:

Sections 6, 9, 10, and 20 of the Federal Trade Commission Act, 15 U.S.C. 46, 49, 50 and 57b-1, as amended; FTC Procedures and Rules of Practices, 16 C.F.R. 1.1 et seq. and supplements thereto.

By direction of the Commission.

Benjamin I. Berman
Acting Secretary

Dated: August 6, 1991

**Long Att. I**

## CIVIL INVESTIGATIVE DEMAND
## SCHEDULE FOR PRODUCTION OF DOCUMENTARY MATERIALS

### I.    DEFINITIONS

As used in this Civil Investigative Demand ("CID"), the following definitions shall apply:

A.    **"ACH Network"** or **"Automated Clearing House Network"** means the electronic funds transfer system governed by the NACHA Rules that provide for the interbank clearing of credit and debit entries to accounts at financial institutions.

B.    **"ACH transactions"** means any transactions that are transmitted through the ACH Network.

C.    **"And,"** as well as **"or,"** shall be construed both conjunctively and disjunctively, as necessary, in order to bring within the scope of any specification in the Schedule all information that otherwise might be construed to be outside the scope of the specification.

D.    **"Any"** shall be construed to include the word **"all,"** and the word **"all"** shall be construed to include the word **"any."**

E.    **"CID"** means this Civil Investigative Demand, including the following Schedule and the attached Resolution No. 912 3352 "Resolution Directing Use of Compulsory Process in Non-Public Investigation of Unnamed Accessors of Consumers' Bank Accounts."

F.    **"Communication"** means any contact, formal or informal, at any time or place, and under any circumstances whatsoever, whereby information of any kind or nature was transmitted, transferred or recorded. It includes, without limitation, all electronic mail, whether opened or unopened, active or deleted.

G.    The **"Company"** shall mean Banctech Processors, Inc. ("Banctech"), its wholly or partially owned subsidiaries, parent companies, unincorporated divisions, joint ventures, partnerships, operations under assumed names, predecessors, affiliates, and all directors, officers, partners, employees, agents, consultants, franchisees, independent distributors, and any other person or entity, working for or on behalf of the foregoing.

H.    **"Company's Total Return Rate"** means the proportion (expressed as a percentage) of all Payment Processing transactions for Remotely Created Checks that are Returned for any reason, whether before or after payment, out of the total number of Payment Processing transactions for Remotely Created Checks the Company attempted to process on behalf of the Seller.

I.    **"Document"** shall mean the complete original and any non-identical copy (whether different from the original because of notations on the copy or otherwise), regardless of origin or location, of any written, typed, printed, transcribed, taped, recorded, filmed,

**Long Att. 1**

punched, computer-stored, or graphic matter of every type and description, however and by whomever prepared, produced, disseminated or made, including but not limited to any advertisement, book, pamphlet, periodical, contract, correspondence, file, invoice, memorandum, note, telegram, report, record, handwritten note, working paper, routing slip, chart, graph, paper, index, map, tabulation, manual, guide, outline, script, abstract, history, calendar, diary, agenda, minute, code book, opened electronic mail, and computer material (including print-outs, cards, magnetic or electronic tapes, discs and such codes or instructions as will transform such computer materials into easily understandable form).

J.   **"Documents sufficient to show"** shall mean either (a) one or more Documents that collectively contain the requested information; (b) notarized affidavit or a sworn statement meeting the requirements of 28 U.S.C. § 1746; or (c) a combination of Documents and affidavit or statement.

K.   **"Each"** shall be construed to include **"every,"** and **"every"** shall be construed to include **"each."**

L.   **"Identify"** or **"the identity of"** shall be construed to require identification of (a) natural persons by name, title, present business affiliation, present business address and telephone number, or if a present business affiliation or present business address is not known, the last known business and home addresses; and (b) businesses or other organizations by name, address, identities of natural persons who are officers, directors or managers of the business or organization, and contact persons, where applicable.

M.   **"Including"** shall be construed to mean "Including without limitation."

N.   **"NACHA"** means the National Automated Clearing House Association (or "NACHA - the Electronic Payments Association").

O.   **"NACHA Rules"** means the National Automated Clearing House Association Operating Rules and Guidelines, as amended from time to time.

P.   **"Payment Processing"** means the performance of any function of collecting, formatting, charging, transmitting or processing a consumer's payment for goods or services through the use of any payment mechanism, including but not limited to the processing of Remotely Created Check transactions, ACH transactions, and credit card transactions. Payment Processing may include, among other things: providing a Seller, merchant, financial institution or person, directly or indirectly, with the access or means to any consumer's bank account or credit card account; monitoring, tracking and reconciling payments, Returns, and charge-backs; providing refund services to merchants; and disbursing funds receipts to merchants.

Q.   **"Person"** means any natural person, or any business entity, corporation, partnership, or

**Long Att. I**

association of persons.

**R.**   **"Referring to"** or **"relating to"** shall mean discussing, describing, reflecting, containing, analyzing, studying, reporting, commenting, evidencing, constituting, setting forth, considering, recommending, concerning, regarding, or pertaining to, in whole or in part.

**S.**   **"Remotely Created Check"** shall mean a bank check or bank draft that purportedly authorizes a payee to draw a check on a consumer's bank account, under the actual or purported authorization of the consumer, but that does not contain the consumer's actual handwritten signature. In place of a consumer's actual handwritten signature, a remotely created check often will have a statement such as "No Signature Required" (or words to that effect) or have on the signature line language such as "Authorized by Drawer." A remotely created check is often also referred to as a "demand draft," "bank draft," "bank check," or "preauthorized draft." For purposes of this CID, a remotely created check can be processed through electronic means (such as through check imaging) or through non-electronic means.

**T.**   **"Return(s)"** means any attempted debit transaction (including attempted Remotely Created Check transaction) to a consumer's bank account that has been returned by the consumer's bank or banking system, for any given reason ("Return Reason").

**U.**   **"Return Reason"** means the reason provided for the Return of any attempted debit transaction (including attempted Remotely Created Check transaction) to a consumer's bank account. For Remotely Created Check transactions, the Return Reason can be provided by the consumer's bank or banking system, in any number of ways, including with or without the use of Return Reason Codes. Examples of Return Reasons provided for Remotely Created Check transactions can include: not authorized by consumer; invalid bank account number; closed bank account; insufficient funds; nonexisting account; "refer to maker;" fraudulent; or counterfeit. For ACH transactions, the reason for each return is included with the return in the form of a "Return Reason Code."

**V.**   **"Return Reason Code"** means the Return Reason Code that may accompany the Return of any attempted debit transaction. For ACH transactions, the Return Reason Codes (e.g., R07, R09, R10 codes, etc.) are defined in the NACHA Rules. For Remotely Created Check transactions, some financial institutions may provide a Return Reason Code with a Returned transaction.

**W.**   **"Sale"** means any sale, offer for sale, or attempt to sell any goods or services for any consideration..

**X.**   **"Seller"** means any person who provides, offers to provide, or arranges for others to provide goods or services to a consumer or customer in exchange for consideration.

3

**Long Att. I**

**Y.**    **"Seller's Total Return Rate"** means the proportion (expressed as a percentage) of all Payment Processing transactions for Remotely Created Checks that are not processed by the Company or that are Returned for any reason, whether before or after payment, out of the total number of Payment Processing transactions for Remotely Created Checks submitted by the Seller to the Company for Payment Processing services.

**Z.**    **"Telemarketing"** means a plan, program, or campaign that is conducted to induce the purchase of goods or services or a charitable contribution, by use of one or more telephones and that involves more than one interstate telephone call.

**AA.**    **"Third Party Service Provider"** means any person or entity acting on behalf of any Seller, financial institution, payment processor, or other third party that performs functions related to the Payment Processing of Remotely Created Checks or ACH transactions, or that performs functions related to the referring of Remotely Created Checks or ACH transactions for Payment Processing. A Third Party Service Provider may include a third party processor, data processing service bureau, a correspondent bank, a payable-through bank, or one financial institution acting on behalf of another financial institution.

**BB.**    **"You"** and **"Your"** is the person or entity to whom this CID is issued and includes the **"Company."**

## II.    DIRECTIONS

**A.**    **Applicable time period:** Unless specified otherwise, provide all information and documents for the period from **January 1, 2006** through the date of your full and complete compliance with this CID.

**B.**    **Claims of Privilege:** If any document or information called for by this CID is withheld based on a claim of privilege or any similar claim, the claim must be asserted no later than the return date of this CID. In addition, pursuant to 16 C.F.R. § 2.8A(a), submit, together with the claim, a schedule of the items withheld stating individually as to each item:

1.    The type, specific subject matter, and date of the item;

2.    The names, addresses, positions, and organizations of all authors and recipients of the item; and

3.    The specific grounds for claiming that the item is privileged.

If only some portion of any responsive document or information is privileged, all non-privileged portions of the document or information must be submitted. A petition to limit

**Long Att. I**

or quash this CID shall not be filed solely for the purpose of asserting a claim or privilege. 16 C.F.R. § 2.8A(b).

C. **Document Retention:** You shall retain all documentary materials used in the preparation of responses to the specifications of this CID. The Commission may require the submission of additional documents at a later time during this investigation. Accordingly, you should suspend any routine procedures for document destruction and take other measures to prevent the destruction of documents that are in any way relevant to this investigation during its pendency, irrespective of whether you believe such documents are protected from discovery by privilege or otherwise. See 15 U.S.C. § 50; See also 18 U.S.C. § 1505. If, for any specification, there are documents that would be responsive to this CID, but were destroyed, mislaid, transferred, or are otherwise unavailable, describe the circumstances and date on which they were destroyed, mislaid, transferred, or made unavailable.

D. **Petitions to Limit or Quash:** Any petition to limit or quash this CID must be filed with the Secretary of the Commission no later than twenty (20) days after service of the CID, or, if the return date is fewer than twenty (20) days after service, prior to the return date. Such petition shall set forth all assertions of privilege or other factual and legal objections to the CID, including all appropriate arguments, affidavits, and other supporting documentation.

E. **Scope of Specifications:** If you believe that the scope of either the required search or any specification can be narrowed consistent with the Commission's need for documents, you are encouraged to discuss such possible modifications of this request, including any modification of definitions and instructions, with Michelle Chua at 202-326-3248. All such modifications must be agreed to in writing by the Commission's staff.

F. **Certification:** A responsible corporate officer of the Company shall certify that all documents and information required by the CID and in the Company's possession, custody or control, have been produced, and shall certify that the documents and information produced or identified in response to this CID are complete and accurate. This certification shall be made in the form set out on the back of the CID, or by a declaration under penalty of perjury as provided by 28 U.S.C. § 1746.

G. **Scope of Search:** Each specification in this CID seeks production of all responsive documents and/or information in your possession or under your actual or constructive custody or control including, but not limited to, information and documents in the possession, custody, or control of other persons acting or purporting to act on your behalf (including attorneys, accountants, advisors, directors, officers and employees).

H. **Document Production:** Production shall be made by making all responsive documents available for inspection and copying by the Commission's staff at your principal place of

**Long Att. I**

business.  Alternatively, you may elect to send via Federal Express or other overnight courier, all responsive documents to: Dani Schneider, Federal Trade Commission, Division of Marketing Practices, Rm. 286, 600 Pennsylvania Ave., N.W., Washington, D.C. 20580.

Notification of your intention to use this alternative method of compliance shall be given by mail or telephone to Michelle Chua at 202-326-3248 at least five days prior to production.

I.    **Document Identification:**  Documents that may be responsive to more than one specification of this CID need not be submitted more than once; however, your response should indicate, for each document submitted, each specification to which the document is responsive.  If any documents responsive to this CID have been previously supplied to the Commission, you may comply with this CID by identifying the document(s) previously provided and the date of submission.  In addition, number by page all documents in your submission and indicate the total number of documents in your submission.

J.    **Production of Copies:**  Unless otherwise stated, legible photocopies may be submitted in lieu of original documents, provided that the originals are retained in their state at the time of receipt of this CID.  Further, copies of original documents may be submitted in lieu of originals only if they are true, correct, and complete copies of the original documents; provided, however, that submission of a copy shall constitute a waiver of any claim as to the authenticity of the copy should it be necessary to introduce such copy into evidence in any Commission proceeding or court of law; and provided further that you shall retain the original documents and produce them to Commission staff upon request.

A complete copy of each non-privileged document should be submitted even though only a portion of the document is within the terms of the specification.

K.    **Submission of Magnetically-Recorded Information:** Magnetic media shall be submitted in the following forms and formats:

1.    Magnetic and other electronic media types accepted.

a.    3.5 inch microcomputer diskettes formatted for IBM compatible computers.

b.    CD-R CD-ROMs formatted to ISO 9660 specifications.

c.    DVD-ROM for Windows-compatible personal computers.

d.    IDE and EIDE hard disk drives up to 300GB per drive, formatted in

**Long Att. I**

Microsoft Windows-compatible, uncompressed data.

**Note:** Other types of tape media used for archival, backup or other purposes such as 4mm & 8mm DAT and other cassette, mini-cartridge, cartridge, and DAT/helical scan tapes, DLT or other types of media **accepted only with prior approval**.

2.    File and record formats.

    a.    E-mail: The FTC accepts MS Outlook PST files, MS Outlook MSG files, Lotus Notes NSF files. **Any other electronic submission of email accepted only with prior approval.**

    b.    Scanned Documents: Image submissions accepted with the understanding that unreadable images will be resubmitted in original, hard copy format in a timely manner. Scanned documents must adhere to the following specifications:

        i.    All images must be multi-page, 300 DPI - Group IV TIFF files named for the beginning bates number.

        ii.    If the full text of the document is available, that should be provided as well. The text should be provided in one file for the entire document or email, named the same as the first TIFF file of the document with a *.TXT extension.

    **Note:** Single-page, 300 DPI – Group IV TIFF files may be submitted **with prior approval** if accompanied by an acceptable load file such as a Summation or Concordance image load file which denotes the appropriate information to allow the loading of the images into a document management system with all document breaks (document delimitation) preserved. OCR accompanying single-page TIFF submissions should be located in the same folder and named the same as the corresponding TIFF page it was extracted from, with a *.TXT extension.

    c.    Other PC files: The FTC accepts word processing documents in ASCII text, WordPerfect version 10 or earlier, or Microsoft Word 2002 version or earlier. Spreadsheets should be in MS Excel 2002 (*.xls) version or earlier. Database files should be in MS Access 2002 or earlier. PowerPoint presentations may be submitted in MS PowerPoint 2002 or earlier. **Other proprietary formats for PC files should not be submitted without prior approval.** Files may be submitted using the compressed ZIP format to reduce size and ease portability. Adobe Acrobat

7

**Long Att. I**

PDF (*.pdf) may be submitted where the normal business practice storage method is PDF.

**Note:** Database files may also be submitted **with prior approval** as delimited ASCII text files, with field names as the first record, or as fixed-length flat files with appropriate record layout. For ASCII text files, field-level documentation should also be provided and care taken so that delimiters and quote characters do not appear in the data. The FTC may require a sample of the data to be sent for testing.

3.    <u>Security</u>.

  a.    All submissions of electronic data to the FTC must be free of computer viruses. In addition, any passwords protecting documents or files must be removed or provided to the FTC.

  b.    Magnetic media shall be carefully packed to avoid damage and must be clearly marked on the outside of the shipping container: "MAGNETIC MEDIA – DO NOT X-RAY, MAY BE OPENED FOR POSTAL INSPECTION."

**L.** **Information Identification:**  For interrogatory specifications, each specification and subspecification of the CID shall be answered separately and fully in writing under oath. All information submitted shall be clearly and precisely identified as to the specification(s) or subspecification(s) to which it is responsive.

8

**Long Att. I**

## III.   SPECIFICATIONS

**A.    WRITTEN INTERROGATORIES**

Provide the following information for the Applicable Time Period, as set forth in Directions II.A.

1.    State the full name, mailing address, physical address, telephone number, state of incorporation, and legal status (sole proprietorship, partnership, corporation, limited liability company, etc.) of the Company, including such information for its parent company, its wholly or partially owned subsidiaries, affiliates, unincorporated divisions, and all names under which the company does or did business.

2.    State the name, address, telephone number, and titles of all officers, directors, principal stockholders, owners, members and managers of all entities listed in response to Interrogatory III.A.1. For each such person listed, state (a) all positions held within the Company; (b) the job duties and the dates through which each position was held within the Company; (c) the name(s), address(es) and telephone number(s) of any other business(es) with which such person has any affiliation, and a description of the jobs, duties, title, position, or relationship such person has with such business(es).

3.    For each Seller on whose behalf the Company provides or has caused to be provided Payment Processing services for Remotely Created Check transactions, provide the following information:

   a.    the full name, mailing address, physical address, and telephone number of the Seller; and

   b.    the Seller's Total Return Rate.

4.    For each Seller whose Seller's Total Return Rate, as identified in response to Interrogatory III.A.3.b. above, exceeds 10 percent, provide:

   a.    the name and title of each officer, principal, director, principal stockholder, owner, manager, and known contact person of the Seller;

   b.    each alternate or "DBA" ("Doing Business As") name and product name used by the Seller, including any predecessor companies or DBA names used by the Seller or its predecessor companies;

9

**Long Att. I**

c.  the dates the Company's Payment Processing services for Remotely Created Checks provided for the Seller commenced and ended;

d.  any ID number (or other identifying number or code) or name used by the Company for identifying the Seller or Seller's account(s), whether used for internal Company purposes or used for the Seller in transmitting information regarding the Seller through the banking system;

e.  the nature of any other type of service provided by the Company to the Seller (e.g., Payment Processing for ACH transactions, referrals of business, sales of leads, customer services, product fulfillment services);

f.  how you came to know about the Seller, including the name, address, and telephone number of any person, independent sales organization, Third Party Service Provider, or other third party who provided a referral;

g.  the names, addresses, telephone numbers, and contact names of each financial institution, payment processor, and Third Party Service Provider through which the Company provides or has provided Remotely Created Check Payment Processing services on behalf of the Seller, and the dates the Remotely Created Check Payment Processing services through such entities commenced and ended;

h.  the total number of Remotely Created Check transactions the Seller submitted to the Company for Payment Processing services, regardless of whether the Company attempted to process such transactions through the banking system or whether such transactions resulted in the debiting of consumer bank accounts;

i.  the total number and gross dollar amount of Remotely Created Check transactions the Company attempted to process through the banking system, regardless of whether such transactions resulted in the debiting of consumer bank accounts;

j.  the total number and gross dollar amount of Remotely Created Check transactions Returned (regardless of the reason provided for the Return);

k.  the Company's Total Return Rate;

l.  the name, address, telephone number, and contact person of each financial institution of the Seller, to which the Company transmits or forwards funds; and

10

**Long Att. I**



m.   for each Remotely Created Check transaction attempted by the Company on behalf of the Seller: (1) the date the attempted debit was processed by the Company; (2) the name, address, and telephone number of the consumer whose account the Company attempted to debit; (3) the amount of the attempted debit; (4) whether the attempted debit was Returned for any reason; and (5) if the attempted debit was Returned, the Return Reason or Return Reason Code provided.

## B.   DOCUMENTARY MATERIALS

Produce the following documents for the Applicable Time Period, as set forth in Directions II.A.  Where documents responsive to any specification below are stored in magnetic or electronic form, produce such documents in media as set forth in Directions II.K.

1.   For each Seller whose Seller's Total Return Rate, as identified in response to Interrogatory III.A.3.b. above, exceeds 10 percent, provide:

   a.   the complete merchant file relating to the Seller, including but not limited to: all materials provided by the Seller, directly or indirectly, in connection with an application to the Company for the provision of Payment Processing services, including but not limited to: any corporate document, business plan, description of goods or services marketed, telemarketing script, sales script, verification script, marketing material, past return rates, estimated future return rates, and wire transfer instructions;

   b.   all material relating to the Seller, including but not limited to: any contract between the Company and Seller; all Communications between the Company and Seller; all complaints or inquiries regarding the Seller received from consumers, financial institutions, government agencies (law enforcement agencies, regulatory agencies, or other), Better Business Bureaus, or other third parties; and

   c.   any contract, agreement, or memorandum of understanding between the Company and any financial institution regarding the processing of Remotely Created Check transactions, including, but not limited to, any modification or termination thereof, and any document sufficient to reflect the compensation arrangements entered into between the Company and the financial institution.

11

**Long Att.  I**

# COVE & ASSOCIATES, P.A.

Business Law • Litigation • Trade Regulation

ANDREW N. COVE
HECTOR E. LORA
TIFFANY J. EATON

November 29, 2007

Via Federal Express – 7918 0751 3151

Ms. Lois Greisman, Records Custodian
Federal Trade Commission
Room 286
600 Pennsylvania Avenue, N.W.
Washington, DC 20580

Re:   Civil Investigative Demand to Banctech Processors, Inc.

Dear Ms. Grossman:

Enclosed herewith please find responses to interrogatories, and document production, some information is provided as hard copies and some is provided on the CD enclosed. Files on the CD are in Excel format. Documents on the CD respond to IIIA3a&b and to some items in III4. The hard copies include responses to IIIA 1 & 2 and to IIIB1a.

Our client will be sending its "Form Certificate of Compliance" under separate cover. In reviewing the documents provided we noticed a few items were missing which our client is in the process of preparing which will be sent under separate cover. The items to follow respond to items B1b, email communications to be provided, and B1c, account documents (contracts with the banking institutions). We will provide these documents as soon as they are available.

Should you require anything further, please feel free to contact me.

Very truly yours,

Tiffany J. Eaton, Esq.
For the Firm

Enclosures

**Long Att. J**

**Banctech   000002**



7. 

8.  a: 6554962 Canada Inc.
    DBA: Union Consumer Benefits
    445 Jeantalon West #409
    Montreal Quebec, Canada H3N1R1
    514-916-6786

    b: 46.87%

9. 

<u>III.A.4.:</u>

1. 



6554962 Canada Inc.
DBA: Union Consumer Benefits
445 Jeantalon West #409
Montreal Quebec, Canada H3N1R1
514-916-6786

8.   a: Owner – Naeem Alvi

   b: DBA – Union Consumer Benefits

   c: 11/10/2006 – 08/06/2007

   d: bnc7467

   e: None

   f: ISO – Tom Koziol

   ▉▉▉▉▉▉▉▉▉▉
   Delray Beach, FL 33444
   352-▉▉▉▉▉▉

   h: 4,965

   i: 4,403/$1,756,797.00

   j: 2,327/$928,473.00

   k: 46.87%

   l: TD Canada Trust

**Long Att. J**

478 Jean Talon
Montreal Quebec, Canada H3N1R3

Wachovia Bank
175 Passaic Ave
Kearny, NJ 07032
800-922-4686

m: Please refer to "Data.xls" "UCB" tab



9.

Summary

| Merchant | # Uploaded | $ Uploaded | # Approved | $ Approved | Approval Ratio | # Returned | $ Returned |
|---|---|---|---|---|---|---|---|
| ███████████ | ███ | ██████ | ██ | ██████ | █████ | ██ | ██████ |
| ███████████ | ███ | ██████ | ██ | ██████ | █████ | ██ | ██████ |
| ███████████ | ██ | ██████ | ██ | ██████ | █████ | ██ | ██████ |
| ███████████ | ██ | ██████ | | ██████ | █████ | ██ | ██████ |
| ███████████ | ██ | ██████ | ██ | ██████ | █████ | ██ | ██████ |
| Union Consumer Benefits | 4,965 | $1,981,035.00 | 1,836 | $732,564.00 | 36.98% | 1,456 | $580,844.00 |
| ███████████ | ██ | ██████ | ██ | ██████ | | ██ | ██████ |
| **Totals:** | ████ | ████████ | ████ | ████████ | ███ | ████ | ████████ |

**Long Att.  K**

Summary

| # Unauthorized Returns | $ Unauthorized Returns | Return Ratio | # Refunds | $ Refunds | C36 Refund Ratio | # Bad ABA/ C44 Duplicates | $ Bad ABA/ C44 Duplicates | Bad ABA/ Dup Ratio |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 871 | $347,529.00 | 46.87% | 240 | $95,760.00 | 4.83% | 562 | $224,238.00 | 11.32% |
| | | | | | | | | |

Banctech000177

**Long Att. K**

021 P01 NOV 01 '06 16:53

# FAX COVER

**ATTENTION,**
TOM KOZIOL
FAX NUMBER, ████████

**FROM,**
NAEEM ALVI
PHONE NUMBER, ████████

**REFFERED BY,**
RAVI CHAWALA
PHONE NUMBER, ████████

Long Att. L

Banctech 000026

021 P02    NOV 01 '06    16:53

# ECC Merchant Application Checklist
## For ACH/Draft Processing

☑ **Draft Processing Merchant Application**
Be sure and complete the entire application including: Number of checks, Dollar amount
per check, Total dollar amount of checks (These can be estimated numbers)

☑ **Merchant Agreement**

At the End:  Complete the Merchant Portion
Guarantor Signature – The President must sign here.

☑ **Exhibit "A" FEES**

☑ **VOIDED** check that is imprinted with the business name. The name of the account must
match the name on the Processing Application.

☑ Copy of the Merchant's Business license (or a copy of one of the following: fictitious
business name filing (DBA), seller's permit, filed stamped articles of incorporation or
LLC, tax privilege license or vendor license)

☑ Copy of Sales and Verification script. (Must be clear regarding amount authorized to
debit and include consumers date of birth)

☐ Sample of product or service being sold. (please overnight)

☑ Clear copy of Drivers License.

☑ Copy of Wire Transfer information form

*Fax and Mail all of the above paperwork to:*

**ECC**
**Attn: New Business**
**1790 N Lee Trevino Drive, Suite 504**
**El Paso, TX 79936**

**Fax: 915.593.7547**
**Phone: 915.593.7345**

**Long Att. L**

# Electronic Check Corporation

821 P03   NOV 01 '06   16:54

1779 N. Lee Trevino Drive
Suite 504
El Paso, TX 79936
Tel: 877-823-8635
Fax: 915-593-7547

## Draft Processing Merchant Application / Approval Form

Legal Business Name:
**6554962 CANADA INC.**

Doing Business As (if different from legal name):
**UNION CONSUMER BENEFITS**

| Business Street Address (No P.O. Boxes) | City | State | Zip | Business Phone Number |
|---|---|---|---|---|
| 1445 JONATHON WEST #409 | MONTREAL | QC | H3N 1R1 | (514) 916-6786 |

Business Fax Number
Customer Service Phone Number: **1-888-802-5345**

Web Site Address:
WWW.UNIONCONSUMERBENEFITS.(?)

| Date Business Established | Annual Gross Sales | Ownership Structure | | |
|---|---|---|---|---|
| OCTOBER 5th/2006 | | ☐ Sole Proprietor   ☐ S Corp.   ☒ C Corp.   ☐ Non-Profit   ☐ LLC.   ☐ LLP.   ☐ General Partnership   ☐ Limited Partnership | | |

Federal Tax ID

Business License # & State: **859666185**

Type of Business:
☐ Retail   ☐ Service   ☐ Wholesale   ☒ Manufacturer   ☐ Other
☐ Third Party Processing   ☐ Inbound Call Center   ☒ Outbound Telemarketing

| Name | Title | Starting Date | Ownership % |
|---|---|---|---|
| NADEEM ALVI | PRESIDENT | OCTOBER 9th/2006 | 100% |

Residence Address

| | City | State | Zip |
|---|---|---|---|
| | LAVAL | QC | H3N 5(?) |

How Long/Came Now Long?   **2 YEARS**   Social Security Number   Phone Number   Date of Birth

Have you ever had the protection under U.S. Bankruptcy Laws or are you subject to any current lawsuits or legal settlements? If yes, please provide the below information/employees: **NO**

| Name | Title | Starting Date | Ownership % |
|---|---|---|---|
| | | | |

Residence Address

| | City | State | Zip |
|---|---|---|---|
| | | | |

How Long/Came Now Long?   Social Security Number   Phone Number   Date of Birth

Have you ever had the protection under U.S. Bankruptcy Laws or are you subject to any current lawsuits or legal settlements? If yes, please provide the below information/employees:

| Product Name: | Price Range: |
|---|---|
| MEDICAL BENEFITS | $399.00 |
| Add-on Sales: N/A | Manufacturer: Years on Market: |
| Description: MEDICAL & PRESCRIPTION DISCOUNTS | |

(1 A)

Long Att. L

Banctech   000028

021 P04    NOV 01 '06  16:54

# Electronic Check Corporation

1779 N Lee Trevino Drive
Suite 504
El Paso, TX 79936
Tel: 877-823-8635
Fax: 915-599-7547

| | |
|---|---|
| How will the Products or services be advertised or promoted? | VIA DIRECT MARKETING. |
| How does customer purchase the Product or Service from you? (check all that apply) | ☑ Company Calls Customer   ☐ Direct Mailing   ☐ Mail Order Catalog   ☐ Internet<br>☐ Customer Calls Company   ☐ Customer Visits Company in Person   ☐ Other (Explain) |
| Who provides customer support? | ✓ Merchant Staff     ☐ Third Party (explain) |
| Describe your refund policy: | IF FOR ANY GIVEN REASON, CUSTOMER IS NOT SATISFIED, WE OFFER FULL MONEY BACK GUARANTEE / 30 DAYS |
| Describe your policies and procedures for handling and or responding to consumer complaints: | TOLL-FREE 8PP # INBOUND QUEUE TO HANDLE ANY TYPE OF CONSUMER COMPLAINTS / INQUIRES / CONCERNS |

| | |
|---|---|
| What percentage of the transactions originated will be used to debit consumer's account? | 100 % |
| What is the dollar amount of monthly transactions originated which will be used to debit consumer's account? | $399.00 |
| If goods and services are sold via the Internet, describe your security features and procedures. | N/A |

| | |
|---|---|
| How are the authorizations received and how are consumer identities authenticated? FOR EACH METHOD OF SALE, PLEASE ATTACH SAMPLE AUTHORIZATION AND SPECIFIC PROCEDURES FOLLOWED TO AUTHENTICATE THE OWNER OF THE ACCOUNT TO BE DEBITED. | |

## Verification Information
In order to listen to Verifications, please provide the following information:

Dial in Telephone Number    1-888-802-5345

Who should our customer service representatives call if there are customer questions?   CALL TOLL FREE 888 #

| Account Number: N/A | Pin Number: N/A |
|---|---|

What questions from customers arise regarding shipping, product price and/or refunds; how should we handle them?

WHO SHIPS? UPS
SHIPPING TIMEFRAME? 15-20 BUSINESS DAYS
PRODUCT PRICE? $399.00
REFUNDS? FULL MONEY BACK GUARANTEE WITHIN 30 DAYS
* REFER CUSTOMERS TO OUR CUSTOMER CARE DEPT.

N/A

| Number of Monthly Debit transactions Originated? | Average Monthly Dollar Originated? | Average Single Dollar Originated? | Average Monthly Returns Received? | Average Monthly Dollars Returned? | Average Single Dollar Returned? |
|---|---|---|---|---|---|
| 500 | $199,500.00 | $399.00 | 5 % | $9975.00 | $399.00 |
| Do you currently process Debit or ACH transactions with? How Long? (please provide name of current processor if less than one year) | N/A | | Use a Bank or Third Party Processor ever interfaced ACH processing for you? | N/A | |

**Long Att. L**

Revised 9/23/04

Banctech  000029

021 P05    NOV 01 '06  16:55

# Electronic Check Corporation

1779 N Lee Trevino Drive
Suite 504
El Paso, TX 79936
Tel: 877-628-8635
Fax: 915-593-7547

| Business Name | Address | Phone Number | Account Number |
|---|---|---|---|
| VODILINK! | 215 JEANBAPTISTE RD. | (5M) 562-2304 | |
| W.T.S INVESTMENT INC. | 445 JEAN TALON N #01 | (5M) 223-5151 | |
| | | | |

NA

THE UNDERSIGNED CERTIFY AND WARRANT THAT ALL INFORMATION PROVIDED IN THIS APPLICATION IS TRUE AND CORRECT. I/WE UNDERSTAND THAT ELECTRONIC CHECK CORPORATION WILL RETAIN THIS APPLICATION WHETHER OR NOT IT IS APPROVED, AND I/WE AUTHORIZE ELECTRONIC CHECK CORPORATION TO PERIODICALLY CHECK AND/OR UPDATE MY/OUR INDIVIDUAL CREDIT AND/OR OBTAIN OTHER INVESTIGATIVE REPORTS IT DEEMS NECESSARY AND TO ANSWER ALL QUESTIONS ABOUT ITS CREDIT/DEPOSIT EXPERIENCE WITH ME/US. WE AUTHORIZE ELECTRONIC CHECK CORPORATION TO PERIODICALLY CHECK OUR COMPANY THROUGH CHEK SYSTEMS. WE ALSO UNDERSTAND ELECTRONIC CHECK CORPORATION HAS LEGAL RECOURSE AGAINST US FOR FALSE OR MISLEADING INFORMATION PROVIDED ABOVE. "I HAVE READ, UNDERSTAND AND AGREE TO ALL OF THE PRECEDING TERMS."

| Authorized Signature | Title | Date |
|---|---|---|
| Naeem alvi | PRESIDENT | |

Nov 01
NA

N/A

Long Att. L

Banctech  000030

021 P06    NOV 01 '06 16:56

## ELECTRONIC CHECK CORPORATION
### MERCHANT PROCESSING AGREEMENT

6554962 Canada Inc

This AGREEMENT entered into on OCTOBER 5th /2006 between Electronic Check Corporation ("ECC") and UNION CONSUMER BENEFITS ("MERCHANT") a Federal Corporation, with offices at 445 JEAN TALON W3 #404 MONTREAL, QC H3N 1R1

WHEREAS, ECC and AFFILIATES are engaged in providing electronic funds transfer services ("EFTS") to its MERCHANTS; and;

WHEREAS, MERCHANT wishes to utilize service provided by ECC; and;

WHEREAS, MERCHANT and GUARANTOR hereby represent and warrant to ECC that it is lawfully engaged in the business shown on the merchant application and has secured all necessary permits, licenses, etc. to operate same business; and;

WHEREAS, MERCHANT acknowledges that any violation of the rules and regulations shall constitute a material breach of this Agreement, at the sole and absolute discretion of the ORIGINATING DEPOSITORY FINANCIAL INSTITUTION ("ODFI") or ECC, constitutes grounds of termination of this Agreement and at its option may hold all funds for a period not to exceed ninety (90) days on ACH transactions and six (6) months on Draft transactions following receipt of MERCHANT's last return.

NOW, both parties intending to be legally bound hereby agrees to as follows:

**1. AGENCY:**
MERCHANT appoints ECC and its AFFILIATES as its agent for the collection of monthly or other periodic charges ("periodic payments") or "one time" transactions from all those persons ("consumers and businesses") who have properly agreed to make such payments.

**2. COLLECTION:**
ECC and its AFFILIATES accepts the appointment and agrees that on the agreed date(s) of each calendar day, or month, etc ( or the next banking day if the agreed upon date(s) fall on a non-banking day(s) during the term of this agreement, ECC will submit to various networks, including but not limited to the, The AUTOMATED CLEARING HOUSE, THE FEDERAL RESERVE, or through its ODFI, data in the form required for the electronic debiting from consumer's and business's bank deposit accounts and a deposit of the payments to the MERCHANT's bank account. ECC also agrees to the provide Operations Management assistance for ECC services, processing of returned transaction items and the delivery of the agreed upon data in the agreed upon format be it paper or other format.

**3. AUTHORIZATION:**
MERCHANT will obtain from each participating consumer or business necessary information in proper form authorizing automatic entries to such consumer or business bank account to transfer payment amounts to MERCHANT's bank deposit account. MERCHANT warrants that he will properly warehouse all authorizations obtained from consumers or businesses and will provide such authorizations for inspection by ECC or any regulatory body governing these types of transactions. MERCHANT hereby authorizes ECC to make direct deposit of payments to, and to debit for fees and other charges as set forth herein. (See attached AUTHORIZATION & INITIATION AGREEMENT attached hereto as ATTACHMENT -B and incorporated by reference within this Agreement.)

**4. COLLECTION DATA:**
MERCHANT shall provide ECC with data necessary for the electronics funds transfer ("collection data") in the proper form and at the times prescribed by ECC and shall make periodic checks and updates necessary to cause the collection data to be current and accurate at all times. The format and schedule requirements for delivery of collection data by MERCHANT may be changed by ECC during the term of the agreement, and MERCHANT shall deliver collection data in conformity with changed requirements as set forth from time by ECC. MERCHANT warrants to ECC that all data and entries delivered to ECC by MERCHANT (a) will be correct in form, (b) will contain true and accurate information, (c) will be fully authorized by the consumer or business, and (d) will be timely provided under the terms and provisions of this agreement. In the event that MERCHANT utilizes a third party back office provider than ECC shall be limited to perform its obligations herein based on the timely and accurate information received from such third party organization.

**5. FEES:** See Exhibit "A"

**6. CHANGES IN FEE SCHEDULE:**
The charges for the services listed in the FEE SCHEDULE or attached fee contract addendum will not be changed by ECC until the expiration of the first year of the initial term. Thereafter, the charges for the services may, if necessary or appropriate, be changed by ECC at any time from time to time but only with 60 days prior written notice to MERCHANT. ECC agrees not to arbitrarily change fees. Arbitrarily shall be defined as practice within the industry. Upon receipt of any notice of price increase, MERCHANT may terminate this Agreement by written notice to ECC given at least 30 days prior to the date such price increase becomes effective, terminate this Agreement. Notwithstanding the above, should ECC's ODFI raise fees charged to ECC or its AFFILIATES or should there by a rate increase in communications or any tariff based fees related to communications cost then ECC shall have the right to pass these fees to MERCHANT.

**7. PAYMENT OF FEES:**
ECC will deduct automatically all fees and charges described in paragraph 5 hereof from the payments to be deposited in MERCHANT's authorized account and, MERCHANT authorizes ECC and its AFFILIATES to deposit gross payment less any hold backs or reserves and simultaneously deduct any and all fees due from MERCHANT's authorized account immediately after funds have been transferred to MERCHANT's account. At ECC's or its AFFILIATES sole discretion may charge fees on a once a month or weekly basis. Furthermore, at ECC or its AFFILIATES sole discretion, may debit all fees from batch and net settle all funds due MERCHANT less any reserves if applicable from amounts being funded to MERCHANT.

Revised 9/25/06

Page 1 of 4

Long Att. L

NA

8. **SETTLEMENT:**

In settlement for each debit entry returned unpaid or returned by customer or business, MERCHANT authorized account on the day such unpaid or returned or charged-back harm are received by ECC or thereafter, and MERCHANT warrants that it shall at all times maintain a sufficient balance in such account to cover debit related entries and return fees. MERCHANT will pay to ECC the amount of any returned debit entry that cannot for any reason in part or in whole be debited against MERCHANT's authorized account. ECC reserves the right to require MERCHANT to maintain a balance with ECC to cover returns, NSF, and reversal ACH transactions if ECC deems it necessary. MERCHANT understands that transfers can be "charged back" against the MERCHANT's authorized account by a business for 24 hours after funds have been deposited into MERCHANT's authorized account and can be "charged back" up to 90 days on ACH transactions and 6 months on Draft transactions by a consumer.

High risk (single debit transactions) shall be settled according to the funding chart attached hereto as **ATTACHMENT A- FUNDING CHART** incorporated by reference. At ECC's discretion and the event that the funding cycle proves not to be adequate to reduce unwarranted risk exposure to ECC, its AFFILIATES, or its ODFI, then at its discretion ECC may change funding time lines. However, ECC agrees not to change so arbitrarily.

| Day of Submission | Day of Settlement |
|---|---|
| Monday | (10) processing days* from day of submission |
| Tuesday | (10) processing days* from day of submission |
| Wednesday | (10) processing days* from day of submission |
| Thursday | (10) processing days* from day of submission |
| Friday | (10) processing days* from day of submission |

Funds normally should be credited to MERCHANT's bank the following business day. Funding does not take into account and/or banking holidays which shall be funded on the next available business banking day.

*For the purposes of this SETTLEMENT schedule, a PROCESSING DAY is defined as any business day where one or more file uploads was successfully performed by MERCHANT to ECC.

9. **WARRANTIES AND LIMITATIONS OF LIABILITY:**

ECC warrants that it will exercise reasonable care in the performance of its obligations under this agreement. ECC MAKES NO OTHER WARRANTIES EXPRESSED OR IMPLIED, INCLUDING WITHOUT LIMITATION AND WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE WITH RESPECT TO THE SERVICES PROVIDED HEREUNDER. Because of extreme difficulty of fixing actual damages for any failure of ECC to perform its obligations hereunder or from any failure of ECC to perform any obligation or the total amount of debit transaction fees (5A) paid for the calendar months immediately proceeding the month in which the event occurred which gave rise to the damages. The provisions of this paragraph apply whenever though the loss, irrespective of cause and origin result directly and indirectly, either due to performance or non-performance of obligation imposed by this Agreement. In no event will ECC be responsible for any (a) any incidental and consequential losses resulting from the performance and non-performance of any of ECC duties hereunder and (b) for any losses or damages to MERCHANT direct and consequential, arising out of and in any way related to acts or omissions of third parties including but not limited to various courier services, the Federal Reserve Banking System (including the Automated Clearing House (ACH) MERCHANT's bank, or the employees and agents of such bank, and any financial institution which receives and originates and pays electronic debits and credit card payments from consumer and business accounts.

10. **COMPLIANCE WITH THE LAW AND INDEMNIFICATION:**

A. MERCHANT will be responsible for compliance with all laws and regulations whether federal state or local as well as federal or regional Automated Clearing House rules applicable to automatic and electronic transfer of funds including without limitations, laws, regulations and rules governing lawful authorizations by consumers and business disclosure, and notice required in connection with electronics funds transfer service, and all necessary waivers and releases.

B. Any forms or form format provided by ECC to MERCHANT for use in connection with the data authorization waivers and notifications herein described will be provided solely for the convenience of ECC and MERCHANT and ECC makes no representation or warranty that any such form or form format provided is sufficient or otherwise in compliance with applicable federal state or local legal rules or requirements. All such forms shall have no liability to MERCHANT for failure of any such form or forms format to comply with such rules or requirements, All such forms shall be printed at the sol expense of the MERCHANT and shall be destroyed by MERCHANT upon termination of this agreement unless otherwise agreed in writing at no termination.

C. MERCHANT will indemnify and hold harmless ECC and ECC processing financial institutions from any and all claims, lawsuits, damages, costs and of expenses including but not limited to attorneys fees resulting from and in any way related (a) to MERCHANT's breach of warranty contained her or arising by operation of law (b) to any act or omission of MERCHANT's failure to comply with any applicable law regulation or rule. However indemnification shall not apply to any loss caused to ECC by failure of the format provided by ECC to comply with the law, if forms have been properly used by MERCHANT in accordance with ECC directions.

11. **DELAYS AND EXCUSES FROM PERFORMANCE.**

ECC shall not be liable for any delay and other failure of performance caused by reasonable control of ECC, such as, but not limited to, strikes, interruption, war, fires, lack of energy, acts of god, mechanical or electrical breakdown. Governmental acts or regulations, computer malfunction acts of third parties as described in paragraph 9 if after the date of this agreement, any law, regulation, or ordinance, whether federal, state, or local becomes effective which substantially alters ECC's ability to perform services hereunder. Upon the creation of such law, ECC shall have the rig

Revised 9/25/06

**Long Att. L**

Banctech   000032

terminate this Agreement upon thirty (30) days written        021 P08        NOV 21 '06  15:58

reasons beyond ECC's control, and the MERCHANT is not in default of this Agreement, MERCHANT shall reserve all ____ for such ____ ___
at the specified due date.

## 12. MARKETING MATERIALS AND USE OF ART AND OTHER LOGOS:

MERCHANT shall have the right to use such marketing materials containing the ECC name, service mark and logos associated therewith (ECC service marks) as may be supplied from time to time by ECC. MERCHANT will use service marks only in a manner and form consistent with ECC and as approved by same and strictly with the intention of solicitation of services for ACH transactions as is consistent with this Agreement. All title and interest of service marks and any literature or materials provided to MERCHANT as part of this Agreement shall be returned to ECC upon termination of this Agreement for any reason. MERCHANT agrees to immediately return all such materials and shall have no right to the use of same as well as cease and desist use and display thereof.

## 13. TERM / TERMINATION AND DEFAULT:

The initial term of this Agreement shall be one (1) year. Thereafter, this Agreement will be automatically renewed for one year successive terms unless either party gives written notice to the other of its intention not to renew, at least thirty (30) days prior to the last day of the then current term. Furthermore, but not in limitation thereof, either party shall have the right to terminate this Agreement, effective immediately. If either party is in default of any obligation under this Agreement. However, if other party elects to continue the terms of this Agreement in the event of default by the other party, then at the non-defaulting party's option may provide notice to cure such default to the defaulting party. Should either party become insolvent by way of declaration of bankruptcy, files a petition for bankruptcy under any bankruptcy laws, has an appointed receiver or trustee, or pledges or assigns the majority of its assets for creditors. Upon termination of this Agreement all rights and obligations hereunder shall cease except MERCHANT's obligation (a) to pay the applicable fees for any services performed by ECC prior to the effective date of termination, and (b) to pay for any items returned subsequent to the effective date of termination. Upon termination, ECC may hold reserve from deposits a balance sufficient enough to cover return items from such as true reversals and charge backs from MERCHANT's activity for a period of 60 days. During this period, ECC shall forward to MERCHANT a REVERSAL and CHARGE BACK report as these items occur. On the anniversary date of 60 days following the last batch transmission ECC will forward any remaining sums due MERCHANT from ECC. However, paragraph 15 (MAIL ORDER/TELEPHONE SALES) shall remain in full force and effect.

## 14. THIRD PARTY DISCLAIMER:

The rights and obligations created by this Agreement apply solely to the parties contained herein, except subject to indemnification by ECC's ODF. In the event that MERCHANT sells the majority interest in MERCHANT's company or a material change in officers occurs, MERCHANT shall immediately control ECC to inform them of the change. At ECC's sole option this Agreement may survive such change. Notwithstanding, this Agreement shall not be assigned in any way except by ECC's ODFLN either ECC or MERCHANT intends that any third party shall benefit from the duties and performance herein, and acquire any cause of action or other claim against either party for non-performance of those duties.

## 15. HIGH RISK / MAIL ORDER / PHONE ORDER TRANSACTIONS:

ECC and MERCHANT recognize the high risk and fraud involved in accepting mail order and telephone order one-time processing items. MERCHANT understands that the successful debiting of such accounts does not guarantee payment, and said items may be subject to dispute or chargeback. ECC reserves the right and at its sole discretion shall establish a 5% reserve holdback until the reserve contains 60 (sixty) days processing based on the current monthly dollar volume arising from these types of transactions. In addition, should there be a material increase in the return, or chargeback rate then at ECC's discretion may increase the reserve to suitable levels. This Agreement may be terminated by ECC if in its opinion the chargeback rate or revocation rate by the receiving banks exceeds 2% of dollar volume in any thirty day (30) period. In the event that MERCHANT's volume should materially change then ECC may increase the reserve to compensate the increase in volume. MERCHANT, furthermore, agrees that 5% (five percent) of the reserve will be placed in a general reserve fund and not subject to reserve upon termination. MERCHANT accepts that the nature within this industry requires additional labor with regards to handling of these transactions and as a result should MERCHANT terminate this Agreement prior to the initial term than MERCHANT shall forfeit all monies held in reserve. MERCHANT understands that the discount fees, transaction fees, and other fees associated with these transactions are substantially higher than those normally charged by the ODF or ECC to MERCHANT. In the event that MERCHANT engage in such high risk activity without prior consent of ECC, ECC or its AFFILIATES may terminate this Agreement and hold in reserve all funds for a period not to exceed six (6) months from date of last activity. Furthermore, but not in limitation thereof, ECC may charge MERCHANT all applicable fees and reserves and treat MERCHANT as a high risk consumer. All provisions of high-risk activity will also be in full force and effect. Additionally, MERCHANT agrees that requests from consumers for refunds shall be honored in good faith by MERCHANT, and that should MERCHANT fail to honor requests for refunds from consumers, ECC may, at it's sole discretion, refund amounts paid to MERCHANT for goods or services and charge back such amounts to MERCHANTS reserve account in addition to the appropriate refund fee as stated herein.

## 16. FRAUDULENT SALES OR LAUNDERING:

MERCHANT shall never initiate EFT transactions that have not been originated by MERCHANT. (Transactions must be originated by MERCHANTS premises unless agreed to in writing in advance). Should MERCHANT engage in such activity then MERCHANT shall immediately forfeit all funds in reserve and at ECC's option be immediately terminated. Furthermore, but not in limitation thereof, ECC shall have the right to hold all settlement funds for a period of six (6) months. In the event that funds have been obtained through unlawful means then such funds shall be held until such time that a than governing body allows ECC to release such funds. In addition, should MERCHANT not have sufficient reserves to offset any chargebacks against any disputed funds, and in the event that MERCHANT should not have funds in MERCHANT's operating account is be debited against such funds, then ECC shall have the right of injunctive relief and any other liquidated damages in order to obtain funds from MERCHANT.

*N.A.*

## 17. DUE CARE:

Revised 9/25/06

**Long Att. L**

**Banctech   000033**

021 P09    NOV 01 '06 16:59

the performance by ECC or its AFFILIATES for all services called for in this Agreement shall be consistent with reasonable industry standards. ECC shall indemnify and hold MERCHANT harmless from any liability, loss or damage which directly results from: (a) ECC's non- compliance with the terms and conditions of this Agreement; or (b) any loss suffered by MERCHANT as a result of ECC's negligence. ECC and its AFFILIATES shall not be liable for any special, consequential, exemplary or punitive damages, in no event shall ECC or its AFFILIATES cumulative liability to MERCHANT hereunder exceed the amount of the net processing fees paid by MERCHANT to ECC in the immediately preceding calendar month. MERCHANT agrees that the indemnity hereunder shall not extend to any act or failure to act by any employee of MERCHANT. ECC and its AFFILIATES are hereby authorized by MERCHANT to divulge MERCHANT's name, address, and phone numbers to any third party who has reasonable rights to know such information.

## 18. ENTIRE AGREEMENT:

This Agreement and the Attached AUTHORIZATION and ACCEPTANCE AGREEMENT constitutes the entire Agreement between the parties relating to the specific subject matter herein, and no modification of the Agreement shall be binding on ECC unless such modification is in writing and signed by duly authorized officers of each company.

## 19. NOTICES:

Any notice required or allowed to be given under this Agreement shall be addressed to the other party at the address set forth above or to such other address as either party may instruct the other in writing.

TO: Electronic Check Corporation
1790 N Lee Trevino Drive, Suite 304
El Paso, TX 79936

If to MERCHANT:

TO: UNION CONSUMER BENEFITS  CONTACT: NAEEM ALVI

ADDRESS P.O BOX 1803  CITY: PLATTSBURGH

STATE: NY  ZIP: 12901

## 20. SEVERABILITY:

If any provision of this agreement is held invalid, illegal, or unenforceable, this agreement shall be interpreted as if such provision, to the extent the same has been invalid, illegal, or unenforceable, had never been contained herein.

## 21. APPLICABLE LAWS:

This Agreement shall be construed in accordance with the laws of the State of Texas.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement on the date first above written:

FOR: UNION CONSUMER BENEFITS
Company Name

Naeem Alvi    Nov-01-06
MERCHANT/TITLE/DATE

CONTINUING GUARANTEE: For good and valuable consideration, Guarantor(s) absolutely and unconditionally (jointly and severally if more than one) guarantee the performance and prompt payment when due of all obligations, indebtedness and liabilities ("Indebtedness"), without limitation, of MERCHANT to ECC pursuant to this Agreement, and to any renewals, extensions, substitutions or modifications not due, absolute or contingent, liquidated or unliquidated, and whether recovery thereon may be become barred or unenforceable against MERCHANT for any reason whatsoever. Guarantor(s) intend this guaranty to be open and continuous for so long as it remains in effect accordingly, no payments made upon the indebtedness will discharge or diminish the continuing liability of Guarantors in connection with any remaining portions of the Indebtedness or of any of the indebtedness which, subsequently arises or is thereafter incurred. This Guaranty will continue in effect until all indebtedness incurred or contracted before receipt by ECC of written notice of revocation shall have been fully and finally paid and satisfied and all other obligations of Guarantor(s) under this Guaranty shall have been performed in full. Guarantor(s) may only revoke this Guaranty in writing, and such revocation will apply only to new indebtedness created after its actual receipt by ECC. All renewals, extensions, substitutions or modifications of the indebtedness made after revocation of this Guaranty are contemplated under this Guaranty, and specifically will not be considered to be new indebtedness. Except as prohibited by applicable law, Guarantor(s) also waive any and all rights or defenses arising by reason of any modification or change in the terms of this Agreement whatsoever including, without limitation, the renewal, extension, acceleration, or other change in the time any payment or other performance hereunder is due, any change in any interest rate hereunder, and also including any modification or change in terms after revocation of this Guaranty on indebtedness incurred prior to such revocation. Guarantor(s) agree to pay all costs and expenses of whatever nature, including attorneys' fees and other legal expenses, incurred by or on behalf of ECC or ECC's assignee in connection with the enforcement of this Guaranty.

Naeem Alvi
GUARANTOR/NO TITLE

FOR: ELECTRONIC CHECK CORPORATION

NAME/TITLE/DATE

Page 4 of 4

(NA)

Revised 9/25/06

Long Att. L

Banctech  000034

021 P2B · NOV 01 '05 17:08

BANK → TD CANADA TRUST
478 JEAN TALON N.
MONTREAL, QUEBEC
H3N 1R3

ACCOUNT →  [redacted] Account No [redacted]

SWIFT →  [redacted]
CODE.

BANK # Phone
514-273-8680.



(NA)

| $ | 2.00 | Item |
| $ | Included | Net Settlement Fee, per file settled |
| $ | 35.00 | Domestic Wire Fee |
| $ | 45.00 | International Wire Fee |

Merchant
By: NAEEM ALvi
Title: Naeem ali.

Electronic Check Corporation
By: _____
Title: _____

(NA)

Exhibit A to ECC Agreement

Revised 9/25/04

Long Att. L

Banctech  000035

021 P11    NOV 01 '06 17:00



Registraire
des entreprises
Québec

Remplir les deux exemplaires
du formulaire.



## Déclaration modificative
### Personne morale

Loi sur la publicité légale des entreprises individuelles,
des sociétés et des personnes morales
(L.R.Q., c. P-45, art. 34)

**Nom de la personne morale** - Inscrire le nom apparaissant actuellement au Registre des entreprises du Québec.

| | Obligatoire |
|---|---|
| 6554962 CANADA INC. | Numéro d'entreprise du Québec (NEQ)<br>1 1 6 3 7 0 0 7 1 0 |

━━━━━━━ Remplir uniquement les sections où une modification doit être effectuée. ━━━━━━━

**1 - Identification** - Une modification au nom entraînant le remplacement du nom déclaré au registre, inscrire le nouveau nom de la personne morale si celui-ci a été légalement changé. Cette déclaration ne constitue pas une procédure légale de changement de nom. Si ce nom est dans une autre langue que le français, déclarer la version française de ce nom s'il en existe une, sinon voir la section 4E.

| Nouveau nom | Indiquer d'un X si vous désirez retirer l'adresse de correspondance déjà déclarée au registre. ☒ |
|---|---|
| Version dans une autre langue, s'il y a lieu | Pour déclarer ou modifier une adresse de correspondance, remplir toutes les cases ci-dessous.<br>Nom du destinataire |

**Domicile** - Inscrire la nouvelle adresse, s'il y a lieu.

| Nº Nom de la rue, app./bureau | Nº Nom de la rue, app./bureau |
|---|---|
| 445  JEAN TALON WEST # 409 | |
| Municipalité/Ville<br>MONTREAL | Province/État<br>QUEBEC |
| Code postal<br>H 3 N 1 R 1 | Pays<br>CANADA |

| Municipalité/Ville | Province/État |
| Code postal | Pays |

**2 - Forme juridique** - Inscrire le code correspondant à la nouvelle forme juridique. Cette dernière ne peut être modifiée que dans les limites légales permises.

| Codes : CIE Compagnie | MUT Mutuelle d'assurance | SYC Syndicat de copropriété | Si autre, le détailler obligatoirement. |
|---|---|---|---|
| COP Coopérative | APE Association personnifiée | AU Autre | |
| Code : | La constituée | | Lois (province/État/pays) |

**3 - Dispositions particulières** - Si l'espace prévu est insuffisant, joindre une annexe remplie en deux exemplaires, en indiquant votre NEQ et la section correspondante.

| Marquer d'un X si la personne morale a fait l'objet d'une continuation ou d'une transformation depuis sa dernière déclaration et inscrire l'information appropriée. | | Année Mois Jour |
|---|---|---|
| Continuation ☐  Transformation ☐ | Lois (province/État/pays) | |

| Fusion ☐  Scission ☐ | Lois (province/État/pays) | Année Mois Jour |
|---|---|---|

Inscrire les noms, domicile et numéro d'entreprise du Québec (NEQ), s'il y a lieu, de toutes les personnes morales partie à cette fusion simplifiée (les composantes) ou à cette scission.

| Numéro d'entreprise du Québec (NEQ)<br>1 1 | Numéro d'entreprise du Québec (NEQ)<br>1 1 |
|---|---|
| Nom | Nom |
| Nº Nom de la rue, app./bureau | Nº Nom de la rue, app./bureau |
| Municipalité/Ville | Province/État | Municipalité/Ville | Province/État |
| Code postal | Pays | Code postal | Pays |

21101-1 (2006-01)

1 de 6

**Long Att. L**

Banctech   000036

821 P12    NOV 01 '06  17:01

## Exhibit "A"
## FEES

**Account Set-Up Fee**

| $ | 298.00 | Account Set-Up Fee" (Non-Refundable) |
|---|---|---|
| $ | included | Cost to establish bank accounts and background check. |

**Operational Fees**

| % | 6 | Discount Fee ( Face Value of amount submitted ) |
|---|---|---|
| % | Required | Bank Reserve Fee -- *See our risk policy statement regarding reserves.* |
| $ | 1000.00 | Monthly Minimum -- This is the amount of fees that your activity generates |
| $ | 2.00 | Draft Check Fee, Per Item |
| $ | Included | Verification Fee, Per Item |
| $ | Included | Scrubbing Fee  (required only when returns are high) |
| $ | 5.00 | Return Draft Fee, Per Item |
| $ | 5.00 | Batch Fee |
| $ | 20.00 | Unauthorized Return Fee  (Charge backs) |

**Additional Fees (If Applicable)**

| $ | 1.25 | Print Reject Fee, per item (Bank Routing Number incomplete) | |
|---|---|---|---|
| $ | 5.00 | Customer Support Fee, per paid transaction | (If Financial Institutions require CPS to perform outsourced customer service on a transaction.) |
| $ | 2.00 | Refund/Cancellation Fee, Per Item | (If we perform customer services, due to consumers or Financial Institutions contacting us) |
| $ | Included | Net Settlement Fee, per file settled | |
| $ | 35.00 | Domestic Wire Fee | |
| $ | 45.00 | International Wire Fee | |

Merchant

By: _NAFEM ALVI_

Its: _Naeem ali_

Electronic Check Corporation

By: _____

Its: _____

(NA)

Registration Online -

021 P13    NOV 01 '05 _ 17:01

Canada Revenue    Agence du revenu
Agency            du Canada

Canada

Francais       Contact us      Help            Search          Canada Site
What's new      Media room      Electronic       Electronic       Forms and
Home            Site map        mailing lists     services         publications
Business Registration On-line > >

Help.

Canada Revenue    Agence du revenu
Agency            du Canada

## Your Business Number Registration Summary

Business Number:    85966 5125

## Program Accounts:

Payroll Deductions account: ████████████

## Waiting Period - Business Number

We will send a confirmation letter within 5 days to the mailing
address you have provided. Do not use the Business Number
listed above until you have received your confirmation letter.

Please contact any tax services office at 1-800-959-5525
English or 1-800-959-7775 French, if you notice any errors or if
you have questions about the BN or any of the Canada
Revenue Agency accounts.

For additional information, we invite you to visit the Canada
Revenue Agency internet site: www.cra-arc.gc.ca.

Print    |    |    Next >>    |    Quit

Long Att. L

(NA)

021 P14    NOV 01 '06  17:02

# UNION CONSUMER BENEFITS

- Hello Mr./Mrs_____,my name is _____, I am verification officer with Union consumer benefits. Today's date is _____, for quality assurance and for your protection, I will be recording this call, Is this OK? (Customer must say _Yes_).

- Would you please verify your complete first and last name along with your mailing address for me?

- The program you ordered will consist of Union consumer benefits home security pack and home medication this will be sent to you in 15 to 20 business days

- The purchase price for your union consumer pack is $399.00 including shipping and handling, and your relation ship with Union consumer benefits prohibits us from retaining any of your banking information. We are an independent organization and we are _NOT_ affiliated with any government institution law enforcement agencies or banks. Do you understand all of the above? (Customer must say _Yes_).

- Mr./Mrs_____' For quality assurance, can you please verify your date of birth?
- Was there is any thing else promised to you, was not stated in this recorded verification? Customer must say _NO_.
- Do we have your final authorization to debit $399.00 from your account that u provided today?(date) (Customer must say _Yes_).
- The toll free number for our consumer protection department is 1-888-802-5345.

  Feel free to contact one of our agents anytime between 10am-5pm EST Monday  through  Friday.

  That's all it takes. Thank you for your time and have a nice day!

NA

Long Att.  L

Banctech   000039

| Status | Description |
|--------|-------------|
| App | Approved (assumed cleared/paid) |
| Bad ABA | Invalid/Incorrect Routing Number - Not sent to bank |
| C36 | Refund issued |
| C37 | Refund issued |
| C40 | Bad Verification Recording - Not sent to bank |
| C44 | Duplicate - Not sent to bank |
| C45 | No Call State - Not sent to bank |
| R01 | INSUFFICIENT FUNDS |
| R02 | ACCOUNT CLOSED |
| R03 | NO ACCOUNT/UNABLE TO LOCATE ACCOUNT |
| R04 | INVALID ACCOUNT NUMBER |
| R05 | REQUIRED PRENOTIFICATION NOT REVEIVED |
| R06 | RETURNED PER ODFI'S REQUEST |
| R07 | AUTHORIZATION REVOKED BY CUSTOMER (ADJ ENT'S) |
| R08 | PAYMENT STOPPED |
| R09 | UNCOLLECTED FUNDS |
| R10 | CUSTOMER ADVISES NOT AUTHORIZED (ADJ ENT'S) |
| R11 | CHECK TRUNCATION ENTRY RETURN (SPECIFY) |
| R12 | BRANCH SOLD TO ANOTHER DFI |
| R13 | RDFI NOT QUALIFIED TO PARTICIPATE |
| R14 | ACCOUNT-HOLDER DECEASED |
| R15 | BENEFICIARY DECEASED |
| R16 | ACCOUNT FROZEN |
| R17 | FILE RECORD EDIT CRITERIA (SPECIFY) |
| R18 | IMPROPER EFFECTIVE ENTRY DATE |
| R19 | AMOUNT FIELD ERROR |
| R20 | NON-TRANSACTION ACCOUNT |
| R21 | INVALID COMPANY IDENTIFICATION |
| R22 | INVALID INDIVIDUAL ID NUMBER |
| R23 | CREDIT ENTRY REFUSED BY RECEIVER |
| R24 | DUPLICATE ENTRY |
| R25 | ADDENDA ERROR |
| R26 | MANDATORY FIELD ERROR |
| R27 | TRACE NUMBER ERROR |
| R28 | ROUTING NUMBER CHECK DIGIT ERROR |
| R29 | CORPORATE CUSTOMER ADVISES NOT AUTHORIZED |
| R30 | RDFI NOT PARTICIPANT IN CHECK TRUNCATION PROGRAM |
| R31 | PERMISSIBLE RETURN ENTRY (CCD, CTP, OR CTX) |
| R32 | RDFI NON-SETTLEMENT |
| R33 | RETURN OF XCK ENTRY |
| R34 | LIMITED PARTICIPATION DFI |
| R35 | RETURN OF IMPROPER DEBIT ENTRY |
| R36 | RETURN OF IMPROPER CREDIT ENTRY |
| R40 | NON-PARTICIPATING EN ENR PROGRAM (ENR ONLY) |
| R41 | INVALID TRANSACTION CODE (ENR ONLY) |
| R42 | ROUTING NUMBER/CHECK DIGIT ERROR (ENR ONLY) |
| R43 | INVALID DFI ACCOUNT NUMBER (ENR ONLY) |
| R44 | INVALID INDIVIDUAL ID NUMBER (ENR ONLY) |
| R45 | INVALID INDIVIDUAL NAME (ENR ONLY) |
| R46 | INVALID REPRESENTATIVE PAYEE INDICATOR (ENR ONLY) |
| R47 | DUPLICATE ENROLLMENT (ENR ONLY) |

**Long Att. M**

| R51 | RCK ITEM IS INELIGIBLE, NOTICE NOT PROVIDED |
|------|---------------------------------------------|
| R52 | RCK STOP PAYMENT ON ITEM |
| R53 | RCK ITEM AND ACH ENTRY PRESENTED FOR PAYMENT |
| R61 | MISROUTED RETURN |
| R62 | INCORRECT TRACE NUMBER |
| R63 | INCORRECT DOLLAR AMOUNT |
| R64 | INCORRECT INDIVIDUAL IDENTIFICATION |
| R65 | INCORRECT TRANSACTION CODE |
| R66 | INCORRECT COMPANY IDENTIFICATION |
| R67 | DUPLICATE RETURN |
| R68 | UNTIMELY RETURN |
| R69 | MULTIPLE ERRORS |
| R70 | PERMISSIBLE RETURN ENTRY NOT ACCEPTED |
| R71 | MISROUTED DISHONORED RETURN |
| R72 | UNTIMELY DISHONORED RETURN |
| R73 | TIMELY ORIGINAL RETURN |
| R74 | CORRECTED RETURN |
| R78 | Refer to Maker |
| RRM | Refer to Maker |

**Long Att.  M**

## Steven Woods

| | |
|---|---|
| **From:** | Naeem Alvi [unionconsumerbenefits@hotmail.com] |
| **Sent:** | Friday, November 10, 2006 9:12 AM |
| **To:** | vrodriguez@ecprocessing.com |
| **Subject:** | UCB SALES 10 NOV. 2006 |



JCB 1111.EXE (124
KB)

hello.

this is the test file that you have requested from us.

the test file is composed by real deals (tranzactions). in a way, we are starting now.

Naeem Alvi

---

Not only does Windows Live™ OneCare™ provide all-in-one PC care to keep your computer
protected and well-maintained, but it also makes creating backup files a breeze. Try it
today!
http://ideas.live.com/programpage.aspx?versionid=b2456790-90e6-4d28-9219-5d7207d94d45
&mkt=en-ca

**Long Att. N**

## Steven Woods

| | |
|---|---|
| **From:** | Naeem Alvi [unionconsumerbenefits@hotmail.com] |
| **Sent:** | Tuesday, November 14, 2006 4:51 PM |
| **To:** | vrodriguez@ecprocessing.com |
| **Subject:** | ucb sales nov 14 |



UCB NOV 14
SALES.EXE (124 KB)

from  naeem alvi

Experience Live Search from your PC or mobile device today.
http://www.live.com/?mkt=en-ca

1

**Long Att. N**

Banctech   001856

## Steven Woods

| | |
|---|---|
| **From:** | Union Consumer Benefits [u.cb@hotmail.com] |
| **Sent:** | Tuesday, November 28, 2006 4:11 PM |
| **To:** | vrodriguez@ecprocessing.com |
| **Subject:** | SALESNOV28 |



SALESNOV28.EXE
(124 KB)

                from
            naeem alvi

                        please let us know when we will   start getting paid

            THANK U

>From: "Victor Rodriguez" <vrodriguez@ecprocessing.com>
>To: "Union Consumer Benefits" <u.cb@hotmail.com>
>Subject: ECC Batch report
>Date: Mon, 27 Nov 2006 15:02:05 -0700
>
>
>
>Thank you,
>
>Victor H Rodriguez
>Electronic Check Corporation
>866-590-3900 toll free
>915-593-7547 fax
>   <mailto:vrodriguez@ecprocessing.com> vrodriguez@ecprocessing.com
>
>
>This communication and any files transmitted with it may contain
>confidential or privileged information which is intended only for use
>by the individual or entity to which the transmission is addressed.  If
>you are not the intended recipient, or believe that you have received
>this communication in error, you are hereby notified that any
>disclosure, dissemination, copying or distribution of this information
>is strictly prohibited.  If you have received this communication in
>error, please notify us by telephone at 866-590-3355, and delete the
>copy you received.  Thank you.
>

>  << BatchReport.xls >>


Experience Live Search from your PC or mobile device today.
http://www.live.com/?mkt=en-ca


**Long Att. N**

**Banctech   002553**

**Steven Woods**

| | |
|---|---|
| **From:** | Union Consumer Benefits [u.cb@hotmail.com] |
| **Sent:** | Thursday, December 14, 2006 3:20 PM |
| **To:** | vrodriguez@ecprocessing.com |
| **Subject:** | SALES DEC 14 |



sales dec 14.EXE
(124 KB)

        HI  THESE R THE SALES FOR DEC 14

                      THANKS U
                      NAEEM ALVI

---

Download now! Visit http://www.telusmobility.com/msnxbox/ to enter and see how cool it is
to get Messenger with you on your cell phone.
http://www.telusmobility.com/msnxbox/

**Long Att. N**

1

**Banctech   002534**

**Steven Woods**

| | |
|---|---|
| From: | Union Consumer Benefits [u.cb@hotmail.com] |
| Sent: | Friday, December 15, 2006 3:23 PM |
| To: | vrodriguez@ecprocessing.com |
| Subject: | RE: CS number |

HI   this is naeem again . ok i can see in my system six people try to call
me  and because off my locale phone problem only one get through .i will see
now it should not be any problem now sorry about this          THANK U
                    NAEEM ALVI


>From: "Victor Rodriguez" <vrodriguez@ecprocessing.com>
>To: "'Union Consumer Benefits'" <u.cb@hotmail.com>
>Subject: CS number
>Date: Fri, 15 Dec 2006 14:35:55 -0700
>
>Your CS number, 888-802-5345, isn't working, any idea what is going on?
>
>Thank you,
>
>Victor H Rodriguez
>Electronic Check Corporation
>866-590-3900 toll free
>915-593-7547 fax
>  <mailto:vrodriguez@ecprocessing.com> vrodriguez@ecprocessing.com
>
>
>This communication and any files transmitted with it may contain
>confidential or privileged information which is intended only for use
>by the individual or entity to which the transmission is addressed.  If
>you are not the intended recipient, or believe that you have received
>this communication in error, you are hereby notified that any
>disclosure, dissemination, copying or distribution of this information
>is strictly prohibited.  If you have received this communication in
>error, please notify us by telephone at 866-590-3355, and delete the
>copy you received.  Thank you.
>

Enter the "Telus Mobility Xbox a Day" contest for your chance to WIN!  Telus Mobility is
giving away an Microsoft Xbox® 360 every day from November 20 to December 31, 2006! Just
download Windows Live (MSN) Messenger to your IM-capable TELUS mobile phone, and you could
be a winner!
http://www.telusmobility.com/msnxbox/

**Long Att. N**

1

**Banctech   002531**

**Steven Woods**

| | |
|---|---|
| **From:** | Union Consumer Benefits [u.cb@hotmail.com] |
| **Sent:** | Thursday, January 25, 2007 4:18 PM |
| **To:** | vrodriguez@ecprocessing.com |
| **Subject:** | salesjan25 |



SALESJAN25.EXE
(126 KB)

here r the sales for jan25 thank u naeem alvi.

---

Free Alerts : Be smart - let your information find you !
http://alerts.live.com/Alerts/Default.aspx

**Long Att. N**

1

**Banctech   002485**

## Steven Woods

| | |
|---|---|
| **From:** | Union Consumer Benefits [u.cb@hotmail.com] |
| **Sent:** | Friday, March 02, 2007 10:04 AM |
| **To:** | vrodriguez@ecprocessing.com |
| **Subject:** | RE: FW: bnc7467_20070228 |

hi this is naeem  i did not recieved wire for last two results and today is friday i have
to pay all my employees can u please issue me the wire  thank u . naeem

Your Space. Your Friends. Your Stories. Share your world with Windows Live Spaces.
http://spaces.live.com/?mkt=en-ca

Long Att. N

Banctech  002448

1

**Steven Woods**

| | |
|---|---|
| **From:** | Union Consumer Benefits [u.cb@hotmail.com] |
| **Sent:** | Friday, March 16, 2007 11:19 AM |
| **To:** | vrodriguez@ecprocessing.com |
| **Subject:** | REFUND |

HI VICTOR CAN U PLEASE REFUND THESE CUSTOMERS FOR ME THANK U   NAEEM ALVI.

MARGERET E GOESER

 ST JAMES MN

56081

PH 

CONTRACT # IS  3168173


MARGERET MEADOWS

 OKLAND   CA

94605

PH 

CONTRACT #IS  3175253


THANK U VERY MUCH..

```
>From: "Victor Rodriguez" <vrodriguez@ecprocessing.com>
>To: "'Union Consumer Benefits'" <u.cb@hotmail.com>
>Subject: ECC
>Date: Thu, 15 Mar 2007 15:50:23 -0600
>
>
>
>Thank you,
>
>Victor H Rodriguez
>Electronic Check Corporation
>866-590-3900 toll free
>915-593-7547 fax
>  <mailto:vrodriguez@ecprocessing.com> vrodriguez@ecprocessing.com
>
>
>This communication and any files transmitted with it may contain
>confidential or privileged information which is intended only for use
>by the individual or entity to which the transmission is addressed.  If
>you are not the intended recipient, or believe that you have received
>this communication in error, you are hereby notified that any
>disclosure, dissemination, copying or distribution of this information
>is strictly prohibited.  If you have received this communication in
>error, please notify us by telephone at 866-590-3355, and delete the
>copy you received.  Thank you.
>


><< BatchReportbnc7467.xls >>


><< bnc746720070315.pdf >>
```

**Long Att. N**

**Banctech   002432**

Have Some Fresh Air Fun This March Break
http://local.live.com/?mkt=en-ca/?v=2&cid=A6D6BDB4586E357F1147

**Long Att. N**

Banctech   002433

## Steven Woods

| | |
|---|---|
| **From:** | Victor Rodriguez [vrodriguez@ecprocessing.com] |
| **Sent:** | Tuesday, March 20, 2007 2:56 PM |
| **To:** | Union Consumer Benefits (u.cb@hotmail.com) |
| **Cc:** | Tom Koziol Jr. (kozioljr@bellsouth.net); 'Bruce Woods' |
| **Subject:** | FW: Refund |

Naeem,

Looks like you had us debit a deceased persons account, any idea how you managed to get a ver from a dead person??

Thanks,

*Victor H Rodriguez*
vrodriguez@ecprocessing.com

This communication and any files transmitted with it may contain confidential or privileged information which is intended only for use by the individual or entity to which the transmission is addressed. If you are not the intended recipient, or believe that you have received this communication in error, you are hereby notified that any disclosure, dissemination, copying or distribution of this information is strictly prohibited. If you have received this communication in error, please notify us by telephone at (866) 590-3900, and delete the copy you received. Thank you.

**From:** Melissa Gijon [mailto:mgijon@capitalpay.net]
**Sent:** Monday, March 19, 2007 10:04 AM
**To:** Victor Rodriguez
**Subject:** Refund

Ref# 138414-Mary Hodge-Union Consumer Benefits-$399-she said it was debited 3/6/07
Mrs. Hodge's daughter Susan Greene called because her mom died in December 2006. She wants the funds put back into the account. This is the 2nd time funds were debited from her deceased mother's account the fist time it was from Med Pro in January. She is the executor of her mom's estate and is taking care of anything still pending.

Thank you,
*Melissa Gijon*
*Merchant Support*
This communication and any files transmitted with it may contain confidential or privileged information which is intended only for use by the individual or entity to which the transmission is addressed. If you are not the intended recipient, or believe that you have received this communication in error, you are hereby notified that any disclosure, dissemination, copying or distribution of this information is strictly prohibited. If you have received this communication in error, please notify us by telephone at (877) 823-8635, and delete the copy you received. Thank you.

**Long Att. N**

**Banctech   001730**

**Steven Woods**

| | |
|---|---|
| **From:** | Union Consumer Benefits [u.cb@hotmail.com] |
| **Sent:** | Tuesday, March 20, 2007 4:12 PM |
| **To:** | vrodriguez@ecprocessing.com |
| **Subject:** | RE: naeem |

hi this is naeem and i just check in my records we did sold this lady and
call her just know just to check that she is alive or ded . and i did find
out that she is alive and she is the one who pick up the phone ..so please call me back if
u can because i just call u but u were unavailabel may i am missunderstood so let me
know please . thank u .


>From: "Victor Rodriguez" <vrodriguez@ecprocessing.com>
>To: "'Union Consumer Benefits'" <u.cb@hotmail.com>
>Subject: RE: naeem
>Date: Tue, 20 Mar 2007 15:35:31 -0600
>
>138414    MARY H HODGE              MORRISTOWN TN    37814
>                  $399.00    3/5/2007    C36    3/20/2007
>
>Thanks,
>
>
>
>Victor H Rodriguez
>
>vrodriguez@ecprocessing.com
>
>
>
>
>
>This communication and any files transmitted with it may contain
>confidential or privileged information which is intended only for use
>by the individual or entity to which the transmission is addressed.  If
>you are not the intended recipient, or believe that you have received
>this communication in error, you are hereby notified that any
>disclosure, dissemination, copying or distribution of this information
>is strictly prohibited.  If you have received this communication in
>error, please notify us by telephone at
>(866) 590-3900, and delete the copy you received.  Thank you.
>
>
>
>
>
>-----Original Message-----
>From: Union Consumer Benefits [mailto:u.cb@hotmail.com]
>Sent: Tuesday, March 20, 2007 3:32 PM
>To: vrodriguez@ecprocessing.com
>Subject: naeem
>
>hi victor can u please send me the person information so i can find out
>who did this because if person is ded than is very shamefull for sales rep and
>i like to find out who did this   thank u  let me know please   naeem alvi
>
>
>Your Space. Your Friends. Your Stories. Share your world with Windows
>Live Spaces. http://spaces.live.com/?mkt=en-ca
>
>

**Long Att. N**

1

**Banctech  002424**

Win a trip for four to a concert anywhere in the world!
http://www.mobilelivetour.ca/

2

Long Att. N

Banctech    002425

**Steven Woods**

| | |
|---|---|
| From: | Union Consumer Benefits [u.cb@hotmail.com] |
| Sent: | Thursday, March 22, 2007 4:15 PM |
| To: | vrodriguez@ecprocessing.com |
| Subject: | RE: ECC |

ITS OK VICTOR  THANKS FOR SENDING THESE SETTELMENTS  NOW I CAN FIGURE OUT MY SALARY AND
ALL OTHER PAYOUTS  SO I SAW THE SETTELMENTS AND I THINK I WILL BE
RECIVING FULL WIRE FOR ALL SETTELMENTS  TOMMOROW    THANK U VERY MUCH...
NAEEM


>From: "Victor Rodriguez" <vrodriguez@ecprocessing.com>
>To: "'Union Consumer Benefits'" <u.cb@hotmail.com>
>Subject: ECC
>Date: Thu, 22 Mar 2007 15:41:30 -0600
>
>Our bank has had some problems getting the returns to us in time so these
>settlement amounts are somewhat exaggerated.
>
>
>
>Thank you,
>
>
>
>Victor H Rodriguez
>
>Electronic Check Corporation
>
>866-590-3900 toll free
>
>915-593-7547 fax
>
>  <mailto:vrodriguez@ecprocessing.com> vrodriguez@ecprocessing.com
>
>
>
>
>This communication and any files transmitted with it may contain
>confidential or privileged information which is intended only for use by
>the
>individual or entity to which the transmission is addressed.  If you are
>not
>the intended recipient, or believe that you have received this
>communication
>in error, you are hereby notified that any disclosure, dissemination,
>copying or distribution of this information is strictly prohibited.  If you
>have received this communication in error, please notify us by telephone at
>(866) 590-3900, and delete the copy you received.  Thank you.
>
>
>
>
>


><< BatchReportbnc7467.xls >>


><< bnc746720070320.pdf >>

**Long Att. N**

1

**Banctech  002418**

>`<< bnc746720070321.pdf >>`

>`<< bnc746720070322.pdf >>`

Your Space. Your Friends. Your Stories. Share your world with Windows Live
Spaces. http://spaces.live.com/?mkt=en-ca

**Long Att.  N**

**Banctech   002419**

**Steven Woods**

From:        Union Consumer Benefits [u.cb@hotmail.com]
Sent:        Friday, March 23, 2007 8:58 AM
To:          vrodriguez@ecprocessing.com
Subject:     naeem   ucb


hi victor  iwas just checking all the settelments and ending mar22 which is thursday my
settelments which i should get wire today for around $14896 now as your email your bank is
getting the returns  and i do understand my volume of sales in these days r little down
which will come up soon and so if u can atleast give me wire for $10000 out of$14896 and
today is not included .  and next week i have around 141 sales coming up  .. because my
pay outs r around $10000 ..  so kindly if u can give me this fever  i will really
appriciate this  thank u very much  please reply me if u can bye .


>

Your Space. Your Friends. Your Stories. Share your world with Windows Live Spaces.
http://spaces.live.com/?mkt=en-ca

**Long Att. N**

**Banctech   002421**

**Steven Woods**

| | |
|---|---|
| **From:** | Union Consumer Benefits [u.cb@hotmail.com] |
| **Sent:** | Friday, March 30, 2007 3:53 PM |
| **To:** | vrodriguez@ecprocessing.com |
| **Subject:** | naeem ucb |

hi victor i just want to know that i have any wire coming today because i
need to make payroll   thanks ....


>From: "Victor Rodriguez" <vrodriguez@ecprocessing.com>
>To: "'Union Consumer Benefits'" <u.cb@hotmail.com>
>Subject: ECC
>Date: Thu, 29 Mar 2007 14:51:50 -0600
>
>
>
>
>
>Thank you,
>
>
>
>Victor H Rodriguez
>
>Electronic Check Corporation
>
>866-590-3900 toll free
>
>915-593-7547 fax
>
>  <mailto:vrodriguez@ecprocessing.com> vrodriguez@ecprocessing.com
>
>
>
>
>
>This communication and any files transmitted with it may contain
>confidential or privileged information which is intended only for use
>by the individual or entity to which the transmission is addressed.  If
>you are not the intended recipient, or believe that you have received
>this communication in error, you are hereby notified that any
>disclosure, dissemination, copying or distribution of this information
>is strictly prohibited.  If you have received this communication in
>error, please notify us by telephone at
>(866) 590-3900, and delete the copy you received.  Thank you.
>
>
>
>
>


><< BatchReportbnc7467.xls >>


><< bnc746720070321.pdf >>


><< bnc746720070322.pdf >>


><< bnc746720070323.pdf >>

**Long Att.  N**

1

**Banctech   002396**

>`<< bnc746720070326.pdf >>`

>`<< bnc746720070327.pdf >>`

>`<< bnc746720070328.pdf >>`

>`<< bnc746720070329.pdf >>`

Check Out Our List Of Trendy Restaurants. You'll Eat It Up!
http://local.live.com/?mkt=en-ca/?v=2&cid=A6D6BDB4586E357F1378

**Long Att. N**

2

**Banctech   002397**

**Steven Woods**

| | |
|---|---|
| **From:** | Union Consumer Benefits [u.cb@hotmail.com] |
| **Sent:** | Tuesday, April 03, 2007 9:31 AM |
| **To:** | vrodriguez@ecprocessing.com |
| **Subject:** | RE: Complaint |

HI VICTOR  WE JUST CALL THE LADY  FOR COMPLAINT YESTERDAY  AND THE PROBLEM IS SOLVE SORRY
ABOUT THIS THANK U  NAEEM ...


>From: "Victor Rodriguez" <vrodriguez@ecprocessing.com>
>To: "'Union Consumer Benefits'" <u.cb@hotmail.com>
>Subject: Complaint
>Date: Mon, 2 Apr 2007 17:12:41 -0600
>
>Please contact Cindy Garcia (▮▮▮▮▮▮▮).  She is complaining about the
>debit initiated for her father Jesus Rosas (Contract # 3192420).  She has
>been trying unsuccessfully since 03/30/07 to reach your CS department.
>Please let me know the outcome.
>
>
>
>Thank you,
>
>
>
>Victor H Rodriguez
>
>Electronic Check Corporation
>
>866-590-3900 toll free
>
>915-593-7547 fax
>
>   <mailto:vrodriguez@ecprocessing.com> vrodriguez@ecprocessing.com
>
>
>
>
>
>This communication and any files transmitted with it may contain
>confidential or privileged information which is intended only for use by
>the
>individual or entity to which the transmission is addressed.  If you are
>not
>the intended recipient, or believe that you have received this
>communication
>in error, you are hereby notified that any disclosure, dissemination,
>copying or distribution of this information is strictly prohibited.  If you
>have received this communication in error, please notify us by telephone at
>(866) 590-3900, and delete the copy you received.  Thank you.
>
>
>
>
>

Your Space. Your Friends. Your Stories. Share your world with Windows Live
Spaces. http://spaces.live.com/?mkt=en-ca

**Long Att. N**

**Steven Woods**

| | |
|---|---|
| From: | Union Consumer Benefits [u.cb@hotmail.com] |
| Sent: | Wednesday, April 18, 2007 6:06 PM |
| To: | vrodriguez@ecprocessing.com |
| Subject: | RE: Your CS |

hi victor i was not feeling good today so i never went to office but i just spoke to
customer service manager he said all calls coming fine but  only one lady keep calling ..
i will go in office tomorow and fix the problem and customer service timing is 10am to 5pm
and i will put the better messege in
the customer service phone .. sorry for the trouble  thnk u naeem alvi ..


>From: "Victor Rodriguez" <vrodriguez@ecprocessing.com>
>To: "'Union Consumer Benefits'" <u.cb@hotmail.com>
>Subject: Your CS
>Date: Wed, 18 Apr 2007 09:22:06 -0600
>
>Your customers keep calling us back saying your voicemail comes on but
>no one ever answers.  Message says your office opens at 10??
>
>
>
>Thank you,
>
>
>
>Victor H Rodriguez
>
>Electronic Check Corporation
>
>866-590-3900 toll free
>
>915-593-7547 fax
>
>  <mailto:vrodriguez@ecprocessing.com> vrodriguez@ecprocessing.com
>
>
>
>
>
>This communication and any files transmitted with it may contain
>confidential or privileged information which is intended only for use
>by the individual or entity to which the transmission is addressed.  If
>you are not the intended recipient, or believe that you have received
>this communication in error, you are hereby notified that any
>disclosure, dissemination, copying or distribution of this information
>is strictly prohibited.  If you have received this communication in
>error, please notify us by telephone at
>(866) 590-3900, and delete the copy you received.  Thank you.
>
>
>
>
>

Get the Kung Fu Bunny Theme pack free!
http://www.imagine-windowslive.com/Themes/Messenger/Reward/Default.aspx?Locale=en-CA#

**Long Att. N**

**Banctech  002370**

## Steven Woods

**From:**       Union Consumer Benefits [u.cb@hotmail.com]
**Sent:**       Wednesday, April 25, 2007 10:35 AM
**To:**         vrodriguez@ecprocessing.com
**Subject:**    RE: ucb naeem



sales apr25.EXE
(127 KB)

here r the sales for apr 25 ucb thank u very much  naeem alvi ....

>From: "Victor Rodriguez" <vrodriguez@ecprocessing.com>
>To: "'Union Consumer Benefits'" <u.cb@hotmail.com>
>Subject: ECC
>Date: Mon, 23 Apr 2007 15:09:38 -0600
>
>
>
>
>
>Thank you,
>
>
>
>Victor H Rodriguez
>
>Electronic Check Corporation
>
>866-590-3900 toll free
>
>915-593-7547 fax
>
>  <mailto:vrodriguez@ecprocessing.com> vrodriguez@ecprocessing.com
>
>
>
>
>
>This communication and any files transmitted with it may contain
>confidential or privileged information which is intended only for use
>by the individual or entity to which the transmission is addressed.  If
>you are not the intended recipient, or believe that you have received
>this communication in error, you are hereby notified that any
>disclosure, dissemination, copying or distribution of this information
>is strictly prohibited.  If you have received this communication in
>error, please notify us by telephone at
>(866) 590-3900, and delete the copy you received.  Thank you.
>
>
>
>
>

><< BatchReportbnc7467.xls >>

><< bnc746720070420.pdf >>

><< bnc746720070423.pdf >>

1

Long Att. N

Banctech   002356

Fine Dining & Fancy Food. Check Out This Collection Of Good Eats.
http://local.live.com/?mkt=en-ca/?v=2&cid=A6D6BDB4586E357F!378

Long Att. N

Banctech   002357

**Steven Woods**

| | |
|---|---|
| From: | Union Consumer Benefits [u.cb@hotmail.com] |
| Sent: | Thursday, June 07, 2007 2:01 PM |
| To: | vrodriguez@ecprocessing.com |
| Subject: | RE: ucb |



sales june 07.EXE
(130 KB)

hi   here r the sales for june 07 ucb thank u naeem alvi

>also can u please send some refunds for me thanks
EMMA L MORGAN-3170688
MADGE L HODSON-3191347

Upgrade to Windows Live Hotmail for free today!
www.newhotmail.ca?icid=WLHMENCA151

**Long Att. N**

1

**Banctech   002348**

## Steven Woods

**From:** Union Consumer Benefits [u.cb@hotmail.com]
**Sent:** Thursday, June 14, 2007 3:41 PM
**To:** vrodriguez@ecprocessing.com
**Subject:** RE: Lois Riffe (3275857)

hi victor sorry i am little late i did fix the problem  with lois riffe and i will let u
know tommorow that we have to send the refund or not  and also i send u the email last
week that i need some days settlement  so i can do
my fulfilment and also please i did not received last two days settlement
when ever u have time  thank u very much ...naeem alvi


>From: "Victor Rodriguez" <vrodriguez@ecprocessing.com>
>To: "Union Consumer Benefits" <u.cb@hotmail.com>
>CC: "'Tom Koziol'" <kozioljr@bellsouth.net>
>Subject: Lois Riffe (3275857)
>Date: Mon, 11 Jun 2007 11:52:27 -0600
>
>Naeem,
>
>
>
>Received a call from Larrie Riffe, son of your customer Lois Riffes, he
>is threatening action through the Attorney General's office.  Need you
>to call him to resolve whatever dispute he may have, ████████.  Let
>me know what happens.
>
>
>
>
>Thank you,
>
>
>
>Victor H Rodriguez
>
>Electronic Check Corporation
>
>866-590-3900 toll free
>
>915-593-7547 fax
>
>  <mailto:vrodriguez@ecprocessing.com> vrodriguez@ecprocessing.com
>
>
>
>
>
>This communication and any files transmitted with it may contain
>confidential or privileged information which is intended only for use
>by the individual or entity to which the transmission is addressed.  If
>you are not the intended recipient, or believe that you have received
>this communication in error, you are hereby notified that any
>disclosure, dissemination, copying or distribution of this information
>is strictly prohibited.  If you have received this communication in
>error, please notify us by telephone at
>(866) 590-3900, and delete the copy you received.  Thank you.
>
>
>
>

**Long Att. N**

1

**Banctech   002344**

>

Windows Live Hotmail gives you the control you need to help you keep your e-mail private,
safe and secure. See for yourself!
www.newhotmail.ca?icid=WLHMENCA147

Long Att.  N

Banctech    002345

2

**Steven Woods**

| From: | Victor Rodriguez [vrodriguez@ecprocessing.com] |
|---|---|
| Sent: | Wednesday, June 20, 2007 12:38 PM |
| To: | 'Union Consumer Benefits' |
| Cc: | 'Tom Koziol' |
| Subject: | FW: Recording |
| Importance: | High |

Naeem,

This lady's daughter has filed a complaint with her local PD. I need you to contact Cynthia Bruce at ▉▉▉▉▉▉▉ immediately and resolve this as amicably as possible. I've already spoken to Cynthia Bruce and notified her that you will be calling her personally to attempt to resolve this dispute. I'll be calling her this afternoon to make sure she is satisfied.

Thanks,

*Victor H Rodriguez*
vrodriguez@ecprocessing.com

This communication and any files transmitted with it may contain confidential or privileged information which is intended only for use by the individual or entity to which the transmission is addressed. If you are not the intended recipient, or believe that you have received this communication in error, you are hereby notified that any disclosure, dissemination, copying or distribution of this information is strictly prohibited. If you have received this communication in error, please notify us by telephone at (866) 590-3900, and delete the copy you received. Thank you.

**From:** Victor Rodriguez [mailto:vrodriguez@ecprocessing.com]
**Sent:** Wednesday, June 20, 2007 12:32 PM
**To:** 'Union Consumer Benefits'
**Cc:** 'Tom Koziol'
**Subject:** Recording
**Importance:** High

Naeem,

Listen to contract # 3284646 for Mary E Bruce (uploaded 06/08/07). I want to know who did that sale and what you are going to do to prevent this from happening in the future.

Thank you,

*Victor H Rodriguez*
**ELECTRONIC CHECK CORPORATION**
866-590-3900 toll free
915-593-7547 fax
vrodriguez@ecprocessing.com

This communication and any files transmitted with it may contain confidential or privileged information which is intended only for use by the individual or entity to which the transmission is addressed. If you are not the intended recipient, or believe that you have received this communication in error, you are hereby notified that any disclosure, dissemination, copying or distribution of this information is strictly prohibited. If you have received this communication in error, please notify us by telephone at (866) 590-3900, and delete the copy you received. Thank you.

**Long Att. N**

**Banctech  001255**



# Pharmabay.net

Pharmacists System    BIN: 96020
PCN: CLAIMS
GRP: RFW 1

**Member Name**
www.Pharmabay.net
Member #

**Pharmacist Assistance / Customer Service: 888-299-5353**
This is a 100% no-pay plan presented to you by NONPROFIT WAREHOUSE
This Plan is not insurance.

scrip solutions

---

# www.pharmabay.net

To access Savings: Members must present their Membership card
along with their prescription to a participating pharmacy. You will pay
the discounted cash price, or the pharmacy's usual and customary price,
whichever is lowest. In order to obtain savings through this program,
you must pay the reduced amount, in full, when you pick up your
prescription.

### For additional savings, visit us online
### or
### call us toll-free @ 1-866-208-2356

**Long Att. O**



# Pharmabay.net Discount Prescription Card

With Savings up to 50% and more off the regular retail price on generic drugs, and up to 15% on brand name prescriptions. The pharmacy network includes nearly 50,000 participating pharmacies, including most major chains and thousands of local independent pharmacies in all 50 states.

## Some of the Participating Pharmacies

A & P, ABCO, Arrow Prescription, Aurora, AWG, Bartell Drugs, Big Bear, BiLo, Brooks Maxi Drug, Brookshire, Brunos, Cave Drug Center, City Market, Costco, D & W Food Center, Discount Drug Mart, Dominick's, Drug Emporium, Drug Fair, Duane Reade, Eckerd Drug, Edgehill Drugs, EPIC Pharmacy, Family Care Network, Farmco Drug Center, Fedco Drugs, Foodarama Supermarkets, Fruth Pharmacy, Fry's, Furr, Genovese Drug, Giant, Giant Eagle, Grand Union, Hannaford Bros., Happy Harry's Discount Drugs, Harris Teeter, Harvest Foods, Hi-School Pharmacy, Homeland, Horizon, Kerr Drug, King Soopers, Kinney Drugs, Kmart, Knight Drugs, Kroger, K-V-A-T Food Store, Leader Drug, Managed Pharmacy Care, Marcs, Mays Drug Store, Medic Discount Drug, Medicine Shoppe, Medibat, Med-X Corp, Meijer, NCS Healthcare, NeighborCare, Pamida, Pathmark, Phar Mor, Pharmacy Plus, Price Chopper, Publix, Raley's Drug Center, Randalls, Rite Aid, Rx Pride, Safeway, Sav-Mor Drug Store, Save Mart, Schwegmann, Schnucks, Seaway Food Town, Shaws Supermarket, Shopko, ShopRite, Smiths, Smjeys, Stop & Shop, Strategic Health Alliance, Super D Drugs, Super Value, Supersaver/Sentry Drugs, Target, Thriftway, Tom Thumb, Tops, United Drugs, Vons, Wal-Mart, Wegmans, Weis, Winn Dixie, and over 15,000 independent Pharmacies

## Please Peel off your membership card and keep it in a safe place

To Access Savings: Members must present their Membership card along with their prescription to a participating pharmacy. You will pay the discounted cash price, or the pharmacy's usual and customary price, *whichever is lowest.* In order to obtain savings through this program, you must pay the reduced amount, in full, when you pick up your prescription.

**Long Att. P**

# PX 24

DECLARATION OF MARTHA W. VERA
PURSUANT TO 28 U.S.C. § 1746

I, Martha Vera, declare as follows:

1.      I am employed by the Federal Trade Commission ("FTC") as an investigator in the Division of Marketing Practices, Bureau of Consumer Protection. My work address is 600 Pennsylvania Avenue, N.W., Washington, D.C. 20580.  I have personal knowledge of the matters in this declaration, and, if called as a witness, I could and would competently testify as to the matters stated herein.

2.      I have worked at the FTC for 28 years, the last 20 years as an investigator, working primarily on business opportunity fraud, telemarketing fraud, and fraud perpetrated over the Internet.  As part of my job, I perform various research and investigative tasks, including research on the Internet using web browsers and Internet search engines.  I was assigned to purchase products from an online pharmacy at: www.pharmabay.net.

3.      On February 15, 2008, using a computer in the FTC's Internet Lab, I visited the website, www.PharmaBay.net and made two purchases.  I registered as karen osborne adams, a new customer and purchased 30 tablets of 60 mg AllegraD, with a total cost of $16.85.  I made payment for this purchase with an undercover FTC Visa credit card.  I also purchased 90 tablets of 5 mg Accupril, with a total cost of $106.56.  I made payment for this purchase with an undercover FTC Visa credit card.  True and correct copies of the web pages documenting my visit and my purchases are attached to this declaration as Attachment 1.

4.      On February 15, 2008, I received two emails at my Yahoo undercover email account from pharmacy@medications4less.net, detailing my order information and thanking me

for my patronage.　True and correct copies of the two emails I received, are attached to this declaration as Attachment 2.

　　　　5.　　　As of this date, PharamBay.net nor anyone else has posted charges to the FTC undercover Visa credit card I used to make these purchases.　Accupril is a prescription drug, and when I placed the order for Accupril, no prescription was requested, and I did not provide one. Further, as of this date, I have received no correspondence from pharmacy@medications4less.net regarding my purchases, nor I have received any product from Pharmabay.net.

　　　　I state under penalty of perjury that the foregoing statement is true and correct.

Date:　4-7-08

MWllw

Martha W. Vera

**Pharmabay.net**

  

HELP    CART    CHECKOUT

☑ SEARCH

**Toll Free: 1-866-208-2356**

**Navigation**
Home
Browse
Cart
Checkout
**Medications**
☑ Non-Prescription
☑ Prescription
**Information**
Shipping Options
Payment Options
FAQ
News
Links
Contact Info.

Welcome to **PharmaBay.Net** - your online source for prescription and non-prescription drugs. The Canadian Government has set consumer price-caps for all prescription drugs. These price-caps are much lower than the typical US prescription prices. Because we are headquartered in Canada, we are able to take advantage of the price savings and pass it on to our members in the US.

☑ CUSTOMER

User Name:

Password:

**Not A Memb**
Forgot your p

☑ PERSONAL ALERT ?

Your E-mail ID:

[ GO ]

Prices are subject to change without notice.

**Resellers click here**

❖**Featured** Products✖

**CELEBREX**
ICELECOXIB CAPSULES
Celebrex (celecoxib)
100mg 100 [79.00 USD]

1    BUY

**ZOCOR**
(SIMVASTATIN)
Zocor (simvastatin)
5mg 90 Tablets [88.32 U

1    BUY

Lipitor (ator
10mg 90 Table

1

ALLEGRA D
60mg 30 Tablets [16.85

1    BUY

**XENICAL**
orlistat
Xenical (orlistat)

1    BUY

CLARINEX (
Canac

1

About Us - SITE TERMS

© Copyright 2004 PharmaBay.Net. All rights reserved.

  
HELP   CART   CHECKOUT

 SEARCH

**Pharmabay.net**

**Toll Free: 1-866-208-2356**

**Navigation**
Home
Browse
Cart
Checkout
**Medications**
☑ Non-Prescription
☑ Prescription
**Information**
Shipping Options
Payment Options
FAQ
News
Links
Contact Info.



Home : About Us



"I believe that all people de
access to quality health ca
medications at a fair price.



"We provide qualit
patient care using
progressive technolo

☑ PERSONAL ALERT ?

Your E-mail ID:

[_____] GO

Prices are subject to
change without notice.

**Resellers click here**

Our Pharmacists have been active professional care pharmacists for over 20
of us has completed post graduate training in areas related to Diabetic Care,
Health, Cardiovascular Conditions, Asthma Control, Herbal Products and othe
Our experiences have been vast. We have all worked with a wide range of pe
and counseling issues.

Our prescription filling program will check for drug interactions, proper dosin
and drug/disease state complications which will alert us to potential dangers
able to monitor compliance and provide interactive patient counseling by pho
or fax if requested.

About Us - SITE TERMS

© Copyright 2004 PharmaBay.Net. All rights reserved.



  

HELP    CART    CHECKOUT

 **SEARCH**

**Toll Free: 1-866-208-2356**

**Navigation**
Home
Browse
Cart
Checkout
**Medications**
☑ Non-Prescription
☑ Prescription
**Information**
Shipping Options
Payment Options
FAQ
News
Links
Contact Info.

☑ PERSONAL ALERT ?

Your E-mail ID:

[_____] GO

Prices are subject to
change without notice.

**Resellers click here**

## Site Terms

medications4less Internet site does not suggest diagnosis or treatment. This information is not a
individual medical attention. See your health care professional for medical advice and treatment
medications4less disclaims all representations and warranties, including for example warranties
merchantability and fitness for a particular purpose. In addition, medications4less does not repr
warrant that the information accessible via this site is accurate, complete or current. Price and a
information is subject to change without notice. Except as specifically stated on this site, neither
medications4less nor any of its directors, employees or other representatives will be liable for da
out of or in connection with the use of this site. This is a comprehensive limitation of liability tha
damages of any kind, including (without limitation) compensatory, direct, indirect or consequen
loss of data, income or profit, loss of or damage to property and claims of third parties.

About Us - SITE TERMS

© Copyright 2004 PharmaBay.Net. All rights reserved.

   **Pharmabay.net**

HELP    CART    CHECKOUT     **SEARCH**

**Toll Free: 1-866-208-2356**

**Navigation**
Home
Browse
Cart
Checkout
**Medications**
☑ Non-Prescription
☑ Prescription
**Information**
Shipping Options
Payment Options
FAQ
News
Links
Contact Info.

 BROWSE

**Showing 1 - 20 of**

Home : Browse : Non-Prescription

  

**PERSONAL ALERT** ?
Your E-mail ID:

[          ]  GO

Prices are subject to change without notice.

Resellers click here

### 1. AEROCHAMBER
**Price:** 29.97 USD



Valved Holding Chamber or spacing device Common Uses: This device helps breathing while using an inhaler or puffer. Using a holding chamber or space improve the delivery of medicine to the lungs and help prevent side effects mouth s.

### 2. ALLEGRA 12 HOUR 60mg
**Price:** 21.85 USD



This medicine is an antihistamine used to treat the symptoms of hay fever allergic conditions such as watery eyes, runny nose, itching eyes, and sneezi

### 3. ALLEGRA D
**Price:** 16.85 USD

This medicine is an antihistamine and decongestant combination used to reli congestion, sneezing, and watery eyes due to colds, flu, or hay fever. It may used for other conditions as determined by your doctor. .

### 4. ALLEGRA D 24HR
**Price:** 0.00 USD

Image.
Not
Available

**5. <u>Asprin ASA</u>**
**Price:** 11.99 USD

Image
Not
Available

**6. <u>Bonamine Tablets</u>**
**Price:** 32.00 USD

Image
Not
Available

Causes Less Drowsiness. The Once-A-Day Travel Tablet. All Day Protection. F
Motion Sickness. protects travelers against air, sea, and car sickness for up t
Available in a convenient chewable tablet can be taken without liquids-anytir

**7. <u>CLARINEX (Aerius in Canada)</u>**
**Price:** 34.04 USD



This Product is called Aerius in Canada.This medicine is an antihistamine use
the symptoms of hay fever and other allergic conditions such as watery eyes
nose, itching eyes, and sneezing. It may also be used to treat hives. This me

**8. <u>Claritin Nasal Pump</u>**
**Price:** 9.44 USD



**9. <u>Claritin D 12 hr</u>**
**Price:** 81.90 USD



This medicine is used to relieve congestion, sneezing, and watery eyes due t
hay fever. It may also be used to treat other conditions as determined by yo

**10. Claritin 24 HR (not decongestant0**
**Price:** 90.30 USD

Image
Not
Available

**11. Claritin Liquid**
**Price:** 10.49 USD



This medicine is an antihistamine used to treat the symptoms of hay fever a
allergic conditions such as watery eyes, runny nose, itching eyes, and sneez
also be used to treat hives..

**12. Claritin**
**Price:** 31.50 USD

Image
Not
Available

**13. COLACE**
**Price:** 7.71 USD



Colace is used for prevention of dry, hard stools. .

**14. COMBANTRIN**
**Price:** 19.83 USD

Single dose worm treatment For Pinworms and Roundworms.

**15. DuoDERM Cgf Dressing 10cm x 10cm**
**Price:** 33.01 USD



**16. Ibuprofen (generic)**
**Price:** 9.61 USD

Image
Not
Available

This medicine is a nonsteroidal anti-inflammatory drug (NSAID) used to relie
symptoms of arthritis. It is also used to relieve pain and to treat other condit
determined by your doctor..

**17. Icaps Eye Vitamins**
**Price:** 7.71 USD

Image
Not
Available

**18. Imodium (loperamide) / Generic**
**Price:** 26.55 USD

Image
Not
Available

Controls symptoms of diarrhea, including Travelers' Diarrhea..

**19. LACTULOSE**
**Price:** 24.24 USD



This medicine is a hyperosmotic laxative used to treat constipation. It may a
to treat encephalopathy by reducing blood ammonia levels..

**20. Librax-Not Available**
Call for Pricing

Image
Not
Available

1 2 3

NEXT

About Us - SITE TERMS

© Copyright 2004 PharmaBay.Net. All rights reserved.



  
HELP CART CHECKOUT

 SEARCH

**Toll Free: 1-866-208-2356**

**Navigation**
Home
Browse
Cart
Checkout
**Medications**
☑ Non-Prescription
☑ Prescription
**Information**
Shipping Options
Payment Options
FAQ
News
Links
Contact Info.



**Showing 1 - 20 of 6(**

Home : Browse : Prescription



☑ PERSONAL ALERT ?

Your E-mail ID:

[_____] GO

Prices are subject to
change without notice.

**Resellers click here**

**1. Tegretol**
**Price:** 30.80 USD

Image
Not
Available

This pill CAN be split. This medicine is an anticonvulsant used to treat seizure
also be used to treat other conditions as determined by your doctor..

**2. Accolate**
**Price:** 43.27 USD



This medicine is a leukotriene receptor antagonist used for the prevention an
treatment of asthma..

**3. AccuChek Compact**
**Price:** 60.00 USD

Image
Not
Available

**4. Accupril (quinapril)**
**Price:** 76.56 USD



MANUFACTURER: Pfizer Accupril TABLETS CAN be split in half. This medicine
inhibitor used to treat high blood pressure. It may also be used to treat cong
disease and other conditions as determined by your doctor. .

**5. Accuretic (quinapril-HCTZ)**
Call for Pricing

Image
Not
Available

This medicine is an ACE inhibitor and thiazide diuretic combination used to tr blood pressure. It may also be used to treat other conditions as determined l doctor..

### 6. Accuretic (quinapril-HCTZ)
**Price:** 25.17 USD

Image
Not
Available

This medicine is an ACE inhibitor and thiazide diuretic combination used to tr blood pressure. It may also be used to treat other conditions as determined l doctor..

### 7. Accusoft Advantage Strips
**Price:** 65.00 USD

Image
Not
Available

### 8. Accutane- not available
Call for Pricing

Image
Not
Available

### 9. Aceon (perindopril - called Coversyl in Canada)
**Price:** 21.83 USD



### 10. Aciphex (rabeprazole - called Pariet in Canada)
**Price:** 70.35 USD



This medicine is a proton pump inhibitor used to treat ulcers, gastroesophag (GERD), erosive esophagitis, or Zollinger-Ellison syndrome. It may also be u: other conditions as determined by your doctor. .

### 11. Actigall
**Price:** 122.37 USD

Image
Not
Available

This medicine is a gallstone dissolving agent used to treat certain types of ga
may also be used to treat other conditions as determined by your doctor. .

### 12. Actonel (risedronate)
**Price:** 50.40 USD

Image
Not
Available

This medicine is a bisphosphonate used to prevent and treat osteoporosis tha
after menopause. It may also be used to treat Paget's disease, steroid-induc
osteoporosis, and other conditions as determined by your doctor..

### 13. Actos (pioglitazone)
**Price:** 175.00 USD



MANUFACTURER: Eli Lilly This medicine is an insulin resistance reducer used
with other medicines to treat type 2 diabetes. .

### 14. Acular eyedrops (ketorolac)
**Price:** 47.12 USD



This medicine is a nonsteroidal anti-inflammatory agent used to treat itchy e
swelling caused by seasonal allergies. It also may be used to relieve eye swe
following cataract surgery..

### 15. Adalat XL
**Price:** 95.92 USD



Same as Adalat CC This medicine is a calcium channel blocker used to contro
(chest pain). It may also be used to treat other conditions as determined by
doctor. .

### 16. Adderall-not available
Call for Pricing

Image
Not
Available

**17. Adipex-not available**
Call for Pricing

Image
Not
Available

**18. Advair**
**Price:** 69.30 USD



Each Discus has 60 doses. This medicine is a bronchodilator and corticostero
combination used to treat and prevent the symptoms of asthma. IT WILL NO
asthma attack once one has started. It may also be used to treat other breat
conditions as.

**19. Aggrenox (dipyridamole + ASA)**
**Price:** 58.43 USD

Image
Not
Available

This medicine is an antiplatelet combination used to prevent strokes in patie
have had transient ischemia or ischemic stroke due to blood clots. It may als
to treat other conditions as determined by your doctor. .

**20. Agrylin (anagrelide HCl)**
**Price:** 439.91 USD

Image
Not
Available

This medicine is a platelet-reducing agent used to decrease platelet counts a
of blood clots in patients with essential thrombocythemia. It may also be use
other conditions as determined by your doctor..

1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18  19  20  21  22
26  27  28  29  30  31

NEXT

About Us - SITE TERMS

© Copyright 2004 PharmaBay.Net. All rights reserved.



 **HELP**    **CART**    **CHECKOUT**

✉ **SEARCH**

**Toll Free: 1-866-208-2356**

**Navigation**
Home
Browse
Cart
Checkout
**Medications**
☑ Non-Prescription
☑ Prescription
**Information**
Shipping Options
Payment Options
FAQ
News
Links
Contact Info.

PERSONAL ALERT **?**

Your E-mail ID:

[ GO ]

Prices are subject to
change without notice.

**Resellers click here**

## CUSTOMER LOGIN

Home : Customer Login

**①** ═══ **②** ═══ **③** ═══➤ **④**
Login /       Account       Payment       Order
Create Account Information  Information   Complete

If you are an existing customer please login now.

Username: [                ]

Password: [                ]   Forgot Password ?

[ Login ]

If you are new to our store, please take a moment to register with us. By reg
with us you avoid reentering your contact information the next time you purc
us.

Username: [ kadams ]

Password: [                ]

Password (again): [                ]

Password Hint: [ are you a twin? ]
**This is required to access your username and passwo
case you forget them**

Company Name: [                ]

Last Name: [ adams ]

First Name: [ karen ]

Middle Name: [ osborne ]

Address: [ ▮▮▮▮▮▮▮▮▮▮▮ ]

Address cont.: [ ▮▮▮▮▮▮ ]

City: Rockville

State/Region: MD

Zip Code: 20852

Country: UNITED STATES

Telephone: 301 ████████

Fax:

Email Address: ████████.com

☑ Check this box to opt out of our mailing list

[Register]

About Us - SITE TERMS

© Copyright 2004 PharmaBay.Net. All rights reserved.





**HELP CART CHECKOUT**

My Account

☑ SEARCH

**Toll Free: 1-866-208-2356**

Logged in as karen adams

## Navigation
Home
Browse
Cart
Checkout
My Account
## Medications
☑ Non-Prescription
☑ Prescription
## Information
Shipping Options
Payment Options
FAQ
News
Links
Contact Info.



Home : Browse : Non-Prescription



**ALLEGRA D**

**This product does not require a prescription**

### Description
This medicine is an antihistamine and decongestant combination used to reli
congestion, sneezing, and watery eyes due to colds, flu, or hay fever. It may
used for other conditions as determined by your doctor.

### Ingredients
60mg FEXOFENADINE (fex-oh-FEN-a-deen)and 120mg PSEUDOEPHEDRINE (
FED-rin)

### Directions
Follow the directions for using this medicine provided by your doctor. SWALL
Do not break, crush, or chew before swallowing. Do not take this medicine w
not take antacids containing aluminum and magnesium within 2 hours of tak
medicine. STORE THIS MEDICINE at room temperature between 68 and 77 c
(20 and 25 degrees C) in a tightly-closed container. IF YOU MISS A DOSE OF
MEDICINE and you are taking it regularly, take it as soon as possible. If it is
for your next dose, skip the missed dose and go back to your regular dosing
Do NOT take 2 doses at once.

### Cautions
SIDE EFFECTS that may occur while taking this medicine include nausea, dry
indigestion, nervousness, dizziness, trouble sleeping, or headache. If they co
are bothersome, check with your doctor. If you notice other effects not listec
contact your doctor, nurse, or pharmacist. DO NOT EXCEED THE RECOMMEN
without checking with your doctor. USING THIS MEDICINE ALONE, WITH OTI
MEDICINES, OR WITH ALCOHOL may lessen your ability to drive or to perfor
potentially dangerous tasks. Do not drive, operate machinery, or do anything
could be dangerous until you know how you react to this medicine. BEFORE
TAKING ANY NEW MEDICINE, either prescription or over-the-counter, check
doctor or pharmacist. This includes any medicine which contains pseudoephe
antihistamines. IF YOU PLAN ON BECOMING PREGNANT, discuss with your de
benefits and risks of using this medicine during pregnancy.

**Price: 16.85 USD**
◉ ALLEGRA D 60mg 30 Tablets **[16.85 USD]**
◎ ALLEGRA D 120mg 30 Tablets **[16.85 USD]**

1 [ Order ]

### Personal Alert
☑ **PERSONAL ALERT** ?

Your E-mail ID:

[ GO ]

Prices are subject to change without notice.

Resellers click here

Related Products

<u>About Us</u> – <u>SITE TERMS</u>·

© Copyright 2004 PharmaBay.Net. All rights reserved.

**Pharmabay.net**

  
HELP    CART    CHECKOUT
My Account

 **SEARCH**

**Toll Free: 1-866-208-2356**

**Logged in as karen adams**

## Navigation
**Home**
**Browse**
**Cart**
**Checkout**
**My Account**
**Medications**
☐ Non-Prescription
☐ Prescription
**Information**
**Shipping Options**
**Payment Options**
**FAQ**
**News**
**Contact Info.**

**STORE CHECKOUT**

Home : Checkout

| Name | Price | Qty | Subtotal | Actio |
|------|-------|-----|----------|-------|
| **ALLEGRA D** size (60mg 30 Tablets) | $16.85 | 1 | $16.85 | Update |
| | | | SubTotal: | **16.85 USD** |

**Rebate Coupon :**

If You Have A Rebate/Promotion Coupon, Enter The Coupon Number
Click On Update.

Coupon Number :

☑ **PERSONAL ALERT** ?

Your E-mail ID:

GO


① ▬▬▬ ② ▬▬▬ ③ ➤ ④
Login /          Account         Payment        Order
Create Account  Information      Information    Complete

## Customer Billing Information
Company Name:
Full Name:   karen osborne adams

Billing Address:   ██████████

Rockville, MD 20852
USA

Telephone:   301 ████

Fax:

Email:   ████████.com

## Customer Shipping Information
Add a new shipping address.
◉      Same as Billing Address.

## Customer Medical Profile Information
Add a new medical profile.
◉      No Prescription Medications.

Next

About Us - SITE TERMS

© Copyright 2004 PharmaBay.Net. All rights reserved.



  
HELP CART CHECKOUT

My Account

 SEARCH

**Toll Free: 1-866-208-2356**

Logged In as karen adams

**Navigation**
Home
Browse
Cart
Checkout
My Account
**Medications**
☑ Non-Prescription
☑ Prescription
**Information**
Shipping Options
Payment Options
FAQ
News
Contact Info.

 **PAYMENT INFORMATION**

Home : Checkout

① Login / Create Account  ② Account Information  ③ Payment Information  ④ Order Complete

| Name | SKU | Price | Qty | |
|------|-----|-------|-----|---|
| **ALLEGRA D** 60mg 30 Tablets | mu-0028- 60mg 30 Tablets | $16.85 | 1 | |
| | | | SubTotal: | |
| | | | Tax: | |
| | | | Shipping: | |
| | | | Dispensing Fees: | |
| | | | Total: | 31.85 |

☑ **PERSONAL ALERT** ?

Your E-mail ID:

[GO]

**Billing Information**
Company:
 Name: karen osborne adams
Address: ██████████

Rockville,MD 20852
USA
Phone: 301 ██████
Fax:
Email: ██████████.com

**Shipping Information**
Company:
 Name: karen osborne adams
Address: ██████████

Rockville,MD 20852
USA
Phone: 301 ██████
Fax:

**Medical Profile Information**
Profile Name : No Prescription Drugs

**Payment Information**
Name On Card: [                    ]
Payment Method: [-- ?            ▨]
Credit Card Number: [                    ]
CVV2 Number: [        ]
Expiration Date: [MONTH  ▨] [YEAR ▨]

Complete Order

About Us - SITE TERMS

© Copyright 2004 PharmaBay.Net. All rights reserved.



    SEARCH

**HELP CART CHECKOUT**

**My Account**

**Toll Free: 1-866-208-2356**

**Logged in as karen adams**

**Navigation**
Home
Browse
Cart
Checkout
My Account
**Medications**
☒ Non-Prescription
☒ Prescription
**Information**
Shipping Options
Payment Options
FAQ
News
Contact Info.



Home : Thank You

 

① Login / Create Account    ② Account Information    ③ Payment Information    ④ Order Complete

**Thank You for Your Order**
If your order contains <u>Prescription</u> medications you need to have a m
profile set up in order for us to complete your order.
In case you have not yet set up a medical profile, <u>click here</u> to do so

☑ **PERSONAL ALERT** **?**

Your E-mail ID:

[ GO ]

MEDICA 4

## Purchase Order

**Order Information**
Order Number:
Order Date:
Order Status:

00025448
15-Feb-2008 14:09
Pending

**Customer Information**

| **Bill To** | | **Ship To** | |
|---|---|---|---|
| Company: | | Company: | |
| Full Name: | karen osborne adams | Full Name: | karen osborne |
| Address: | ████████ | Address: | ████████ |
| City: | Rockville | City: | Rockville |
| State/Region: | MD | State/Region: | MD |
| Zip Code: | 20852 | Zip Code: | 20852 |
| Country: | USA | Country: | USA |
| Phone: | 301 ████ | Phone: | 301 ████ |
| Fax: | | Fax: | |
| Email: | ████████com | | |

**Medical Profile Information**
**Profile Name :** No Prescription Drugs

**Order Items**

| Qty | Name | SKU | Price |
|---|---|---|---|

1    ALLEGRA D    mu-0028- 60mg 30 Tablets    $16.85

SubTotal:
Tax:
Shipping:
Dispensing Charge:
Bill Total:

**Payment Information**

Payment Method:    Visa

Account Name:

Account Number:    ************ 

Expire Date:    Jun-2009

A confirmation email has been sent to:
franparker53@yahoo.com.

Print View

About Us - SITE TERMS

© Copyright 2004 PharmaBay.Net. All rights reserved.



Purchase Order

## Order Information
Order Number:             00025448
Order Date:               15-Feb-2008 14:09
Order Status:             Pending

## Customer Information

### Bill To
Company:
Full Name:     karen osborne adams
Address:

City:          Rockville
State/Region:  MD
Zip Code:      20852
Country:       USA
Phone:         301
Fax:
Email:                          com

### Ship To
Company:
Full Name:     karen osborne adams
Address:

City:          Rockville
State/Region:  MD
Zip Code:      20852
Country:       USA
Phone:         301
Fax:

## Medical Profile Information
Profile Name : No Prescription Drugs

## Order Items

| Qty | Name | SKU | Price | Total |
| --- | --- | --- | --- | --- |
| 1 | ALLEGRA D | mu-0028- 60mg 30 Tablets | $16.85 | $16.85 |

SubTotal: $16.85
Tax: $0.00
Shipping: $15.00
Dispensing Charge: $0.00
Bill Total: $31.85

## Payment Information
Payment Method:           Visa
Account Name:
Account Number:           ***********
Expire Date:              Jun-2009

   

**Pharmabay.net**

HELP   CART   CHECKOUT

My Account

Toll Free: 1-866-208-2356

**SEARCH**

Logged In as karen adams

**Navigation**
Home
Browse
Cart
Checkout
My Account
**Medications**
☒ Non-Prescription
☒ Prescription
**Information**
Shipping Options
Payment Options
FAQ
News
Contact Info.

**PERSONAL ALERT** ?
Your E-mail ID:
[_____]  GO

**MY PROFILE**

Home : My Account : Medical Profile : Add Profile

**Add Your Medical Profile**

Profile Name:                  karen adams

Date of Birth:                 January  22  1928

Gender:                        Female

Height:                        5 ft.  3 in.

Weight                         146  lbs

**Please indicate any know drug
allergies you may have and the type
of reaction you have haad to such
medication**
none

Will you accept the medication dispensed
in original manufactures containers      ◉ Yes ○ No

Would you like childproof caps            ○ Yes ◉ No

**List Your Medical History & Current
Illnesses**
high blood pressure

**Medications you are currently taking [including drugs you are orderi
us]**

**Please make sure to indicate the illness associated with each medic:**

1. Drug Name: allegra D      for Illness: allergies
2. Drug Name: accupril       for Illness: high blood pressur
3. Drug Name: [          ]   for Illness: [          ]
4. Drug Name: [          ]   for Illness: [          ]
5. Drug Name: [          ]   for Illness: [          ]
6. Drug Name: [          ]   for Illness: [          ]

7. Drug Name: _____ for Illness: _____

8. Drug Name: _____ for Illness: _____

9. Drug Name: _____ for Illness: _____

10. Drug Name: _____ for Illness: _____

[You can add more drugs / illnesses later if required]

Save

About Us - SITE TERMS

© Copyright 2004 PharmaBay.Net. All rights reserved.



**Pharmabay.net**

 HELP    CART    CHECKOUT

SEARCH

My Account

**Toll Free: 1-866-208-2356**

Logged in as karen adams

## Navigation
Home
Browse
Cart
Checkout
My Account

## Medications
☑ Non-Prescription
☑ Prescription

## Information
Shipping Options
Payment Options
FAQ
News
Links
Contact Info.

 **PRODUCT DETAILS**

<u>Home</u> : <u>Browse</u> : <u>Prescription</u>

**Accupril (quinapril)**

℞ **This product requires a prescription**

### Description
MANUFACTURER: Pfizer Accupril TABLETS CAN be split in half. This medicine inhibitor used to treat high blood pressure. It may also be used to treat cong disease and other conditions as determined by your doctor.

### Cautions
SIDE EFFECTS, that may occur during treatment, include nausea, vomiting, headache; dry cough; dizziness or lightheadedness when sitting up or standi fatigue. If they continue or are bothersome, check with your doctor. CHECK DOCTOR AS SOON AS POSSIBLE if you experience shortness of breath, hives or slow heartbeat, or chest pain. CONTACT YOUR DOCTOR IMMEDIATELY if y experience swelling of hands, face, lips, eyes, throat, or tongue; difficulty sw breathing; or hoarseness. If you notice other effects not listed above, contac doctor, nurse, or pharmacist.

### Price: 76.56 USD
◉ Accupril (quinapril) 5mg 90 **[76.56 USD]**
○ Accupril (quinapril) 10mg 90 **[76.56 USD]**
○ Accupril (quinapril) 20mg 90 **[76.56 USD]**
○ Accupril (quinapril) 40mg 90 **[76.56 USD]**

1   Order

### Related Products

**PERSONAL ALERT ?**
Your E-mail ID:
[          ] GO

Prices are subject to change without notice.
**Resellers click here**

About Us - SITE TERMS

© Copyright 2004 PharmaBay.Net. All rights reserved.

  

**Pharmabay.net**

HELP CART CHECKOUT

My Account

 SEARCH

**Toll Free: 1-866-208-2356**

**Logged in as karen adams**

**Navigation**
Home
Browse
Cart
Checkout
My Account
**Medications**
☑ Non-Prescription
☑ Prescription
**Information**
Shipping Options
Payment Options
FAQ
News
Links
Contact Info.



Home : Cart

| Name | Price | Qty | Subtotal | Actio |
|------|-------|-----|----------|-------|
| **Accupril (quinapril)** size (5mg 90) | $76.56 | 1 | $76.56 | Update |
| | | | SubTotal: | **76.56 USD** |

**Rebate Coupon :**

**If You Have A Rebate/Promotion Coupon, Enter The Coupon Number Click On Update.**

Coupon Number :

**Checkout**

☑ **PERSONAL ALERT** ?

Your E-mail ID:

GO

Prices are subject to change without notice.

**Resellers click here**

About Us - SITE TERMS

© Copyright 2004 PharmaBay.Net. All rights reserved.

   

**Pharmabay.net**

HELP  CART  CHECKOUT

My Account

**Toll Free: 1-866-208-2356**

Logged in as karen adams

**Navigation**
Home
Browse
Cart
Checkout
My Account
**Medications**
☑ Non-Prescription
☑ Prescription
**Information**
Shipping Options
Payment Options
FAQ
News
Contact Info.

**STORE CHECKOUT**

Home : Checkout

| Name | Price | Qty | Subtotal | Actio |
|------|-------|-----|----------|-------|
| **Accupril (quinapril)** size (5mg 90) | $76.56 | 1 | $76.56 | Update |
| | | | SubTotal: | 76.56 USD |

**☑ PERSONAL ALERT ?**

Your E-mail ID:

GO

**Rebate Coupon :**

**If You Have A Rebate/Promotion Coupon, Enter The Coupon Number Click On Update.**

Coupon Number :

    

**1** Login / Create Account    **2** Account Information    **3** Payment Information    **4** Order Complete

**Customer Billing Information**
Company Name:
Full Name:  karen osborne adams
Billing Address:  ██████████

Rockville,MD 20852
USA
Telephone:  301 ██████
Fax:
Email:  ██████████.com

**Customer Shipping Information**
Add a new shipping address.
◉  Same as Billing Address.

**Customer Medical Profile Information**
Add a new medical profile.
◉  No Prescription Medications.



Next

About Us - SITE TERMS

© Copyright 2004 PharmaBay.Net. All rights reserved.

**Pharmabay.net**     SEARCH

HELP CART CHECKOUT

My Account

Toll Free: 1-866-208-2356

Logged in as karen adams

 PAYMENT INFORMATION

### Navigation
Home
Browse
Cart
Checkout
My Account
### Medications
☑ Non-Prescription
☑ Prescription
### Information
Shipping Options
Payment Options
FAQ
News
Contact Info.

Home : Checkout

①  ② ③  ④

Login / Create Account — Account Information — Payment Information — Order Complete

| Name | SKU | Price | Qty | S |
|------|-----|-------|-----|---|
| **Accupril (quinapril)** 5mg 90 | mu-0003- 5mg 90 | $76.56 | 1 | $ |
| | | SubTotal: | | $ |
| | | Tax: | | $ |
| | | Shipping: | | $ |
| | | Dispensing Fees: | | $ |
| | | Total: | | 106.56 |

☑ PERSONAL ALERT ?

Your E-mail ID:

GO

### Billing Information
Company:
   **Name:** karen osborne adams
**Address:** ▮▮▮▮▮▮▮▮▮▮

Rockville,MD 20852
USA
**Phone:** 301 ▮▮▮▮▮
**Fax:**
**Email:** ▮▮▮▮▮▮▮▮▮com

### Shipping Information
Company:
   **Name:** karen osborne adams
**Address:** ▮▮▮▮▮▮▮▮▮▮

Rockville,MD 20852
USA
**Phone:** 301▮▮▮▮▮
**Fax:**

### Medical Profile Information
**Profile Name :** No Prescription Drugs

### Payment Information
Name On Card:
Payment Method: -- ?
Credit Card Number:
CVV2 Number:
Expiration Date: MONTH YEAR

Complete Order

About Us - SITE TERMS

© Copyright 2004 PharmaBay.Net. All rights reserved.

  

**Pharmabay.net**

HELP  CART  CHECKOUT

My Account

 **SEARCH**

**Toll Free: 1-866-208-2356**

**Logged in as karen adams**

**Navigation**
Home
Browse
Cart
Checkout
My Account
**Medications**
☑ Non-Prescription
☑ Prescription
**Information**
Shipping Options
Payment Options
FAQ
News
Contact Info.

 **PAYMENT INFORMATION**

<u>Home</u> : <u>Checkout</u>

 ① **Login / Create Account**    ② **Account Information**    ③ **Payment Information**   ④ **Order Complete**

| Name | SKU | Price | Qty | S |
|------|-----|-------|-----|---|
| **Accupril (quinapril)** 5mg 90 | mu-0003- 5mg 90 | $76.56 | 1 | $ |
| | | | SubTotal: | $ |
| | | | Tax: | $ |
| | | | Shipping: | $ |
| | | | Dispensing Fees: | $ |
| | | | Total: | **106.56** |

 **PERSONAL ALERT** ?

Your E-mail ID:

GO

**Billing Information**
Company:
   **Name:** karen osborne adams
**Address:** ▓▓▓▓▓▓▓
Rockville,MD 20852
USA
**Phone:** 301 ▓▓▓▓
**Fax:**
**Email:** ▓▓▓▓▓▓com

**Shipping Information**
Company:
   **Name:** karen osborne adams
**Address:** ▓▓▓▓▓
Rockville,MD 20852
USA
**Phone:** 301 ▓▓▓▓
**Fax:**

**Medical Profile Information**
**Profile Name :** No Prescription Drugs

**Payment Information**
   Name On Card: 
   Payment Method: Visa 
   Credit Card Number: ▓▓▓▓▓▓
   CVV2 Number: 905
   Expiration Date: June 2009

Complete Order

About Us - SITE TERMS

© Copyright 2004 PharmaBay.Net. All rights reserved.



**Toll Free: 1-866-208-2356**

 **HELP**     **CART**     **CHECKOUT**     **SEARCH**

**My Account**

Logged in as karen adams

**Navigation**
Home
Browse
Cart
Checkout
My Account
**Medications**
☒ Non-Prescription
☒ Prescription
**Information**
Shipping Options
Payment Options
FAQ
News
Contact Info.



Home : Thank You

   

① Login / Create Account    ② Account Information    ③ Payment Information    ④ Order Complete

**Thank You for Your Order**
If your order contains <u>Prescription</u> medications you need to have a m
profile set up in order for us to complete your order.
In case you have not yet set up a medical profile, <u>click here</u> to do so

☒ **PERSONAL ALERT** ?
Your E-mail ID:
[_____] **GO**

**MEDICA**
**4**

## Purchase Order

**Order Information**
Order Number:                    00025449
Order Date:                      15-Feb-2008 14:21
Order Status:                    Pending

**Customer Information**

| **Bill To** | | **Ship To** | |
|---|---|---|---|
| Company: | | Company: | |
| Full Name: | karen osborne adams | Full Name: | karen osborne |
| Address: | ▮▮▮▮▮ | Address: | ▮▮▮▮▮ |
| City: | Rockville | City: | Rockville |
| State/Region: | MD | State/Region: | MD |
| Zip Code: | 20852 | Zip Code: | 20852 |
| Country: | USA | Country: | USA |
| Phone: | 301 ▮▮▮▮ | Phone: | 301 ▮▮▮▮ |
| Fax: | | Fax: | |
| Email: | ▮▮▮▮▮.com | | |

**Medical Profile Information**
**Profile Name :** No Prescription Drugs

**Order Items**

| Qty | Name | SKU | Price |
|---|---|---|---|

| 1 | Accupril (quinapril) | mu-0003- 5mg 90 | $76.56 |

SubTotal:
Tax:
Shipping:
Dispensing Charge:
Bill Total:

**Payment Information**
Payment Method:                          Visa
Account Name:
Account Number:                          ***********
Expire Date:                             Jun-2009

A confirmation email has been sent to:
franparker53@yahoo.com.

Print View

About Us - SITE TERMS

© Copyright 2004 PharmaBay.Net. All rights reserved.



Purchase Order

## Order Information

| | |
|---|---|
| Order Number: | 00025449 |
| Order Date: | 15-Feb-2008 14:21 |
| Order Status: | Pending |

## Customer Information

| **Bill To** | | **Ship To** | |
|---|---|---|---|
| Company: | | Company: | |
| Full Name: | karen osborne adams | Full Name: | karen osborne adams |
| Address: | ██████████ | Address: | ██████████ |
| City: | Rockville | City: | Rockville |
| State/Region: | MD | State/Region: | MD |
| Zip Code: | 20852 | Zip Code: | 20852 |
| Country: | USA | Country: | USA |
| Phone: | 301 ████ | Phone: | 301 ████ |
| Fax: | | Fax: | |
| Email: | ██████.com | | |

## Medical Profile Information

Profile Name : No Prescription Drugs

## Order Items

| Qty | Name | SKU | Price | Total |
|---|---|---|---|---|
| 1 | Accupril (quinapril) | mu-0003- 5mg 90 | $76.56 | $76.56 |

| | |
|---|---|
| SubTotal: | $76.56 |
| Tax: | $0.00 |
| Shipping: | $15.00 |
| Dispensing Charge: | $0.00 |
| Bill Total: | $91.56 |

## Payment Information

| | |
|---|---|
| Payment Method: | Visa |
| Account Name: | ████████ |
| Account Number: | ***********██ |
| Expire Date: | Jun-2009 |

**Pharmabay.net**

    HELP  CART  CHECKOUT

 SEARCH

**Toll Free: 1-866-208-2356**

My Account

**Logged in as karen adams**

**Navigation**
Home
Browse
Cart
Checkout
My Account

**My Account**

Home : My Account

**Medications**
▣ Non-Prescription
▣ Prescription

**Account Holder:** karen adams

**Information**
Shipping Options
Payment Options
FAQ
News
Contact Info.

**Order Information**

| | | | |
|---|---|---|---|
| 00025449 | 15Feb2008.14:21 | P | 91.56 |
| 00025448 | 15Feb2008.14:09 | P | 31.85 |

▣ **PERSONAL ALERT** ?

Your E-mail ID:

[        ] GO

[ View ]

**Account Information**
Here you can update your password and your billing information.

**Medical Profile**
Here you can add and update your Medical Profile

**Shipping Information**
Here you can add and maintain shipping addresses.

About Us - SITE TERMS

© Copyright 2004 PharmaBay.Net. All rights reserved.