AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

FEDERAL TRADE COMMISSION

V.

6554962 CANADA INC., et al.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE

08CV2309
JUDGE ASPEN
MAG. JUDGE ASHMAN

TO: (Name and address of Defendant)

6554962 Canada Inc.
7080 Cote-Des Neiges
Montreal, Quebec, Canada
H3R 2L9

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Guy G. Ward
Staff Attorney
Federal Trade Commission
55 W. Monroe Street, Suite 1825
Chicago, Illinois 60603

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

JANNETTE MINEZ

(By) DEPUTY CLERK

APR 2 3 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE April 28, 2008 at 4h20 pm. |
| NAME OF SERVER (PRINT) Michel Lachapelle | TITLE Bailiff |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 425 St-Helene Street, Suite 102 (left with Naeem Alvi - officer of the company) in Montreal

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ____

☐ Returned unexecuted: ____

FILED
J.N APR 3 0 2008
Apr 30, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

☐ Other (specify): SEE ATTACHED RIDER

STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 2 Km | | |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 29th April 2008
          Date          Signature of Server

          Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

*FTC v. 6554962 Canada Inc., et al.*, **Case No. 08 C 2309**
(U.S. District Court, N.D. Illinois) (Aspen, J.)

## Rider to Summons: List of Documents Served on Defendant

1. Summons

2. Complaint for Permanent Injunction and Other Equitable Relief

3. Translated Complaint

4. Civil Cover Sheet

5. FTC Appearance Form

6. Letter to Clerk Requesting Sealing of the File under Local Rule 5.7(a)

7. FTC's *Ex Parte* Application to File Papers Under Seal

8. [Proposed] Order Temporarily Sealing File

9. Order Temporarily Sealing File, entered by the Court on April 24, 2008.

10. FTC's *Ex Parte* Motion for a Temporary Restraining Order with Asset Freeze, Other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue

11. Declaration in Support of *Ex Parte* Motion for Temporary Restraining Order and Application to File Papers Under Seal

12. FTC's Memorandum in Support of its *Ex Parte* Motion for a Temporary Restraining Order with Asset Freeze, Other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue

13. FTC's Exhibits in Support of its *Ex Parte* Motion for a Temporary Restraining Order with Asset Freeze, Other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue

14. [Proposed] Temporary Restraining Order with Asset Freeze, Other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue

15. Temporary Restraining Order with Asset Freeze, Other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue, entered by the Court on April 24, 2008.

16. Corporate Financial Statement

17. Individual Financial Statement