

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
APR 8 0 2008 TC
Apr 30, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| Plaintiff, | ) Civ. No. 08 C 2309 |
| v. | ) Judge Marvin E. Aspen |
| 6554962 CANADA INC., *et al.*, | ) Magistrate Judge Martin C. Ashman |
| Defendants. | ) |

### STIPULATION TO EXTEND
### TEMPORARY RESTRAINING ORDER

Plaintiff Federal Trade Commission ("FTC") and Defendants 6554962 Canada Inc., and Naeem Alvi, pursuant to Federal Rule of Civil Procedure 65(b)(2), hereby stipulate and agree to the entry of an Order with the following terms:

1.   That the hearing on the FTC's motion for a preliminary injunction, originally scheduled for May 1, 2008, shall be rescheduled by the Court; and

2.   That the Temporary Restraining Order With Asset Freeze And Other Equitable Relief, And Order To Show Cause Why A Preliminary Injunction Should Not Issue ("TRO"), entered by the Court in this case on April 24, 2008, is hereby extended in full force and effect,

throughout any proceedings on the FTC's motion for a preliminary injunction, including any proceedings before the Magistrate Judge pursuant to Federal Rule of Civil Procedure 72, through and until the date when the Court decides whether or not to enter a preliminary injunction.

**So Stipulated, on April 30, 2008:**

WILLIAM BLUMENTHAL
General Counsel

_____
Guy G. Ward
Federal Trade Commission
55 W. Monroe Street, Suite 1825
Chicago, Illinois 60603
(312) 960-5612
Fax: (312) 960-5600
gward@ftc.gov

Attorney for Plaintiff
Federal Trade Commission

_____
Defendant Naeem Alvi, individually,
and on behalf of Defendant 6554962
Canada Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| ) | Civ. No. 08 C 2309 |
| Plaintiff, ) | |
| ) | Judge Marvin E. Aspen |
| v. ) | |
| ) | Magistrate Judge Martin C. Ashman |
| 6554962 CANADA INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

[PROPOSED]
ORDER EXTENDING
TEMPORARY RESTRAINING ORDER

Upon consideration of the parties' Stipulation to Extend Temporary Restraining Order, filed on April 30, 2008, pursuant to Federal Rule of Civil Procedure 65(b)(2), the Court orders as follows:

1.　That the hearing on the FTC's motion for a preliminary injunction, originally scheduled for May 1, 2008, shall be rescheduled by the Court; and

2.　That the Temporary Restraining Order With Asset Freeze And Other Equitable Relief, And Order To Show Cause Why A Preliminary Injunction Should Not Issue ("TRO"), entered by the Court in this case on April 24, 2008, is hereby extended in full force and effect,

throughout any proceedings on the FTC's motion for a preliminary injunction, including any proceedings before the Magistrate Judge pursuant to Federal Rule of Civil Procedure 72, through and until the date when the Court decides whether or not to enter a preliminary injunction.

**SO ORDERED**, this _____ day of _____, 2008.

_____
Hon. Marvin E. Aspen
United States District Judge