# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Marvin Aspen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2309 | **DATE** | 5/1/2008 |
| **CASE TITLE** | Federal Trade Commission vs. 6524962 Canada, Inc., et al | | |

**DOCKET ENTRY TEXT**

Pursuant to stipulation, the temporary restraining order is extended through and until the date when the Court decides when or not to enter a preliminary injunction. The Clerk of the Court is directed to unseal the file and docket in this case.

■ [ For further detail see separate order(s).]     Docketing to mail notices.

| | Courtroom Deputy Initials: | GL |
|---|---|---|