**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

_____

|  |  |  |
|---|---|---|
| | ) | |
| FEDERAL TRADE COMMISSION, | ) | |
| | ) | Civ. No. 08 C 2309 |
| Plaintiff, | ) | |
| | ) | Judge Marvin E. Aspen |
| v. | ) | |
| | ) | Magistrate Judge Martin C. Ashman |
| 6554962 CANADA INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____) | | |

**ORDER EXTENDING**
**TEMPORARY RESTRAINING ORDER**

Upon consideration of the parties' Stipulation to Extend Temporary Restraining Order,

filed on April 30, 2008, pursuant to Federal Rule of Civil Procedure 65(b)(2), the Court orders as

follows:

1.      That the hearing on the FTC's motion for a preliminary injunction, originally

scheduled for May 1, 2008, shall be rescheduled by the Court; and

2.      That the Temporary Restraining Order With Asset Freeze And Other Equitable

Relief, And Order To Show Cause Why A Preliminary Injunction Should Not Issue ("TRO"),

entered by the Court in this case on April 24, 2008, is hereby extended in full force and effect,

throughout any proceedings on the FTC's motion for a preliminary injunction, including any

proceedings before the Magistrate Judge pursuant to Federal Rule of Civil Procedure 72, through

and until the date when the Court decides whether or not to enter a preliminary injunction.

    **SO ORDERED**, this <u>1st</u> day of<u> May</u>, 2008.

<u>                                     </u>
Hon. Marvin E. Aspen
United States District Judge