UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Federal Trade Commission
                              Plaintiff,

v.                                                 Case No.: 1:08–cv–02309
                                                        Honorable Marvin E. Aspen

6554962 Canada Inc., et al.
                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Monday, May 12, 2008:

       MINUTE entry before Judge Honorable Martin C. Ashman: Magistrate Judge Status hearing set for 5/19/2008 at 10:00 AM., in courtroom 1386. Mailed notice.(is, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.