UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case no.: 08C-2309

FEDERAL TRADE COMMISSION

v.

6554962 CANADA INC. d/b/a Union Consumer Benefits, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

defendants, 6554962 CANADA INC. d/b/a Union Consumer Benefits, and NAEEM ALVI

| SIGNATURE | s/ Hector Enrique Lora |
|---|---|
| FIRM | Cove & Associates, P.A. |
| STREET ADDRESS | 225 South 21 Avenue |
| CITY/STATE/ZIP | Hollywood, FL 33020 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER (954) 921-1121 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |

FILED
MAY 16 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT