Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2309 | **DATE** | 6/9/2008 |
| **CASE TITLE** | Federal Trade Commission vs. 6554962 Canada Inc., et al. | | |

**DOCKET ENTRY TEXT**

Enter stipulated preliminary injunction.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



| | Courtroom Deputy Initials: | IS |
|---|---|---|